# United States District Court

_Middle_ ———————— DISTRICT OF _Alabama_

Anthony Miles

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 2:05-CV-922-m

Southeast Unloading LLC
Ivey Crump, Jr

TO: (Name and address of defendant)

Ivey Crump Jr
P.O. Bx 1647
Yulee, Fla 32094 - 1647

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lee D. Winston
Wiggins Childs, Quinn ✦ Pantazis LLC
301  19th Ave North
Bham, Al 35203

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

_____
CLERK

_____
(BY) DEPUTY CLERK

11-10-05

_____
DATE

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:_____

_____

☐ Returned unexecuted:_____

_____

_____

☐ Other *(specify):*_____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
           *Date*                                 *Signature of Server*

                                                _____
                                                *Address of Server*

---

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.