**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ivey Crump, Jr
   P.O. Box 1647
   Yulee, FL 32094-1647

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Mary Crump_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   [YULEE FL 32097 stamp — NOV 17 2005]

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 1160 0005 7642 3145

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1640



# United States District Court

__Middle__ DISTRICT OF __Alabama__

Anthony Miles

Alias

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 2:05-CV-922-m

Southeast Unloading LLC
Ivey Crump, Jr

TO: (Name and address of defendant)

Ivey Crump Jr
P.O. Bx 1647
Yulee, Fla 32094-1647

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lee D. Winston
Wiggins Childs, Quinn + Pantazis LLC
301 19th Ave North
Bham, AL 35203

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_           11-10-05
CLERK                          DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 11/17/05 |
| NAME OF SERVER (PRINT) Lynn Turner | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Certified mail (see attached)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date                      Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.