IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY MILES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. |
| SOUTHEAST UNLOADING LLC, | ) | 2:05 CV 922-M |
| IVEY CRUMP, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.1(b) of the Local Rules for the Middle District of Alabama, Southeast Unloading LLC (hereinafter referred to as "Defendant") respectfully moves this Court for the admission *pro hac vice* of Mark G. Alexander and Kelly L. DeGance to represent Defendant as co-counsel with Maynard, Cooper & Gale, P.C. in support of this motion, Defendant states as follows:

1.      Warren B. Lightfoot, Jr. is a member of the U.S. District Court for the Middle District of Alabama and moves this Honorable Court to enter an order admitting, Mark G. Alexander and Kelly L. DeGance as additional counsel for Defendant, to practice before this Court in the above-styled case.

2.      Movant states that Mark G. Alexander is a member in good standing of the U.S. District Courts for the Middle and Northern Districts of Florida, and that Kelly L. DeGance is a member in good standing of the U.S. District Courts for the Middle, Northern and Southern Districts of Florida and the courts listed in Attachment A hereto. An original certificate of good standing from the U.S. District Court for the Middle District of Florida is attached hereto as Attachment B.

1

3.    The admission *pro hac vice* of Mark G. Alexander and Kelly DeGance in this action on behalf of the Defendant will greatly assist in the presentation of issues for adjudication by the Court.  They are familiar with the relevant facts and circumstances involved in these proceedings and will be actively associated with Maynard, Cooper & Gale as co-counsel in this matter.

4.    Mr. Alexander and Ms. DeGance have never been disciplined by any court and understand that their admission *pro hac vice* subjects them to the disciplinary jurisdiction of this Court.

5.    The requisite fee for admission *pro hac vice* is being tendered to the Clerk of the Court concurrently with the filing of this motion.

WHEREFORE, Defendant respectfully requests that this Court admit Mark G. Alexander and Kelly DeGance to the bar of this Court *pro hac vice*.

Respectfully submitted,

Warren B. Lightfoot, Jr.
Attorney for Defendant,
Southeast Unloading LLC

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2005, a copy of the foregoing pleading was filed electronically with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to the following:  Lee D. Winston, Wiggins, Childs, Quinn & Pantazis LLC, 301 19th Street North, Birmingham, AL  35203.

OF COUNSEL

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CERTIFICATE OF GOOD STANDING

*I, Sheryl L. Loesch , Clerk of this Court,*

*certify that MARK G. ALEXANDER, Bar Number 434078,*

*was duly admitted to practice in this court on*

*January 31, 1985, and is in good standing*

*as a member of the Bar of this Court.*

*Dated at Jacksonville, Florida, on December 1, 2005*

_____
SHERYL L. LOESCH
Clerk

_____
Deputy Clerk

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CERTIFICATE OF GOOD STANDING

*I, Sheryl L. Loesch , Clerk of this Court,*

*certify that KELLY L. DEGANCE, Bar Number 0606022,*

*was duly admitted to practice in this court on*

*February 20, 2003, and is in good standing*

*as a member of the Bar of this Court.*

*Dated at Jacksonville, Florida, on December 1, 2005*

____SHERYL L. LOESCH____
Clerk

Deputy Clerk