**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 7, 2005

## NOTICE OF DEFICIENCY

To:   Attorney Warren Lightfoot

From:   Clerk's Office

Case Style:  Miles v. Southeast Unloading LLC et al

Case Number:  2:05-cv-00922-M

Referenced Pleading:   Motion to appear pro hac vice
Docket Entry #   6

**Notice is hereby given that the referenced deficient pleading was filed on December 6, 2005 in the above-styled case. The listed deficiency must be corrected within 10 days from the date of this notice:**

**You filed a motion to appear pro hac vice for Mark Alexander & Kelly DeGance on December 6, 2005, however, the filing fee of $20.00 each was not paid. Please forward a total fee of $40.00 by firm check, cashier's check or money order to the Clerk's Office as soon as possible.**

*DO NOT E-FILE YOUR CORRECTION.......IT MUST BE MAILED TO THE CLERK'S OFFICE.*