IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY MILES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv922-M |
| | ) |
| SOUTHEAST UNLOADING LLC, | ) |
| IVEY CRUMP, JR., | ) |
| | ) |
|     Defendants. | ) |

## ORDER ON MOTION

Upon consideration of the Motion for Admission Pro Hac Vice (Doc. #6), filed on 6 December 2005, and it appearing that MARK G. ALEXANDER, ESQ., AND KELLY L. DEGANCE, ESQ., are members in good standing of the United States District Court for the Middle District of Florida, it is

ORDERED that the motion be and the same is hereby GRANTED.

DONE this 20th day of December, 2005.

                                       /s/ Vanzetta Penn McPherson
                                       VANZETTA PENN MCPHERSON
                                       UNITED STATES MAGISTRATE JUDGE