IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY MILES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV922-M |
| | ) | |
| SOUTHEAST UNLOADING, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

For good cause, it is

ORDERED that this court's order of 3 January 2006 is VACATED. By separate mailing, the Clerk's office will notify the parties of the assignment of this case to a United States Magistrate Judge.

DONE this 4th day of January, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE