IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY MILES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05CV922-MEF |
| ) | |
| SOUTHEAST UNLOADING, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

For good cause, it is

ORDERED that the scheduling conference set for 25 January 2006 at 10:30 a.m. is CANCELLED.  This case has been re-assigned to a District Judge.

DONE this 11th day of January, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE