IN THE UNITED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY MILES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NUMBER: |
| | )   2:05-cv-00922-WKW |
| | ) |
| SOUTHEAST UNLOADING, LLC, | ) |
| IVEY CRUMP, JR., | ) |
| | ) |
|     Defendants. | ) |

### NOTICE OF APPEARANCE

**COMES NOW** the plaintiff and hereby gives notice of the appearance of Rocco Calamusa, Jr. as additional counsel for the plaintiff.

                      Respectfully submitted,

                      <u>Rocco Calamusa, Jr.</u>
                      Rocco Calamusa, Jr.
                      Counsel for the Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205/314-0500

Lee D. Winston
WINSTON & COOKS, LLC
The Penick Building
319 17th Street North
Birmingham, Alabama 35203
205/251-0231

**CERTIFICATE OF SERVICE**

    I do hereby certify that today, March 30, 2006, I have filed the above and foregoing, by CM/ECF with the Court and copies being served on:

Warren B. Lightfoot, Jr.
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, Alabama 35203

Mark G. Alexander
Kelly L. DeGance
HOLLAND & KNIGHT, LLP
50 N. Laura Street, #3900
Jacksonville, Florida 32202

                                            Rocco Calamusa, Jr.