IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANTHONY MILES,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | )   **CIVIL ACTION NO.** |
| **SOUTHEAST UNLOADING LLC,** | )   **2:05 CV 922-M** |
| **IVEY CRUMP, JR.,** | ) |
| | ) |
|     **Defendant.** | ) |
| | ) |

### REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed. R. Civ. P. 26(f), a meeting was held via telephone and was attended by:

Lee D. Winston for Plaintiff

Warren B. Lightfoot, Jr. for Defendant

The parties do not request a conference with the Court before entry of the Scheduling Order.

    1.    This jury action should be ready for trial by March 2007 and at this time is expected to take approximately 2-3 days.

    2.    The parties request a pretrial conference in February 2007.

    3.    Discovery Plan. The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the following subjects:

    Plaintiff's claims of FLSA violations, retaliation and race discrimination

    Defendant's defenses to those claims

All discovery commenced in time to be completed by January 15, 2007.

    4.    Initial Disclosures. The parties will exchange by May 25, 2006 the information required by Fed. R. Civ. P. 26(a)(1).

5. The parties request until June 15, 2006 to join additional parties and amend the pleadings.

6. Reports from retained experts under Rule 26(a)(2) due:

from Plaintiff by October 2, 2006

from Defendant by November 2, 2006

7. Pretrial Disclosures. Final lists of witnesses and exhibits under Rule 26(a)(3) due by the final pretrial conference.

8. Discovery Limits.

Maximum of 25 interrogatories by each party to any other party. Responses due 30 days after service.

Maximum of 10 depositions by Plaintiffs and 10 by Defendant.

Maximum of 25 requests for admission by each party to any other party.

Responses due 30 days after service.

Maximum of 35 requests for production of documents by each party to any other party. Responses due 30 days after service.

9. All potentially dispositive motions filed by December 1, 2006.

10. Settlement cannot be evaluated prior to some discovery.

Respectfully submitted,

May 3, 2006

*/s/ Lee D. Winston*  
_____  
Lee D. Winston  
Winston Cooks, L.L.C.  
319 17th Street North  
Birmingham, AL 35203  
Birmingham, AL 35203-2618  
Telephone: 205.254.1000  

*/s/ Warren B. Lightfoot, Jr.*  
_____  
Warren B. Lightfoot, Jr.  
Maynard, Cooper & Gale, P.C.  
1901 Sixth Avenue North  
2400 AmSouth Harbert Plaza  
Birmingham, AL 35203  
Telephone: 205.254.1000