

DEFENDANT'S EXHIBIT

1- Miles

## Anthony R. Miles

413 Planters Road
Montgomery, AL 36109-1831
Cell# (334)322-3309 or (334)315-1574
E-mail: milesantr@yahoo.com

## Summary of Qualifications

Load and unload fright stocking pallet
Forklift Pallet Jack Accounts Manager
Arrange data entry delivery

## Work History

**Labor Finders,** Montgomery, AL, May 2005-Present
**General Laborer**
Wood grinder, stack pallets, general clean up of construction sites

**Satellites Unlimited,** Birmingham, AL, February 2005-April 2005
**Installer**
Install satellites, Trouble shoot, rewire, and dial in signal
Customer Education

**Southeast Unloading, LLC,** Montgomery, AL, November 2001-November 2004
**Freight Handler**
Unloading trucks, stocking pallets, driving forklifts and pallet jacks

**Rent-A-Center,** Montgomery, AL, May 2001-November 2001
**Account Manager**
Collect payments, arrange routes, and pick ups, delivery, computer data entry

**Henry Dock, Montgomery,** AL, December 1998-April 2001
**Freight Handler Specialists**
Unloading trucks, stocking pallets, driving forklifts and pallet jacks

**Premier Warehouse,** Birmingham, AL, September 2000-December 2000
**Forklift Operator**
Operated forklift, material mover

Resume for ANTHONY MILES

# ANTHONY R MILES

413 PLANTERS RD
MONTGOMERY, AL   361091831
Phone: (334) 271-2554 - 322-3309
E-mail: milesantr@yahoo.com

## Summary of Qualifications

LOAD AND UNLOAD FREIGHT STOCKING PALLET
FORKLIFT PALLET JACK ACCOUNTS MANAGE
ARRANGE DATA ENTRY DELIVERY

## Work History

**labor finders**, montgomery, AL   May  2005 - Present
*general laborer*
wood grinder stack pallets general clean up construction sites.

**SATELLITES UNLIMITED**, birmingham, AL   February  2005 - April  2005
*install;er.*
install satellites troubleshoot rewire dial in signal
customer education.

**SOUTHEAST UNLOADING LLC** ,  ,  November  2001 - November  2004
*FREIGHT HANDLER* .
UNLOADING TRUCKS STOCKING PALLETS DRIVING FORKLIFTS PALLET JACKS

**RENT-A-CENTER** , MONTGOMERY , AL   May  2001 - November  2001
*ACCOUNT MANAGER* .
COLLECT PAYMENTS ARRANGED ROUTE PICKUPS DELIVERED COMPONENTS COMPUTER DATA
ENTRY DRIVING

**HENRY DOCK**..........., MONTGOMERY, AL   December  1998 - April  2001
*FREIGHT HANDLER SPECIL.*
UNLOADING TRUCKS STOCKING PALLETS DRIVING FORKLIFTS PALLET JACKS

**PREMIER WAREHOUSE**, birmingham, AL   September  2000 - December  2000
*FORKLIFT OPERATOR.*
OPERATED FORKLIFT MATERIAL MOVER

## Education

Miles vs. Southeast Unloading
0007

# Anthony R. Miles
413 Planters Road
Montgomery, AL 36109-1831
Cell# (334)322-3309 or (334)315-1574
E-mail: milesantr@yahoo.com

## Summary of Qualifications

Load and unload fright stocking pallet
Forklift Pallet Jack Accounts Manager
Arrange data entry delivery

## Work History

**Labor Finders,** Montgomery, AL, May 2005-Present
**General Laborer**
Wood grinder, stack pallets, general clean up of construction sites

**Satellites Unlimited,** Birmingham, AL, February 2005-April 2005
**Installer**
Install satellites, Trouble shoot, rewire, and dial in signal
Customer Education

**Southeast Unloading, LLC,** Montgomery, AL, November 2001-November 2004
**Freight Handler**
Unloading trucks, stocking pallets, driving forklifts and pallet jacks

**Rent-A-Center,** Montgomery, AL, May 2001-November 2001
**Account Manager**
Collect payments, arrange routes, and pick ups, delivery, computer data entry

**Henry Dock, Montgomery,** AL, December 1998-April 2001
**Freight Handler Specialists**
Unloading trucks, stocking pallets, driving forklifts and pallet jacks

**Premier Warehouse,** Birmingham, AL, September 2000-December 2000
**Forklift Operator**
Operated forklift, material mover

Miles vs. Southeast Unloading
0008



**SOUTHEAST UNLOADING, LLC**
11934 W. BEAVER STREET
JACKSONVILLE, FL 32220-1743
T:904-786-2886 F:904-786-4023
MONTGOMERY DIVISION

**RECEIPT** 009407

DATE: 8-6-04

RECEIVED FROM: Orc Murry

ADDRESS:

FOR: Sort 4

DOLLARS $ 40

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| AMT. OF ACCOUNT | | CASH | 40 00 |
| AMT. PAID | | CHECK | |
| BALANCE DUE | | MONEY ORDER | |

BY: WB

**SOUTHEAST UNLOADING, LLC**
11934 W. BEAVER STREET
JACKSONVILLE, FL 32220-1743
T:904-786-2886 F:904-786-4023
MONTGOMERY DIVISION

**RECEIPT** 009406

DATE: 8-6-04

RECEIVED FROM: Carnell

ADDRESS:

FOR: Sorted X

DOLLARS $ 80

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| AMT. OF ACCOUNT | | CASH | |
| AMT. PAID | | CHECK | 80 00 |
| BALANCE DUE | | MONEY ORDER | |

BY: WB

**SOUTHEAST UNLOADING, LLC**
11934 W. BEAVER STREET
JACKSONVILLE, FL 32220-1743
T:904-786-2886 F:904-786-4023
MONTGOMERY DIVISION

**RECEIPT** 009405

DATE: 8-6-04

RECEIVED FROM: Clark Farms

ADDRESS:

FOR: Sort 4

DOLLARS $ 40

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| AMT. OF ACCOUNT | | CASH | |
| AMT. PAID | | CHECK | |
| BALANCE DUE | | MONEY ORDER | |

BY: WB

**SOUTHEAST UNLOADING, LLC**
11934 W. BEAVER STREET
JACKSONVILLE, FL 32220-1743
T:904-786-2886 F:904-786-4023
MONTGOMERY DIVISION

**RECEIPT** 009404

DATE: 8-6-04

RECEIVED FROM: Nelson

ADDRESS:

FOR: One Hundred X

DOLLARS $ 100

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| AMT. OF ACCOUNT | | CASH | 100 00 |
| AMT. PAID | | CHECK | |
| BALANCE DUE | | MONEY ORDER | |

BY: WB

SOUTHEAST UNLOADING / EEOC 00204

DEFENDANT'S EXHIBIT 2-MR105

**RECEIPT**

DATE 1-2-04    No. 685065

FROM Prime    $ 80

Eighty +    DOLLARS

FOR RENT
FOR Southeast Unloading

| ACCT. | | CASH | FROM _____ TO _____ |
| PAID | | CHECK | |
| DUE | | MONEY ORDER | BY W.S. |

1152

---

**RECEIPT**

DATE 1-2-04    No. 685066

FROM Dr Hirschback    $ 65

Sixty five +    DOLLARS

FOR RENT
FOR Southeast Unloading

| ACCT. | | | CASH | FROM _____ TO _____ |
| PAID | 65 | 00 | CHECK | |
| DUE | | | MONEY ORDER | BY W.S. |

1152

---

**RECEIPT**

DATE 1-2-04    No. 685067

FROM Trans Am    $ 110

One hundred ten +    DOLLARS

FOR RENT
FOR Southeast Unloading

| ACCT. | | CASH | FROM _____ TO _____ |
| PAID | 110 | CHECK | |
| DUE | | MONEY ORDER | BY W.S. |

1152

---

**RECEIPT**

DATE 1-2-03    No. 685068

FROM FFE    $ 110

One hundred ten +    DOLLARS

FOR RENT
FOR Southeast Unloading

| ACCT. | | | CASH | FROM _____ TO _____ |
| PAID | 110 | 00 | CHECK | |
| DUE | | | MONEY ORDER | BY W.S. |

1152

SOUTHEAST  UNLOADING
/ EEOC    03789

**Receipt 003464**

SOUTHEAST UNLOADING, LLC
11934 W. BEAVER ST.
JACKSONVILLE, FL 32220-1743
T: 904-786-2886  F: 904-786-4023
MONTGOMERY DIVISION

RECEIPT

DATE: 1-27-04
RECEIVED FROM: _____
ADDRESS: _____
FOR: Rufus O
ACCOUNT: _____
CASH: 60 00
DOLLARS $ 60
BY: WB
No. 003464

**Receipt 008463**

SOUTHEAST UNLOADING, LLC
11934 W. BEAVER ST.
JACKSONVILLE, FL 32220-1743
T: 904-786-2886  F: 904-786-4023
MONTGOMERY DIVISION

RECEIPT

DATE: 1-27-04
RECEIVED FROM: Big Sky
ADDRESS: _____
FOR: Lorenz
ACCOUNT: _____
CHECK: 70 00
DOLLARS $ 70
BY: WB
No. 008463

**Receipt 008462**

SOUTHEAST UNLOADING, LLC
11934 W. BEAVER ST.
JACKSONVILLE, FL 32220-1743
T: 904-786-2886  F: 904-786-4023
MONTGOMERY DIVISION

RECEIPT

DATE: 1-27-04
RECEIVED FROM: Werner
ADDRESS: _____
FOR: One Unload
ACCOUNT: _____
CHECK: 100 00
DOLLARS $ 100
BY: WB
No. 008462

**Receipt 008461**

SOUTHEAST UNLOADING, LLC
11934 W. BEAVER ST.
JACKSONVILLE, FL 32220-1743
T: 904-786-2886  F: 904-786-4023
MONTGOMERY DIVISION

RECEIPT

DATE: 1-27-04
RECEIVED FROM: C.D. Trucking
ADDRESS: _____
FOR: Lisa Ag.
ACCOUNT: _____
CASH: 70 00
DOLLARS $ 70
BY: WB
No. 008461

SOUTHEAST UNLOADING
/ EEOC 02740

**RECEIPT**

DATE: 10-8-04                012080

RECEIVED FROM: CRST

ADDRESS:

DOLLARS $ 80

FOR: Eighty +

SOUTHEAST UNLOADING, LLC
11934 W. BEAVER STREET
JACKSONVILLE, FL 32220-1743
T:904-786-2886  F:904-786-4023
MONTGOMERY DIVISION

| ACCOUNT | | HOW PAID | | |
|---|---|---|---|---|
| AMT. OF ACCOUNT | | CASH | | |
| AMT. PAID | | CHECK | 80 | 00 |
| BALANCE DUE | | MONEY ORDER | | |

BY: WY

---

**RECEIPT**

DATE: 10-8-04                012081

RECEIVED FROM: TL Haley + Sons

ADDRESS:

DOLLARS $ 90

FOR: Ninety +

SOUTHEAST UNLOADING, LLC
11934 W. BEAVER STREET
JACKSONVILLE, FL 32220-1743
T:904-786-2886  F:904-786-4023
MONTGOMERY DIVISION

| ACCOUNT | | HOW PAID | | |
|---|---|---|---|---|
| AMT. OF ACCOUNT | | CASH | | |
| AMT. PAID | | CHECK | 90 | 00 |
| BALANCE DUE | | MONEY ORDER | | |

BY: WY

---

**RECEIPT**

DATE: 10-10-04                012082

RECEIVED FROM: Bickofs

ADDRESS:

DOLLARS $ 50

FOR: Fifty +

SOUTHEAST UNLOADING, LLC
11934 W. BEAVER STREET
JACKSONVILLE, FL 32220-1743
T:904-786-2886  F:904-786-4023
MONTGOMERY DIVISION

| ACCOUNT | | HOW PAID | | |
|---|---|---|---|---|
| AMT. OF ACCOUNT | | CASH | | |
| AMT. PAID | | CHECK | 50 | 00 |
| BALANCE DUE | | MONEY ORDER | | |

BY: WY

---

**RECEIPT**

DATE: 10-10-04                012083

RECEIVED FROM: Prime

ADDRESS:

DOLLARS $ 200

FOR: Two hundred +

SOUTHEAST UNLOADING, LLC
11934 W. BEAVER STREET
JACKSONVILLE, FL 32220-1743
T:904-786-2886  F:904-786-4023
MONTGOMERY DIVISION

| ACCOUNT | | HOW PAID | | |
|---|---|---|---|---|
| AMT. OF ACCOUNT | | CASH | | |
| AMT. PAID | | CHECK | 200 | 00 |
| BALANCE DUE | | MONEY ORDER | | |

BY: WY

SOUTHEAST UNLOADING/EEOC 00153



SOUTHEAST UNLOADING, LLC
11934 W. BEAVER STREET
JACKSONVILLE, FL 32220-1743
T:904-786-2886  F:904-786-4023
MONTGOMERY DIVISION

**RECEIPT**

RECEIVED FROM:
ADDRESS:
FOR ACCOUNT:
DATE: 10-13-00
DOLLARS $ 20
012163

SOUTHEAST UNLOADING, LLC
11934 W. BEAVER STREET
JACKSONVILLE, FL 32220-1743
T:904-786-2886  F:904-786-4023
MONTGOMERY DIVISION

**RECEIPT**

RECEIVED FROM: Philip Meyer
DATE: 10-13-00
DOLLARS $ 30
012162

SOUTHEAST UNLOADING, LLC
11934 W. BEAVER STREET
JACKSONVILLE, FL 32220-1743
T:904-786-2886  F:904-786-4023
MONTGOMERY DIVISION

**RECEIPT**

RECEIVED FROM: Don Rice
DATE: 10-13-00
DOLLARS $ 200
012151

SOUTHEAST UNLOADING, LLC
11934 W. BEAVER STREET
JACKSONVILLE, FL 32220-1743
T:904-786-2886  F:904-786-4023
MONTGOMERY DIVISION

**RECEIPT**

RECEIVED FROM:
DATE: 10-13-00
DOLLARS $ 120
012160

SOUTHEAST UNLOADING/EEOC 00175

DEFENDANT'S EXHIBIT

3- Miles

On 10/25/04, I was asked to witness a conversation between Ivey Crump, Anthony Miles, and Robert Dobbins. The conversation was about Robert, and Anthony receiving money from a 3rd party carrier for unloading his truck. At the begining of the conversation, Robert said he was not involved, and did not know anything about what was going on. Then Anthony said he was given a receipt by Robert, which he gave to the driver. Robert then said he had the money in his pocket, and he thought it was money Anthony owed to him. Robert and Anthony were sent home on this day, and told they would be told the outcome of the investigation of above incident on 10/21/04.

William Snow

William Snow

10/25/04

W/D Supervisor
(                    )



DEFENDANT'S EXHIBIT

*4 - Miles*

# EMPLOYEE TERMINATION NOTICE

| EMPLOYEE NAME **Miles Anthony** | | TERMINATION DATE **Nov.1,04** |
|---|---|---|
| EMPLOYEE NO. | DEPARTMENT **Perishable** | SHIFT **Days** |

## REASON FOR TERMINATION

| | | |
|---|---|---|
| ☐ ATTENDANCE | ☐ PERSONAL WORK | ☐ VOLUNTARILY QUIT |
| ☐ CARELESSNESS | ☐ REFUSAL TO WORK OVERTIME | ☐ WORK QUALITY |
| ☐ CONDUCT | ☐ SAFETY | ☐ DID NOT MEET COMPANY STANDARDS |
| ☒ INSUBORDINATION | ☐ TARDINESS | ☒ OTHER |

## WARNINGS PREVIOUSLY

| WARNING # | DATE | DESCRIPTION | SIGNED |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

## COMPANY STATEMENT

On October 25, 2004 a truck driver brought it to the attention
of management, that you were part of the unloading and giving
a bogus reciept. These actions are against company policy
and you leave the company with no choice except to.

Discharge you from Southeast Unloading for Unauthorized
Solicitation of a Driver and failure to follow company policy

SIGNED

| TITLE | DATE |
|---|---|

## EMPLOYEE STATEMENT

☐ I agree with Company Statement.

☐ I disagree with Company Statement.

REASONS

| SIGNED | DATE |
|---|---|

I have read this Termination Notice and understand it.

EMPLOYEE'S SIGNATURE _____    DATE _____

SUPERVISOR *Ivery M. Crump Jr.*    DATE 11-1-04

☐ This form was refused by Employee.

SUPERVISOR _____    DATE _____

SEUL 0055

**DEFENDANT'S EXHIBIT**

5- Miles

No. _____                    _____ 10/25 20 04

Received from _____ Winn Dixie Lumber _____

_____ Seventhy _____ Dollars
                                                      100

| Amt of Account | | |
|---|---|---|
| Amt Paid | 70 | 00 |
| Balance Due | | |

420 — 31 — 9118

$ 70 00    Charles show

SEUL 0057

DEFENDANT'S EXHIBIT

6-MIW

On 10-25-04 I Rodney Brown talk with
a MW in Orang Jacket turn out to be
Anthony Miles. We talk about a price of 50.00
to unload a Load from Priam Pride Chicken
I then went to my Truck And Anthony
Wife Came out to my Truck I gave him
50.00 dollars in Cash And a Second Came
with a Receipt And hand-it to Anthony Wife
And Anthony hand-it to me. Dirty orange
Shirt Which turn out to be Robert Dobbs
And We went outside to get my Bill and
Winn Dixie Employe Said that was not a Jumper
② Receip't. That I needed talk with Whynr
I went 'Phil Found Whynr. Whynr Said that
Winn Dixie Accept of Payment for Service

Rodney Brown

SEUL 0056

Paula Siddens Tierry Driver Rodney Brown

T# 937                    1-800-563-1138        T#l 731

DEFENDANT'S
EXHIBIT

*M. Miles*



**SOUTHEAST UNLOADING**

## *Take a Minute...*

# DOCUMENT IT!



**MEMO TO THE FILE OF:** _____

**SUBJECT:**    <u>PLEASE CIRCLE ONE</u>

    **INJURY ACCIDENT**

    **EQUIPMENT DAMAGE**

    **PRODUCT DAMAGE**

    **OTHER:** _____

**DATE OF OCCURRENCE:**    10-25-04

**COMMENTS:**

I was approached by a driver that said he
has received a receipt from a lumper. It was
not a southeast unloading receipt. At that
time I showed it to Joey Crump and gave
him the receipt.

**SUBMITTED BY:** *Wayne Bomanhova* **DATE:** 10 / 25 / 04

SEUL 0058



**DEFENDANT'S EXHIBIT**

8 - Miles

To whom it may concern:

This document is to affirm that upon signing the law suit filed for unpaid wages
Mr. Ivey crump JR not only started threats " I'll get you miles etc." but managed
to fire all employee's listed on law suit . Since the settlement of this law suit for
unpaid wages all employee's that have contact with law suit employee's have
been meet with unfair requests. According to southeast unloading supervisor
Rester a dock supervisor gets more money for doing the books which is a
privilege. (The books meaning asking truck drivers if they would like the service
To unload their truck for a price or do the truck themselves.) Wayne the dock
Supervisor asked myself as well as the other employee's to help with pricing
trucks collecting checks and cash as well as giving out receipts which today Ken
Hirnaisen not only does but writes in the tax Identification number as well.
He does this for no pay as a reasonable request as Anthony Miles , Robert
Dobbins,  Christopher Morman  were doing as per Wayne the dock supervisor
Requested the day Anthony Miles was suspended.  Wayne travels to the freezer
dock 8 to 10 times a day to collect cash ,checks from the above mentioned
employee's  which is 10 to 12 hours or more a work day for Wayne dock
supervisor.


_Kenneth Hirneisen_
KENNETH HIRNEISEN


_Anthony R. Miles_
ANTHONY R. MILES


_Christopher Morman_
Christopher Morman


NOTARY: _Nanette T Busby_
Commission Date: 11-21-2001

November 22, 2004



To Whom It May Concern,

This letter is to inform you that Anthony Miles, Chris Morman, Kenneth Hirnaisen and Robert Dobbins were authorized to solicit drivers. The company supervisor Wayne Geinweinhardt is the one who would authorize the above employees to collect cash, checks and write up trucks on TI x HI sheets. Wayne Geinweinhardt gave each of the above employees receipts to give to the truck drivers on a daily basis, as well as give to other employees in reference to trucks collected on.

**SOUTHEAST UNLOADING**

**DAILY SIGN-IN SHEET**
**UNLOADING**

PERISHABLE

RECEIPTS USED _____
LOGS USED _____

DEPARTMENT: _____

DATE: _10-7-04_

| M T W T F S S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | SIGNATURE |
|---|---|---|---|---|---|---|---|
| | ANTHONY MILES | 7 OO | 1 | 6730 | 11.5 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | INV | | | | | | |
| | CASH/CHECK | | | | | | |
| | TOTAL | | | Total | | | |

COMMENTS
_____
_____
_____

**SOUTHEAST UNLOADING**

DAILY SIGN-IN SHEET
UNLOADING

PERISHABLE

RECEIPTS USED _____
LOGS USED _____

DEPARTMENT: _____

DATE: _16-11-04_

| M T W T F S S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | SIGNATURE |
|---|---|---|---|---|---|---|---|
| | ANTHONY MILES | 7:00 | 1 | BCO [72] | | | All Miles |

| | | Total | | |
|---|---|---|---|---|

COMMENTS

SEUL 0096

**SU SOUTHEAST UNLOADING**

**DAILY SIGN-IN SHEET**
**UNLOADING**

RECEIPTS USED  _____
LOGS USED  _____

DEPARTMENT: _____    **PERISHABLE**

DATE:  10-13-04

| M T W T F S S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | SIGNATURE |
|---|---|---|---|---|---|---|---|
| | ANTHONY MILES | 6:30 | 3:00 3:30 | 6:45 | 11.75 | | ANTHONY |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | INV | | | | | | |
| | | CASH/CHECK | | | | | | |
| | | TOTAL | | | | Total | | |

COMMENTS

_____
_____
_____

SEUL 0097

# SOUTHEAST UNLOADING

**DAILY SIGN-IN SHEET**
**UNLOADING**

PERISHABLE

RECEIPTS USED _____

LOGS USED _____

DEPARTMENT: _____

DATE: _____10~14~04'_____

??

| M | T | W | T | F | S | S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | SIGNATURE |
|---|---|---|---|---|---|---|------|---------|-------|----------|-------------|-------------|-----------|
| | | | | | | | ANTHONY MILES | 7:00 | 11:45 / 12:45 | 200 (6) | | ✓ | ΛΜ/Ι/Ν |

| | | | | | INV | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | CASH/CHECK | | | | | | | | |
| | | | | | TOTAL | | | | | | | | |

Total

COMMENTS

SEUL 0098

**SOUTHEAST UNLOADING**

**DAILY SIGN-IN SHEET**
**UNLOADING**

**PERISHABLE**

RECEIPTS USED _____
LOGS USED _____

DEPARTMENT: _____

DATE: 10-15-04

| M T W T F S S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | SIGNATURE |
|---|---|---|---|---|---|---|---|
| | ANTHONY MILES | 700 | 1 | | 3.3 | 8.5 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | INV | | | | | | |
| | CASH/CHECK | | | | | | |
| | TOTAL | | | Total | | | |

COMMENTS
_____
_____

**SOUTHEAST UNLOADING**

DAILY SIGN-IN SHEET
UNLOADING

RECEIPTS USED

LOGS USED

DEPARTMENT: _____ **PERISHABLE**

DATE: _____10-18-0 4_____

| M T W T F S S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | SIGNATURE |
|---|---|---|---|---|---|---|---|
| | ANTHONY MILES | 7ᵒᵒ | 1 | 3ᵒᵒ | 8 | 5 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | INV | | | | | | |
| | CASH/CHECK | | | | | | |
| | TOTAL | | | Total | | | |

COMMENTS

SEUL 0100

**SOUTHEAST UNLOADING**

DAILY SIGN-IN SHEET
UNLOADING

RECEIPTS USED _____
LOGS USED _____

DEPARTMENT: _____ PERISHABLE

DATE: _10-20-04_

| M | T | W | T | F | S | S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | SIGNATURE |
|---|---|---|---|---|---|---|------|---------|-------|----------|-------------|-------------|-----------|
|   |   |   |   |   |   |   | ANTHONY MILES | 6:00 | 2151248 | 7:30 | 12:4 | | |

| | | | | | | | INV | | | | | | |
| | | | | | | | CASH/CHECK | | | | | | |
| | | | | | | | TOTAL | | | Total | | | |

COMMENTS

SEUL 0101



**DAILY SIGN-IN SHEET**
**UNLOADING**

**PERISHABLE**

RECEIPTS USED _____    DEPARTMENT: _____

LOGS USED _____    DATE: _10-31-04_

| M | T | W | T | F | S | S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | N | SIGNATURE |
|---|---|---|---|---|---|---|------|---------|-------|----------|-------------|-------------|---|-----------|
| | | | | | | | ANTHONY MILES | 700 | 1200 1200 | 4:30 | 9 | | | |

| | | | | | | | INV | | | | | | |
|---|---|---|---|---|---|---|-----|--|--|--|--|--|--|
| | | | | | | | CASH/CHECK | | | | | | |
| | | | | | | | TOTAL | | | Total | | | |

COMMENTS _____

P-1

# SU SOUTHEAST UNLOADING

**DAILY SIGN-IN SHEET**
**UNLOADING**

RECEIPTS USED _____

LOGS USED _____

DEPARTMENT: _____ **PERISHABLE**

DATE: _10 · 22-0?_

| M T W T F S S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | SIGNATURE |
|---|---|---|---|---|---|---|---|
| | ANTHONY MILES | 7:5 | 1 | 30 | 8 5 | 2 | |

| | INV | | | | | | |
|---|---|---|---|---|---|---|---|
| | CASH/CHECK | | | | | | |
| | TOTAL | | | | Total | | |

COMMENTS _____

SEUL 0103

**SOUTHEAST UNLOADING**

**DAILY SIGN-IN SHEET**
**UNLOADING**

RECEIPTS USED _____
LOGS USED        _____

DEPARTMENT: _____   **PERISHABLE**

DATE: _Oct 23, 04_

| M T W T F S S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | SIGNATURE |
|---|---|---|---|---|---|---|---|
| | ANTHONY MILES | 700 | 1 | 1200 | 53 | | |
| | TOTAL | | | | | | |
| | | | | Total | | | |

COMMENTS

_____
_____
_____

SEU 0101

**SOUTHEAST UNLOADING**

**DAILY SIGN-IN SHEET**
**UNLOADING**

PERISHABLE

RECEIPTS USED _____    DEPARTMENT: _____

LOGS USED _____    DATE: _10-25-cY_

| M T W T F S S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | SIGNATURE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | ANTHONY MILES | 7:00 | | 12:00 | (52) | | |

| | INV | | | | | |
|---|---|---|---|---|---|---|
| | CASH/CHECK | | | | | |
| | TOTAL | | Total | | | |

COMMENTS _____
_____
_____

SEUL 0105