**SOUTHEAST UNLOADING**

**DAILY SIGN-IN SHEET**
**UNLOADING**

RECEIPTS USED _____
LOGS USED _____

DEPARTMENT: _____  PERISHABLE

DATE: _____9-5-04_____

| M T W T F S S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | SIGNATURE |
|---|---|---|---|---|---|---|---|
| | ANTHONY MILES | 7:00 | / | 11:30 | 4.5 | | A Miles |

DEFENDANT'S EXHIBIT

10 - Miles

Nov 30 05 09:44a    Southe...

SEUL 0073



**DAILY SIGN-IN SHEET**
**UNLOADING**

RECEIPTS USED _____
LOGS USED _____

DEPARTMENT: _____    PERISHABLE

DATE: _9-6-0Y_

| M | T | W | T | F | S | S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ANTHONY MILES | 7:00 | 11:30 12:30 | 11:5 | 8.25 | | |

SEUL 0074

**SOUTHEAST UNLOADING**

**DAILY SIGN-IN SHEET**
**UNLOADING**

RECEIPTS USED _____
LOGS USED _____

DEPARTMENT: _____  PERISHABLE

DATE: 9-7-04

| M T W T F S S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | SIGNATURE |
|---|---|---|---|---|---|---|---|
| | ANTHONY MILES | 7 UD | 1 | 6750/1.52 | | | |

SEUL 0075

**SOUTHEAST UNLOADING**

DAILY SIGN-IN SHEET
UNLOADING

PERISHABLE

RECEIPTS USED _____

LOGS USED _____

DEPARTMENT: _____

DATE: 9-9-04

| M | T | W | T | F | S | S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | SIGNATURE | |
|---|---|---|---|---|---|---|------|---------|-------|----------|-------------|-------------|-----------|---|
| | | | | | | | ANTHONY MILES | 7:00 | 1 | 8:30 | 7.52 | | | |

| | | | | | | | TOTAL | | | | | | | |
| | | | | | | | | | | Total | | | | |

COMMENTS
_____
_____
_____

SEUL 0076

**SU SOUTHEAST UNLOADING**

**DAILY SIGN-IN SHEET**
**UNLOADING**

RECEIPTS USED _____

LOGS USED _____

DEPARTMENT: _____ **PERISHABLE**

DATE: 9-10-04

| M | T | W | T | F | S | S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | SIGNATURE |
|---|---|---|---|---|---|---|------|---------|-------|----------|-------------|-------------|-----------|
| | | | | | | | ANTHONY MILES | 7:00 | 11:45 12:3? | 2:00 | (6.25) | ✓ | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ACCT | | | | | | | |
| | | | | MAN | | | | | | | |
| | | | | INV | | | | | | | |
| | | | | CASH/CHECK | | | | | | | |
| | | | | TOTAL | | | | | | | |
| | | | | | | | Total | | | | |

COMMENTS

SEUL 0077

**SU SOUTHEAST UNLOADING**

**DAILY SIGN-IN SHEET**
**UNLOADING**

PERISHABLE

RECEIPTS USED _____   DEPARTMENT: _____

LOGS USED _____   DATE: _____9-11-c4_____

| M T W T F S S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | SIGNATURE |
|---|---|---|---|---|---|---|---|
| | ANTHONY MILES | 7:00 | 1 | 9:45 | (2.75) | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | ACCT | | | | | | |
| | | | MAN | | | | | | |
| | | | INV | | | | | | |
| | | | CASH/CHECK | | | | | | |
| | | | TOTAL | | | | | | |
| | | | | | | Total | | | |

COMMENTS

**SOUTHEAST UNLOADING**

DAILY SIGN-IN SHEET
UNLOADING

PERISHABLE

RECEIPTS USED _____

LOGS USED _____

DEPARTMENT: _____

DATE: _____9-13-04_____

| M | T | W | T | F | S | S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | SIGNATURE |
|---|---|---|---|---|---|---|------|---------|-------|----------|-------------|-------------|-----------|
| | | | | | | | ANTHONY MILES | 7:00 | 11:00 / 11:30 | 5:00 | (9.5) | ✓ | |

| | | | | | ACCT | | | | |
|---|---|---|---|---|------|---|---|---|---|
| | | | | | MAN | | | | |
| | | | | | INV | | | | |
| | | | | | CASH/CHECK | | | | |
| | | | | | TOTAL | | | Total | |

COMMENTS

_____

_____

_____

## SOUTHEAST UNLOADING

**DAILY SIGN-IN SHEET**
**UNLOADING**

**PERISHABLE**

RECEIPTS USED _____
LOGS USED _____

DEPARTMENT: _____

DATE: 9-15-0✔

| M T W T F S S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | | SIGNATURE |
|---|---|---|---|---|---|---|---|---|
| | ANTHONY MILES | 7:00 | 1:45 2:45 | 5:15 | | 9.15 | | |

| | | | | | |
|---|---|---|---|---|---|
| | INV | | | | |
| | CASH/CHECK | | | | |
| | TOTAL | | Total | | |

COMMENTS _____
_____
_____

Nov 30 05 09:45a    Southe    nt    11    P.3

**SOUTHEAST UNLOADING**

DAILY SIGN-IN SHEET
UNLOADING

PERISHABLE

RECEIPTS USED _____

LOGS USED _____

DEPARTMENT: _____

DATE: 9-17-04

| M T W T F S S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | SIGNATURE |
|---|---|---|---|---|---|---|---|
| | ANTHONY MILES | 1:00 | 1 | 5:45 (8.15) | ✓ | | |

| | | INV | | | | | |
|---|---|---|---|---|---|---|---|
| | | CASH/CHECK | | | | | |
| | | TOTAL | | | Total | | |

COMMENTS _____

_____

_____

**SOUTHEAST UNLOADING**

DAILY SIGN-IN SHEET
UNLOADING

DEPARTMENT: _____  PERISHABLE

DATE: 9-18-04

RECEIPTS USED _____
LOGS USED _____

| M T W T F S S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | / | SIGNATURE |
|---|---|---|---|---|---|---|---|---|
| | ANTHONY MILES | 7:00 | 1 | 3:45 | | 8.75 | | |

| | INV | | | | | |
|---|---|---|---|---|---|---|
| | CASH/CHECK | | | | | |
| | TOTAL | | | Total | | |

COMMENTS

SEUL 0082

**SOUTHEAST UNLOADING**

**DAILY SIGN-IN SHEET**
**UNLOADING**

PERISHABLE

RECEIPTS USED _____

LOGS USED _____

DEPARTMENT: _____

DATE: _____7-20-01_____

| M T W T F S S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | SIGNATURE |
|---|---|---|---|---|---|---|---|
| | ANTHONY MILES | 7:00 | 12:00 1:00 | 8:15 | (7.25) | ✓ | ~~signature~~ |

| | INV | | | | | | |
|---|---|---|---|---|---|---|---|
| | CASH/CHECK | | | | | | |
| | TOTAL | | | Total | | | |

COMMENTS
_____
_____

SEUL 0083

**SU SOUTHEAST UNLOADING**

### DAILY SIGN-IN SHEET
### UNLOADING

**PERISHABLE**

RECEIPTS USED _____

LOGS USED _____

DEPARTMENT: _____

DATE: ___7-21-04___

| M T W T F S S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | SIGNATURE |
|---|---|---|---|---|---|---|---|
| | ANTHONY MILES | 7:00 | 12:00 12:30 | 3:30 | 82 | ✓ | |

| | | INV | | | | | |
|---|---|---|---|---|---|---|---|
| | | CASH/CHECK | | | | | |
| | | TOTAL | | | | | |

Total

COMMENTS _____

_____

_____

SEUL 0084

**SU SOUTHEAST UNLOADING**

DAILY SIGN-IN SHEET
UNLOADING

RECEIPTS USED _____

LOGS USED _____

DEPARTMENT: _____ PERISHABLE

DATE: _____9-22-04_____

| M T W T F S S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | SIGNATURE |
|---|---|---|---|---|---|---|---|
| | ANTHONY MILES | 7:00 | 12:00 | 4:30 | 6:00 | (10.5) | ✓ _____ |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | INV | | | | | | |
| | | CASH/CHECK | | | | | | |
| | | TOTAL | | | Total | | | |

COMMENTS
_____
_____

SEUL 0085

**SOUTHEAST UNLOADING**

DAILY SIGN-IN SHEET
UNLOADING

RECEIPTS USED _____
LOGS USED _____

DEPARTMENT: _____ PERISHABLE _____

DATE: __9-23-04__

| M T W T F S S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | SIGNATURE |
|---|---|---|---|---|---|---|---|
| | ANTHONY MILES | 7:00 | | 8:15 (1.25) | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | INV | | | | | | |
| | CASH/CHECK | | | | | | |
| | TOTAL | | | Total | | | |

COMMENTS
Sat from 7:00 to 9:00 for dock to clear

SEUL 0086

**SOUTHEAST UNLOADING**

DAILY SIGN-IN SHEET
UNLOADING

RECEIPTS USED _____

LOGS USED _____

DEPARTMENT: _____  PERISHABLE

DATE: _____9-24-04_____

| M | T | W | T | F | S | S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | SIGNATURE |
|---|---|---|---|---|---|---|------|---------|-------|----------|-------------|-------------|-----------|
|   |   |   |   |   |   |   | ANTHONY MILES | 12:00 | 1 | 6:00 | 760 | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ACCT | | | | | | |
| | | | | | | MAN | | | | | | |
| | | | | | | INV | | | | | | |
| | | | | | | CASH/CHECK | | | | | | |
| | | | | | | TOTAL | | | | | | |

Total

COMMENTS _____
_____
_____

SEUL 0087

Sep 28 04 09:36a    IVEY    1-3831    P.1

**SOUTHEAST UNLOADING**

DAILY SIGN-IN SHEET
UNLOADING

DEPARTMENT: _____ PERISHABLE

RECEIPTS USED _____
LOGS USED _____

DATE: 9-27-04

| M T W T F S S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | SIGNATURE |
|---|---|---|---|---|---|---|---|
| | | | | | | 11 | |
| \| \| \| \| \| \| | ANTHONY MILES | 7:00 | 11:00 11:30 | 4:00 | 8.5 | | |

| | | | INV | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | CASH/CHECK | | | | | |
| | | | TOTAL | | | Total | | |

COMMENTS _____
_____
_____

SEUL 0088

P. 1

**SOUTHEAST UNLOADING**

DAILY SIGN-IN SHEET
UNLOADING

PERISHABLE

RECEIPTS USED _____
LOGS USED _____

DEPARTMENT: _____

DATE: 9 - 28 - 06

| M T W T F S S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | SIGNATURE |
|---|---|---|---|---|---|---|---|
| | ANTHONY MILES | 7:00 | / | 2:00 | ⑦ | | |

| | | | | | INV | | | |
|---|---|---|---|---|---|---|---|
| | | | | | CASH/CHECK | | | |
| | | | | | TOTAL | | | |
| | | | | Total | | | |

COMMENTS

_____
_____
_____

SEUL 0089

**SOUTHEAST UNLOADING**

**DAILY SIGN-IN SHEET**
**UNLOADING**

PERISHABLE

RECEIPTS USED _____    DEPARTMENT: _____

LOGS USED _____    DATE: 9-29-04

| M T W T F S S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | SIGNATURE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | ANTHONY MILES | 700 | 1³⁰ 1 ²⁰⁰ | 5 30 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | INV | | | | | | |
| | CASH/CHECK | | | | | | |
| | TOTAL | | | Total | | | |

COMMENTS
_____
_____
_____

Nov 30 05 09:45a    Southea-- --- --ng    p.4

SEU 0090

**SOUTHEAST UNLOADING**

DAILY SIGN-IN SHEET
UNLOADING

DEPARTMENT: _____ PERISHABLE

RECEIPTS USED _____

LOGS USED _____

DATE: 9-30-04

| M T W T F S S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | SIGNATURE |
|---|---|---|---|---|---|---|---|
| | ANTHONY MILES | 7:00 | | 430 | 9-5 | | |

| | INV | | | | | | |
|---|---|---|---|---|---|---|---|
| | CASH/CHECK | | | | | | |
| | TOTAL | | | Total | | | |

COMMENTS

SEUL 0091

**SU SOUTHEAST UNLOADING**

**DAILY SIGN-IN SHEET**
**UNLOADING**

**PERISHABLE**

RECEIPTS USED _____
LOGS USED _____

DEPARTMENT: _____

DATE: 10-1-04

| M T W T F S S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | SIGNATURE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | | | ANTHONY MILES | 7:00 | 11:00 / 12:00 | 4:45 | 8.75 | | |

| | | | INV | | | | | |
| | | | CASH/CHECK | | | | | |
| | | | TOTAL | | | Total | | |

COMMENTS
_____
_____
_____

SEUL 0092

**SOUTHEAST UNLOADING**

**DAILY SIGN-IN SHEET**
**UNLOADING**

**PERISHABLE**

RECEIPTS USED _____

LOGS USED _____

DEPARTMENT: _____

DATE: _8-10-4-04_

| M T W T F S S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | SIGNATURE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | ANTHONY MILES | / | | | | | |

| | | | | | | INV | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CASH/CHECK | | | | |
| | | | | | | TOTAL | | | | |

Total

COMMENTS

**SOUTHEAST UNLOADING**

DAILY SIGN-IN SHEET
UNLOADING

DEPARTMENT: _____ PERISHABLE

RECEIPTS USED _____
LOGS USED _____

DATE: 10-6-04

| M T W T F S S | NAME | TIME IN | LUNCH | TIME OUT | TOTAL HOURS | DAILY TOTAL | SIGNATURE |
|---|---|---|---|---|---|---|---|
| | ANTHONY MILES | 700 | 333 433 | 700 | 11.3 | ✓ | Aron |

| | | | | | |
|---|---|---|---|---|---|
| | INV | | | | |
| | CASH/CHECK | | | | |
| | TOTAL | | | Total | |

COMMENTS _____
_____
_____

SEUL 0094