


**DEFENDANT'S EXHIBIT**

# EMPLOYEE WARNING NOTICE

11 - Miles

| EMPLOYEE NAME | Anthony Miles | WARNING DATE | 10-18-04 |
|---|---|---|---|
| EMPLOYEE NO. | DEPARTMENT Perishable | SHIFT | |

## VIOLATIONS

- [X] ATTENDANCE
- [ ] PERSONAL WORK
- [ ] UNAUTHORIZED ABSENCE
- [ ] CARELESSNESS
- [ ] REFUSAL TO WORK OVERTIME
- [ ] WORK QUALITY
- [ ] CONDUCT
- [ ] SAFETY
- [ ] WILLFUL DAMAGE
- [ ] INSUBORDINATION
- [ ] TARDINESS
- [ ] OTHER:

## WARNINGS PREVIOUSLY

| WARNING # | DATE | DESCRIPTION | SIGNED |
|---|---|---|---|
| 1 | 10-16-04 | Violation of Attendance Policy | |
| 2 | | | |
| 3 | | | |

### COMPANY STATEMENT
Warning about Violation of Attendance policy

### EMPLOYEE STATEMENT
- [ ] I agree with Company Statement.
- [ ] I disagree with Company Statement.

REASONS

| TITLE | DATE | SIGNED | DATE |

### ACTION TAKEN

I have read this Warning Notice and understand it.

EMPLOYEE'S SIGNATURE _____ DATE _____

SUPERVISOR  Wayne Broussard   DATE 10-18-04

[X] This form was refused by Employee.

SUPERVISOR _____ DATE _____

* If the Employee Warning Notice, after completion, contains information on the medical condition or history of an employee, then it must be maintained in a separate file and treated as confidential in accordance with applicable law and regulations.

SEUL 0062

**SOUTHEAST UNLOADING**


DEFENDANT'S EXHIBIT

12- Miles

# EMPLOYEE WARNING NOTICE

| EMPLOYEE NAME | WARNING DATE |
|---|---|
| Anthony Miles | 10-18-04 |

| EMPLOYEE NO. | DEPARTMENT | SHIFT |
|---|---|---|
| | | |

## VIOLATIONS

- [ ] ATTENDANCE
- [ ] PERSONAL WORK
- [ ] UNAUTHORIZED ABSENCE
- [ ] CARELESSNESS
- [ ] REFUSAL TO WORK OVERTIME
- [ ] WORK QUALITY
- [ ] CONDUCT
- [ ] SAFETY
- [ ] WILLFUL DAMAGE
- [ ] INSUBORDINATION
- [ ] TARDINESS
- [ ] OTHER:

## WARNINGS PREVIOUSLY

| WARNING # | DATE | DESCRIPTION | SIGNED |
|---|---|---|---|
| 1 | 10-10-04 | | |
| 2 | 10-16-04 | | |
| 3 | | | |

### COMPANY STATEMENT

10-10-04 employee did not report on a scheduled Sunday to work. He did not bother to call either. I talked to him on 10-11-04 about this.

10-16-04 - employee did not report on a scheduled Saturday. Did not call or report.

| TITLE | DATE |
|---|---|

### EMPLOYEE STATEMENT

- [ ] I agree with Company Statement.
- [ ] I disagree with Company Statement.

REASONS

| SIGNED | DATE |
|---|---|

### ACTION TAKEN

I have read this Warning Notice and understand it.

EMPLOYEE'S SIGNATURE _____  DATE _____

SUPERVISOR  Wayne Sonnenlecolt   DATE 10-18-04

[X] This form was refused by Employee.

SUPERVISOR _____  DATE _____

\* If the Employee Warning Notice, after completion, contains information on the medical condition or history of an employee, then it must be maintained in a separate file and treated as confidential in accordance with applicable law and regulations.

SEUL 0063

 

13 - Miles

*Take a Minute...*

# DOCUMENT IT!



**MEMO TO THE FILE OF:** Anthony Miles

**SUBJECT:** <u>PLEASE CIRCLE ONE</u>

    **INJURY ACCIDENT**

    **EQUIPMENT DAMAGE**

    **PRODUCT DAMAGE**

    **(OTHER:)** Did not return to work

**DATE OF OCCURRENCE:** 10-11-04

**COMMENTS:** Anthony left to go to a doctors appointment and did not return to work after the appointment.

**SUBMITTED BY:** Wayne Somerlot **DATE:** 10/11/04

SEUL 0064

  

DEFENDANT'S EXHIBIT

M-Miles

Take a Minute...

# DOCUMENT IT!



**MEMO TO THE FILE OF:** Anthony Miles

**SUBJECT:**   PLEASE CIRCLE ONE

  INJURY ACCIDENT
  EQUIPMENT DAMAGE
  PRODUCT DAMAGE
  OTHER: _____

**DATE OF OCCURRENCE:** 10-11-04

**COMMENTS:** Anthony Miles asked about going to therapy for 1 hr out of each day, I agreed to this if he came back after therapy he never returned. He stats that he called Chris Monron and Robert Dobbins and asked them if there was anything left to do. Both say he did not call.

Refused to sign

**SUBMITTED BY:** Wayne Somenhows  **DATE:** 10/18/04

SEUL 0065




15-Miles

Take a Minute...

# DOCUMENT IT!



**MEMO TO THE FILE OF:** Anthony Miles

**SUBJECT:**
PLEASE CIRCLE ONE

INJURY ACCIDENT
EQUIPMENT DAMAGE
PRODUCT DAMAGE
(OTHER:) Did not call in

**DATE OF OCCURRENCE:** 10-10-04

**COMMENTS:**
Anthony was told on Wed and Thurs that we would not work on Sat but on Sun. He did not call in or report to work on Sun 10-10-04.

**SUBMITTED BY:** Wayne Domeinla   **DATE:** 10/10/04

SEUL 0066



DEFENDANT'S EXHIBIT

16 - Miles

# EMPLOYEE WARNING NOTICE

**EMPLOYEE NAME:** Anthony Miles
**WARNING DATE:** 10-4-04
**EMPLOYEE NO.:**
**DEPARTMENT:** Perishable
**SHIFT:** Day

## VIOLATIONS

- [ ] ATTENDANCE
- [ ] PERSONAL WORK
- [X] UNAUTHORIZED ABSENCE
- [ ] CARELESSNESS
- [ ] REFUSAL TO WORK OVERTIME
- [ ] WORK QUALITY
- [ ] CONDUCT
- [ ] SAFETY
- [ ] WILLFUL DAMAGE
- [ ] INSUBORDINATION
- [ ] TARDINESS
- [ ] OTHER:

## WARNINGS PREVIOUSLY

| WARNING # | DATE | DESCRIPTION | SIGNED |
|---|---|---|---|
| 1 | 10-2-04 | Did not Report - No Call | |
| 2 | | | |
| 3 | | | |

## COMPANY STATEMENT

Did not show up for Work on Saturday. Did not Call.

TITLE _____ DATE _____

## EMPLOYEE STATEMENT

- [ ] I agree with Company Statement.
- [ ] I disagree with Company Statement.

REASONS

SIGNED _____ DATE _____

## ACTION TAKEN

I have read this Warning Notice and understand it.

EMPLOYEE'S SIGNATURE _____ DATE _____
SUPERVISOR _____ DATE _____
- [ ] This form was refused by Employee.
SUPERVISOR _____ DATE _____

\* If the Employee Warning Notice, after completion, contains information on the medical condition or history of an employee, then it must be maintained in a separate file and treated as confidential in accordance with applicable law and regulations.

SEUL 0067



DEFENDANT'S EXHIBIT
17-Miles

Take a Minute...

# DOCUMENT IT!



**MEMO TO THE FILE OF:** Anthony Miles

**SUBJECT:** *PLEASE CIRCLE ONE*

INJURY ACCIDENT

EQUIPMENT DAMAGE

PRODUCT DAMAGE

(OTHER:) Illness

**DATE OF OCCURRENCE:** 9-23-04

**COMMENTS:** Anthony waited about an hour to start work (shipping was late). After that he became sick and had to leave.

**SUBMITTED BY:** Wayne Semenland  **DATE:** 9/23/04

SEUL 0068

**SOUTHEAST UNLOADING**

**DEFENDANT'S EXHIBIT**

18 - Miles

# EMPLOYEE WARNING NOTICE

| EMPLOYEE NAME: Anthony Miles | WARNING DATE: 8-3-04 |
|---|---|
| EMPLOYEE NO.: 1 | DEPARTMENT: Perishable | SHIFT: |

## VIOLATIONS

- [ ] ATTENDANCE
- [ ] PERSONAL WORK
- [ ] UNAUTHORIZED ABSENCE
- [ ] CARELESSNESS
- [ ] REFUSAL TO WORK OVERTIME
- [ ] WORK QUALITY
- [ ] CONDUCT
- [x] SAFETY
- [ ] WILLFUL DAMAGE
- [ ] INSUBORDINATION
- [ ] TARDINESS
- [ ] OTHER:

## WARNINGS PREVIOUSLY

| WARNING # | DATE | DESCRIPTION | SIGNED |
|---|---|---|---|
| 1 | 8-3-04 | Seat Belt | Verbal |
| 2 | | | |
| 3 | | | |

**COMPANY STATEMENT**

Seat Belt

**EMPLOYEE STATEMENT**

- [ ] I agree with Company Statement.
- [ ] I disagree with Company Statement.

REASONS:

**ACTION TAKEN**

I have read this Warning Notice and understand it.

EMPLOYEE'S SIGNATURE _[signed]_    DATE _____

SUPERVISOR _____    DATE _____

- [ ] This form was refused by Employee.

SUPERVISOR _Wayne Semenhawold_    DATE _8/3/04_

\* If the Employee Warning Notice, after completion, contains information on the medical condition or history of an employee, then it must be maintained in a separate file and treated as confidential in accordance with applicable law and regulations.

SEUL 0069



DEFENDANT'S EXHIBIT

19-Miles

Take a Minute…

# DOCUMENT IT!



**MEMO TO THE FILE OF:** Anthony Miles

**SUBJECT:**   PLEASE CIRCLE ONE

    INJURY ACCIDENT

    EQUIPMENT DAMAGE

    PRODUCT DAMAGE

    (OTHER:) Leaving without telling supervisor

**DATE OF OCCURRENCE:** 3-7-04

**COMMENTS:**
Anthony left the Winn-Dixie property for the day without telling the supervisor. He was given a verbal reprimand and told to be sure to inform the supervisor before leaving.

Refused to sign

**SUBMITTED BY:** Wayne Bomanlee   **DATE:** 3/19/04

SEUL 0070

# YOU HAVE A RIGHT TO FILE A CHARGE OF DISCRIMINATION

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## BIRMINGHAM DISTRICT OFFICE

### CHARGE QUESTIONNAIRE

This Form Is Affected By The Privacy Act Of 1974; Read The Last Page Before Completing This Form.

PLEASE READ THE FOLLOWING INFORMATION BEFORE PROCEEDING:

* <u>A charge must be filed with the EEOC within 180 days</u> after the alleged unlawful practice has occurred (300 days, if the employer is within the jurisdiction of a Fair Employment Practice Agency - If you are a state employee or you worked in Richmond County).
* <u>The employer must have</u> 15 or more employees if the alleged unlawful practice falls under Title VII of the Civil Rights Act and the Americans With Disabilities Act; 20 employees if the alleged unlawful practice falls under the Age Discrimination In Employment Act and 2 employees if the alleged unlawful practice falls under the Equal Pay Act.
* <u>Federal employees</u> should file with their Agency EEO Counselor, unless the unlawful practice falls under the Equal Pay Act.

Please complete this questionnaire and return it to the Receptionist. You will be interviewed by an Investigator to determine if your employment situation falls within the jurisdiction of the EEOC. Be prepared to spend up to approximately three hours here today. Interviews are conducted on a first-come, first-served basis. Thank you for your patience and cooperation.

## PLEASE PRINT

NAME Anthony R Miles   DATE OF BIRTH 06-22-62
ADDRESS 413 Planters Rd
CITY Montgomery   STATE AL   ZIP 36109   COUNTY Montgomery
TELEPHONE 334-271-2554   CELL/PAGER 334-322-9723
YOUR RACE Black   YOUR SEX: FEMALE ___   MALE ✓
SS# 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

SEUL/EEOC 0029

PAGE 2

WHAT DAY(S) AND TIME(S) ARE YOU AVAILABLE BY TELEPHONE BETWEEN THE HOURS OF 8:30 AM AND 5:00 PM? *Monday thru Friday Cell phone*

CONTACT PERSON: (SOMEONE AT A DIFFERENT ADDRESS AND TELEPHONE NUMBER WHO KNOWS WHERE YOU CAN BE REACHED)

NAME *Chris Mosman*   TELEPHONE *334 354-2971*

ADDRESS _____

CITY _____ STATE ____ ZIP ____

ARE YOU REPRESENTED BY AN ATTORNEY? IF SO, PROVIDE HIS/HER NAME AND TELEPHONE NUMBER:

NAME *Anderson Law Firm*   TELEPHONE *334-272-9880*
*Wiggins, Childs, Quinn & Pantazis*   *314-0500*
*[Atty Lee Winston]*

PLEASE ANSWER THE FOLLOWING QUESTIONS

DATE OF YOUR EMPLOYMENT *11-26-01*   JOB AT TIME OF HIRE *Material handler*

*Material* JOB AT TIME OF DISCRIMINATORY ACTION *Material handler*

I BELIEVE I WAS DISCRIMINATED AGAINST BY: (CHECK THOSE THAT APPLY)

COMPANY ✓   UNION (Give Local Number) _____   EMPLOYMENT AGENCY _____

NAME *Southeast unloading, First coast Pallet co*
ADDRESS *1619 Radio Ave*
CITY, STATE, ZIP *Yulee FL 32097*
TELEPHONE *904-225-9566*   APPROXIMATE NO. OF EMPLOYEES _____

NAME *Ivey Crump Jr- Wayne Geinweinhardt*
ADDRESS *8065 Mobile Hwy*
CITY, STATE, ZIP *Montgomery AL*
TELEPHONE *334-280-3155*   APPROXIMATE NO. OF EMPLOYEES _____

WHAT IS THE BUSINESS OF YOUR EMPLOYER *Pallet company - unloading serv*

Page 3

PROVIDE THE NAME OF THE COMPANY OFFICIAL (OWNER, PRESIDENT OR PERSONNEL DIRECTOR)
NAME _Ivey Crump JR_   TITLE _Site supervisor?_

YOUR BEST RECOLLECTION OF THE MOST RECENT DATE OF THE DISCRIMINATORY ACTIONS TAKEN BY THE EMPLOYER _10-25-04_

DO YOU BELIEVE THE ACTION WAS TAKEN AGAINST YOU BECAUSE OF ANY ONE (OR MORE) OF THE CATEGORIES LISTED BELOW? ___YES ___NO  (IF YES, CIRCLE THE ONE(S) THAT APPLY)
(RACE) (COLOR) SEX, RELIGION, NATIONAL ORIGIN, AGE, (RETALIATION) OR DISABILITY (SPECIFY)

SPECIFIC DISCRIMINATORY ACTION: (CIRCLE THE ONE(S) THAT APPLY)
(DISCHARGE) HIRING; LAYOFF; RECALL; SUSPENSION; PROMOTION; RETIREMENT (INVOLUNTARY);
WAGES; (HARASSMENT); SEXUAL HARASSMENT; OTHER (SPECIFY)_____

PROVIDE A BRIEF EXPLANATION OF THE DISCRIMINATORY ACTION TAKEN AGAINST YOU:
_Prior to discharge, MR Crump JR state, "I'll get you Anthony". On 10-25-04 MR crump was seen by coworkers Chris Morman - Kenneth Hirnaisen, Robert Dobbins talking to Mike Johnson. Appox 11:00 AM MR Dobbins gave me a receipt I gave it to driver the driver gave me $50 I gave the $50 to MR Dobbins._

WHAT REASON(S) WERE YOU GIVEN FOR THE ACTION TAKEN _Unauthorized solicitation of a Driver._

WHY DO YOU THINK THE ACTION BY THE EMPLOYER WAS DISCRIMINATORY? _Ms. Arlene Barker - a coworker was accused of the same thing was transferred to day shift. Furthmore MR Wayne approached Ms Barker and stated that a driver stated she gave him a receipt and next time she would be fired. Both myself and ms Barker were a party to the same law suit against southeast unloadin Etc_

SEUL/EEOC 0031

Page 4

IF YOUR ISSUE OF DISCRIMINATION IS HIRING OR PROMOTION, LIST THE POSITION YOU WERE SEEKING _____

PROVIDE THE NAME & JOB TITLE OF THE PERSON IN THE SAME OR SIMILAR SITUATION WHO WAS TREATED MORE FAVORABLE THAN YOU (Identify this person by race, sex, religion, national origin or age)

NAME _Arlene Barker_ JOB TITLE _Material handler White_

PROVIDE THE NAME(S) AND TELEPHONE NUMBERS OF THE WITNESS(ES) WHO YOU THINK CAN PROVIDE EVIDENCE IN SUPPORT OF YOUR ALLEGATIONS OF DISCRIMINATION.

NAME _Arlene Barker_ TELEPHONE NUMBER _334-439-9363_
_Chris morman - 334-3542917?_
_Ken Hirnaisen   334-874-9113_
_Andre Brown - 732-530 8677 - cell 732-693 1439_

PROVIDE A DESCRIPTION OF THE INFORMATION THAT EACH PERSON LISTED ABOVE CAN SUBMIT IN SUPPORT OF YOUR ALLEGATIONS.

_Arlene - support she and I were accused of the same thing but because of my color - Race Ivey was very discriminatory - Chris verify ~~same as~~ Has I was authorized to solict Ken hirnaisen verify I was authorized. Andre Brown verify I trained him to be supervisor._

WHAT RELIEF ARE YOU SEEKING THROUGH THE EEOC? _MAX_

## YOU HAVE A RIGHT TO FILE A CHARGE OF DISCRIMINATION

I SWEAR OR AFFIRM THAT THE INFORMATION PROVIDED IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNATURE _[signature]_ DATE _11-24-04_

SEUL/EEOC 0032