DEFENDANT'S EXHIBIT

21 - Miles



# DRUG TEST CRITERIA

To maintain Southeast Unloading L.L.C.'s drug free workplace designation, the following criteria is used. All associates are subject to pre-employment, post-accident, and random drug testing.

**SOUTHEAST UNLOADING**

# SUBSTANCE ABUSE POLICY STATEMENT

South-East Unloading, Inc. is committed to providing a safe work environment and to fostering the well-being and health of its employees. That commitment is jeopardized when any South-East Unloading, Inc. employee illegally uses drugs on the job; comes to work under the influence; posses, distributes or sells drugs in the workplace; or abuses alcohol on the job. Therefore, South-East Unloading, Inc. has established the following policy:

- It is a violation of company policy for any employee to use, possess, sell, trade, offer for sale, or offer to buy illegal drugs or otherwise engage in the illegal use of drugs on the job.

- It is a violation of company policy for anyone to report to work under the influence of illegal drugs or alcohol.

- It is a violation of the company policy for anyone to use prescription drugs illegally. (However, nothing in this policy precludes the appropriate use of legally prescribed medications.)

- Violations of this policy are subject to disciplinary action up to and including termination.

It is the responsibility of the company's supervisors to counsel employees whenever they see changes in performance or behavior that suggest an employee has a drug problem. Although it is not the supervisor's job to diagnose personal problems, the supervisor should encourage such employees to seek help and advise them about available resources for getting help. Everyone shares responsibility for maintaining a safe work environment, and co-workers should encourage anyone who has a substance abuse problem to seek help.

The goal of this policy is to balance our respect for individuals with the need to maintain a safe and productive environment. The intent of this policy is to offer a helping hand to those who need it, while sending a clear message that the illegal use of drugs and the abuse of alcohol are incompatible with employment at South-East Unloading, Inc.



# PRE-EMPLOYMENT CONSENT AND RELEASE FORM

I hereby consent to submit to the testing for drugs and/or alcohol as shall be determined by South-East Unloading, Inc. in the selection process of applicants for employment, for the purpose of determining the drug and/or alcohol content thereof.

I agree that_____ may collect these specimens for these tests and may test them, if qualified, or forward them to a licensed laboratory designated by the company for analysis. I further agree to and hereby authorize the release of results of said test to the company.

I understand that my current use of illegal drugs may prohibit me from being employed at this Company.

I further agree that a reproduced copy of this pre-employment consent and release form shall have the same force and effect as the original.

I have carefully read the foregoing and fully understand its contents. I acknowledge that my signing of this consent and release form is a voluntary act on my part and that I have not been coerced into signing this document by anyone.

**Applicant:**

_____
Applicant Name                                   Social Security Number

_____
Applicant Signature                              Date

**Witness:**

_____
Witness Name                    Witness Signature              Date

SOUTH - 01013



# ACKNOWLEDGEMENT AND RELEASE FOR ALCOHOL/DRUG/SUBSTANCE ABUSE POLICY AND TESTING PROGRAM

I have been told and understand that my employer has a policy that employees under the influence of alcohol or chemical substances during working hours may be immediately discharged.

I agree that under working hours, I may be required and will submit to a test administered by a qualified authority that will determine if alcohol or chemical substances are present. I understand that positive results of this test can affect my eligibility for workers' compensation benefits.

I further understand that employment and continued employment depends upon my agreement to submit at any time and without prior notice to a drug/alcohol screen. I further understand that refusal to submit voluntarily to such a test or the detection of the presence of alcohol or drugs by such a test will result in my immediate discharge.

I do hereby authorize my employer or representative of my employer to obtain medical reports, records, or tests which indicate the presence of alcohol or chemical substances in my body.

I agree that a Photostat copy of this authorization serves as an original.


This policy has been read to me and I fully understand it.


| | | |
|---|---|---|
| Employee Name | Signature | Date |

| | | |
|---|---|---|
| Witness Name | Signature | Date |

SOUTH - 01014



# EMPLOYEE CERTIFICATE OF AGREEMENT

I do hereby certify that I have received, read and understand the South-East Unloading, Inc. Abuse and Testing Policy. I understand that if my performance indicates it is necessary, I will submit to a drug test. I also understand that failure to comply with a drug testing request or a positive result may lead to sanctions as laid out in the policy, including termination of employment.

| Name | Signature | Date |
|------|-----------|------|

SOUTH - 01015



# ATTENDANCE POLICY

It is imperative that Employees report to work as scheduled, at their appropriate
Department Start-time (not arriving to work).

All employees must notify their supervisor no later than one-half hour prior to
Their shift start-time, if they are going to be absent. This can be done by calling
your supervisor or the local office number. If the answering machine picks up please
state your name, reason for absence, and your return date if possible.

Employees are allowed three unexcused absences within a 120-day period. Employees
missing an excess of three unexcused absences within a 120-day period will face
Disciplinary actions will follow the steps described in the Disciplinary Procedure
Policy.



# TARDINESS POLICY

Tardiness will not be tolerated at Southeast Unloading L.L.C.. Employees that are late 2 times within a 30-day period will face disciplinary action. Disciplinary action will follow the steps described in the Disciplinary Procedure Policy.



# PROBATIONARY PERIOD

All employees must complete a Probationary period of 90 days. During this period, each employee will be evaluated by management on several occasions to determine if the employee is meeting company standards. Management also has the right to extend an employee's probationary period if needed.

After an employee has met all company standards, the employee is then considered to be of permanent status. A permanent status entitles the employee to all benefits offered by Southeast Unloading L.L.C., including employee vacation, company recognized holidays, Health Insurance, etc.



# DISCIPLINARY PROCEDURE POLICY

Disciplinary action will be enforced in 4 stages and they as follows:

1st incident -- Written Verbal Warning
2nd incident -- Written Warning
3rd incident -- 3-day Suspension (without pay)
4th incident -- Termination from Southeast Unloading L.L.C.

**SOUTHERN UNLOADING**

# EMPLOYEE WARNING NOTICE

| EMPLOYEE NAME | WARNING DATE |
|---|---|

| EMPLOYEE NO. | DEPARTMENT | SHIFT |
|---|---|---|

## VIOLATIONS

☐ ATTENDANCE ☐ PERSONAL WORK ☐ UNAUTHORIZED ABSENCE

☐ CARELESSNESS ☐ REFUSAL TO WORK OVERTIME ☐ WORK QUALITY

☐ CONDUCT ☐ SAFETY ☐ WILLFUL DAMAGE

☐ INSUBORDINATION ☐ TARDINESS ☐ OTHER:

## WARNINGS PREVIOUSLY

| WARNING # | DATE | DESCRIPTION | SIGNED |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

## COMPANY STATEMENT

## EMPLOYEE STATEMENT

☐ I agree with Company Statement.

☐ I disagree with Company Statement.

REASONS

| TITLE | DATE | SIGNED | DATE |
|---|---|---|---|

## ACTION TAKEN

I have read this Warning Notice and understand it.

EMPLOYEE'S SIGNATURE _____ DATE _____

SUPERVISOR _____ DATE _____

☐ This form was refused by Employee.

SUPERVISOR _____ DATE _____

\* If the Employee Warning Notice, after completion, contains information on the medical condition or history of an employee, then it must be maintained in a separate file and treated as confidential in accordance with applicable law and regulations.

SOUTH - 01020

**SOUTHEAST UNLOADING**

# EMPLOYEE TERMINATION NOTICE

| EMPLOYEE NAME | | TERMINATION DATE |
|---|---|---|
| EMPLOYEE NO. | DEPARTMENT | SHIFT |

## REASON FOR TERMINATION

☐ ATTENDANCE            ☐ PERSONAL WORK            ☐ VOLUNTARILY QUIT

☐ CARELESSNESS          ☐ REFUSAL TO WORK OVERTIME ☐ WORK QUALITY

☐ CONDUCT               ☐ SAFETY                   ☐ DID NOT MEET COMPANY STANDARDS

☐ INSUBORDINATION       ☐ TARDINESS                ☐ OTHER

## WARNINGS PREVIOUSLY

| WARNING # | DATE | DESCRIPTION | SIGNED |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

## COMPANY STATEMENT

SIGNED

| TITLE | DATE |
|---|---|

## EMPLOYEE STATEMENT

☐ I agree with Company Statement.

☐ I disagree with Company Statement.

REASONS

| SIGNED | DATE |
|---|---|

I have read this Termination Notice and understand it.

EMPLOYEE'S SIGNATURE _____    DATE _____

SUPERVISOR _____    DATE _____

☐ This form was refused by Employee.

JPERVISOR _____    DATE _____



## EMPLOYEE REQUEST FORM

Date _____

Employee's Name _____    Employee Number _____

Job Classification _____    Department _____

Date of Hire _____

## Request For

| | | | | |
|---|---|---|---|---|
| _____ | Time Off | From _____ | To | _____ |
| _____ | Vacation (Re-Schedule) | From _____ | To | _____ |
| _____ | Vacation (Work) | From _____ | To | _____ |
| _____ | Shift Change | From _____ | To | _____ |
| _____ | Personal Holiday | From _____ | To | _____ |
| _____ | Other | From _____ | To | _____ |

## :ason For Request

_____

_____

_____

_____

_____
Employee's Signature

_____ Approved    _____ Dis-Approved    _____
Supervisor's Signature

_____ Approved    _____ Dis-Approved    _____
Manager's Signature

## Comments:

_____

_____

_____

_____
HR Department

SOUTH - 01022



# VACATION POLICY AND PROCEDURE

## Policy

Effective April 1, 2001, employees are entitled to the following vacation schedule:

One year of service - 1 week vacation time

Three years of service - 2 weeks vacation time

Ten years of service - 3 weeks vacation time

## Procedure

Employees requesting vacation time must submit a Vacation Request Form at least 2 weeks prior to the requested time off for checks to be processed. Time may be granted, but checks will require 2 weeks for processing. All Vacation Request Forms must be completed and approved by Management.



# HOLIDAYS

Effective July 12, 2000, the following will be recognized paid holidays for Southeast Unloading L.L.C.

- NEW YEAR'S DAY   (January 1)

- MARTIN LUTHER KING, JR. DAY   (January)

- INDEPENDENCE DAY   (July 4)

- LABOR DAY   (September)

- THANKSGIVING DAY   (November)

- CHRISTMAS DAY   (December 25)

All employees must report for work the day before and the day after of the specified holiday to be eligible for Holiday Pay.

SOUTH - 01024

# Training



| I. Orientation | II. On-The-Job-Training |
|---|---|
| Company Principles & Customer Requirements | Dock / Warehouse Training |
| Video Demonstrations & Safety Videos | Unload 2 Weeks with Trainer |
| Safety Principles & Issue Safety Training Checklist | Witten Evaluation by Trainer |
| Cover Quality Of Work | 1st Probationary Phase: Unloads from 10-15 days until a qualified level of proficiency is demonstrated to enter the next training level or dock type |

Ongoing Evaluation & Counseling by Supervisor on Probationary Process with Associate

SOUTH - 01025



# TRAINING AND PROCEDURE CHECK LIST

| **Procedure** | **Employee** | **Supervisor** |
|---|---|---|
| Access Procedure | _____ | _____ |
| Signing In/Out Procedure | _____ | _____ |
| Read Ti-Sheet | _____ | _____ |
| Break Down Procedure | _____ | _____ |
| Forklift Operation Procedure | _____ | _____ |
| Pallet Jack Operation Procedure | _____ | _____ |
| Battery Exchange Procedure | _____ | _____ |
| Safety Procedures | _____ | _____ |
| Fire and Ammonia Evacuation Procedure | _____ | _____ |
| Complete 2 Week Training Period | _____ | _____ |
| Trash Disposal Procedure | _____ | _____ |

**By signing I certify that I have received the above training and fully understand each procedure.**

_____          _____
Employee signature                                    Supervisor signature

SOUTH - 01026



# UNLOADING PROCEDURES

Please initial next to each training objective when it has been
explained to you and you have a complete understanding of it.

| | Trainee Initial | Date |
|---|---|---|
| TI-Sheet | _____ | _____ |
| Freight Set-up on dock | _____ | _____ |
| Product Breakdown | _____ | _____ |
| Removal of Plastic, Mesh, Wrap, etc | _____ | _____ |
| Disposal of trash and placement of bad pallets | _____ | _____ |

I have explained the above procedures to _____
and feel that he/she has a thorough understanding of them.

_____          _____
Trainer Signature                                             Date

_____          _____
Trainee Signature                                             Date

SOUTH - 01027



# UNLOADERS APPAREL POLICY

Southeast Unloading L.L.C. requires all unloaders to wear either an orange tee-shirt or an orange sweat shirt. They are to be worn whenever the employee is on the premises of Southeast Unloading L.L.C. or one of its subsidiaries. The apparel must be visible and worn on the outside of any other clothing.

Southeast Unloading L.L.C. will provide these articles of clothing to every unloader. All worn out pieces will be replaced at no cost to the employee. The employee must turn in the worn-out articles for new ones to be issued.

All lost or stolen articles are the employee's responsibility. Any employee that can not provide the previously issued garments for replacement or upon termination of employment will be subject to replacement costs. Such costs will be automatically deducted through payroll.

_____Tee-shirt                    _____Sweat Shirt

I have received the above article(s) and understand the above policy.

_____
Employee Name            Signature                    Date

SOUTH - 01028



# UNLOADERS SIGN-IN SHEET

As an unloader for a third party client, it is necessary to establish an associate order to distribute loads. All associates will sign the Unloader Sign-in Sheet upon entrance to the property and at the completion of each load. This sheet is used for distribution of any loads contracted by Southeast Unloading L.L.C. Also this sheet can use to account for associates in case of an emergency.

SOUTH - 01029



# DAILY SIGN-IN LIST

| JOB AREA | DATE | TIME-IN | TIME-OUT | TOTAL HOURS ON JOB SITE | SIGNATURE |
|----------|------|---------|----------|-------------------------|-----------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |



# LATE TRUCK PROCEDURE

Upon the completion of all receiving shifts, Southeast Unloading L.L.C.
supervisors are to check with the appropriate third party supervisors. In
the event of any late loads, unloaders will be designated to handle the late
trucks. An approximate time is determined and the supervisor and the
unloaders are put on-call. If the unloaders are not present when the late
trucks arrive, the area supervisor for Southeast Unloading L.L.C. is contacted
by the third party At this time the supervisor contacts the unloaders and they
return to complete the late truck. In the event of an emergency, Southeast Unloading
L.L.C. always has multiple unloaders on-call to handle any late truck.

SOUTH - 01031



# PILFER POLICY

All Southeast Unloading L.L.C.'s Associates are prohibited from removing
Any product from the warehouse.

This includes, but is not limited to; damaged, excess product, or product
given in the form of a gift or payment.

Associates are prohibited from receiving or purchasing any damaged, refused,
or excess of product from Drivers or Third Party Associates.

Southeast Unloading L.L.C.'s associates are subject to search upon leaving
work.

\*   Any violations to this policy will result in disciplinary
     action and / or possible termination.



# UNAUTHOTIZED SOLICITATION OF DRIVERS

Unloaders are not allowed to approach drivers, dispatchers, customers or potential customers without prior authorization from management. Only supervisors are to negotiate rates / prices for the unloading services or any other service that Southeast Unloading L.L.C. provides or may provide.

Any employee in violation of this policy will be subject to disciplinary action and/or termination from the company.

By signing below, I fully understand and agree to abide by the above policy.

| | | |
|---|---|---|
| Employee Name | Employee Signature | Date |

SOUTH - 01033



# PROPERTY ACCESS AND PARKING

Southeast Unloading L.L.C. recognizes the importance of security. When necessary, parking passes are issued for entrance to our third party client's property. All Southeast Unloading L.L.C. representatives on property are issued I.D. badges. Any access or parking procedures are subject to third party approval.