

---

# SAMPLE SECURITY INDENTIFICATION BADGE



*Front*

---

**Operator Training Completed:**
Seated Lift Truck: Hyster
Platform Pallet Truck: Crown
Slip Sheet Lift Truck: Clark

*Back*

SOUTH - 01035



# USE OF PROFANITY

While in uniform, on the property of Southeast Unloading L.L.C., or on the property of one of its subsidiaries, employees are representing the company. Out of respect for others, public courtesy, and fellow coworkers, please refrain from using profanity.



# POSITIVE EMPLOYEE RELATIONS POLICY

Southeast Unloading L.L.C.has long been, and remains, committed to a philosophy of treating all employees with dignity and respect. Positive management-employee relations are based on mutual trust and personal respect. This includes respecting the opinions and concerns of our employees, and the belief that, as, they are their own best spokespersons. Southeast Unloading L.L.C. encourages open communication and participation in identifying issues of concern to our employees. We take pride in our ability to work for our employees in creating a positive, productive environment and to work with them to resolve the issues.

EEOc Policy - 3pgs
    "    "   Sig page - 1pg

SOUTH - 01037

# SUMMARY OF
# NEW SAFETY TRAINING POLICY GUIDELINES
# FOR POWERED INDUSTRIAL TRUCKS

## Codified at 29 CPR 1910.178(1)

*The information provided below is taken in part from the final ruling document provided by OSHA on their web site.*

- **COMPLIANCE DATES**

  OSHA'S NEW POLICY GUIDELINES IS EFFECTIVE <u>MARCH 1, 1999.</u>

  | <u>Employee Hired/Assigned</u> | <u>Initial Training/Evaluation Completion</u> |
  |---|---|
  | • Before December 1,1999 | • By December 1, 1999 |
  | • After December 1, 1999 | • Before Employee is Assigned to Operate Industrial Truck |

- **DOCUMENTATION REQUIREMENTS**

  **All training, evaluation, and retraining must be documented with:**
  - Name of Operator
  - Date of Training
  - Date of Evaluation
  - Type(s) of Equipment Certified to Operate
  - Identity of Trainer(s)
  - Identity of Evaluator(s)

- **OVERVIEW OF REQUIREMENTS**

  - Every employer must develop a training program
  - Virtually all powered material handling equipment is covered by the standard requirement.
  - The effectiveness of the training program must be continually evaluated and appropriate adjustments made.
  - Every operator must be evaluated and qualify to operate each type of vehicle(s).
  - Refresher and remedial training must be ongoing.
  - Training should result in operator certification.
  - Recertification and record keeping are key program components.
  - Recertification required every 3 years.
  - The program should include core training curriculum, trainer evaluation, the specific vehicle(s), and the operating environment.
  - Operators must be tested and certified on each piece of equipment.
  - Refresher training is required if the operator is involved in an accident or a near miss incident.

- ➢ Re-certification required every 3 years.
- ➢ The program should include core training curriculum, trainer evaluation, the specific vehicle(s), and the operating environment.
- ➢ Operators must be tested and certified on each piece of equipment.
- ➢ Refresher training is required if the operator is involved in an accident or a near miss incident.

## OVERVIEW OF TRAINING TOPICS

Powered industrial truck operators (trainee or experienced) shall be trained in the following topics unless the employer demonstrate that some are not needed for safe operation.

### Truck-Related Topics
- ➢ All operation interactions, warning and precautions for all types of trucks the employee will be required to operate.
- ➢ Similarities and differences from an automobile.
- ➢ Controls and instrumentation - their location, function, and operation.
- ➢ Power plant operation and maintenance.
- ➢ Steering and maneuvering.
- ➢ Visibility (including restrictions due to loading).
- ➢ Fork and attachment adaptation, operation, and limitations of their utilization.
- ➢ Vehicle capacity and stability.
- ➢ Vehicle inspection and maintenance.
- ➢ Refueling or charging, recharging batteries.
- ➢ Operating limitations.
- ➢ Other operating instructions, warnings or precautions listed in the operator's manuals.

### Workplace-Related Topics
- ➢ Surface conditions where the vehicle will be operated.
- ➢ Composition of probable loads and load stability.
- ➢ Load manipulation, stacking, and un-stacking.
- ➢ Narrow aisles and other restricted places of operation.
- ➢ Pedestrian traffic and safety.
- ➢ Operating in hazardous classified locations.
- ➢ Operations on ramps/sloped surface that could affect stability.
- ➢ Other unique or potentially hazardous environmental conditions that exist in the workplace.
- ➢ Operating the vehicle in closed environment and areas where insufficient ventilation could cause a buildup of carbon monoxide or diesel exhaust.

SOUTH - 01039

**An annual training and evaluation will be performed for all equipment operators with documentation.**

**Safety operating rules:**
1. Only authorized forklifts and pallet jacks, as required by OSHA.
2. Operator will perform daily inspection if operating at First Coast Pallet Shop area.
3. Safety defects to be reported immediately.
4. Operators will follow proper refueling or recharging procedures.
5. Always carry load tilted back
6. Any load that restricts vision shall be carried backwards.
7. Operators shall sound horn when backing or making a derivation change, and all cross ways.
8. Operators shall have no passengers at any time, unless in training.
9. When forklift or pallet jack is unattended, lower forks to floor and apply brake.
10. Operators are to report any accident, no matter of fault or severity to supervisor.

**Fueling safety:**
1. Follow the safe fueling procedures as required by OSHA.
2. LP tanks
3. No smoking
4. Move forklift outside to refuel
5. Turn off forklift
6. LP tanks will be changed as follows:
7. Shot of service value
8. Disconnect and remove tank from bracket.
9. LP tanks in bracket and re-buckle
10. Reconnect hose to tank and tighten
11. Open value slowly to assure proper seal.

SOUTH - 01040



# *Operators Safety*

Unloaders, Forklift and Pallet Jack

## All Unloaders, Forklift Operators, and Pallet Jack Operators shall meet the following:

- Must have good vision with no adverse problems.
- Must have good hearing with no adverse problems.
- Must have no physical impairments that would prevent operating a forklift or pallet jack safely.
- Must have no disorders that would affect his consciousness, blood sugar, ect.
- No taking any medication that effects his or her abilities to operate a forklift or pallet jack safely.

## Training

Unloaders, forklift and pallet jack trainees shall be qualified by an experienced operator. Management will select an instructor for the qualifying process. Trainee shall be qualified before he/she will be permitted to operate equipment.

### Training shall consist of the following:

1. Operating instructions, warnings, and precautions for the equipment being operated. Forklift and pallet jack controls and instrumentation where they are located, what they do, how they work
2. Motor operation
3. Steering operations
4. Visibility (restrictions due to load or unloading)
5. Any inspection and maintenance that may be required
6. The refueling and changing of batteries
7. The limitations of forklift and pallet jacks

### Work place-related topics:

1. Surface conditions such as wet dock cold environment
2. Load stability
3. Stacking and un-stacking
4. Pedestrian in the work area's (pedestrian has right of way)
5. Isles and restricted area's
6. Ramps on sloped surfaces
7. Working inside of truck when area is restricted
8. Unique conditions that may affect a safe operation



# POWERED INDUSTRIAL TRUCK OPERATOR TRAINING

## *EQUIPMENT TOPICS*
- All operation instructions, warnings, and precautions for specific equipment use.
- Similarities and differences from an automobile.
- Controls and instrumentation - their location, function, and operation.
- Power plant operation and maintenance.
- Steering and maneuvering.
- Visibility (restrictions due to loading).
- Fork and attachment adaptation, operation, and limitations of utilization.
- Vehicle capacity and stability.
- Vehicle inspection and maintenance.
- Refueling or charging/recharging batteries.
- Operating limitations.
- Other operating instructions, warnings or precautions listed in operator's manual. (Show VCR Tape: either <u>PWD/HWD Pallet Jack Operator</u> or <u>Sit Down Lift Trucks</u>. Instructor should cover any differences between equipment in VCR tape and equipment being used.)

## *WORKPLACE-RELATED TOPICS*
<u>These subjects should be emphasized during evaluations.</u>
- Surface conditions (moisture and condensation).
- Composition of loads and load stability.
- Load manipulation, stacking, and down-stacking.
- Narrow aisles and other restricted places of operation.
- Pedestrian traffic and safety (use of aural warning devices).
- Operations on ramps/sloped surface that could affect stability.
- Other unique of potentially hazardous environmental conditions that exist in the workplace.



# SINGLE PALLET TRUCKS

EMPLOYEE NAME_____          COMPANY_____

SOCIAL SECURITY # _____          INSTRUCTOR_____

DATE_____

1. The operator of a platform pallet truck stands on a platform in front of the piece of equipment. For this reason he/she must keep his/her feet on the platform and step off only when the jack has come to a complete stop.  T_____  F_____

2. While operating a pallet truck, I am responsible for my safety of those working around me.
T_____  F_____

3. I can take a rider on my pallet truck if they ride on a pallet.  T_____  F_____

4. The safest way to enter or exit the building through a swinging door or an electrically opened door is to travel forks first.  T_____  F_____

5. Watch out for pedestrians, they can pop up from anywhere.  T_____  F_____

6. When entering a trailer in an area that uses warehouse signal lights, the equipment operator must have a green light before entering the trailer.  T_____  F_____

7. You can help to avoid foot injuries by keeping both feet firmly planted on the platform truck and within the confines of a console type pallet truck.  T_____  F_____

8. Any and all accidents should be reported to your supervisor immediately.  T_____  F_____

9. All associates must be responsible for their own actions and safety.  T_____  F_____

10. When riding a platform pallet truck, it is safe to operate them with one hand.  T_____  F_____

11. Planning ahead is part of having a safe, defensive attitude.  T_____  F_____

12. What must I do when approaching an intersection or blind spot in the warehouse? (check three)
A._____  Come to a complete stop.
B._____  Blow horn and keep on going.
C._____  Sound horn.
D._____  Holler, "WATCH OUT."
E._____  Proceed slowly.

Employee: _____    Instructor: _____

Company/Division: _____    Date: _____

## FORKLIFT SAFETY QUIZ (ALTERNATE)

**Directions:** Read each statement carefully and circle the response that <u>most fully answers</u> the question.

1. When mounting or dismounting a forklift, face:

   A. away from the forklift

   B  toward the forklift

   C. do it the most comfortable way for you

   D. jump on or off

2. Who can operate forklifts?

   A. licensed operators

   B. supervisors

   C. any employee who is on duty

   D. trained and authorized operators

3. How often should operators inspect their forklift?

   A. daily

   B. weekly

   C. each shift

   D. monthly

4. Forklifts have what type of suspension?

   A. leaf springs

   B. three-point

   C. four-point

   D. coil springs

5. You can get under a raised load to check it:

   A. for debris that may fall off

   B. to be sure that the fork position is correct

   C. never get under a raised load

   D. whenever you feel it is necessary

SOUTH - 01044

6. What is the first thing to do before driving into a trailer?

    A. turn on available lighting

    B. raise the forks high enough to clear the dock plate

    C. check that the rear wheels have been chocked

    D. advise dock supervisor that you are entering the trailer

7. How many people are permitted to ride on a forklift?

    A. only the operator

    B. the operator plus any two authorized operators

    C. up to three if reasonable hand holds are available

    D. there is no pre-determined limit

8. How high should a load be carried?

    A. high enough to clear any bumps on the floor

    B. 2 to 4 inches if possible

    C. low enough to see over

    D. high enough to see under

9. Who has the right-of-way?

    A. the largest forklift

    B. pedestrians

    C. forklifts approaching from the right

    D. forklifts in the main aisle

10. Who is responsible for checking the security of a trailer before loading and unloading?

    A. the dock supervisor

    B. the forklift operator

    C. the truck driver

    D. whoever the company designates

11. When is it OK to travel with a load raised more than a few inches?

    A. whenever there is sufficient clearance

    B. whenever you know the floor to be free of bumps

    C. whenever it improves your visibility

    D. never

SOUTH - 01045

12. The minimum distance the forks should extend into a pallet is?

    A. all the way

    B. half way

    C. quarter way

    D. far enough to balance the load

13. When traveling down a ramp or incline:

    A. back down when loaded

    B. always drive forward when unloaded

    C. always back down

    D. use your own judgement

14. When should an operator tilt the load back on the mast?

    A. before driving forward

    B. before backing

    C. before raising

    D. when necessary to improve load balance

15. Training on one type of vehicle:

    A. qualifies the operator for that type of vehicle

    B. is sufficient for all company forklifts

    C. should be done every three years

    D. should be done every five years

16. Propane is:

    A. lighter than air

    B. completely safe in all situations

    C. heavier than air

    D. the best power source for forklifts

17. When mixing battery acid and water:

    A. never mix water and acid

    B. always add acid to water

    C. always add water to acid

    D. it doesn't matter how they are mixed

SOUTH - 01046

18.  The first thing to do when changing the battery or refueling:

   A.  shut off the engine
   B.  disconnect fuel lines or battery cables
   C.  put on the proper personal protective equipment
   D.  depends on the unit

19.  Gas or diesel spills:

   A.  are not a problem as they will evaporate quickly
   B.  should be cleaned up immediately following proper safety procedures
   C.  may explode so remove the forklift from the area
   D.  none of the above

20.  How soon should repairs be made to a forklift?

   A.  as soon as possible
   B.  at the next scheduled maintenance time
   C.  before the unit is used
   D.  at the end of your shift

SOUTH - 01047



# BATTERY EXCHANGE

**The following procedure must be followed when changing batteries.**

Face shield and gloves must be worn at all times.

Before battery exchange can be made, the new battery must indicate fully charged or in some cases will state "End-C", meaning End of Charge.

Use Hoist with extreme caution. Do not force or pull on controls.

When using Hoist, hooks must be straight up and down in lock position (Caution: Improper use could cause battery to fall from Hoist).

All plugs or hooks must match your department's color code, each department has their own color code.

When hoisting up or moving battery, keep both hands and feet from under battery at all times.

Smoking is not permitted at anytime within the perimeters of the warehouse or in the battery room.

Contact your supervisor immediately if problems exist, no matter how small.

I have read the above policy and precautions and fully understand the above procedure.

_____    _____    _____
Employee Name                        Employee Signature                   Date


_____                                         _____
Supervisor Signature                                                     Date

# Forklift Operator Evaluation Form

*Instructions:* Use this checklist during the field session to evaluate operator proficiency. It can also be used for periodic evaluation to ensure that operators are continuing to operate forklifts properly.

| Operator Name | | Evaluator Name | |
|---|---|---|---|
| **Date Of Evaluation** | | **Equipment Operated** | |

| Operator Behaviors | Good | Fair | Poor | N/A | Comments |
|---|---|---|---|---|---|
| **Preuse Inspection** | | | | | |
| 1.  Follow the Operator's Daily Checklist. | ☐ | ☐ | ☐ | ☐ | |
| 2.  Look for damage. | ☐ | ☐ | ☐ | ☐ | |
| 3.  Document all findings on the checklist. | ☐ | ☐ | ☐ | ☐ | |
| **Picking Up A Load** | | | | | |
| 1.  Square up on the center of the load. | ☐ | ☐ | ☐ | ☐ | |
| 2.  Stop with the fork tips about 1 foot from the load. | ☐ | ☐ | ☐ | ☐ | |
| 3.  Clear personnel from the area near the load. | ☐ | ☐ | ☐ | ☐ | |
| 4.  Level the forks; then slowly drive forward until the load contacts the carriage. | ☐ | ☐ | ☐ | ☐ | |
| 5.  Lift the load carefully and smoothly until it is clear. | ☐ | ☐ | ☐ | ☐ | |
| 6.  Tilt the mast back slightly to stabilize the load. | ☐ | ☐ | ☐ | ☐ | |
| 7.  Look over both shoulders. | ☐ | ☐ | ☐ | ☐ | |
| 8.  After out and stopped, lower the load to travel height. | ☐ | ☐ | ☐ | ☐ | |
| **Traveling** | | | | | |
| 1.  Do not raise or lower the load and forks while traveling. | ☐ | ☐ | ☐ | ☐ | |
| 2.  Maintain a safe speed. | ☐ | ☐ | ☐ | ☐ | |
| 3.  Observe all traffic rules, warning signs, floor load limits and overhead clearances. | ☐ | ☐ | ☐ | ☐ | |
| 4.  Keep arms and legs inside the forklift. | ☐ | ☐ | ☐ | ☐ | |
| 5.  Follow other vehicles at a safe distance. | ☐ | ☐ | ☐ | ☐ | |
| 6.  Slow down when cornering. | ☐ | ☐ | ☐ | ☐ | |
| 7.  Use the horn to alert others. | ☐ | ☐ | ☐ | ☐ | |
| 8.  Travel with the load facing uphill while on a ramp or incline. | ☐ | ☐ | ☐ | ☐ | |
| 9.  Stop smoothly. | ☐ | ☐ | ☐ | ☐ | |
| **Putting Down A Load** | | | | | |
| 1.  Make sure there is sufficient clearance for the load. | ☐ | ☐ | ☐ | ☐ | |
| 2.  Clear personnel from the area near the load. | ☐ | ☐ | ☐ | ☐ | |
| 3.  Square up to the location; then stop about 1 foot away. | ☐ | ☐ | ☐ | ☐ | |

*May be reproduced*

*Page 1 of 2*

SOUTH - 01049

Powered Indial Truck Safety

| Operator Behaviors | Good | Fair | Poor | N/A | Comments |
|---|---|---|---|---|---|
| **Putting Down A Load (continued)** | | | | | |
| 4.  Raise the load to placement level. | ☐ | ☐ | ☐ | ☐ | |
| 5.  Move slowly forward. | ☐ | ☐ | ☐ | ☐ | |
| 6.  If the load is on a pallet, lower it into position and lower the forks further. | ☐ | ☐ | ☐ | ☐ | |
| 7.  Look over both shoulders before backing out. | ☐ | ☐ | ☐ | ☐ | |
| 8.  Back straight out until the forks have cleared. | ☐ | ☐ | ☐ | ☐ | |
| 9.  Lower the forks to traveling position. | ☐ | ☐ | ☐ | ☐ | |
| **Parking** | | | | | |
| 1.  Fully lower the forks. | ☐ | ☐ | ☐ | ☐ | |
| 2.  Neutralize the controls. | ☐ | ☐ | ☐ | ☐ | |
| 3.  Set the brakes. | ☐ | ☐ | ☐ | ☐ | |
| 4.  Turn off the power. | ☐ | ☐ | ☐ | ☐ | |
| 5.  If parked on an incline, block the wheels. | ☐ | ☐ | ☐ | ☐ | |
| 6.  Park only in authorized areas. | ☐ | ☐ | ☐ | ☐ | |
| **Fueling And Battery Recharging** | | | | | |
| 1.  Engine off. | ☐ | ☐ | ☐ | ☐ | |
| 2.  Fire extinguisher nearby. | ☐ | ☐ | ☐ | ☐ | |
| 3.  Proper Personal Protective Equipment (PPE). | ☐ | ☐ | ☐ | ☐ | |
| 4.  Safe fueling and battery recharging procedures followed. | ☐ | ☐ | ☐ | ☐ | |
| 5.  Spills cleaned up immediately. | ☐ | ☐ | ☐ | ☐ | |

☐  Based on my evaluation, the operator **has successfully** completed the evaluation and is qualified to operate the following equipment:

☐  Based on my evaluation, the operator **has not demonstrated** competence in operating the following equipment:

**Equipment Type**

**Equipment Type**

**Evaluator Signature**

**Operator Signature**

_____    _____

SOUTH - 01050

_May be reproduced_



# SAFETY BELTS

Some forklifts are equipped with safety belts, Safety belts, when available, must be used at all times.

This device helps ensure the safety of the operator and is also regulated by OSHA. OSHA regulations state that if a forklift is equipped with safety belts, the operator must use them at all times while operating the forklift.



# BIOHAZARD CLEANUP

Anytime an injury occurs, there is the possibility of blood or other body fluids being spilled onto surfaces such as floors. This constitutes a biohazard due possible fluid borne pathogens. The following constitutes minimum requirements in cases where personal injury results in the spill of blood or other body fluids. These procedures rate the responsibility of the onsite manager, who will ensure these steps are followed:

1 )    The first requirement is to render first aid to the injured person. This will include the injection of any further loss of body fluids. Provide whatever treatment of the injury is possible and arrange for transport to a medical facility if needed.

2)    Simultaneous with step one, the spill area must be contained. It is paramount that the spread of any contaminants be prevented by either vehicular or foot traffic. Cordon off the area or post personnel to prevent the spread of any blood or other body fluids.

3)    Cleanup should begin as soon as possible. Bio kits are provided and should be used as follows:

    a.  Don the rubber gloves provided.
    b.  Insert a gloved hand into the Bio Wipe Bag and wipe up spill with the absorbent side.
    c.  After the spill has been wiped up, turn the Bio Wipe Bag inside out and seal the bag with adhesive strip provided.
    d.  Disinfect the spill area with the disinfectant spray provided in the kit.
    e.  Dispose of the sealed Bio Wipe Bag in an approved bio hazard container. If a bio hazard container is not on site, transport the sealed bag to a medical treatment facility for disposal.
    f.  Once the area has been thoroughly disinfected, remove gloves, and disinfect the gloves and hands. The gloves may then be disposed of in any trash receptacle.

Additional Bio Wipe Bags should be used as necessary. The following of the above steps will prevent the spread of any pathogens or the contamination of personnel. As stated previously these are minimum requirements. Each situation may be different and may require additional steps or procedures.



## FIRE / AMMONIA EVACUATION PROCEDURE

In the event of a fire and or ammonia hazard, all Southeast Unloading, Inc. Personnel will report to a designated area. Designated areas are established through the Corporate Safety Director, or third party agent. At this time, the area supervisor will take a roll-call of associates and report to the third party agent for instructions.

All associates must move opposite the wind conditions. Wind conditions are evaluated by Wind Socks located outside the warehouse in several areas. Area supervisors must evaluate wind conditions and direct Southeast Unloading personnel accordingly.

_____

Employee Name                    Signature                         Date

SOUTH - 01053



# MONTHLY SAFETY MEETING

Site Managers are to hold monthly safety meetings with all employees. These meetings will consist of safety topics which are pre-selected by Southeast Unloading L.L.C.'s Safety Director.

All employees are required to attend and a roster of attendees will be signed and filed.

See attached

SOUTH - 01054



# MONTHLY SAFETY MEETING

**Site Location:** _____

**Subject:** _____ **Date:** ___ / ___ / ___ **Time:** _____

Employee Name (Print)                          Signature

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

SOUTH - 01055



## TO ALL EMPLOYEE EMPLOYEES OF SOUTHEAST UNLOADING L.L.C

Each employee is responsible for damage to Winn Dixie products and equipment used by you to unload trucks.

Any damage that is caused through your neglect or carelessness you will be held financially responsible for its replacement or repair cost.

Each section supervisor who authorizes checks for payment of services not properly Processed will be responsible for fees uncured on returned checks.

**I have read the above company policy and fully understand its contents, by signing I agree to comply with all aspects of it.**

_____

Signature                                                    Date

SOUTH - 01056



# PAY GUIDELINES

## UNLOADING

Each associate subject to a training period, up to two (2) weeks in time, at eight dollars ($8.00) an hour.

Each associate will start unloading at a 32% incentive pay wage, unless otherwise specified by the Director of Operations or upper management.

At the end of ninety (90) days, associate will be up for evaluation and an incentive pay increase up to, but not exceeding, two percent (2%). Pay increases will be determined from work performance, days missed, damaged products, and any other factors deemed suitable by the Section Supervisor, Director of Operations and possibly upper management.

Future pay increases for associates will be determined annually after the end of the initial ninety (90) day evaluation period. Again, incentive pay will increase up to, but not exceeding, two percent (2%). Future pay increases will be determined by the same criteria as stated above, and after input from the Section Supervisor, Director of Operations, and possibly upper management.

The maximum incentive pay will be forty percent (40%), 2 percent annually and not to exceed forty percent (40%).

SOUTH - 01057