**DEFENDANT'S EXHIBIT**

22-Miles

# STATEMENT

**JACKSON PRIMARY CARE**
SUITE 200
2257 TAYLOR ROAD
MONTGOMERY AL 36117

Statement Date:

Account Number: JPC*5865

Amount Due: $25.00

IRS# 63-6001820   Phone: 334/270-9914   Patient: ANTHONY R MILES

AMOUNT PAID

*14  **AUTO**3-DIGIT 361          03203

Anthony R Miles   JPC*5865
413 Planters Road
Montgomery AL 36109-1831

MAKE CHECK PAYABLE & REMIT TO:

JACKSON PRIMARY CARE
SUITE 200
2257 TAYLOR ROAD
MONTGOMERY AL 36117-3439

PROBILL1-0088612-0003203-0438875-001-000579-#006055
☐ PLEASE CHECK BOX IF ABOVE ADDRESS IS INCORRECT AND INDICATE CHANGES ON BACK.    DETACH HERE   AND RETURN THIS TOP PORTION WITH YOUR PAYMENT USING THE RETURN ENVELOPE ENCLOSED

| DATE | DOCTOR | DESCRIPTION OF SERVICE | AMOUNT |
|---|---|---|---|
| | | Any questions regarding this statement, please call 334/270-9914 | |
| 10/08/04 | CUNNINGHAM, ERIC S | OFFICE OR OUTPATIENT VISIT | $55.00 |
| 10/19/04 | | BCBS INS FILED | |
| 11/01/04 | | BLUE CROSS & B\S OF ALA | $22.00− |
| 11/01/04 | | BLUESHIELD WRITE OFF | $8.00− |
| | | THIS BALANCE IS NOW DUE AND PAYABLE BY | |
| | | YOU ANY QUESTIONS CALL THIS OFFICE | |

AMOUNT DUE: $25.00

| Patient: ANTHONY R MILES | Account Number: JPC*5865 | Statement Date: 11/13/2004 |
|---|---|---|
| Location: JACKSON PRIMARY CARE | Referring Physician: CUNNINGHAM, ERIC SHANE DO | |

# CODE: 165

JACKSON PRIMARY CARE
SUITE 200
2257 TAYLOR ROAD
MONTGOMERY AL 36117
IRS# 63-6001820   Phone: 334/270-9914

Miles vs. Southeast Unloading
0009

PROBILL1-0088612-0003203-0438875-001-000579-#006055

```
001136       P021484
REHAB ASSOCIATES - PINE PHYSIC
PO BOX 11407 DRWR 0761
BIRMINGHAM    AL 35246              5406c
                                    B6092A
                                    SA22
ADDRESS SERVICE REQUESTED           BNS 001
                                    0569 R
```

# COLLECTION NOTICE

| Please Include Security Code From Back Of Card | |
|---|---|
| CHECK CARD USING FOR PAYMENT | |
| ☐ MASTERCARD  ☐ VISA  ☐ DISCOVER  ☐ AMERICAN EXPRESS | |
| CARD NUMBER | EXP. DATE |
| CARDHOLDER NAME | SECURITY CODE |
| SIGNATURE | AMOUNT |

```
ANTHONY R MILES                     REHAB ASSOCIATES - PINE PHYSIC
413 PLANTERS RD                     PO BOX 11407 DRWR 0761
MONTGOMERY, AL 36109-1831           BIRMINGHAM, AL 35246-0761
```

| OFFICE PHONE | DATE | ACCOUNT NUMBER | PAGE | BALANCE |
|---|---|---|---|---|
| (888) 247-2256 | 04/21/06 | P021484 | 01 | 134.00 |

Dear Anthony R Miles,

Though we have sent you several statements requesting payment for services you received at Rehab Associates - Pine Physic, your account still remains unpaid. It is imperative that you resolve this matter.

Please remit payment in full for $134.00, before further collection activities occur. This balance is subject to change due to possible pending insurance.

If you feel an error has been made or if you have questions regarding your account, call (888) 247-2256.

If we do not hear from you within 10 (TEN) days, your account may be referred to an outside collection agency.

Miles vs. Southeast Unloading
0010

```
054028         P021484              STATEMENT
REHAB ASSOCIATES -- PINE PHYSIC
PO BOX 11407 DRWR 0761
BIRMINGHAM    AL 35246               5406c
                                     B5392A
                                     TV04
ADDRESS SERVICE REQUESTED            BNS 010
                                     2265 R
```

Please Include Security Code From Back Of Card
CHECK CARD USING FOR PAYMENT
☐ MASTERCARD  ☐ VISA  ☐ DISCOVER  ☐ AMERICAN EXPRESS
CARD NUMBER | EXP. DATE
CARDHOLDER NAME | SECURITY CODE
SIGNATURE | AMOUNT

```
ANTHONY R MILES                      REMIT TO:   REHAB ASSOCIATES - PINE PHYSIC
413 PLANTERS RD                                  PO BOX 11407 DRWR 0761
MONTGOMERY, AL 36109-1831                        BIRMINGHAM, AL 35246-0761
```

PLEASE RETURN THIS PORTION WITH PAYMENT

| Office Phone Number | Statement Date | Your Account Number | Page No. | Patient Balance | SHOW AMOUNT PAID HERE |
|---|---|---|---|---|---|
| (888) 247-2256 | 04/03/06 | P021484 | 01 | 134.00 | $ |

CHARGES APPEARING ON THIS STATEMENT ARE **NOT** INCLUDED ON ANY HOSPITAL BILL OR STATEMENT

| DATE | PROVIDER NAME | EXPLANATION OF ACTIVITY | PATIENT NAME | CHARGES AND DEBITS | PAYMENTS AND CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 030206 | | BALANCE FORWARD | | | | 134.00 |

PLEASE CALL 1-888-247-2256 TO REQUEST AN ITEMIZED
STATEMENT, DISCUSS OR MAKE PAYMENT ON YOUR ACCOUNT

| Statement Date: | 04/03/06 | PLEASE INDICATE YOUR ACCOUNT NUMBER WHEN CALLING OUR OFFICE: | | | | P021484 |
|---|---|---|---|---|---|---|
| CURRENT | 30-60 DAYS | 60-90 DAYS | >90 DAYS | TOTAL | INS PENDING | PATIENT BALANCE PAY THIS AMOUNT |
| | | | 134.00 | 134.00 | 0.00 | 134.00 |

SEND INQUIRIES / PAYMENTS TO:
REHAB ASSOCIATES - PINE PHYSIC
PO BOX 11407 DRWR 0761
BIRMINGHAM      AL 35246-0761       (888) 247-2256

Miles vs. Southeast Unloading
0011

NOTE: Charges and payments not appearing on this statement will appear on next month's statement.

MAY 22, 2006

CMRE FINANCIAL SERV. INC
3075 E. IMPERIAL HWY. #200
BREA, CA. 92821

| CREDIT CARD CHOICES | ☐ MASTERCARD | ☐ VISA | ☐ AMEX |
|---|---|---|---|
| CARD NUMBER | | AMOUNT | |
| SIGNATURE | | EXP. DATE | |

Balance
144.00

PHONE: (800)-783-9118
FAX: (714)528-5863
HOURS: 8:00 AM - 5:00 PM Pacific Standard Time

CMRE Account #:   870338-2
For:   ALABAMA E/R ADMIN SERVICES
Client Account:   50820006501

#BWNDRNQ *** ZM20522A AUTO MIXED AADC 928
#2M2CF/870338//24# 7000004904 01 0021 0260

T710 PCIG04 H08 870338-2   019   H08
ANTHONY MILES
413 PLANTERS RD
MONTGOMERY AL 36109-1831

CMRE FINANCIAL SERV. INC
3075 E. IMPERIAL HWY. #200
BREA CA 92821-6753

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT        TO PAY YOUR BILL ONLINE GO TO www.cmrefsi.com

---

CALL (800)-783-9118

This has been sent to you by a collection agency.

Final Notice

You have failed to cooperate in clearing your balance on the above listed account. If this account is not satisfied within fifteen (15) days we will assume you have no intention of clearing this balance.

For your convenience, you may pay this account with your Visa, Mastercard or American Express by contacting this office or completing the form above. We also offer you the option of paying the accounts by check over the telephone.

Thank you,


JAMIE MILTON X200

Miles vs. Southeast Unloading
0012

Federal Law Requires Us To Inform You That This Is An Attempt To Collect A Debt And Any Information Obtained
Will Be Used For That Purpose.

CMRE Financial Services, Inc. • 3075 East Imperial Highway • Suite 200 • Brea, CA 92821
(800)-783-9118

## STATEMENT

| INTEGRATED MAGNETIC IMAGING<br>SUITE 200<br>2257 TAYLOR ROAD<br>MONTGOMERY AL 36117 | Statement Date: | 05/23/2006 |
|---|---|---|
| | Account Number: | 328838 |
| | Amount Due: | $505.00 |

IRS# 631199397  Phone: 334-270-9914   Patient: ANTHONY MILES

AMOUNT PAID

  

MAKE CHECK PAYABLE & REMIT TO:

*3  **AUTO**3-DIGIT 361        00409

Anthony Miles   328838
413 Planters Road
Montgomery AL  36109-1831

INTEGRATED MAGNETIC IMAGING
SUITE 200
2257 TAYLOR ROAD
MONTGOMERY AL 36117-3439

PROBILL3-0115464-0000409-0666437-001-000141-#000431

☐ PLEASE CHECK BOX IF ABOVE ADDRESS IS INCORRECT AND INDICATE CHANGES ON BACK.

DETACH HERE  AND RETURN THIS TOP PORTION WITH YOUR PAYMENT USING THE RETURN ENVELOPE ENCLOSED

The balance due is your responsibility. If you have any questions, please call the billing office.

| ACCOUNT # | PATIENT | DUE DATE | PAY THIS AMOUNT |
|---|---|---|---|
| 328838 | ANTHONY MILES | UPON RECEIPT | $505.00 |

| DATE | CODE | DESCRIPTION | CHARGE AMOUNT | INSURANCE | INS. PAYMENT | PATIENT PAYMENT | ADJUST-MENTS | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 10/14/05 | 73721 | MRI ANY JT LXTR C-MATRL | $650.00 | COMMERCIAL | $175.00- | $0.00 | $0.00 | $475.00 |
| | | This balance reflects your deductible  This balance reflects the amount due on your copay | | | | | | |
| 10/14/05 | 73560 | RADEX KNE 1/2 VIEWS | $60.00 | COMMERCIAL | $30.00- | $0.00 | $0.00 | $30.00 |
| | | This balance reflects the amount due on your copay | | | | | | |

| BAL. FWD. | CURRENT | OVER 30 | OVER 60 | OVER 90 | OVER 120 | TOTAL BAL. |
|---|---|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $0.00 | $505.00 | $505.00 |

| BILLING INQUIRIES | MESSAGES |
|---|---|
| **CODE: 182**<br>INTEGRATED MAGNETIC IMAGING<br>SUITE 200<br>2257 TAYLOR ROAD<br>MONTGOMERY AL 36117<br>IRS# 631199397  Phone: 334-270-9914 | The balance due is 30 days past due. Please remit thank you. |

PROBILL3-0115464-0000409-0666437-001-000141-#000431

Miles vs. Southeast Unloading
0013

## CORRECTION OF PERSONAL INFORMATION

NAME

ADDRESS

CITY | STATE | ZIP

SEC. NUMBER | PHONE ( )

EMPLOYER'S NAME

EMPLOYMENT ADDRESS

CITY | STATE | ZIP

PHONE ( )

### TO THE INSURANCE COMPANY

Please expedite payment as your insured will continue to receive monthly statements until the balance is paid. Please note the assignment of benefits. Thank you.

## INSTRUCTIONS FOR FILING HEALTH INSURANCE CLAIMS

1. To assist our customers in filing a claim for your health insurance benefits, please complete the form below and return it to our office. Failure to return the form automatically makes you responsible for payment in full.
2. If you need another claim filed for a second insurance company, please make a photocopy of the front and back of this statement, then complete one form for each insurance carrier. Return all forms to our office.
3. Be sure to sign the appropriate authorization(s) below for each form submitted.

**PATIENT'S STATEMENT:** Complete all items below and return to our office.

Insurance Company _____ Insurance Co. Telephone No. _____

Claim Office Address _____

Policy Number _____ Group Number _____

Name of Insured _____ Home Telephone No. _____

Social Security Number _____ Medicare No. _____ Medicaid No. _____

Employer of Insured _____ Employer's Telephone No. _____

Employer's Address _____

(Relation of Patient to Insured) _____

Was condition related to: ☐ Employment  ☐ Auto Accident   Date of Accident/Injury _____

Referring Physician _____

AUTHORIZATION: I HEREBY AUTHORIZE AND DIRECT MY INSURANCE CARRIER TO PAY DIRECTLY TO THE PROVIDER SHOWN ON THE REVERSE SIDE OF THIS FORM ANY BENEFITS DUE ME UNDER MY INSURANCE PLAN. I AGREE TO PAY THE BALANCE OF EXPENSES NOT PAID UNDER THIS PLAN.
I FURTHER AUTHORIZE THE RELEASE TO MY INSURANCE COMPANY ANY MEDICAL INFORMATION NECESSARY TO PROCESS THIS CLAIM

X _____
AUTHORIZED SIGNATURE                  DATE

### BILLING & INSURANCE POLICY

You alone, not your insurance company, are responsible for payment of your account. If, after receiving this statement, you are unable to pay in full, you must contact our billing office. If you have reason to believe this billing is incorrect and desire to dispute it, you **must** notify us in writing within 30 days of receiving this billing. This will allow us to so note your account and prevent further billings to you until such time the matter is resolved. If we do not hear from you, we will expect prompt payment of this bill.

PLEASE NOTE: There may be a collection charge for checks that are not honored by your bank. Also, there may be a service charge added to past due accounts.

We will bill Medicare for you, however, you must provide us with your Medicare number and signed authorization form provided to you at the time of service. If a form was not provided then please sign in the area marked authorized signature above. You will receive a regular monthly billing for any balance owing after payment by Medicare.

---

### IF YOU HAVE RECEIVED THE SERVICES OF A HOSPITAL OR OTHER MEDICAL FACILITY

YOU MAY RECEIVE TWO SEPARATE BILLS.

ONE FROM THE HOSPITAL OR MEDICAL FACILITY & ONE FROM THE PHYSICIAN PROVIDING SERVICES.

THE HOSPITAL OR OTHER MEDICAL FACILITY'S BILL MAY BE SEPARATE FROM THE PHYSICIAN'S BILL.

**TOTAL COST**

↙                    ↘

**HOSPITAL OR MEDICAL FACILITY'S FEE**        **PHYSICIAN'S FEE**

The total cost for many medical services may be comprised of two fees. Each fee may be billed separately by the provider of the services.

The hospital or other medical facility's fee covers the cost of providing the technicians, equipment and supplies involved in performance of your service.

The physician's fee is for services provided by your physician or for services provided by a physician for the supervision, interpretation and consultation with your personal physician. The physician is an independent physician and may not be an employee of a hospital or medical facility and therefore may bill separately for his or her professional service.

DMS-1GENSP

Miles vs. Southeast Unloading
0014

# *Penn Credit Corporation*

PO BOX 988
HARRISBURG, PA 17108-0988

```
800 900-1370
Hours: Mon-Thur 8am-10pm,
Fri 8am-5pm, Sat 8am-12pm
(Eastern Standard Time)
```

2006/05/25



ID F0898340
ANTHONY MILES
413 PLANTERS RD

MONTGOMERY, AL 36109-0000

CLIENT: MCI Communications Svcs, Inc.
TOTAL BALANCE DUE: $317.41

The below referenced account(s) has been referred to this office for collection. All future payments and communications should be directed to Penn Credit Corporation.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgement and mail you a copy of such judgement or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

| SERVICE RENDERED | SERVICE DATE | ACCOUNT NUMBER | BALANCE |
|---|---|---|---|
| TELEPHONE SERVICES | 2005/09/08 | 4HS98197 | $317.41 |

This letter is from a debt collection agency. This is an attempt to collect a debt. Any information obtained will be used for that purpose. If you have an Attorney to represent you or have filed bankruptcy, please disregard this letter and furnish us with the appropriate information so we may mark our files accordingly.

---

Detach and return with payment to expedite credit to your account

2006/05/25

ANTHONY MILES
413 PLANTERS RD
MONTGOMERY, AL 36109-0000

ID NUMBER: F0898340
BALANCE DUE: $317.41

Call our toll free number and pay using check by phone.

If you wish to pay by credit card, please enter the requested information in the spaces provided.

Check one:    ☐ Visa
              ☐ Mastercard

Card #: _____
Expiration Date: ___/___/_____

Signature: _____

PENN CREDIT CORPORATION
NBZPC

**Aetna**
SRC, an Aetna Company
P.O. Box 23759
Columbia, SC 29224

200605153302

Forwarding Service Requested

3-DIGIT 361

30086 0.5176 AT 0.308

ANTHONY R MILES                                122
413 PLANTERS RD
MONTGOMERY, AL 36109-1831

UNDERWRITTEN BY
Continental Assurance Company

P2438021007

*For Assistance Write or Call*
SRC, an Aetna Company
PO Box 23759
Columbia, SC 29224-3759
For Providers: 1-803-736-6463
For Insureds: 1-800-869-0808

| Date: | 05/14/2006 |
|---|---|
| EOB No: | 0605140394 |
| Group: | 352150 EMPLOYBRIDGE |
| Rec Date: | 03/30/2006 |

Dear ANTHONY R MILES

This is an explanation of benefits for claim we received for services rendered to ANTHONY R MILES DOB 06/22/1962

**THIS IS NOT A BILL**

Claim #: 200603300058

| Provider | Dates of Service | Procedure | Charge | Ineligible | Ref | Deductible | Paid % | Payment | Paid To |
|---|---|---|---|---|---|---|---|---|---|
| JACKSON HOSPITAL AND CLI | 10/04/2005-10/04/2005 | HOSPITAL | 463.00 | 463.00 | 1,2 | | | | .00 |

**Benefit Summary**

| Charges | Ineligible | Deductible | Co-Payment | PPO Disc | Other Ins | Plan Pays | Co-Insurance | Patient Responsibility |
|---|---|---|---|---|---|---|---|---|
| 463.00 | 463.00 | 0.00 | .00 | .00 | .00 | .00 | .00 | 463.00 |

Ref #   Explanation
1       Requested information not received from insured.
2       Requested information not received from insured.

Form number: P2438021007

Miles vs. Southeast Unloading
0016

# SAFEWAY INSURANCE COMPANY OF ALABAMA

I understand and acknowledge that Policy No. _____ expired at 12:01 A.M. on _____ 20____ and hereby declare that no vehicle or insured that was covered by this policy has been in an accident and/or had a loss of any kind after the expired time and date shown above.

I further understand and acknowledge that no insurance coverage will be in effect as a result of this payment in the amount of $_____ until the Company has agreed to make coverage effective and in no case will coverage be effective prior to the time and date the Company has been advised of this payment and agreed to afford coverage. Only the Company has the authority to effect coverage.

Payment is not acceptable if; 1) there has been an accident or loss of any kind after the expired time and date shown above or 2) it has been 30 days or more since the expired time and date shown above or 3) policy was cancelled.

I have read and understand the above.

POLICY HOLDER OR REPRESENTATIVE _____

Agency/Broker _____

AL-112       Time _____ (A.M.) (P.M.)   Date _____ 20____
AGENCY/BROKER



Miles vs. Southeast Unloading 0017

```
06/02/2006                Financial Statement              Page:  1
                          Account #: 020903

             ALA ORTHOPAEDICS & SPORTS MEDICINE
             242 WINTON BLOUNT LOOP
             MONTGOMERY
             AL                          36117
             334-395-5800



                  THANK YOU FOR USING OUR PRACTICE



        ANTHONY MILES
        413 PLANTERS RD
        MONTGOMERY
        ALABAMA             36109


        Fold Here          Fold Here           Fold Here
_____
Patient           Account SS#
   Serv Date Inv# Description Of Services    Dr   Amount   Balance
_____

                Balance As Of 04/30/06                      140.00


  Current  31-60 Days  61-90 Days  91-120 Days  120+ Days  Total Ins  Total Due
    .00      .00         .00         .00         140.00     .00        140.00
```

# **FINAL NOTICE**

This is the last statement that will be sent to you. Unless paid at once your account will be referred to the **credit bureau** and **collection service**.

Miles vs. Southeast Unloading
0018

| a Control number 340 | | OMB No. 1545-0008 | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. | |
|---|---|---|---|---|
| b Employer identification number<br>)-3746670 | | | 1 Wages, tips, other compensation<br>25666.50 | *2 Federal income tax withheld<br>1850.94 |
| c Employer's name, address, and ZIP code<br>SOUTHEAST UNLOADING, LLC.<br>P.O. BOX 1647<br>YULEE        FL        32041 | | | 3 Social security wages<br>25666.50 | 4 Social security tax withheld<br>1591.32 |
| | | | 5 Medicare wages and tips<br>25666.50 | 6 Medicare tax withheld<br>372.16 |
| | | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial    Last name<br>ANTHONY R.        MILES<br>413 PLANTERS RAOD<br>MONTGOMERY        AL    36109 | | | 11 Nonqualified plans | 12a See instructions for box 12 |
| | | | 13 Statutory employee ☐    Retirement plan ☐    Third-party sick pay ☐ | 12b |
| | | | 14 Other<br>11        834.12 | 12c |
| | | | | 12d |
| f Employee's address and ZIP code | | | | |
| 15 State    Employer's state ID number<br>AL        396107 | 16 State wages, tips, etc.<br>25666.50 | 17 State income tax<br>1004.72 | 18 Local wages, tips, etc. | 19 Local income tax        20 Locality name |

Form **W-2** Wage and Tax Statement        **2004**        Department of the Treasury - Internal Revenue Service
Copy C-For EMPLOYEE'S RECORDS. (See Notice to Employee on back of Copy B).
DAA

DEFENDANT'S EXHIBIT
23-Miles

Miles vs. Southeast Unloading
0086

| 46 | ANTHONY R MILES | | | | 10/13/04 | 5008 |
|---|---|---|---|---|---|---|
| Emp # | Employee Name | | | Social Security No. | Period End | Check No. |

| ings | Hr./Units | Current Amount | Year to Date | Deductions | Current Amount | Year to Date |
|---|---|---|---|---|---|---|
| R  ar Pay | 69.750 | 0.00 | 0.00 | FICA Withheld | 80.30 | 1,865.84 |
| Overtime | 0.000 | 0.00 | 0.00 | Fed. Tax W/H | 67.44 | 1,794.47 |
| Cases | 0.000 | 0.00 | 0.00 | State Tax W/H | 40.84 | 956.12 |
| Gross Pay #3 | 0.000 | 0.00 | 0.00 | ADVANCES | 0.00 | 0.00 |
| Group Insurance | | 37.84 | 780.24 | KP | 0.00 | 0.00 |
| UNLOADERS | | 1,049.62 | 23,990.04 | LIFE INSURANCE | 8.38 | 175.98 |
| Other Pay | | 0.00 | 0.00 | Group Ins | 37.84 | 780.24 |
| Vacation | | 0.00 | 0.00 | PRE TAX INS | 0.00 | 0.00 |
| Holiday Pay | | 0.00 | 400.00 | AFT TAX INS | 0.00 | 0.00 |
| | | | | DAMAGE DED | 0.00 | 0.00 |

| 0.0000 | 1,087.46 | 234.80 | **852.66 | 25,170.28 | 5,572.65 | 19,597.63 |
|---|---|---|---|---|---|---|
| Pay Rate | Current Earnings | Current Deductions | Net Pay | YTD Earnings | YTD Deductions | YTD Net Pay |

5008

\*\*Eight Hundred Fifty-two And 66/100 Dollars\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

10/22/04         \*\*852.66

ANTHONY R MILES
413 PLANTERS RAOD
MONTGOMERY, AL 36109



Miles vs. Southeast Unloading
0087




*A-Miles*

# UNAUTHOTIZED SOLICITATION OF DRIVERS

Unloaders are not allowed to approach drivers, dispatchers, customers or potential customers without prior authorization from management. Only supervisors are to negotiate rates / prices for the unloading services or any other service that Southeast Unloading L.L.C. provides or may provide.

Any employee in violation of this policy will be subject to disciplinary action and/or termination from the company.

By signing below, I fully understand and agree to abide by the above policy.

Anthony R Miles / [signature] / 1-15-04
Employee Name      Employee Signature      Date

SEUL 0036




25-Miles

# EQUAL EMPLOYMENT OPPORTUNITY POLICY

I do hereby certify that I have received a copy of Southeast Unloading L.L.C., Equal Employment Opportunity Policy. I have read and have had the policy explained to me. I fully understand my responsibilities and will comply with the policy.

Anthony R Miles _____ Anthony R Miles _____ 11-7-02

Name                    Signature                    Date

SEUL 0038