



DEFENDANT'S
EXHIBIT
*Ho - Miles*

# EQUAL EMPLOYMENT OPPORTUNITY POLICY

A. General - Southeast Unloading Inc.L.L.C. is an equal opportunity employer. We do not discriminate or allow discrimination on the basis of race, sex, religion, national origin, age, sexual orientation, disability or any other category protected by applicable law. All personnel actions, including hiring, benefits, transfers, compensation, layoffs, return from layoffs, and educational, recreational, and social programs are and must be administered in a non-discriminatory manner.

We require that all of our employees, supervisors, and managers, understand and practice equal employment opportunity. Acts of discrimination, including illegal harassment, will not be tolerated. We will make reasonable accommodation for qualified individuals with known disabilities, unless doing so would result in undue hardship on the company.

B. Illegal Harassment (Including Sexual Harassment) - Southeast Unloading L.L.C. Is committed to providing a work environment for its employees free from sexual Harassment and all other types of harassment, intimidation, and coercion based on or related to race, gender, religion, sexual orientation, national origin, disability,or any other category protected by applicable law. Such behavior is inconsistent with our philosophy of mutual respect for all employees. All employees deserve to be treated with dignity and respect.

Acts of illegal harassment will not be tolerated, and will be the subject of disciplinary action up to and including discharge. We ask that all employees add their support to achieving our objectives of equal opportunity employment and help create an atmosphere of zero tolerance for any type of illegal harassment or discrimination.

Illegal and improper harassment may include,for example:

- Making unwelcome comments about a person's clothing, body,or personal life;

- Use of offensive nicknames or terms of endearment;

- Offensive jokes or unwelcome innuendoes;

SEUL 0124

- Any suggestion that sexual orientation or activities, race, gender, religion, national origin, age, disability, or any other protected classification would affect one's job, promotion, performance evaluation or working conditions;

- Other conduct that, even if not objectionable to some employees, creates a working environment that may be considered by others to be offensive or hostile.

Sexual harassment, in particular, may consist of unwelcome sexual advances, requests for sexual favors, or other verbal or physical conduct of sexual nature when one or more of the following occur;

- Submission or rejection of such conduct is made a term or condition of an individual's employment;

- Submission or rejection of such conduct is used for the basis of an employment decision, such as promotion, demotion, termination, or pay; or

- Such conditions interferes with an employee's work performance or creates a hostile, intimidating or offensive work environment.

C. Complaint Procedure – Any employee who believes he/she is being harassed should take the following action;

1. If you believe you are being improperly harassed or discriminated against, you should speak to the offending person about his or her conduct, if you are comfortable doing so. Explain that you do not like the conduct. Offensive conduct may have been thoughtless or based on a mistaken belief that it was welcome. In any event, respond immediately, do not ignore the problem.

2. If you are uncomfortable approaching the offender or are not satisfied with the results, you should notify your supervisor so that Southeast Unloading L.L.C. can take appropriate action.

3. If for any reason you are uncomfortable approaching your supervisor (for example, if the supervisor is the offender), or feel that the matter is not being adequately addressed, you should speak to any manager, the Human Resources Manager, or Site Manager, It is important that you inform Southeast Unloading L.L.C. about harassment. While we are committed to preventing harassment, we cannot do anything to remedy the problem if we do not know a problem exists.

SEUL 0125

4. If a complaint is made, the company will conduct an investigation and take appropriate action. We will maintain confidentiality to the extent it is possible without jeopardizing a full investigation. Any supervisor, agent, or other employee who has been found by Southeast Unloading L.L.C., after appropriate investigation, to have sexual or otherwise harassed another employee will be subject to appropriate sanctions depending upon the circumstances, from a warning in his or her file, up to and including termination. Finally, no employee will be disciplined or otherwise retaliated against for complaining about harassment or participating in an investigation.

Employees should also use this in regard to any work-related harassment or discrimination by non-employees. Southeast Unloading L.L.C. cannot always control the conduct of non-employees, but will do its best to remedy any such situations that arise.

If you have any questions about this policy or concerns about harassment in the workplace, please notify an appropriate supervisor or the Human Resources Manager immediately. With your assistance, we can continue to make Southeast Unloading L.L.C. a comfortable and productive place of employment for both you and your co-workers.


Kevin T. Crump
President
Southeast Unloading L.L.C.

```
TR1617                    P.O. TI x HI PALLETIZING REPORT              05/09/03 18:19    2

    FAC:    07 WHSE: 02 MONTGOMERY GROCERY                    PURCHASE ORDER #: 00284751
  BUYER:    B1 MARK TALTON
    DOR: 200690 WM WRIGLEY JR COMPANY                          RECEIVING DATE: 05/08/03
********************************************************************************************
 CASE                                         ITEM        PICK   PALLET    WHSE     QTY.EXP   NUM
 UPC    PACK    SIZE     DESCRIPTION           CODE        SLOT    SIZE   TI x HI   VEND/WHSE   PAL
********************************************************************************************
12618    20    10 PK   WRIG WINTERFRESH 10 PAK 00206859   78-0841 48X40    24 x   7    24/24    1

00996   216    12 PC   ECLIPSE SPEARMINT SINGL 00206812   93-5046 48X40   999 x   1     7/126   1

00998   216    12 PC   ECLIPSE WINTERFRESH     00206815   93-4722 48X40   999 x   1     6/108   1

00999   216    12 PC   ECLIPSE POLAR ICE SINGL 00206962   93-8611 48X40   999 x   1     6/108   1

27996    20     3 PK   WRIG ECLIPSE SPEARMINT  00206046   74-1251 48X40    16 x  10    16/16    1

27998    20     3 PK   WRIG ECLIPSE WINTERFRES 00206009   85-1122 48X40    16 x  10    16/16    1

00911   360    17 ST   WRIG SPEARMINT BIG PAK  00206894   93-3836 48X40   999 x   1     5/150   1

00912   360    17 ST   WRIG DOUBLEMINT GUM     00206936   93-6432 48X40   999 x   1     6/180   1

00913   360    17 ST   WRIG JUICYFRUIT GUM     00206937   93-2635 48X40   999 x   1     4/120   1

00091   360    15 ST   WRIG EXTRA SPEARMINT GU 00206717   93-1022 48X40   999 x   1     5/150   1

  093   360    15 ST   WRIG EXTRA POLAR ICE P  00206953   94-1413 48X40   999 x   1     4/120   1

00096   360    15 ST   WRIG EXTRA PEPPERMINT P 00206852   93-2841 48X40   999 x   1      3/90   1

00920   360    15 ST   WRIG FREEDENT SPEARMINT 00206892   93-5037 48X40   999 x   1      3/90   1

00926   360    15 ST   WRIG FREEDENT PEPPERMIN 00206855   93-5627 48X40   999 x   5     4/120   1

29179   360    15 ST   WRIG EXTRA CLASIC BUBBL 00223935   93-7635 48X40   999 x   1      3/90   1

00965   360    17 ST   WRIG BIG RED GUM        00206938   93-4136 48X40   999 x   1     5/150   1

19618   360    17 ST   WRIG WINTERFRESH PLENTY 00206806   93-2827 48X40   999 x   5     6/180   1

             VENDOR CASES:    410    WHSE UNITS:    3008    PALLETS:    44
```



DEFENDANT'S
EXHIBIT
27- Miles

```
TR1617                          P O. TI x HI PALLETIZING REPORT              05/09/03 18:19    1

    FAC:    07 WHSE: 02 MONTGOMERY GROCERY                      PURCHASE ORDER #: 00284751
    BUYER:  B1 MARK TALTON
   VNDOR: 200690 WM WRIGLEY JR COMPANY                          RECEIVING DATE: 05/08/03
 *********************************************************************************************
```

| CASE UPC | PACK | SIZE | DESCRIPTION | ITEM CODE | PICK SLOT | PALLET SIZE | WHSE TI x HI | QTY.FXP VEND/WHSE | NUM PAL |
|---|---|---|---|---|---|---|---|---|---|
| 11486 | 144 | 14 ST | ORBIT PEPPERMINT | 00206797 | 93-0323 | 48X40 | 999 x 1 | 10/120 | 1 |
| 11488 | 144 | 14 ST | ORBIT WINTERMINT | 00206845 | 93-0711 | 48X40 | 999 x 1 | 16/192 | 1 |
| 12615 | 20 | 10 PK | WRIG BIG RED 10 PAK | 00206857 | 65-3892 | 48X40 | 24 x 3 | 24/24 | 1 |
| 00171 | 800 | 5 ST | WRIG SPEARMINT GUM | 00220490 | 93-5835 | 48X40 | 999 x 1 | 1/20 | 1 |
| 00173 | 800 | 5 ST | WRIG JUICY FRUIT GUM | 00220492 | 93-4623 | 48X40 | 999 x 1 | 1/20 | 1 |
| 00174 | 800 | 5 ST | WRIG BIG RED GUM | 00220493 | 93-5242 | 48X40 | 999 x 1 | 1/20 | 1 |
| 00178 | 800 | 5 ST | WRIG WINTERFRESH GUM | 00220494 | 93-6622 | 48X40 | 999 x 1 | 1/20 | 1 |
| 00918 | 360 | 15 ST | WRIG EXTRA WINTERFRESH | 00206714 | 93-3437 | 48X40 | 999 x 1 | 5/150 | 1 |
| 11484 | 144 | 14 ST | ORBIT SPEARMINT | 00225800 | 93-0922 | 48X40 | 999 x 1 | 10/120 | 1 |
| 11494 | 108 | 9 PC | WRIGLEY ORBIT WHITE SPE | 00226003 | 93-0923 | 48X40 | 999 x 1 | 3/36 | 1 |
| 11496 | 108 | 9 PC | WRIGLEY ORBIT WHITE PPM | 00226002 | 93-7226 | 48X40 | 999 x 1 | 5/60 | 1 |
| 1  J7 | 216 | 12 PC | ECLIPSE PEPPERMINT | 00226001 | 93-4743 | 48X40 | 999 x 1 | 4/72 | 1 |
| 25584 | 20 | 3 PK | ORBIT SPEARMINT 3 PAK | 00206868 | 67-4801 | 48X40 | 16 x 10 | 16/16 | 1 |
| 25586 | 20 | 3 PK | ORBIT PEPPERMINT 3 PAK | 00206847 | 79-2181 | 48X40 | 16 x 10 | 16/16 | 1 |
| 25588 | 20 | 3 PK | ORBIT WINTERMINT 3 PK | 00206814 | 85-1702 | 48X40 | 16 x 10 | 16/16 | 1 |
| 26886 | 20 | 8 PK | WRIGLEY FREEDENT PEPPER | 00208605 | 85-0462 | 48X40 | 26 x 8 | 26/26 | 1 |
| 27999 | 20 | 3 PK | WRIG ECLIPSE POLAR ICE | 00254349 | 77-4451 | 48X40 | 20 x 4 | 20/20 | 1 |
| 28224 | 120 | 24 CT | ECLIPSE FLASH STRIPS SP | 00235016 | 93-5523 | 48X40 | 4 x 8 | 3/36 | 1 |
| 28225 | 120 | 24 CT | ECLIPSE FLASH STRIPS CI | 00235015 | 93-3726 | 48X40 | 1 x 1 | 3/36 | 3 |
| 28226 | 120 | 24 CT | ECLIPSE FLASH STRIPS PP | 00235014 | 93-3724 | 48X40 | 1 x 1 | 1/12 | 1 |
| 28228 | 120 | 24 CT | WINTERFRESH BREATH STRI | 00235017 | 93-5537 | 48X40 | 4 x 8 | 3/36 | 1 |
| 22168 | 10 | 8 PK | WRIG EXTRA WINTERFRESH | 00220874 | 93-7937 | 48X40 | 30 x 4 | 30/30 | 1 |
| 12611 | 20 | 10 PK | WRIG SPEARMINT 10 PAK | 00206856 | 85-2401 | 48X40 | 24 x 3 | 24/24 | 1 |
| 12612 | 20 | 10 PK | WRIG DOUBLEMINT 10 PAK | 00206858 | 85-1342 | 48X40 | 24 x 4 | 24/24 | 1 |
| 12613 | 20 | 10 PK | WRIG JUICYFRUIT 10 PAK | 00206860 | 66-0971 | 48X40 | 24 x 5 | 24/24 | 1 |

```
TR1617                    P.O. TI x HI PALLETIZING REPORT              05/09/03 18:19    1

    FAC:     07 WHSE: 02 MONTGOMERY GROCERY                    PURCHASE ORDER #: 00284698
    BUYER:   B1 MARK TALTON
    DOR: 200585 BRACH & BROCK CANDY CO.                        RECEIVING DATE: 05/08/03
```

| CASE UPC | PACK | SIZE | DESCRIPTION | ITEM CODE | PICK SLOT | PALLET SIZE | WHSE TI x HI | QTY.EXP VEND/WHSE | NUM PAL |
|---|---|---|---|---|---|---|---|---|---|
| 74110 | 12 | 13 OZ | BRACH JELLY BEANS | 002070 | 45 66-3101 | 48X40 | 15 x 7 | 90/90 | 1 |
| 49228 | 12 | 14 OZ | # BRACH MILK MAID CARAM | 002072 | 13 67-5072 | 48X40 | 12 x 5 | 24/24 | 1 |
| 49436 | 12 | 16 OZ | BRACH STARBRIGHT PEPPER | 002073 | 34 78-2521 | 48X40 | 12 x 5 | 72/72 | 2 |
| 74158 | 12 | 8.5 OZ | BRACH WILD & FRT GUMMY | 002070 | 49 67-1322 | 48X40 | 18 x 4 | 54/54 | 1 |
| 74359 | 12 | 8.5 OZ | BRACH WILD FRUITY GUMMI | 002070 | 58 66-5781 | 48X40 | 14 x 6 | 56/56 | 1 |
| 65317 | 8 | 6.6OZ | BRACH FRUIT PUNCH RIPPE | 002005 | 92 66-0951 | 48X40 | 10 x 5 | 40/40 | 1 |
| 65382 | 8 | 8 OZ | BRACHS BOB THE BUILDER | 002016 | 26 76-6451 | 48X40 | 10 x 5 | 10/10 | 1 |
| 65392 | 8 | 8 OZ | BRACHS SPIDERMAN FRT SN | 002005 | 99 66-2131 | 48X40 | 10 x 5 | 40/40 | 1 |
| 74119 | 12 | 7.7 OZ | BRACH FRENCH BURNT PEAN | 002070 | 46 67-2372 | 48X40 | 18 x 6 | 18/18 | 1 |
| 74155 | 12 | 7.5 OZ | BRACH HI C FRUIT SLICES | 002070 | 48 67-1302 | 48X40 | 18 x 6 | 18/18 | 1 |
| 74171 | 12 | 10.5 OZ | BRACH HI C ORANGE SLICE | 002070 | 51 67-1602 | 48X40 | 18 x 6 | 18/18 | 1 |
| 74182 | 12 | 6.5 OZ | BRACH CIRCUS PEANUTS | 002070 | 55 67-4262 | 48X40 | 15 x 5 | 30/30 | 1 |
| 74201 | 12 | 8 OZ | BRACH MILK MAID CARAMEL | 002070 | 56 67-5781 | 48X40 | 20 x 6 | 20/20 | 1 |
| 74438 | 12 | 7.5 OZ | BRACH STARBRIGHT BUTTER | 002070 | 62 67-6271 | 48X40 | 18 x 6 | 23/23 | 1 |
| 74485 | 12 | 8 OZ | BRACH DESSERT MINTS | 002070 | 63 67-5801 | 48X40 | 20 x 7 | 31/31 | 1 |
| 74701 | 12 | 7 OZ | BRACH DOUBLE DIPPER PNU | 002070 | 64 67-6292 | 48X40 | 19 x 7 | 8/8 | 1 |
| 74705 | 12 | 7 OZ | BRACH CALIF RAISINS | 002224 | 11 66-3652 | 48X40 | 20 x 8 | 40/40 | 1 |
| 74706 | 12 | 7 OZ | CLUST MILK CHOC PEANUTS | 002236 | 99 76-2221 | 48X40 | 20 x 2 | 20/20 | 1 |
| 74733 | 12 | 6 OZ | BRACHS M/CHOC COV ALMON | 002317 | 27 85-2461 | 48X40 | 28 x 4 | 28/28 | 1 |
| 74113 | 12 | 9 OZ | BRACH CINNAMON IMPERIAL | 002070 | 47 67-0722 | 48X40 | 20 x 4 | 20/20 | 1 |
| 74070 | 12 | 12.5 OZ | BRACH CANDY CORN | 002070 | 44 67-1002 | 48X40 | 20 x 4 | 20/20 | 1 |
| 74436 | 12 | 7.5 OZ | BRACH STARLIGHT PEPPERM | 002070 | 61 67-5692 | 48X40 | 20 x 4 | 40/40 | 1 |
| 65379 | 8 | 8 OZ | BRACH DRAGONBALL Z FRT | 002016 | 52 78-0821 | 48X40 | 15 x 4 | 30/30 | 1 |

```
                VENDOR CASES:    750    WHSE UNITS:    750    PALLETS:    24
```

```
TR1617                        P.O. TI x HI PALLETIZING REPORT              05/09/03 18:18     1

     FAC:     07 WHSE: 02 MONTGOMERY GROCERY                    PURCHASE ORDER #: 00284750
     BUYER:     B1 MARK TALTON
     DOR: 200588 STORCK USA                                      RECEIVING DATE: 05/13/03
*****************************************************************************************
CASE                                    ITEM       PICK  PALLET     WHSE       QTY.EXP    NUM
UPC   PACK    SIZE      DESCRIPTION      CODE       SLOT   SIZE    TI x  HI    VEND/WHSE   PAL
*****************************************************************************************
30797   12    7 OZ   STORCK MILKFULS PEG CAN 00206583 69-2671 48X40   22 x   7    22/22     1

02728   12    7 OZ   WERTHER'S ORIGINAL BUTE 00206842 66-0372 48X40   20 x   7    20/20     1

05081   12   10 OZ   REISENS CHOCOLATE       00208189 67-1601 48X40   10 x   7    10/10     1

08994   12   11 OZ   WERTHER'S ORIGINAL      00208188 76-3291 48X40   15 x   6    30/30     1

            VENDOR CASES:     82     WHSE UNITS:     82     PALLETS:     4
```

```
CR1617                        P.O. TI x HI PALLETIZING REPORT              05/09/03 18:18    1

     FAC:      07 WHSE: 02 MONTGOMERY GROCERY                    PURCHASE ORDER #: 00284904
   BUYER:      B1 MARK TALTON
     DOR: 200585 BRACH & BROCK CANDY CO.                          RECEIVING DATE: 05/08/03
*********************************************************************************************
CASE                                          ITEM      PICK  PALLET    WHSE       QTY.EXP   NUM
UPC    PACK    SIZE       DESCRIPTION          CODE      SLOT   SIZE   TI x  HI   VEND/WHSE   PAL
*********************************************************************************************
74110   12    13 OZ    BRACH JELLY BEANS      0020704 5 66-3101 48X40  15 x    7    30/30      1

74158   12    8.5 OZ   BRACH WILD & FRT GUMMY 0020704 9 67-1322 48X40  18 x    4    18/18      1

74359   12    8.5 OZ   BRACH WILD FRUITY GUMMI 0020705 8 66-5781 48X40 14 x    6    14/14      1

55383    8    8 OZ     BRACHS CLIFFORD FRT SNA 0020162 5 65-3572 48X40 10 x    5    30/30      1

55387    8    8 OZ     BRACH BARBIE RAPUNZEL F 0020861 8 66-1851 48X40 10 x    5    30/30      1

74021   12    7.5 OZ   BRACH MAPLE NUT GOODIES 0020725 1 69-3441 48X40 20 x   10    20/20      1

74485   12    8 OZ     BRACH DESSERT MINTS    0020706 3 67-5801 48X40  20 x    7    15/15      1

74070   12    12.5 OZ  BRACH CANDY CORN       0020704 4 67-1002 48X40  20 x    4    20/20      1

74436   12    7.5 OZ   BRACH STARLIGHT PEPPERM 0020706 1 67-5692 48X40 20 x    4    20/20      1

              VENDOR CASES:    197      WHSE UNITS:    197      PALLETS:      9
```

```
TR1617                        P.O. TI x HI PALLETIZING REPORT              05/09/03 18:18      1

    FAC:      07 WHSE: 02 MONTGOMERY GROCERY                     PURCHASE ORDER #: 00284510
 BUYER:      B1 MARK TALTON
    'OR: 200595 CHARMS COMPANY                                   RECEIVING DATE: 05/08/03
```

| CASE UPC | PACK | SIZE | DESCRIPTION | ITEM CODE | PICK SLOT | PALLET SIZE | WHSE TI x HI | QTY.EXP VEND/WHSE | NUM PAL |
|---|---|---|---|---|---|---|---|---|---|
| )8453 | 24 | 10.4 Z | #CHARMS ASSORTED BLOW P | 00235935 | 76-5571 | 48X40 | 9 x 4 | 54/54 | 2 |
| )3856 | 432 | 1.35Z | SUPER BLOW POPS | 00227449 | 93-7245 | 48X40 | 4 x 1 | 2/24 | 1 |

```
                      VENDOR CASES:     56      WHSE UNITS:     78      PALLETS:     3
```

```
CR1617                        P.O. TI x HI PALLETIZING REPORT              05/09/03 18:19     1

     FAC:     07 WHSE: 02 MONTGOMERY GROCERY                    PURCHASE ORDER #: 00284798
   BUYER:     B1 MARK TALTON
   VENDOR: 200585 BRACH & BROCK CANDY CO.                        RECEIVING DATE: 05/09/03
   ********************************************************************************************
  CASE                                        ITEM        PICK  PALLET      WHSE      QTY.EXP    NUM
  UPC  PACK   SIZE        DESCRIPTION          CODE        SLOT   SIZE    TI x  HI    VEND/WHSE   PAL
  ********************************************************************************************
 74110  12    13 OZ   BRACH JELLY BEANS      0020704 5 66-3101 48X40     999 x   7    210/210     1

 74158  12   8.5 OZ   BRACH WILD & FRT GUMMY 0020704 9 67-1322 48X40     999 x   4    216/216     1

 74359  12   8.5 OZ   BRACH WILD FRUITY GUMMI 0020705 8 66-5781 48X40    999 x   6     98/98      1

 55392   8     8 OZ   BRACHS SPIDERMAN FRT SN 0020059 9 66-2131 48X40     10 x   5     40/40      1

 55396   8    10 CT   BRACH HI-C FRUIT SNACK 0020055 7 83-2701 48X40      10 x   5     40/40      1

 74021  12   7.5 OZ   BRACH MAPLE NUT GOODIES 0020725 1 69-3441 48X40    999 x  10    100/100     1

 74485  12     8 OZ   BRACH DESSERT MINTS    0020706 3 67-5801 48X40     999 x   7    113/113     1

 74070  12  12.5 OZ   BRACH CANDY CORN       0020704 4 67-1002 48X40     999 x   4     80/80      1

 74436  12   7.5 OZ   BRACH STARLIGHT PEPPERM 0020706 1 67-5692 48X40    999 x   4    240/240     1

               VENDOR CASES:    1137     WHSE UNITS:    1137     PALLETS:     9
```

```
R1617                          P.O. TI x HI PALLETIZING REPORT                07/07/03 17:34    1

    FAC:    07 WHSE: 02 MONTGOMERY GROCERY                          PURCHASE ORDER #: 00287584
  BUYER:    B3 CARMEN JOHNSON B03
    OR: 200865 GENERAL MILLS - BAKING/DINNERS                       RECEIVING DATE: 07/07/03
  ****************************************************************************************************
```

| CASE UPC | PACK | SIZE | DESCRIPTION | ITEM CODE | PICK SLOT | PALLET SIZE | WHSE TI x HI | QTY.EXP VEND/WHSE | NUM PAL |
|---|---|---|---|---|---|---|---|---|---|
| 9320 | 12 | 13 OZ | GM GOLDEN GRAHAMS CEREA | 00200872 | 65-2241 | 48X40 | 9 x 8 | 108/108 | 2 |
| 6659 | 16 | 14 OZ | GM HONEY NUT CHEERIOS | 00200819 | 64-0141 | 48X40 | 6 x 7 | 288/288 | 7 |
| 6661 | 14 | 15 OZ | GM CHEERIOS CEREAL | 00200845 | 64-0461 | 48X40 | 8 x 3 | 720/720 | 30 |

```
                VENDOR CASES:   1116      WHSE UNITS:   1116       PALLETS:    39
```

```
:R1617                    P.O. TI x HI PALLETIZING REPORT              07/30/03 07:05    2

    FAC:    07 WHSE: 03 WINN-DIXIE-MTG PERISHABLE           PURCHASE ORDER #: 00712552
  BUYER:    G6 DARRELL WHITWORTH
       OR: 700755 NESTLE FOODS-HAND HELD DIVISIO            RECEIVING DATE: 07/30/03
```

| CASE UPC | PACK | SIZE | DESCRIPTION | ITEM CODE | PICK SLOT | PALLET SIZE | WHSE TI x HI | QTY.EXP VEND/WHSE | NUM PAL |
|---|---|---|---|---|---|---|---|---|---|
| )8306 | 8 | 9 OZ. | LN PKT CHICKEN FAJITA | 00783902 | 06-8401 | CHEP | 21 x 6 | 126/126 | 1 |
| )8307 | 8 | 9 OZ. | LN PKT TURKEY/BROCCOLI/ | 00787288 | 07-2521 | CHEP | 21 x 6 | 189/189 | 2 |
| )8309 | 8 | 9 OZ. | LN PKT CHEESEBURGER | 00786005 | 07-3141 | CHEP | 21 x 6 | 126/126 | 1 |
| )8316 | 8 | 9 OZ. | LN PKT MEATBALL/MOZZARE | 00783907 | 07-3201 | CHEP | 21 x 6 | 168/168 | 2 |
| )5640 | 8 | 9 OZ. | CROS PKT 5 CHEESE PIZZA | 00786108 | 05-0241 | CHEP | 21 x 6 | 273/273 | 3 |
| )5700 | 8 | 9 OZ. | HOT PKT POT PIE XPRESS | 00786025 | 08-7221 | CHEP | 21 x 4 | 21/21 | 1 |
| )5702 | 8 | 9 OZ. | HOT PKT POT PIE XPRESS | 00786028 | 08-6641 | CHEP | 18 x 4 | 21/21 | 1 |
| )7102 | 8 | 9 OZ. | HOT PKT 4 MEAT/4 CHS PI | 00786104 | 05-0121 | CHEP | 21 x 6 | 315/315 | 3 |
| )7103 | 8 | 9 OZ. | HOT PKT 3 CHS/CHKN QUES | 00786101 | 06-7371 | CHEP | 21 x 6 | 273/273 | 3 |
| )7105 | 8 | 9 OZ. | HOT PKT BEEF TACO | 00786102 | 06-7431 | CHEP | 21 x 6 | 231/231 | 2 |
| )7107 | 8 | 9 OZ. | HOT PKT PHILLY STEAK/CH | 00786107 | 05-0701 | CHEP | 21 x 6 | 273/273 | 3 |
| )7110 | 8 | 9 OZ. | HOT PKT SAUSAGE/PEPP PI | 00786105 | 05-0221 | CHEP | 21 x 6 | 336/336 | 3 |
| )8312 | 8 | 9 OZ. | LN PKT SAUSAGE/PEPP PIZ | 00786106 | 05-0421 | CHEP | 21 x 6 | 252/252 | 2 |
| )8314 | 8 | 9 OZ. | LN PKT STEAK FAJITA | 00786103 | 06-8461 | CHEP | 21 x 6 | 126/126 | 1 |

```
          VENDOR CASES:  5774    WHSE UNITS:  5774    PALLETS:   66
```

280
190 RS

38RS
46pulled
18made sts
20Built up

```
'R1617                    P.O. TI x HI PALLETIZING REPORT              07/30/03 07:05    1

     FAC:    07 WHSE: 03 WINN-DIXIE-MTG PERISHABLE          PURCHASE ORDER #: 00712552
  P''''ER:     G6 DARRELL WHITWORTH
     ''R: 700755 NESTLE FOODS-HAND HELD DIVISIO            RECEIVING DATE: 07/30/03
************************************************************************************
CASE                                      ITEM      PICK  PALLET    WHSE    QTY.EXP   NUM
UPC   PACK    SIZE      DESCRIPTION        CODE      SLOT  SIZE     TI x HI  VEND/WHSE PAL
************************************************************************************
)5630  8    9 OZ.   CROS PKT BROCCOLI/CHICK 00783899 07-2201 CHEP   21 x  6  105/105   1

)5631  8    9 OZ.   CROS PKT PEPPERONI PIZZ 00783898 07-2581 CHEP   21 x  6   84/84    1

)5632  8    9 OZ.   CROS PKT HAM & CHEESE   00783897 06-8391 CHEP   21 x  6  189/189   2

)5633  8    9 OZ.   CROS PKT EGG/SAUSAGE/CH 00783874 07-3421 CHEP   21 x  6   63/63    1

)5634  8    9 OZ.   CROS PKT STEAK & CHEESE 00783896 06-8331 CHEP   21 x  6  189/189   2

)5637  8    9 OZ.   CROS PKT ITALIAN CHICKE 00786006 07-1921 CHEP   21 x  6  147/147   2

)5639  8    9 OZ.   CROS PKT MEATBALL/MOZZA 00786162 05-1421 CHEP   21 x  6  189/189   2

)6200  8    4 PK.   HOT PKT BACON/EGG/CHEES 00786118 07-2941 CHEP   21 x  5   63/63    1

)6201  8    4 PK.   HOT PKT HAM/EGG/CHEESE  00786284 07-2601 CHEP   21 x  5   63/63    1

)6202  8    4 PK.   HOT PKT SAUSAGE/EGG/CHE 00786117 06-5691 CHEP   21 x  5   42/42    1

)' '0  8    4 PK.   LN PKT BACON/EGG/CHEESE 00786285 07-2561 CHEP   21 x  5   21/21    1

07108  8    9 OZ.   HOT PKT CHICKEN MELT    00786161 05-1441 CHEP   21 x  6  273/273   3

07109  8    9 OZ.   HOT PKT 4 CHEESE PIZZA  00786007 07-2321 CHEP   21 x  6  315/315   3

07111  8    9 OZ.   HOT PKT PEPPERONI       00783928 07-1961 CHEP   21 x  6  210/210   2

07112  8    9 OZ.   HOT PKT HAM & CHEESE    00783934 05-2861 CHEP   21 x  6   21/21    1

07114  8    9 OZ.   HOT PKT BBQ BEEF        00787289 07-2221 CHEP   21 x  6   63/63    1

07116  8    9 OZ.   HOT PKT MEATBALL/MOZZAR 00783904 07-2801 CHEP   21 x  6  210/210   2

07117  8    9 OZ.   HOT PKT JALAPENO/STEAK/ 00786160 07-2821 CHEP   21 x  6  105/105   1

07118  8    9 OZ.   HOT PKT BEEF & CHEDDAR  00783927 07-2281 CHEP   21 x  6   84/84    1

07123  8    9 OZ.   HOT PKT CHEESEBURGER    00783887 07-3241 CHEP   21 x  6   21/21    1

07511  6    12PK    HP CLUBPK PEPPERONI PIZ 00783946 07-2491 CHEP   10 x  5   10/10    1

07512  6    12 CT   HOT PKT HAM & CHEESE    00783947 05-1171 CHEP   10 x  5   10/10    1

08300  8    9 OZ.   LN PKT HAM & CHEESE     00783913 07-2001 CHEP   21 x  6  210/210   2

 '  '2  8    9 OZ.   LN PKT PHILLY STEAK & C 00783905 07-2901 CHEP   21 x  6  189/189   2

08305  8    9 OZ.   LN PKT PIZZA            00783930 07-2921 CHEP   21 x  6  168/168   2
```

'R1617                      P.O. TI x HI PALLETIZING REPORT                    05/08/03 16:00    1

   FAC:      07 WHSE: 02 MONTGOMERY GROCERY                        PURCHASE ORDER #: 00284715
   BUYER:    B1 MARK TALTON
'  OR: 200650 M&M MARS                                           RECEIVING DATE: 05/08/03
   ***************************************************************************************

| CASE UPC | PACK | SIZE | DESCRIPTION | ITEM CODE | PICK SLOT | PALLET SIZE | WHSE TI x HI | QTY.EXP VEND/WHSE | NUM PAL |
|---|---|---|---|---|---|---|---|---|---|
| 02128 | 12 | 11 OZ | M&M ALMOND CHOC CANDY | 00220331 | 66-3181 | 48X40 | 20 x 11 | 20/20 | 1 |
| 06802 | 24 | 13 OZ | M&M SNICKERS MINI | 00215602 | 67-3591 | 48X40 | 6 x 4 | 64/64 | 3 |
| 5560 | 12 | 6.750Z | SKITTLES BITE SIZE | 00220332 | 78-1941 | 48X40 | 20 x 14 | 60/60 | 1 |
| 5566 | 12 | 5.350Z | SKITTLES SOUR PEG | 00220333 | 66-0031 | 48X40 | 23 x 5 | 46/46 | 1 |
| 06803 | 12 | 13 OZ | # 3 MUSKETEERS MINI | 00215603 | 66-3931 | 48X40 | 8 x 4 | 40/40 | 2 |
| 00423 | 144 | 3.35 OZ | TWIX COOKIE BAR KING SI | 00206128 | 93-1021 | 48X40 | 7 x 3 | 14/84 | 1 |
| 00101 | 360 | 2.05 OZ | MILKY WAY BAR | 00206910 | 94-3211 | 48X40 | 7 x 3 | 14/140 | 1 |
| 00003 | 360 | 2.13 OZ | 3 MUSKETEERS BAR | 00206905 | 93-2012 | 48X40 | 7 x 3 | 7/70 | 1 |
| 00023 | 360 | 2 OZ | TWIX | 00206916 | 93-1013 | 48X40 | 5 x 4 | 12/120 | 1 |
| 01151 | 360 | 2.07 OZ | STARBURST ORIGINAL | 00206816 | 93-1213 | 48X40 | 9 x 4 | 11/110 | 1 |
| 01160 | 360 | 2 OZ | SKITTLES BITE SIZE | 00206725 | 93-1011 | 48X40 | 6 x 3 | 12/120 | 1 |
| , 02 | 384 | 2.07 OZ | SNICKER BAR | 00206882 | 94-1912 | 48X40 | 6 x 3 | 30/240 | 2 |
| 00031 | 384 | 1.69 OZ | M & M'S PLAIN CANDIES | 00206871 | 93-8612 | 48X40 | 6 x 3 | 18/144 | 1 |
| 00032 | 384 | 1.74 OZ | M & M PEANUT CANDY | 00206873 | 94-2112 | 48X40 | 6 x 3 | 12/96 | 1 |
| 01266 | 288 | 1.8 Z | SKITTLES SOUR SINGLE | 00254513 | 93-1511 | 48X40 | 9 x 4 | 11/132 | 1 |
| 01601 | 24 | 6 PK | MILKY WAY BAR | 00224365 | 78-6172 | 48X40 | 13 x 7 | 13/13 | 1 |
| 01602 | 24 | 6 PK | SNICKERS | 00206804 | 66-3551 | 48X40 | 16 x 7 | 32/32 | 1 |
| 01831 | 24 | 9.40Z | M&M MLK CHOC CANDIES | 00220326 | 66-5991 | 48X40 | 14 x 13 | 36/36 | 1 |
| 01832 | 24 | 10 OZ | M&M PEANUT CANDY | 00220327 | 76-2801 | 48X40 | 14 x 4 | 54/54 | 1 |
| 02102 | 24 | 10 PK | SNICKERS 10 PK | 00206618 | 67-4791 | 48X40 | 11 x 10 | 150/150 | 2 |
| 02103 | 24 | 10 PK | 3 MUSKETEERS 10 PK | 00206603 | 66-1471 | 48X40 | 11 x 10 | 50/50 | 1 |
| 02140 | 12 | 12.7 | M&M CRISPY CANDY | 00220335 | 67-2051 | 48X40 | 12 x 11 | 12/12 | 1 |
| 00567 | 288 | 1.08 OZ | M & M'S MINI TUBES CAND | 00206207 | 94-3511 | 48X40 | 9 x 2 | 9/108 | 1 |
| 04431 | 144 | 3.14OZ | M&M MLK CHOC KING SIZE | 00207022 | 93-6731 | 48X40 | 12 x 5 | 7/42 | 1 |
| 04402 | 144 | 3.7 OZ | SNICKERS KING SIZE | 00206125 | 94-2412 | 48X40 | 6 x 6 | 36/216 | 1 |

```
R1617                      P.O. TI x HI PALLETIZING REPORT              05/08/03 16:00    2

      FAC:    07 WHSE: 02 MONTGOMERY GROCERY                   PURCHASE ORDER #: 00284715
      BUYER:   B1 MARK TALTON
  VDOR: 200650 M&M MARS                                      RECEIVING DATE: 05/08/03
      ****************************************************************************
```

| CASE UPC | PACK | SIZE | DESCRIPTION | ITEM CODE | PICK SLOT | PALLET SIZE | WHSE TI x HI | QTY.EXP VEND/WHSE | NUM PAL |
|---|---|---|---|---|---|---|---|---|---|
| 4432 | 144 | 3.27 OZ | M & M'S PEANUT CHOC KIN | 00206160 | 93-1913 | 48X40 | 6 x 3 | 30/180 | 2 |
| 5746 | 12 | 16 OZ | STARBURST TROPICAL HARD | 00207299 | 67-3441 | 48X40 | 6 x 9 | 36/36 | 1 |
| 5751 | 24 | 16 OZ | STARBURST FRT CHEW SNAC | 00220102 | 75-5221 | 48X40 | 10 x 7 | 90/90 | 2 |
| 5760 | 24 | 16 OZ | SKITTLES FUNSIZE | 00220297 | 66-6601 | 48X40 | 13 x 7 | 52/52 | 1 |
| 5851 | 12 | 14 OZ | #### STARBURST JELLY BE | 00206349 | 76-6471 | 48X40 | 12 x 14 | 126/126 | 1 |
| 5901 | 24 | 13.3 OZ | # MILKYWAY FUN SIZE | 00206719 | 66-0691 | 48X40 | 8 x 4 | 32/32 | 1 |
| 5902 | 24 | 13.3Z | # SNICKERS FUN SIZE | 00206720 | 76-3781 | 48X40 | 8 x 4 | 64/64 | 2 |
| 5903 | 24 | 14 OZ | # 3 MUSKETEERS FUN SIZE | 00206741 | 76-3951 | 48X40 | 8 x 3 | 48/48 | 2 |
| 5907 | 12 | 11 OZ | # SNICKERS CRUNCHERS FU | 00206633 | 67-5051 | 48X40 | 6 x 11 | 35/35 | 1 |
| 06171 | 18 | 8.8 Z | COMBOS CHEDDAR PRETZEL | 00200378 | 84-4232 | 48X40 | 10 x 3 | 20/20 | 1 |
| 06173 | 18 | 8.5 Z | COMBOS PEPPERONI PIZZA | 00200379 | 94-3501 | 48X40 | 10 x 3 | 20/20 | 1 |
| 0  4 | 18 | 8.5 Z | COMBOS CHEESE CRACKER | 00200377 | 83-1121 | 48X40 | 10 x 6 | 60/60 | 1 |
| 11107 | 288 | 1.56 OZ | SNICKERS CRUNCHER BARS | 00206635 | 94-2411 | 48X40 | 6 x 7 | 12/144 | 1 |
| 15551 | 12 | 6.75OZ | STARBURST ORIGINAL PEG | 00206556 | 78-1741 | 48X40 | 15 x 14 | 60/60 | 1 |
| 91538 | 288 | 2.07Z | STARBURST SOUR FRUIT CH | 00206979 | 93-5525 | 48X40 | 12 x 5 | 10/120 | 1 |
| 01105 | 288 | 1.76Z | SNICKERS ALMOND BAR | 00206982 | 94-2711 | 48X40 | 12 x 5 | 13/156 | 1 |
| 01244 | 288 | 1.63Z | M&M PNUT BUTTER CHOC | 00207021 | 93-6333 | 48X40 | 12 x 5 | 3/36 | 1 |
| 01267 | 160 | 1.6 Z | MINT SKITTLES PEPPERMIN | 00206980 | 93-5531 | 48X40 | 12 x 5 | 5/50 | 1 |
| 01548 | 12 | 4.86OZ | STARBURST LOLLIPOPS PEG | 00255561 | 78-1341 | 48X40 | 15 x 13 | 90/90 | 1 |
| 01603 | 24 | 6 PK | 3 MUSKETEERS CANDY BAR | 00228625 | 66-3441 | 48X40 | 13 x 4 | 26/26 | 1 |
| 02101 | 24 | 10 PK | MILKY WAY 10 PK | 00221417 | 78-1141 | 48X40 | 10 x 5 | 10/10 | 1 |
| 02123 | 24 | 10 PK | TWIX CARAMEL 10 PK | 00223017 | 78-1101 | 48X40 | 15 x 3 | 30/30 | 1 |
| 05756 | 24 | 16 OZ | STARBURST TROPICAL FRUI | 00228632 | 78-1421 | 48X40 | 10 x 4 | 70/70 | 2 |
| 05932 | 24 | 13.3Z | # M&M PEANUT FUN SIZE | 00225043 | 57-0141 | 48X40 | 8 x 4 | 8/8 | 1 |
| 06248 | 12 | 10.37OZ | STARBURST LOLLIPOPS LAY | 00255560 | 70-6041 | 48X40 | 12 x 8 | 96/96 | 1 |

R1617                      P.O. TI x HI PALLETIZING REPORT                  05/08/03 16:00    3

     FAC:    07 WHSE: 02 MONTGOMERY GROCERY                      PURCHASE ORDER #: 00284715
  BUYER:     B1 MARK TALTON
    OR: 200650 M&M MARS                                          RECEIVING DATE: 05/08/03
   *****************************************************************************************

| CASE<br>UPC | PACK | SIZE | DESCRIPTION | ITEM<br>CODE | PICK<br>SLOT | PALLET<br>SIZE | WHSE<br>TI x HI | QTY.EXP<br>VEND/WHSE | NUM<br>PAL |
|---|---|---|---|---|---|---|---|---|---|
| )6801 | 24 | 13 OZ | MILKYWAY MINIATURES | 00255556 | 67-3001 | 48X40 | 6 x 4 | 12/12 | 1 |
| )6823 | 12 | 13 OZ | TWIX MINIATURES | 00225024 | 78-1321 | 48X40 | 11 x 6 | 90/90 | 2 |
| 11267 | 160 | 1.6 Z | MINT SKITTLES SPEARMINT | 00206981 | 93-5533 | 48X40 | 12 x 5 | 6/60 | 1 |
| 12131 | 12 | 21.3 | M & M PLAIN CHOC.CANDY | 00220336 | 66-3391 | 48X40 | 10 x 11 | 50/50 | 1 |
| 12132 | 12 | 21.3 | M & M PEANUT CANDY | 00220337 | 66-2171 | 48X40 | 10 x 10 | 110/110 | 2 |
| 23118 | 12 | 11OZ | COOKIES & M&M'S | 00200313 | 84-3252 | 48X40 | 10 x 3 | 30/30 | 1 |
| 23218 | 12 | 12OZ | COOKIES & SNICKERS | 00200315 | 84-3242 | 48X40 | 10 x 3 | 50/50 | 2 |
| 23318 | 12 | 12OZ | COOKIES & TWIX | 00200316 | 84-3352 | 48X40 | 10 x 3 | 40/40 | 2 |
| 23418 | 12 | 12OZ | COOKIES & MILKY WAY | 00200314 | 84-3292 | 48X40 | 10 x 3 | 20/20 | 1 |

            VENDOR CASES:   2224      WHSE UNITS:   4320      PALLETS:    73
                                                                          30

# EFS TRANSCHECK ™

**EFS**
NATIONAL BANK

PAYABLE THROUGH

CHECK NUMBER 7 DIGIT
9686995 | 3

TRANSPORTATION SERVICES, INC.
2525 HORIZON LAKE DRIVE, SUITE 120
MEMPHIS, TN 38133

26-399
840

DATE 05-08-03

PAY TO THE ORDER OF _____

THE SUM OF Two Hundred & Fifty Dollars ~ 00/100 DOLLARS    $ 250.00

| ISSUER NUMBER | TRANSACTION NUMBER | AUTHORIZATION NUMBER |
|---|---|---|
| 1 0 5 7 2 8 | 779 4630000 | |

**DO NOT CASH WITHOUT CALLING**

This draft is not valid and will not be honored without obtaining an authorization number before cashing. To obtain a number key the transaction in the EFS data terminal or call one of the following numbers:
USA WATS . . . . . . . . . . . . . . .800-238-4022
WITHIN MEMPHIS . . . . . . . . . . . . .371-8150

TJ Dowling    Chief Financial Officer

⑈9686995⑈ ⑆084003997⑆ 99⑈00001317⑈

```
TR1617                         P.O. TI x HI PALLETIZING REPORT           05/14/03 18:03    1

      FAC:    07 WHSE: 02 MONTGOMERY GROCERY
      BUYER:        ** BUYER# NOT FOUND **                              PURCHASE ORDER #: 00284726
   VENDOR: 200132 METRO WHOLESALE GROCERYS                              RECEIVING DATE: 05/14/03
```

| CASE UPC | PACK | SIZE | DESCRIPTION | ITEM CODE | PICK SLOT | PALLET SIZE | WHSE TI x HI | QTY.EXP VEND/WHSE | NUM PAL |
|---|---|---|---|---|---|---|---|---|---|
| 01601 | 24 | 10.5Z | CAMP OLD FASH VEGETABLE | 00205924 | 72-2621 | 48X40 | 10 x 12 | 35/35 | 1 |
| 03089 | 8 | 30 OZ | CLOROX 2 POWDER LEMON S | 00207733 | 51-1622 | 48X40 | 14 x 6 | 14/14 | 1 |
| 05887 | 24 | 10.75 | CAMP HEALTHY REQ TOMATO | 00205452 | 67-6001 | 48X40 | 10 x 12 | 30/30 | 1 |
| 20163 | 144 | 1.76Z | ALTOIDS WINTERGREEN TIN | 00206008 | 93-3135 | 48X40 | 10 x 3 | 5/60 | 1 |
| 24320 | 12 | 15 OZ | NEST STWBERRY QUIK | 00204296 | 78-5571 | 48X40 | 14 x 9 | 42/42 | 1 |
| 52246 | 4 | 26 CT | HUGGIES ULTRA JUM SZ 6 | 00240231 | 75-5371 | 48X40 | 8 x 4 | 88/88 | 3 |
| 39700 | 14 | 5 OZ | GM FR GALAXY BLAST | 00232247 | 77-1041 | 48X40 | 16 x 6 | 96/96 | 1 |
| 61440 | 10 | 10 OZ | PUR TBONZ STEAK & EGG | 00221686 | 82-1721 | 48X40 | 12 x 6 | 24/24 | 1 |
| 87102 | 12 | 15.3Z | HUNGRY JACK INSTANT 15. | 00210016 | 77-2741 | 48X40 | 11 x 5 | 440/440 | 8 |
| 00007 | 12 | EACH | SOS ALL PURPOSE SCRUBBE | 00207808 | 50-0761 | 48X40 | 20 x 4 | 40/40 | 1 |
| 12903 | 10 | 10 OZ | T-BONZ BEEF | 00206074 | 82-1271 | 48X40 | 12 x 6 | 64/64 | 1 |
| .61 | 48 | 10.75 | CAMP CREAM OF CELERY | 00205934 | 66-3251 | 48X40 | 10 x 6 | 120/120 | 2 |
| 01261 | 48 | 10.75 | CAMP CRM OF MUSHROOM SO | 00205930 | 66-5521 | 48X40 | 10 x 6 | 580/580 | 10 |
| 06197 | 24 | 10.5Z | CAMP HEALTHY CKN/RICE | 00205991 | 72-4191 | 48X40 | 10 x 12 | 50/50 | 1 |
| 12327 | 24 | 10.75 | CAMP.CRM.CHICK.W/HERBS | 00205176 | 67-3791 | 48X40 | 12 x 10 | 60/60 | 1 |
| 01467 | 24 | 11.2Z | CAMP SPLIT PEA W/HAM | 00205911 | 67-0631 | 48X40 | 10 x 12 | 25/25 | 1 |
| 00233 | 24 | 6 OZ | COS SOLID WHT TUNA/WTR | 00205106 | 70-3481 | 48X40 | 14 x 13 | 35/35 | 1 |
| 01195 | 12 | 32 OZ | TILEX MOLD MILDEW REMOV | 00207786 | 44-1701 | 48X40 | 9 x 4 | 36/36 | 1 |
| 00420 | 12 | 17 OZ | BERTOLI XTRA LITE OO | 00202016 | 70-0311 | 48X40 | 17 x 4 | 0 | 0 |
| 00165 | 12 | 8.5OZ | BERTOLI XTRA VIRGIN LIT | 00202020 | 71-1231 | 48X40 | 25 x 8 | 0 | 0 |
| 79910 | 12 | 12 OZ | HEINZ TURKEY GRAVY | 00205643 | 73-4041 | 48X40 | 18 x 7 | 18/18 | 1 |
| 00080 | 12 | 12 OZ | FOLGERS INSTANT COFFEE | 00230508 | 75-1721 | 48X40 | 8 x 6 | 0 | 0 |
| 00562 | 12 | 18.8 OZ | CAMP CHUNKY CHICKEN RIC | 00216000 | 67-2331 | 48X40 | 15 x 10 | 90/90 | 1 |

```
           VENDOR CASES:   1892      WHSE UNITS:   1947      PALLETS:    39
```

```
TR1617                    P.O. TI x HI PALLETIZING REPORT                    07/30/03 06:46    1

   FAC:    07 WHSE: 03 WINN-DIXIE-MTG PERISHABLE
  BUYER:   G6 DARRELL WHITWORTH                              PURCHASE ORDER #: 00712552
   DOR: 700755 NESTLE FOODS-HAND HELD DIVISIO                 RECEIVING DATE: 07/30/03
```

| CASE UPC | PACK | SIZE | DESCRIPTION | ITEM CODE | PICK SLOT | PALLET SIZE | WHSE TI x HI | QTY.EXP VEND/WHSE | NUM PAL |
|---|---|---|---|---|---|---|---|---|---|
| 05630 | 8 | 9 OZ. | CROS PKT BROCCOLI/CHICK | 00783899 | 07-2201 | CHEP | 21 x 6 | 105/105 | 1 |
| 05631 | 8 | 9 OZ. | CROS PKT PEPPERONI PIZZ | 00783898 | 07-2581 | CHEP | 21 x 6 | 84/84 | 1 |
| 05632 | 8 | 9 OZ. | CROS PKT HAM & CHEESE | 00783897 | 06-8391 | CHEP | 21 x 6 | 189/189 | 2 |
| 05633 | 8 | 9 OZ. | CROS PKT EGG/SAUSAGE/CH | 00783874 | 07-3421 | CHEP | 21 x 6 | 63/63 | 1 |
| 05634 | 8 | 9 OZ. | CROS PKT STEAK & CHEESE | 00783896 | 06-8331 | CHEP | 21 x 6 | 189/189 | 2 |
| 05637 | 8 | 9 OZ. | CROS PKT ITALIAN CHICKE | 00786006 | 07-1921 | CHEP | 21 x 6 | 147/147 | 2 |
| 05639 | 8 | 9 OZ. | CROS PKT MEATBALL/MOZZA | 00786162 | 05-1421 | CHEP | 21 x 6 | 189/189 | 2 |
| 06200 | 8 | 4 PK. | HOT PKT BACON/EGG/CHEES | 00786118 | 07-2941 | CHEP | 21 x 5 | 63/63 | 1 |
| 06201 | 8 | 4 PK. | HOT PKT HAM/EGG/CHEESE | 00786284 | 07-2601 | CHEP | 21 x 5 | 63/63 | 1 |
| 06202 | 8 | 4 PK. | HOT PKT SAUSAGE/EGG/CHE | 00786117 | 06-5691 | CHEP | 21 x 5 | 42/42 | 1 |
| ~~250 | 8 | 4 PK. | LN PKT BACON/EGG/CHEESE | 00786285 | 07-2561 | CHEP | 21 x 5 | 21/21 | 1 |
| 07108 | 8 | 9 OZ. | HOT PKT CHICKEN MELT | 00786161 | 05-1441 | CHEP | 21 x 6 | 273/273 | 3 |
| 07109 | 8 | 9 OZ. | HOT PKT 4 CHEESE PIZZA | 00786007 | 07-2321 | CHEP | 21 x 6 | 315/315 | 3 |
| 07111 | 8 | 9 OZ. | HOT PKT PEPPERONI | 00783928 | 07-1961 | CHEP | 21 x 6 | 210/210 | 2 |
| 07112 | 8 | 9 OZ. | HOT PKT HAM & CHEESE | 00783934 | 05-2861 | CHEP | 21 x 6 | 21/21 | 1 |
| 07114 | 8 | 9 OZ. | HOT PKT BBQ BEEF | 00787289 | 07-2221 | CHEP | 21 x 6 | 63/63 | 1 |
| 07116 | 8 | 9 OZ. | HOT PKT MEATBALL/MOZZAR | 00783904 | 07-2801 | CHEP | 21 x 6 | 210/210 | 2 |
| 07117 | 8 | 9 OZ. | HOT PKT JALAPENO/STEAK/ | 00786160 | 07-2821 | CHEP | 21 x 6 | 105/105 | 1 |
| 07118 | 8 | 9 OZ. | HOT PKT BEEF & CHEDDAR | 00783927 | 07-2281 | CHEP | 21 x 6 | 84/84 | 1 |
| 07123 | 8 | 9 OZ. | HOT PKT CHEESEBURGER | 00783887 | 07-3241 | CHEP | 21 x 6 | 21/21 | 1 |
| 07511 | 6 | 12PK | HP CLUBPK PEPPERONI PIZ | 00783946 | 07-2491 | CHEP | 10 x 5 | 10/10 | 1 |
| 07512 | 6 | 12 CT | HOT PKT HAM & CHEESE | 00783947 | 05-1171 | CHEP | 10 x 5 | 10/10 | 1 |
| 08300 | 8 | 9 OZ. | LN PKT HAM & CHEESE | 00783913 | 07-2001 | CHEP | 21 x 6 | 210/210 | 2 |
| ~302 | 8 | 9 OZ. | LN PKT PHILLY STEAK & C | 00783905 | 07-2901 | CHEP | 21 x 6 | 189/189 | 2 |
| 08305 | 8 | 9 OZ. | LN PKT PIZZA | 00783930 | 07-2921 | CHEP | 21 x 6 | 168/168 | 2 |

```
FR1617                      P.O. TI x HI PALLETIZING REPORT                    07/30/03 06:46      2

   FAC:     07 WHSE: 03 WINN-DIXIE-MTG PERISHABLE                   PURCHASE ORDER #: 00712552
   BUYER:      G6 DARRELL WHITWORTH
   VDOR: 700755 NESTLE FOODS-HAND HELD DIVISIO                      RECEIVING DATE: 07/30/03
   ************************************************************************************************
CASE                                          ITEM    PICK  PALLET      WHSE        QTY.EXP    NUM
UPC   PACK    SIZE        DESCRIPTION          CODE    SLOT   SIZE    TI x  HI      VEND/WHSE   PAL
   ************************************************************************************************
```

| CASE UPC | PACK | SIZE | DESCRIPTION | ITEM CODE | PICK SLOT | PALLET SIZE | TI x HI | QTY.EXP VEND/WHSE | NUM PAL |
|---|---|---|---|---|---|---|---|---|---|
| 08306 | 8 | 9 OZ. | LN PKT CHICKEN FAJITA | 00783902 | 06-8401 | CHEP | 21 x 6 | 126/126 | 1 |
| 08307 | 8 | 9 OZ. | LN PKT TURKEY/BROCCOLI/ | 00787288 | 07-2521 | CHEP | 21 x 6 | 189/189 | 2 |
| 08309 | 8 | 9 OZ. | LN PKT CHEESEBURGER | 00786005 | 07-3141 | CHEP | 21 x 6 | 126/126 | 1 |
| 08316 | 8 | 9 OZ. | LN PKT MEATBALL/MOZZARE | 00783907 | 07-3201 | CHEP | 21 x 6 | 168/168 | 2 |
| 05640 | 8 | 9 OZ. | CROS PKT 5 CHEESE PIZZA | 00786108 | 05-0241 | CHEP | 21 x 6 | 273/273 | 3 |
| 05700 | 8 | 9 OZ. | HOT PKT POT PIE XPRESS | 00786025 | 08-7221 | CHEP | 21 x 4 | 21/21 | 1 |
| 05702 | 8 | 9 OZ. | HOT PKT POT PIE XPRESS | 00786028 | 08-6641 | CHEP | 18 x 4 | 21/21 | 1 |
| 07102 | 8 | 9 OZ. | HOT PKT 4 MEAT/4 CHS PI | 00786104 | 05-0121 | CHEP | 21 x 6 | 315/315 | 3 |
| 07103 | 8 | 9 OZ. | HOT PKT 3 CHS/CHKN QUES | 00786101 | 06-7371 | CHEP | 21 x 6 | 273/273 | 3 |
| 07105 | 8 | 9 OZ. | HOT PKT BEEF TACO | 00786102 | 06-7431 | CHEP | 21 x 6 | 231/231 | 2 |
| 07107 | 8 | 9 OZ. | HOT PKT PHILLY STEAK/CH | 00786107 | 05-0701 | CHEP | 21 x 6 | 273/273 | 3 |
| 0_10 | 8 | 9 OZ. | HOT PKT SAUSAGE/PEPP PI | 00786105 | 05-0221 | CHEP | 21 x 6 | 336/336 | 3 |
| 08312 | 8 | 9 OZ. | LN PKT SAUSAGE/PEPP PIZ | 00786106 | 05-0421 | CHEP | 21 x 6 | 252/252 | 2 |
| 08314 | 8 | 9 OZ. | LN PKT STEAK FAJITA | 00786103 | 06-8461 | CHEP | 21 x 6 | 126/126 | 1 |

```
          VENDOR CASES:   5774      WHSE UNITS:   5774     PALLETS:    66
```

4

38RS    David Barnett

5    Asper Ivey Crump

190

48pulled
18made
20 Built UP

 

O. Box 1647
Yulee, FL 32041-1647

Bus: (904)786-2886
Fax: (904)786-4023

To: All Unloaders

Re: Forklifts equipped with safety belts

Some forklifts are equipped with safety belts. When available, safety belts must be used at all times. These devices help ensure the safety of the operator. OSHA regulates the use of Forklift safety belts. OSHA states that if a forklift is equipped with safety belts, the operator must use them at all times while operating the equipment.

_____          2 - 7 - 02
Employee Signature                                      Date

```
TR1617                    P.O. TI x HI PALLETIZING REPORT           05/09/03 18:18     1

    FAC:     07 WHSE: 02 MONTGOMERY GROCERY              PURCHASE ORDER #: 00283708
   BUYER:    B1 MARK TALTON
    JOR: 200690 WM WRIGLEY JR COMPANY                    RECEIVING DATE: 05/08/03
*****************************************************************************************
CASE                                  ITEM    PICK  PALLET     WHSE        QTY.EXP    NUM
UPC    PACK   SIZE      DESCRIPTION    CODE    SLOT   SIZE    TI x  HI     VEND/WHSE   PAL
*****************************************************************************************
23636  108   SHIPPER   WRIGLEY ECLIPSE SHIPPER 00215669 56-0331 48X40   6 x   2        7/7      1

              VENDOR CASES:      7      WHSE UNITS:     7     PALLETS:     1
```

2711

```
TR1617                    P.O. TI x HI PALLETIZING REPORT              05/09/03 18:18    1


   FAC:    07 WHSE: 02 MONTGOMERY GROCERY                   PURCHASE ORDER #: 00284657
   BUYER:    B1 MARK TALTON
   VOR: 200610 FERRERO U.S.A.                               RECEIVING DATE: 05/09/03
**************************************************************************************
CASE                                   ITEM     PICK  PALLET    WHSE      QTY.EXP    NUM
 UPC   PACK    SIZE      DESCRIPTION    CODE     SLOT   SIZE   TI x HI    VEND/WHSE   PAL
**************************************************************************************
00003   288   .5 OZ   TIC-TAC ORANGE          00207009 93-1923 48X40  999 x  1        2/24    1

00163    24   3 OZ    TIC TAC 6PK ORANGE      00221601 93-5324 48X40    8 x  7       12/24    1

00071    12   5.3 OZ  ROCHER 12PK HAZELNUT CH 00206632 74-0401 48X40   23 x  5       23/23    1

12301   144   1.3 OZ  ROCHER 3 PACK           00206601 94-0811 48X40    8 x  2        1/12    1

              VENDOR CASES:    38   WHSE UNITS:    83    PALLETS:     4
```

```
TR1617                    P.O. TI x HI PALLETIZING REPORT              05/09/03 18:18    1

     FAC:    07 WHSE: 02 MONTGOMERY GROCERY                    PURCHASE ORDER #: 00284704
  ---YER:    B1 MARK TALTON
     )OR: 200610 FERRERO U.S.A.                                 RECEIVING DATE: 05/08/03
**********************************************************************************
```

| CASE UPC | PACK | SIZE | DESCRIPTION | ITEM CODE | PICK SLOT | PALLET SIZE | WHSE TI x HI | QTY.EXP VEND/WHSE | NUM PAL |
|----------|------|------|-------------|-----------|-----------|-------------|--------------|-------------------|---------|
| 00003 | 288 | .5 OZ | TIC-TAC ORANGE | 00207009 | 93-1923 | 48X40 | 999 x 1 | 4/48 | 1 |
| 00822 | 288 | .5 OZ | TIC-TAC CINNAMON | 00209081 | 93-3127 | 48X40 | 14 x 3 | 1/12 | 1 |
| 00824 | 288 | .5 OZ | TIC-TAC SPEARMINT | 00207010 | 93-4342 | 48X40 | 14 x 3 | 1/12 | 1 |
| 00163 | 24 | 3 OZ | TIC TAC 6PK ORANGE | 00221601 | 93-5324 | 48X40 | 8 x 7 | 2/4 | 1 |
| 00071 | 12 | 5.3 OZ | ROCHER 12PK HAZELNUT CH | 00206632 | 74-0401 | 48X40 | 23 x 5 | 23/23 | 1 |
| 12301 | 144 | 1.3 OZ | ROCHER 3 PACK | 00206601 | 94-0811 | 48X40 | 8 x 2 | 3/36 | 1 |

```
                VENDOR CASES:    34      WHSE UNITS:   135     PALLETS:    6
```