

**DEFENDANT'S EXHIBIT**
28 - Miles

# income tax return
## client copy



# H&R BLOCK®

Miles vs. Southeast Unloading
0039

For more information about tax, financial and mortgage services, call 1-800-HRBLOCK or visit hrblock.com

**The H&R Block Advantage** is our promise to take the time to understand your individual needs, offer personalized advice and provide you every advantage for today and tomorrow through a long-term relationship.

1. We will spend time with you to make sure we understand your unique situation.
2. We will do everything we can to help save you money on your taxes.
3. We will look for ways for you to save money in the future.
4. We will provide you with your personalized H&R Block Advantage report showing you simple, actionable ways to improve your financial future.
5. We will make sure you are satisfied before you pay.

## Your fee also includes:

**Accuracy Assurance**
We stand behind our signature. If you are charged penalty and interest fees due to an H&R Block error, H&R Block will pay those penalties and interest on federal, state and local returns.

**Audit Assistance**
If the IRS, state or local tax authority audits or serves notice to you, an H&R Block associate will help you prepare for the audit by answering questions regarding the preparation of your tax return. (H&R Block does not act as a legal representative. Our Peace of Mind Extended Service Plan provides representation with a Power of Attorney if necessary.)

**Refund Planning**
H&R Block can help you plan the size of your refund for next year by suggesting adjustments to the withholding amount on your W-4.

**Satisfaction Guarantee**
We guarantee that unless you are completely satisfied with our service, you are under no obligation to accept and pay for your completed tax return.

**Year-Round Assistance**
H&R Block is available to serve your needs after April 15. Call 1-800-HRBLOCK (1-800-472-5625) or visit us online at hrblock.com to find the year-round office in your area. Need a copy of your return? We keep electronic copies of your return for at least three years.

**Locations Nationwide**
If you've moved to a different city or state, no problem. H&R Block has convenient neighborhood locations across the country.

## Look to H&R Block for these additional services:

Miles vs. Southeast Unloading
0040

**hrblock.com**
Year-round tax and financial advice is just a click away. View your customized H&R Block Advantage report online and access additional tools, calculators, and advice to help you fine-tune your finances. And for the tax do-it-yourselfer, H&R Block offers online tax programs and TaxCut® software.

**Block Financial Advisors**
At H&R Block Financial Advisors, you'll find the convenience and service you need to manage your money the way you like. Call 1-800-HRBLOCK and select "Financial Services," or visit **investment-center.hrblock.com**.

**H&R Block Mortgage**
Whether you want to buy a home, refinance or get a home equity loan, come to H&R Block Mortgage. Call 1-877-HRBLOCK, or visit hrblock.com/mortgages.

| Employer's identification number | 22-3620689 | 12a See Instructions for Box 12 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| Employer's name, address, and ZIP code | | | 152.50 | |
| Labor Ready | | 12b | 3 Social security wages | 4 Social security tax withheld |
| Southeast III LP | | | 152.50 | 9.46 |
| P.O. Box 2910 | | 12c | 5 Medicare wages and tips | 6 Medicare tax withheld |
| Tacoma, WA 98401 | | | 152.50 | 2.21 |
| | 1 of 1 | 12d | 7 Social security tips | 8 Allocated tips |
| | | 12e | 9 Advance EIC payment | 10 Dependent care benefits |
| Employee's name, address, and ZIP code | | | 11 Nonqualified plans | 13 Statutory employee / Retirement plan / Third-party sick pay |
| | | Copy 2 for State, City or Local Tax Departments | 14 Other | |
| ANTHONY R MILES | | | | |
| 413 Planters Rd | | | | |
| Montgomery, AL 36109-1831 | | d Employee's soc. sec. no. ███ | | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AL | 364232 | 152.50 | 4.84 | 6.00 | .03 | AL-JEFFERSN CNTY |
| AL | 364232 | | | 6.00 | .06 | AL-BIRMINGHAM |

Form W-2 Wage and Tax Statement 2005   Department of the Treasury-Internal Revenue Service   OMB # 1545-0008   Copy 2 To Be Filed With Employee's STATE, CITY, or LOCAL Tax Department

| a Control number 25-4 | b Employer identification number (EIN) 59-2975627 | Copy C For Employee's Records (See Notice on Back of Copy "B") OMB No. 1545-0008 This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. | | |
|---|---|---|---|---|
| c Employer's name, address, and ZIP code LFI Ft. Pierce, Inc. Labor Finders (Montgomery) 1617 North Federal Hwy. Suite B Lake Worth, FL 33460 | | 1 Wages, tips, other compensation 3424.72 | 2 Federal income tax withheld 18.76 | |
| | | 3 Social security wages 3424.72 | 4 Social security tax withheld 212.37 | |
| | | 5 Medicare wages and tips 3424.72 | 6 Medicare tax withheld 49.74 | |
| | | 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
| d Employee's social security number | | 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 |
| | | 12b Code | 12c Code | 12d Code |
| e Employee's name, address, and ZIP code Anthony, R Miles 413 Planters Rd. Montgomery, AL 36109 | | 13 Statutory employee Retirement plan Third-party sick pay | 14 Other | |
| 15 State AL | Employer's state ID number 0029064090 | 16 State wages, tips, etc. 3424.72 | 17 State income tax 99.59 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement 2005   ⊕ Printed on Recycled Paper   Department of the Treasury - Internal Revenue Service

5210 FORM

| | | |
|---|---|---|
| QBMW2B2C  10/06/05 | | |

| a Control No. | b Employer identification number (EIN) 63-0751582 | OMB No. 1545-0008 | |
|---|---|---|---|
| c Employer's name, address, and ZIP code<br>INSTRUMENT TECHNICAL SERVICES, IN<br><br>8235 PADGETT SWITCH RD<br>IRVINGTON    AL  36544-3651 | This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. | | |
| | 1 Wgs, tips, other compn<br>550.00 | 2 Fed inc tax withheld<br>2.00 | 3 Social security wages<br>550.00 | Form **W-2** |
| | 4 SS tax withheld<br>34.10 | 5 Medicare wages & tips<br>550.00 | 6 Medicare tax withheld<br>7.98 | **Wage and Tax Statement** |
| | 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment | |
| d Employee's social security number<br>[REDACTED] | 10 Depdnt care benefits | 11 Nonqualified plans | 12a | **2005** |
| e Employee's name, address, and ZIP code<br><br>ANTHONY R    MILES<br>413 PLANTERS ROAD<br>MONTGOMERY    AL 36109 | 13 Statutory employee ☐<br>Retirement plan ☐<br>Third-party sick pay ☐ | 14 Other | 12b<br>12c<br>12d | Copy C For EMPLOYEE'S RECORDS.<br>(See Notice to Employee.) |
| 15 State  Employer's state ID No.<br>AL  151764 | 16 State wages, tips, etc<br>550.00 | 17 State income tax<br>17.34 | 18 Local wages, tips, etc | 19 Local income tax | 20 Locality name |

Miles vs. Southeast Unloading
0043

| b. Employer's identification number | 22-3620689 | 12a See Instructions for Box 12 | 1 Wages, tips, other compensation 152.50 | 2 Federal income tax withheld |
|---|---|---|---|---|
| c. Employer's name, address, and ZIP code | Labor Ready Southeast III LP P.O. Box 2910 Tacoma, WA 98401-2910 | 12b | 3 Social security wages 152.50 | 4 Social security tax withheld 9.46 |
| | | 12c | 5 Medicare wages and tips 152.50 | 6 Medicare tax withheld 2.21 |
| | | 12d | 7 Social security tips | 8 Allocated tips |
| | | 12e | 9 Advance EIC payment | 10 Dependent care benefits |
| e. Employee's name, address, and ZIP code | | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. | 11 Nonqualified plans | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ |
| | ANTHONY R MILES 413 Planters Rd Montgomery, AL 36109-1831 | Copy C for Employee's Records (see notice on back) | 14 Other | |
| | | d. Employee's soc. sec. no. | | |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AL | 364232 | 152.50 | 4.84 | 6.00 | .03 | AL-JEFFERSN CNTY |
| AL | 364232 | | | 6.00 | .06 | AL-BIRMINGHAM |

Form W-2 Wage and Tax Statement 2005   Department of the Treasury-Internal Revenue Service   OMB # 1545-0008   Copy C Employee's Records

Miles vs. Southeast Unloading
0044

| | Copy C -- For EMPLOYEE'S RECORDS. (See Notice to Employee). | 2005 | OMB No. 1545-0008 | | Copy 2 -- To Be Filed With Employee's State, City, or Local Income Tax Return. | 2005 | OMB No. 1545-0008 |
|---|---|---|---|---|---|---|---|

is information is being furnished to IRS. If you are required to file a tax return, a negligence nalty/other sanction may be imposed on you if this income is taxable & you fail to report it.

5  JS4A1    NTF 2562215    Copyright 2005 Greatland/Nelco

| Control number | 1 Wages, tips, other comp. 5349.38 | 2 Federal income tax withheld 412.83 |
|---|---|---|
| Employer ID no. (EIN) 8-2575338 | 3 Social security wages 5349.38 | 4 Social security tax withheld 331.64 |
| | 5 Medicare wages and tips 5349.38 | 6 Medicare tax withheld 77.58 |

Employer's name, address, and ZIP code
STAFFING SOLUTIONS SOUTHEAST, INC
1801 DOWNTOWN WEST BLVD
KNOXVILLE, TN 37919

Employee's social security number

Employee's name, address, and ZIP code
ANTHONY MILES
413 PLANTERS RD
MONTGOMERY, AL 36109

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 |
| 13 Stat. emp. Retirement plan Third-party sick pay | 14 Other | 12b Code |
| | | 12c Code |
| | | 12d Code |
| AL  386727 | 5349.38 | 190.57 |
| 15 State Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement    39-1908647    Dept. of the Treasury -- IRS

| a Control number | 1 Wages, tips, other comp. 5349.38 | 2 Federal income tax withheld 412.83 |
|---|---|---|
| b Employer ID no. (EIN) 58-2575338 | 3 Social security wages 5349.38 | 4 Social security tax withheld 331.64 |
| | 5 Medicare wages and tips 5349.38 | 6 Medicare tax withheld 77.58 |

c Employer's name, address, and ZIP code
STAFFING SOLUTIONS SOUTHEAST, INC
1801 DOWNTOWN WEST BLVD
KNOXVILLE, TN 37919

d Employee's social security number

e Employee's name, address, and ZIP code
ANTHONY MILES
413 PLANTERS RD
MONTGOMERY, AL 36109

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code |
| 13 Stat. empl. Retirement plan Third-party sick pay | 14 Other | 12b Code |
| | | 12c Code |
| | | 12d Code |
| AL  386727 | 5349.38 | 190.57 |
| 15 State Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement    39-1908647    Dept. of the Treasury -- IRS

## 2005 W-2 and EARNINGS SUMMARY

**Safe, accurate, FAST! Use e-file** — Visit the IRS Website at www.irs.gov.

**Employee Reference Copy**
**W-2 Wage and Tax Statement 2005**   OMB No. 1545-0008

| Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 03160 | 15/SK4 | 120110 | T  EIC  785 |

Employer's name, address, and ZIP code
SATELITES UNLIMITED
138 CITATION CT
BIRMINGHAM AL 35209

Batch #00561

e/f Employee's name, address, and ZIP code
ANTHONY RANDOLPH MILES
413 PLANTERS ROAD
MONTGOMERY, AL 36109

| b Employer's FED ID number | d Employee's SSA number |
|---|---|
| 63-1223486 | |
| 1 Wages, tips, other comp. 2425.48 | 2 Federal income tax withheld |
| 3 Social security wages 2425.48 | 4 Social security tax withheld 150.38 |
| 5 Medicare wages and tips 2425.48 | 6 Medicare tax withheld 35.17 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |
| 15 State AL  Employer's state ID no. 388606 | 16 State wages, tips, etc. 2425.48 |
| 17 State income tax 56.86 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2005 pay stub plus any adjustments submitted by your employer.

| Gross Pay | 2425.48 | Social Security Tax Withheld Box 4 of W-2 | 150.38 | AL State Income Tax Box 17 of W-2 SUI/SDI Box 14 of W-2 | 56.86 |
|---|---|---|---|---|---|
| Fed. Income Tax Withheld Box 2 of W-2 | | Medicare Tax Withheld Box 6 of W-2 | 35.17 | | |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | AL State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 2,425.48 | 2,425.48 | 2,425.48 | 2,425.48 |
| Reported W-2 Wages | 2,425.48 | 2,425.48 | 2,425.48 | 2,425.48 |

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

ANTHONY RANDOLPH MILES
413 PLANTERS ROAD
MONTGOMERY, AL 36109

Social Security Number:
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 6
STATE:   $33 Yearly Exemption

© 2005 AUTOMATIC DATA PROCESSING, INC

← Fold and Detach Here →

| 1 Wages, tips, other comp. 2425.48 | 2 Federal income tax withheld |
|---|---|
| 3 Social security wages 2425.48 | 4 Social security tax withheld 150.38 |
| 5 Medicare wages and tips 2425.48 | 6 Medicare tax withheld 35.17 |

| a Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 103160 | 15/SK4 | 120110 | T  EIC  785 |

c Employer's name, address, and ZIP code
SATELITES UNLIMITED
138 CITATION CT
BIRMINGHAM AL 35209

| b Employer's FED ID number 63-1223486 | d Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code
ANTHONY RANDOLPH MILES
413 PLANTERS ROAD
MONTGOMERY, AL 36109

| 15 State AL  Employer's state ID no. 388606 | 16 State wages, tips, etc. 2425.48 |
|---|---|
| 17 State income tax 56.86 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**AL State Reference Copy**
**W-2 Wage and Tax Statement 2005**   OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

Miles vs. Southeast Unloading
0046

FORM 1099-G

STATE OF ALABAMA
DEPARTMENT OF INDUSTRIAL RELATIONS
UNEMPLOYMENT COMPENSATION AGENCY
MONTGOMERY, ALABAMA 36131

# IMPORTANT TAX DOCUMENT

ANTHONY R MILES
413 PLANTERS RD
MONTGOMERY, AL  36109-1831

| Payer's Name, Street, City, State, and ZIP Code<br>STATE OF ALABAMA<br>DEPARTMENT OF INDUSTRIAL RELATIONS<br>UNEMPLOYMENT COMPENSATION AGENCY<br>649 MONROE STREET<br>MONTGOMERY, AL 36131 | | | Certain<br>Government<br>Payments |
|---|---|---|---|
| Recipient's Identification Number<br>[redacted] | 1 Unemployment Compensation<br>4,598.00 | OMB No. 1545-0120<br>2005 | Copy B<br>For Recipient |
| Recipient's Name (first, middle, last) & Address<br>ANTHONY R MILES<br>413 PLANTERS RD<br>MONTGOMERY, AL  36109-1831 | 4 Federal Income Tax Withheld<br>0.00 | 5 ATAA Payments | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | FEIN: 630674968 | | |
| Account Number (optional) | | | |

Form 1099-G                                                                                  Department of the Treasury - Internal Revenue Service

**Instructions to Recipient**
Box 1 — Shows the total unemployment compensation paid to you this year by the payer. This amount is taxable income to you. For more information, see the instructions for your Federal income tax return.

Box 4 — Shows the total amount of withholding you requested on unemployment compensation paid to you this year by the payer.

Box 5 — Shows the total amount of ATAA paid to this year by the payer.

# H&R BLOCK®

# PRIVACY POLICY

Protecting your privacy is fundamental to our business at H&R Block. We honor all applicable privacy regulations, and we further strive to operate our business in a manner that justifies your choice of H&R Block products and services. We are providing this privacy policy to you as required by law. This privacy policy explains the types of information we may collect from you, and informs you how we may use or disclose that information.

## Who This Policy Covers
This statement applies to personal information we collect when we provide financial products and services to customers and former customers of H&R Block Services, Inc. and its subsidiaries that provide tax preparation services in the United States. This policy does not apply to our affiliates, which are companies (other than subsidiaries of H&R Block Services, Inc.) related to H&R Block Services, Inc. by common ownership or control, because these companies may be subject to different regulations and/or may have different operating practices. Our affiliates include, but are not limited to, H&R Block Digital Tax Solutions, LLC, H&R Block Financial Advisors, Inc. and H&R Block Mortgage Corporation.

## Information We Collect
- We may collect personal information so that we may prepare your tax return. This information, referred to in this policy as "tax return information," includes, for example, your name, address and certain other data such as your social security number, income and deductions data, and other information about you and your dependents that we need to prepare your tax return.
- We may collect other information in connection with transactions beyond tax return preparation that you complete or propose to complete with us or our affiliates. This information may include, for example, your name, address and certain other "nonpublic personal information" such as checking, debit and credit account numbers, balances and payment history, income, assets, and social security number.
- We may collect information about you from the IRS, our franchisees, and other third parties such as credit reporting agencies in connection with transactions you complete or propose to complete with us, our franchisees, our affiliates, or non-affiliated third parties. This could include, for example, information about your tax return, tax refund, or refund anticipation loans.
- We, our affiliates, or non-affiliated third parties with whom we have business relationships may collect information about you when you inquire about services or request information from us, submit rebate forms, or when you enter our contests. This information may include, for example, your name, telephone number, mailing address and e-mail address.

## How We May Disclose Your Information
H&R Block's disclosure of your information is controlled by Section 7216 of the Internal Revenue Code, the Gramm Leach Bliley Act of 1999, certain other laws, and H&R Block policies. We may disclose any of the categories of tax return information or nonpublic personal information that we collect as described above, subject to the terms of this privacy policy.

Section 7216 of the Internal Revenue Code requires that we have your consent ("opt in") before we disclose your tax return information to affiliates or third parties except the Internal Revenue Service (IRS) and law enforcement officials, and except for certain other lawful purposes. To consent, you should sign a Section 7216 consent form. Some information that is identical to some of your tax return information, such as name, address and social security number, may not be subject to Section 7216 if we also collect this information for purposes other than preparing your tax return.

The Gramm Leach Bliley Act of 1999 requires that we give you the option to prohibit sharing of your nonpublic personal information for use by non-affiliated third parties for marketing purposes. This is referred to as an "opt out" right. However, we do not share your information with non-affiliated third parties except as permitted by the Gramm Leach Bliley Act, nor do we sell or rent your information to third party direct marketers. For this reason, it is not necessary for us to provide you with the opportunity to opt out of having your information shared in this manner.

The Fair Credit Reporting Act (FCRA) requires us to give you the option to limit the sharing of "non-experience information" with our affiliates. Such information includes that which is used, expected to be used, or collected for the purpose of establishing your eligibility for consumer credit, insurance and related products and services, and is not related solely to your transactions or other communications with us. If you do not want us to disclose non-experience information to our affiliates, you should not sign the Section 7216 consent described above.

We may disclose your information as described below when you have provided consent under Section 7216, or as otherwise permitted by applicable laws:
- If you have provided consent under Section 7216, we may disclose your information to H&R Block affiliates engaged in banking, investment, credit cards or consumer loans, insurance or other financial services activities in order to provide you with service enhancements and product opportunities that we believe may interest you.
- We may disclose your information to service providers who perform business functions on our behalf, or to financial institutions with which we have joint marketing agreements. Services such organizations could perform on our behalf may include, for example, check printing, data processing and analysis, contest supervision, and direct mail or e-mail production. We require all H&R Block service providers and joint marketers to have written contracts with us that specify appropriate use of your information, require them to safeguard your data, and prohibit them from making unauthorized or unlawful use of your information. If a state law requires us to give you the right to opt-out prior to any disclosure of your personal information for joint marketing, we will not disclose your information for such purposes without your consent.
- We may disclose your information to affiliates or non-affiliated third parties for other purposes permitted or required by law. Such purposes may include, for example, processing or fulfilling a service you request, or selling or transferring our business or assets. We may also make your tax return information accessible to our H&R Block tax preparation affiliates and franchisees so that if you request additional tax preparation services from our affiliates or franchisees, they will be able to access your information.
- If you elect to receive a refund anticipation loan, a revolving line of credit to pay your tax liability, or if you elect to pay your tax preparation or electronic filing fees from your tax refund, you will be presented with a loan application and agreement and/or refund processing agreement. By accepting these agreements and/or signing the consent form presented to you, you are authorizing H&R Block to disclose your tax return information to the lending bank. You should review these agreements and the privacy policies of the lending bank to understand how it may use and disclose your personal information.
- We may disclose your information to affiliates or non-affiliated third parties when we have a good faith belief that such disclosure is required by law. This may occur in connection with a court order, legal process, or other judicial, administrative or investigative proceeding that produces a request for information from H&R Block.

## How We Protect Your Information
H&R Block maintains policies and procedures designed to restrict access to your personal information in several ways. These include programs and specifications for physical security and records retention and disposal; computer and communication security measures reflected in system design, password protection, and data management practices; and other measures to restrict access to the data we hold in physical and electronic forms.

## How You May Control Use of Your Information
H&R Block may use information you provide (subject to your consent, where required) to communicate with you about products and services available through H&R Block or third parties. If at any time you wish to limit the offers or promotions you receive from us, you may call 877-723-5458 or visit www.hrblock.com/preferences. We will use reasonable efforts to comply with your request, although it may still be necessary for us to send you information from time to time about transactions or accounts you have with us, our franchisees, or our affiliates.

Policy Effective Date: 1/01/2006

# HSBC

## APPLICATION FOR A REFUND ANTICIPATION LOAN AND A REFUND DEPOSIT ACCOUNT

Name of Applicant                                          Social Security/Taxpayer Identification # of Applicant

_____                        _____

Name of Joint Applicant or Joint Filer                     Social Security/Taxpayer Identification # of Joint Applicant or Joint Filer

_____                        _____

> INSTRUCTIONS TO JOINT TAX FILERS. If you have filed a joint tax return, both taxpayers may apply jointly for a loan or either taxpayer may apply individually for a loan. A joint taxpayer that applies jointly for a loan (referred to as a "Joint Applicant") will be personally responsible for the loan. If a joint taxpayer applies individually for a loan, the other taxpayer (referred to as a "Joint Filer") will not be personally responsible for the loan but must complete and sign the application to indicate the Joint Filer's agreement to the provisions applicable to Joint Filers, as described in Section 16 (Joint Filers) below.

If I sign below as an Applicant or Joint Applicant, I am indicating that I fully understand that I am applying for a loan and that I have read, understand and agree to the terms set forth in this Application above and on the following pages, including but not limited to: (a) Section 2 in which I agree that HSBC may use amounts received from my tax refund to pay certain debts; and (b) Section 11 in which I agree, upon my or HSBC's election, to arbitrate any Claims that I may have. I also acknowledge that I have 30 days from today's date to reject the Arbitration Provision by following the procedure described in Section 11. I ALSO UNDERSTAND THAT, BY SUBMITTING AN APPLICATION, I AM SUBMITTING TO A COLLECTION PROCESS THAT MAY RESULT IN ME REPAYING DEBT, EVEN IF THE ENTITY TO WHOM I OWE SUCH DEBT IS PREVENTED BY LAW FROM BRINGING A LAWSUIT AGAINST ME TO COLLECT THE DEBT. IF I HAVE ANY QUESTIONS CONCERNING ANY DEBT I OWE TO HSBC AND/OR ITS AFFILIATES, H&R BLOCK, OTHER RAL LENDERS, AND/OR THEIR ASSIGNS, INCLUDING WHETHER I OWE ANY SUCH DEBT AND, IF SO, THE SPECIFIC AMOUNT OF SUCH DEBT, I SHOULD CONTACT HSBC AT 1-888-227-4731 PRIOR TO APPLYING FOR A RAL OR AT ANY TIME THEREAFTER. A TELEPHONE WILL BE MADE AVAILABLE FOR MY USE IF I WISH TO DO SO. If I receive a RAL, I promise to pay the amount set forth in the "Total of Payments" section on my Loan Agreement and Disclosure Statement or subsequent replacement TILA Disclosure Statement, if any, on demand or when the anticipated refund from the IRS is electronically deposited into my refund account, whichever comes first, and I agree to repay the RAL whether or not my tax refund is paid in whole or in part to HSBC.

_____        _____        _____
Applicant Signature                    Date               Witness

_____        _____
Joint Applicant Signature              Date

If I sign below as a Joint Filer, I am indicating that I fully understand that I will not be personally liable for a loan provided to the Applicant in connection with this Application and that my name will not be on any check issued by HSBC pursuant to this Application, but I agree to the provisions applicable to Joint Filers, as described in Section 16. I ALSO UNDERSTAND THAT, BY SUBMITTING AN APPLICATION, I AM SUBMITTING TO A COLLECTION PROCESS THAT MAY RESULT IN ME REPAYING DEBT, EVEN IF THE ENTITY TO WHOM I OWE SUCH DEBT IS PREVENTED BY LAW FROM BRINGING A LAWSUIT AGAINST ME TO COLLECT THE DEBT.

_____        _____        _____
Joint Filer Signature                  Date               Witness

HSBC Taxpayer Financial Services Toll-Free Customer Service Number is 1-800-524-0628 or visit us on the web at hsbctfshrb.com for more information.

**CLIENT COPY**

Miles vs. Southeast Unloading
0049

[...] for approval of a RAL in anticipation of my federal tax refund from HSBC Bank National Association ("HSBC") in the maximum amount HSBC will approve. This is also an application for a Refund Deposit Account ("Refund Account"). In this application ("Application"), "HSBC TFS" means HSBC Taxpayer Financial Services Inc. "H&R Block" means each of H&R Block Services, Inc. and each of its parents, affiliates, and subsidiaries (and franchisees thereof).

1. IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT. TO HELP THE GOVERNMENT FIGHT THE FUNDING OF TERRORISM AND MONEY LAUNDERING ACTIVITIES, FEDERAL LAW REQUIRES ALL FINANCIAL INSTITUTIONS TO OBTAIN, VERIFY, AND RECORD INFORMATION THAT IDENTIFIES EACH PERSON WHO OPENS AN ACCOUNT. WHAT THIS MEANS FOR ME: WHEN I OPEN AN ACCOUNT, YOU WILL ASK FOR MY NAME, ADDRESS, DATE OF BIRTH, AND OTHER INFORMATION THAT WILL ALLOW YOU TO IDENTIFY ME. I MAY ALSO BE ASKED TO PRODUCE MY DRIVER'S LICENSE OR OTHER IDENTIFYING DOCUMENTS.

2. Payment of Other Debt. With respect to any debt that I owe to HSBC and/or its affiliates relating to a RAL, electronic refund advance, or preseason loan, by whatever specific name used, made in prior years, and provided that such debt has not been discharged in bankruptcy, I authorize and direct the repayment of such debt, calculated as of the date of the Application, by means of having such debt deducted from the proceeds of the RAL or having the request for a loan denied and having such debt repaid to those entities by offset or otherwise from my tax refund directly transmitted into the Refund Account with HSBC.

With respect to any delinquent debt I owe to H&R Block from prior years, and provided that such debt has not been discharged in bankruptcy, I authorize and direct the repayment of such debt, calculated as of the date of the Application, by means of having such debt deducted from the proceeds of the RAL or having the request for a loan denied and having such debt repaid to those entities by offset or otherwise from my tax refund directly transmitted into the Refund Account with HSBC.

With respect to any delinquent debt I owe to JP Morgan Chase Bank, Bank One, First Security Bank, Republic Bank, Santa Barbara Bank & Trust, First Bank of Delaware, or County Bank and/or their assigns (the "Other RAL Lenders"), relating to a RAL, electronic RAL, or preseason loan, by whatever specific name used, made in prior years, and provided that such debt has not been discharged in bankruptcy, I authorize and direct the repayment of such debt, calculated as of the date of the Application, by means of having the request for a loan denied and having such debt repaid to those entities by offset or otherwise from my tax refund directly transmitted into the Refund Account with HSBC.

Before forwarding payment for a debt I owe, HSBC will provide me with written notice of the amount of the debt and the right to notify HSBC that I dispute the debt, or any part of it, for 30 days after I receive the notice. If I dispute the debt, HSBC will not forward payment during this 30-day period, unless and until HSBC obtains verification of the debt and mails a copy to me.

If I owe delinquent debt to more that one of the entities listed above, and if I choose to repay such debt through this process, I authorize and direct HSBC to pay such debts in the following order: HSBC and/or its affiliates, H&R Block, Other RAL Lenders, (or to their respective assigns). I also authorize and instruct HSBC and/or its affiliates, H&R Block, Other RAL Lenders, and their assigns to disclose to each other information about their respective credit experiences concerning present and prior RALs, Refund Anticipation Checks ("RACs") or similar financial services.

> PLEASE NOTE: *If I have delinquent debt, I understand that HSBC or its servicer may be acting as a debt collector to collect a debt and that any information obtained will be used for that purpose.*

*Please Note:* If I have any questions concerning any debt I owe to HSBC and/or its affiliates, H&R Block, Other RAL Lenders, and/or their assigns, including whether I owe any such debt and, if so, the specific amount of such debt, I should contact HSBC at 1-888-227-4731 prior to applying for a RAL or at any time thereafter. A telephone will be made available for my use if I wish to do so.

3. Applicable Law. This Application and all the other documents executed in connection with this Application or my RAL (collectively, "Documents") shall be governed by and construed, interpreted, and enforced in accordance with federal law and, to the extent state law applies, the law of the State of Delaware (without reference to conflict of laws principles).

4. Important Information About RALs. I understand that: (a) I can file my federal income tax return electronically without obtaining a RAL without additional charges; (b) the IRS will send me a refund check or electronically deposit my refund to my existing bank account without additional charges; (c) the IRS normally makes an electronic deposit in an average of about 12 days after an electronic filing; (d) HSBC tries to make proceeds of an Instant RAL available on the day of application and a Classic RAL available on the first business day after application; (e) HSBC cannot guarantee when any proceeds of a RAL or an IRS refund will be available to me; and (f) a RAL may cost substantially more than other sources of credit, and I may want to consider using other sources of credit.

Miles vs. Southeast Unloading
0050

5.  Deposit Authorization. (a) After I sign the Application, H&R Block and/or the Transmitter will electronically transmit my tax return to the IRS and the Application to HSBC. I understand that I will sign or authorize an IRS Transmittal Form 8453 or IRS e-file signature authorization ("Deposit Authorization") as part of the Application and electronic tax filing, and that the Deposit Authorization and the Application provide an irrevocable agreement to have my tax refund disbursed to HSBC, and irrevocably transfers to HSBC all of my rights, title, and interest in the proceeds of my tax refund for purposes of the RAL I have requested and other purposes authorized by the Application. (b) If the Application is denied or cancelled, and HSBC receives my tax refund, HSBC will forward to me promptly any proceeds of my refund after deducting amounts permitted by this Agreement. (c) If for any reason, any part of the anticipated tax refund is disallowed or offset by the IRS, or if I should receive a refund check in the mail, I will advise HSBC immediately and promptly pay HSBC any amounts owing with respect to the Application or a RAL, and pay H&R Block any fees owed to it involving my tax return.

6.  Refund Account. (a) I request that a refund deposit account ("Refund Account") be opened at HSBC upon HSBC's receipt of my tax refund for the purposes of ensuring the repayment of my RAL and other amounts described in the Documents. The Annual Percentage Yield and interest rate on the Refund Account will be 0%. This means I will not receive any interest on funds in the Refund Account. I understand that I cannot make withdrawals from the Refund Account and that the funds in the Refund Account will be disbursed only as expressly provided in the Documents. (b) HSBC may deduct any amounts I owe HSBC, H&R Block, or their affiliates from my tax refund, any funds received in the Refund Account, and any proceeds of a RAL. My engagement with H&R Block for services in connection with my 2005 income tax return will end, and I am required to pay all fees to H&R Block for services rendered by H&R Block, when I pick up my check for a RAL (or when HSBC electronically transfers my proceeds to me or to another entity at my direction). If a check or an electronic transfer of proceeds is not made available to me because I do not receive a tax refund, then I am required to pay all fees to H&R Block for services rendered by H&R Block on demand. HSBC also may withdraw amounts deposited into the Refund Account from my tax refund to pay any check I receive for a RAL that I endorse and present for payment or to disburse money to me in accordance with my Application. (c) I will not receive a periodic statement for the Refund Account, but I will receive notice if funds in the Refund Account are not sufficient to repay my RAL or are used for any purpose other than repayment of my RAL or disbursement to me. HSBC may, immediately after disbursement of all funds in the Refund Account, close the account without further notice to or authorization from me.

7.  Refund Account Fee. I will pay HSBC a fee of $24.95 for the administration of the Refund Account and any disbursements to me from that account ("Refund Account Fee"). I irrevocably commit to pay the Refund Account Fee after the Deposit Authorization is filed with the IRS regardless of whether (a) I apply for a RAL or (b) my Application is approved or denied. The Refund Account Fee is not imposed directly or indirectly as an incident to or condition of any extension of credit. I can avoid the Refund Account Fee if I direct that my tax refund not be deposited to HSBC before filing my Deposit Authorization with the IRS. Notwithstanding the above, in the event I rescind my RAL transaction in the time permitted under the Documents, I will be refunded the Refund Account Fee.

8.  No Fiduciary/Agency Duty. I understand that for various fees received, H&R Block is acting only as my tax preparer (if applicable), my electronic filer and the deliverer of checks for RALs with respect to this RAL transaction. I understand that H&R Block has the right to purchase an interest in my RAL issued by HSBC. I further understand that H&R Block is not acting in a fiduciary, confidential, or agency capacity with respect to me in connection with this transaction and has no other duties to me beyond the preparation of my tax return (if applicable), the transmission of my tax return information to HSBC, the electronic filing of my tax return with the IRS, and the delivery of checks for RALs. I acknowledge that I have independently evaluated and decided to apply for a RAL, and that I am not relying on any recommendation from H&R Block. I also understand that HSBC is not acting in a fiduciary, confidential, or agency capacity with respect to me in connection with this transaction.

9.  Disclosure Information. (a) "Information" means my 2005 federal and state income tax returns, any information obtained in connection with my tax return (including information relating to a possible offset of my tax refund or the possibility that my tax return is incorrect), and any information relating to my Application or a RAL, RAC, or similar financial service I have received or requested from HSBC. (b) "Authorized Parties" means HSBC, HSBC TFS, H&R Block, and their respective affiliates and agents, and includes the Fraud Service Bureau operated for HSBC. (c) The Authorized Parties may share Information to process the Application, to determine whether to provide a RAL, to provide RALs to an Applicant or Joint Applicant, to collect delinquent RALs or fees payable to H&R Block, to prevent fraud, and to otherwise administer or promote the program for RALs and RACs. (d) The Authorized Parties may disclose Information to the IRS, state tax agencies and other financial institutions that provide RALs, RACs, or other financial services. (e) The Authorized Parties may call, or input my Information on any website of the IRS or state tax agencies, in connection with the Application to, among other things, determine the status of my tax return. The IRS and state tax agencies may disclose information about me and my tax returns to the Authorized Parties. (f) H&R Block may not use or disclose Information for any purpose, except as permitted under Treas. Reg. Sec. 301.7216-2 or as provided in this Application.

10. Service Fees. (a) Replacement Check Fee. I agree to pay $15 each time that a check is reissued for any reason or if a check is issued because my direct deposit is returned. If I request that such a check be sent by overnight mail, I agree to pay the charges for sending it by overnight mail. (b) Document Fee: If I ask HSBC to provide me with a copy of my Application, loan agreement, billing statement or other document HSBC may charge me $15 per document.

11. **Arbitration Provision.** Any claim, dispute or controversy between me and HSBC (except as specifically defined below for purposes of this Arbitration Provision), whether in contract or tort (intentional or otherwise), whether pre-existing, present or future, and including constitutional, statutory, common law, regulatory, and equitable claims arising out of or in any way relating to (a) any of these or any other Documents or any RAL or RAC that I have previously requested or received from HSBC, (b) advertisements, promotions, or oral or written statements related to this or any other Application for a RAL or any RAL or RAC that I have previously requested or received from HSBC, (c) the relationship of HSBC and me relating to any of these or any other Documents or any RAL or RAC that I have previously requested or received from HSBC; and (d) except as provided below, the validity, enforceability or scope of this Arbitration Provision or any part thereof, including but not limited to, the issue whether any particular claim, dispute or controversy must be submitted to arbitration (collectively the "Claim"), shall be resolved, upon the election of either me or HSBC, by binding arbitration pursuant to this Arbitration Provision and the applicable rules of the American Arbitration Association ("AAA") or the National Arbitration Forum ("NAF") in effect at the time the Claim is filed. I shall have the right to select one of these arbitration administrators (the "Administrator"). The arbitrator must be a lawyer with more than ten (10) years of experience or a retired or former judge. In the event of a conflict between this Arbitration Provision and the rules of the Administrator, this Arbitration Provision shall govern. In the event of a conflict between this Arbitration Provision and the balance of this Application or any other Documents, this Arbitration Provision shall govern. Notwithstanding any language in this Arbitration Provision to the contrary, no arbitration may be administered, without the consent of all parties to the arbitration, by any organization that has in place a formal or informal policy that is inconsistent with and purports to override the terms of this Arbitration Provision, including the Class Action Waiver Provision defined below.

HSBC hereby agrees not to invoke its right to arbitrate an individual Claim I may bring in small claims court or an equivalent court, if any, so long as the Claim is pending only in that court. No class actions or private attorney general actions in court or in arbitration or joinder or consolidation of claims in court or in arbitration with other persons, are permitted without the consent of HSBC and me. The validity and effect of the preceding sentence (herein referred to as the "Class Action Waiver Provision") shall be determined exclusively by a court and not by the Administrator or any arbitrator. Neither the Administrator nor any arbitrator shall have the power or authority to waive, modify or fail to enforce the Class Action Waiver Provision, and any attempt to do so, whether by rule, policy, arbitration decision or otherwise, shall be invalid and unenforceable.

Any arbitration hearing that I attend will take place in a location that is reasonably convenient for me. On any Claim I file, I will pay the first $50.00 of the filing fee. At my request, HSBC will pay the remainder of the filing fee and any administrative or hearing fees charged by the Administrator, up to $1,500.00 on any Claim asserted by me in the arbitration. If I should be required to pay any additional fees to the Administrator, HSBC will consider a request by me to pay all or part of the additional fees; however, HSBC shall not be obligated to pay any additional fees unless the arbitrator grants me an award. If the arbitrator grants an award in my favor, HSBC will reimburse me for any additional fees paid or owed by me to the Administrator up to the amount of the fees that would have been charged if the original Claim had been for the amount of the actual award in my favor. If the arbitrator issues an award in HSBC's favor, I will not be required to reimburse HSBC for any fees HSBC has previously paid to the Administrator or for which HSBC is responsible.

This Arbitration Provision is made pursuant to a transaction involving interstate commerce, and shall be governed by the Federal Arbitration Act, 9 U.S.C. Sections 1-16 (the "FAA"). The arbitrator shall follow and apply applicable substantive law to the extent consistent with the FAA, statutes of limitation and claims of privilege and shall be authorized to award all remedies permitted by applicable substantive law, including, without limitation, compensatory, statutory and punitive damages, declaratory, injunctive and other equitable relief and attorneys' fees and costs. Upon request of either party, the arbitrator shall prepare a short reasoned written opinion supporting the arbitration award. Judgment upon the award may be entered in any court having jurisdiction. The arbitrator's award will be final and binding except for: (a) any appeal right under the FAA; and (b) any appeal of Claims involving more than $100,000. For such Claims, any party may appeal the award to a three-arbitrator panel appointed by the Administrator, which will reconsider de novo (i.e., in its entirety) any aspect or all aspects of the initial award that is appealed. The panel's decision will be final and binding, except for any appeal right under the FAA. Unless applicable law provides otherwise, the appealing party will pay the appeal's costs (i.e., the amounts owed to the Administrator and the arbitrators), regardless of its outcome. However, HSBC will consider in good faith any reasonable request for HSBC to bear up to the full costs of the appeal. Nothing in this Arbitration Provision shall be construed to prevent HSBC's use of offset or other contractual rights involving payment of my income tax refund or other amount on deposit with HSBC to pay off any RAL, RAC, or similar financial service, or H&R Block or other fees, now or thereafter owed by me to HSBC or any Other RAL Lender or H&R Block or third party pursuant to the Documents or similar prior documents, and nothing in this Arbitration Provision shall be construed to prevent me from going to court to enjoin HSBC from exercising such offset or other contractual rights.

I ACKNOWLEDGE THAT I HAVE A RIGHT TO LITIGATE CLAIMS IN COURT BEFORE A JUDGE OR JURY, BUT I PREFER TO RESOLVE ANY SUCH CLAIMS THROUGH ARBITRATION AND HEREBY KNOWINGLY AND VOLUNTARILY WAIVE MY RIGHTS TO LITIGATE SUCH CLAIMS IN COURT BEFORE A JUDGE OR JURY, UPON ELECTION OF ARBITRATION BY HSBC OR BY ME. I ACKNOWLEDGE THAT I WILL NOT HAVE THE RIGHT TO PARTICIPATE AS A REPRESENTATIVE OR MEMBER OF ANY CLASS OF CLAIMANTS OR AS A

PRIVATE ATTORNEY GENERAL PERTAINING TO ANY CLAIM SUBJECT TO ARBITRATION. I UNDERSTAND THAT, IF I AM A MEMBER OF THE PUTATIVE CLASS IN CUMMINS, ET AL. V. H&R BLOCK, INC., ET AL., CASE NO. 03-C-134 IN THE CIRCUIT COURT OF KANAWHA COURT, WV, THIS ARBITRATION CLAUSE MAY NOT ACT AS A WAIVER OF THE RIGHTS AND CLAIMS I MAY HAVE IN THAT ACTION.

This Arbitration Provision shall supersede all prior Arbitration Provisions contained in any previous RAL or RAC application or related agreement and shall survive repayment of any RAL or RAC and termination of my account; provided, however, that if I reject this Arbitration Provision as set below, any prior Arbitration Provisions shall remain in full force and effect. If any portion of this Arbitration Provision is deemed invalid or unenforceable, it will not invalidate the remaining portions of this Arbitration Provision. However, if a determination is made that the Class Action Waiver Provision is unenforceable, this Arbitration Provision (other than this sentence) and any prior Arbitration Provision shall be null and void.

To reject this Arbitration Provision, I must send HSBC, c/o HSBC Taxpayer Financial Services Inc., Account Research, P.O. Box 10690, Wilmington, DE 19850, a signed writing ("Rejection Notice") that is received within thirty (30) days after the date I sign this Application. The Rejection Notice must identify the transaction involved and must include my name, address, and social security number and must be signed by all persons signing this Application as Applicant(s). I may send the Rejection Notice in any manner I see fit as long as it is received at the specified address within the specified time. No other methods can be used to reject the Arbitration Agreement. If the Rejection Notice is sent on my behalf by a third party, such third party must include evidence of his or her authority to submit the Rejection Notice on my behalf.

As used in this Arbitration Provision, the term "HSBC" shall mean HSBC Bank USA, National Association, HSBC TFS, Household Bank, f.s.b., Beneficial National Bank, and H&R Block Services, Inc., and each of their parents, wholly or majority-owned subsidiaries, affiliates, or predecessors, successors, assigns and the franchisees of any of them, and each of their officers, directors, agents, and employees.

Contacting the Administrator: If I have a question about the arbitration Administrator mentioned in this Arbitration Provision or if I would like to obtain a copy of its arbitration rules, I can contact the Administrator as follows: American Arbitration Association, 335 Madison Avenue, New York, NY 10017, www.adr.org; National Arbitration Forum, P.O. Box 50191, Minneapolis, MN 55405, www.arb-forum.com.

12. Survival. The provisions of this Application shall survive the execution of the Loan Agreement and Disclosure Statement and the disbursement of funds.

13. Miscellaneous. (a) References to "I" or "me" or "my" in the Documents shall refer individually to each applicant for a RAL and to both applicants; these terms may also include a Joint Filer as provided in Section 16. The obligations of the Applicant and Joint Applicant under the Documents will be joint and several. The filing of an injured spouse form shall not relieve either applicant of any such obligations under the Documents. (b) If any provision of the Documents or part thereof is deemed invalid, such invalidity will not affect any other provision of the Documents or part thereof. (c) HSBC may obtain a consumer report on me, and other information from third parties, in connection with evaluating the Application, likelihood of receiving the refund, or collecting or reviewing the RAL. (d) HSBC may assign all or a portion of any rights or obligations relating to a RAL to a third party, H&R Block, or an affiliate of HSBC, without notice to me or my consent. (e) Supervisory personnel of HSBC or its agents may listen to and record my telephone calls. (f) I agree that you may send any notices and billing statements to the address of the primary applicant and not to the address of the joint applicant if such address is different. (g) I agree HSBC may transfer, sell, participate or assign all or a portion of my RAL, and its rights, duties and obligations relating to my RAL, to third parties, including HSBC TFS, its affiliates, successors and assigns without notice to me or my consent.

14. State Notices. **California residents:** Married persons may apply for a separate account. **Iowa Residents:** NOTICE TO CONSUMER: 1. Do not sign this paper before you read it. 2. You are entitled to a copy of this paper. 3. You may prepay the unpaid balance at any time without penalty and may be entitled to receive a refund of unearned charges in accordance with the law. **New York and Vermont residents:** Consumer reports may be requested in connection with this account or any update, renewal, extension, review, or collection thereof. Upon my request, HSBC will inform me of the names and addresses of any consumer reporting agencies which have provided HSBC with such reports. **Ohio residents:** The Ohio law against discrimination requires that all creditors make credit equally available to all creditworthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights commission administers compliance with these laws. **Pennsylvania residents:** If this loan becomes in default, HSBC or its assignee intends to collect default charges. **Utah residents:** Any prepaid finance charge not exceeding 5% of the original amount of the loan shall be fully earned on the date the loan is extended, and shall be nonrefundable in the event the loan is repaid prior to the date it is due. Any additional prepaid finance charge is earned proportionally over the term of the loan, and, in the event of such prepayment, the unearned portion of such charge, calculated on a pro rata basis according to the remaining term of the loan, shall be refunded. **Wisconsin residents:** No provision of a marital property agreement, a unilateral statement under Wisconsin Stats. s. 766.59 or a court decree under Wisconsin Stats. s. 766.70 adversely affects the interest of the creditor unless the creditor, prior to the time the credit is granted, is furnished a copy of the agreement, statement or decree or has actual knowledge of the adverse provision when the obligation to the creditor is incurred. All obligations described herein are being incurred in the interest of my marriage or family. **A married Wisconsin resident applicant must mail the name and**

address of his or her spouse, as well as the applicant's name and social security number. HSBC c/o HSBC Taxpayer Services, Attn: Director, Customer Service, P.O. Box 6926, 200 Somerset Corporate Blvd., Bridgewater, NJ 08807-9785, within two days.

15. <u>Certification</u>. I certify that the following information is true with respect to the RAL requested in this application: (1) I do not owe any tax due and/or any tax liens from prior tax years, nor have I previously filed a 2005 federal income tax return. (2) I do not have any delinquent child support, alimony payments, student loans, V.A. loans or other federally sponsored loans. (3) Presently, I do not have a petition (whether voluntary or involuntary) filed nor do I anticipate filing a petition under federal bankruptcy laws. (4) I have not had a RAL with any lender from a prior year that has been discharged in bankruptcy. (5) I have not paid any estimated tax and/or did not have any amount of my 2004 refund applied to my 2005 tax return. (6) I am not presently making regular payments to the IRS for prior year unpaid taxes. (7) I do not have a Power of Attorney presently in effect or on file with the Internal Revenue Service ("IRS") to direct my federal income tax refund to any third party. (8) I am not filing a Form 8862 (Earned Income Credit Eligibility) with my 2005 federal income tax return. (9) I am not currently incarcerated in a state of federal prison nor do I have 2005 income earned while an inmate at a penal institution and claiming the Earned Income Credit. (10) I am not filing Form 8379 (Injured Spouse Claim & Allocation) with my 2005 federal income tax return. (11) I am not filing Form 1310 (Statement of Person Claiming Refund Due Deceased Taxpayer) with the 2005 federal income tax return or filing a federal income tax return Form 1040 on behalf of deceased taxpayer. (12) I do not have an amount paid with request for an extension to File on Line 69, Field 1197 of Form 1040. (13) Everything that I have stated in this Application is correct.

16. <u>Joint Filers</u>. (a) A Joint Filer will have no personal liability for a RAL made in connection with this Application. However, a Joint Filer agrees that the Applicant may rely on the refund in connection with a jointly filed tax return in applying for a RAL and that the refund of such jointly filed tax return may be used to repay a RAL provided to the Applicant or as otherwise provided in this Application. (b) A Joint Filer hereby agrees to be bound by Section 2 (Payment of Other Debt), Section 5 (Deposit Authorization), Section 9 (Disclosure of Information), Section 11 (Arbitration Provision), Section 12 (Survival), Section 13 (Miscellaneous) and hereby makes the certifications in Section 15 (Certification), and the term "I", "me", or "my" in those Sections shall include a Joint Filer as well as an Applicant or Joint Applicant. (c) In the event a joint tax return filer elects not to apply for a RAL, any RAL proceeds will be issued solely in the name of the Applicant. (d) HSBC in its sole discretion may at any time and from time to time, without the consent of or notice to Joint Filer and without impairing or releasing the obligations of Joint Filer: (i) exercise or refrain from exercising any rights against Applicant or others; (ii) consent to or waive any breach of or any act omission or default by Applicant; and (iii) otherwise amend, modify or supplement the terms of any loan provided to Applicant.

# PRIVACY STATEMENT

**Applicability**

This Privacy Statement only applies to customers' accounts with HSBC Bank USA, National Association, which accounts are serviced by HSBC Taxpayer Financial Services Inc. (collectively, as used in this Privacy Statement, "HSBC"). It applies to an Applicant, Joint Applicant, or Joint Filer with respect to any such accounts. All other accounts with HSBC Bank USA, National Association will be governed by the applicable privacy policy issued in connection with those accounts.

**Introduction - Our Commitment to You**

HSBC is proud to be part of a financial services organization that has been providing superior products and services to its customers for many years. We greatly appreciate the trust that you and millions of customers have placed in us, and we will protect that trust by continuing to respect the privacy of all our applicants and customers even if our formal customer relationship ends.

**How We Handle Information we Obtain**

It is important for you to know that in order to ensure that our customers get the very best service and the highest quality products, HSBC collects demographic information (like your name and address) and credit information (like information related to your accounts with us and others). This information comes either directly from you, for instance, from your application and transactions on your account; or, it may come from an outside source such as your credit bureau report. In addition, if you visit our Internet web site, we may collect certain information about your Internet usage.

Because some of the information we gather is not publicly available, we take great care to ensure that this information is kept safe from unauthorized access, and we would never share the information in violation of any regulation or law. HSBC diligently maintains physical, electronic and procedural safeguards that comply with applicable federal standards to guard your private personal information and to assist us in preventing unauthorized access to that information.

**How We Share Information with Companies Affiliated with Us**

From time to time, for general business purposes such as fraud control, or when we think it may benefit you, we do share certain information with our affiliated companies, except as prohibited by applicable law. These affiliated companies all provide financial services, such as banking, consumer finance, insurance, mortgage, and brokerage services. Some examples include companies doing business under the names HSBC, HFC, or Beneficial. We may also share certain information with non-financial service providers that become affiliated with us in the future (such as travel, auto, or shopping clubs), except as prohibited by applicable law. The information we share might come from your application, for instance your name, address, telephone number, social security number, and e-mail address. Also, the information we share could include your transactions with us or our affiliated companies (such as your account balance, payment history, and parties to the transaction), your Internet usage, or your credit card usage. Except for Vermont residents, the information we share could also include your assets, income, or credit reports.

**How We Share Information under a Joint Marketing Agreement**

We may also provide information to non-affiliated financial companies (such as a tax preparer, mortgage banker or insurance service provider) with whom we have a joint marketing agreement. The sharing of information with these types of companies is permitted by law. The information we may share also comes from the sources described above and might include your name, address, phone number, and account experience with us.

**How We Share Information with Other Third Parties**

Except for California or Vermont residents, we also may share information with non-affiliated companies that are able to extend special offers we feel might be of value to you. These companies may be financial services providers (such as mortgage bankers or insurance agents) or they may be non-financial companies (such as retailers, tax preparers, or marketing companies). These offers are typically for products and services that you might not otherwise hear about. The information we may provide them comes from the sources described above and might include your name, address and phone number. You may tell us not to share information with non-affiliated companies in this way by calling the number below. For California and Vermont residents, applicable law requires us to obtain your permission in order to share information about you in this way, and we have chosen not to share your information in this way.

We may also provide information to non-affiliated companies that perform operational, collection, or fraud control services related to your account. The sharing of information with these types of companies is permitted by law. Such a company might include a financial company (such as an insurance service provider) or a non-financial company (such as a data processor or internet service provider) with whom we have an agreement. The information we may share also comes from the sources described above and might include your name, address, phone number, and account experience with us.

Finally, we provide information about you to non-affiliated companies such as credit reporting agencies and companies which provide services related to your account. This information sharing is also permitted by law.

We reserve the right to change our privacy practices at any time in accordance with applicable law. Notice of such changes will be provided if required by applicable law.

How to Opt-Out (non-affiliated companies) (Applicable to residents of all states except California and Vermont)
If you do not want us to share your private information with non-affiliated companies (unless we are permitted or required by law to do so), please let us know by simply calling 1-800-365-2641. **If you have previously informed us of your preference about this account, you do not need to do so again.** We will be happy to comply with your "opt-out" request, which will only apply to the HSBC account you have designated by account number. An opt-out request by any party on a joint account will apply to all parties on the joint account and an opt-out by a Joint Filer or Applicant on the account will apply to both of them. Opt-out requests will not apply to information sharing that is permitted by law. Please allow sufficient time for us to process your request.

How to Opt-Out (affiliated companies) (Applicable to residents of all states except Vermont)
If you do not want us to share your credit information (such as your credit bureau information) with companies that are affiliated with us, please let us know by simply calling 1-800-365-2641. **If you have previously informed us of your preference about this account, you do not need to do so again.** This request will not apply to information about your transactions or experience with HSBC (such as account information, account usage, or payment history), except as required by law, and will only apply to the HSBC account you have designated by account number and an opt-out by a Joint Filer or Applicant on the account will apply to both of them. An opt-out request by any party on a joint account will apply to all parties on the joint account.

---

Atención clientes hispanoparlantes: Esta Declaración Sobre la Privacidad proporciona información sobre cómo manejamos información personal no publica acerca de nuestors clientes, las circunstancias bajo las cuales podemos compartir tal información con otras personas, y cómo usted puede pedir que no compartamos esa información con terceros que no sean afiliados nuestros. Si quisiera que le proporcionemos una traducción al español de la Declaración Sobre la Privacidad en su totalidad, sirvase comunicarse con nosotros llamándonos gratis al 1-800-365-2641.

## USAGE AND DISCLOSURE OF TAX RETURN INFORMATION
### HSBC Taxpayer Financial Services

Privacy protection is fundamental to the way H&R Block conducts business. We honor all applicable privacy regulations, and we further strive to operate our business in a manner that justifies your choice of H&R Block products and services.

The refund anticipation loan ("Classic RAL" or "Instant Money"), refund anticipation check ("RAC"), or revolving line of credit ("Easy Pay") you are applying for is serviced by HSBC Taxpayer Financial Services ("HSBC TFS") and provided by HSBC Bank USA, N.A. ("HSBC Bank"), Both are financial services companies that are not part of H&R Block. To evaluate and process your application, HSBC TFS requires a copy of your tax return. Without this information, HSBC TFS will not process your request.

Your signature on this consent gives H&R Block permission to: (i) provide you with information about HSBC TFS and HSBC-Bank products and services; and (ii) disclose your tax return information to HSBC TFS. H&R Block will not use or disclose your tax return information for any other purpose in connection with this consent, except as required or permitted by law.

When you submit your application to HSBC TFS, you will become a customer of HSBC Bank as well as a client of H&R Block. HSBC TFS, as servicer of HSBC Bank, will use information it obtains on your application and information disclosed under this consent in accordance with its privacy and data use policies. The HSBC TFS and HSBC Bank privacy and data use policies are disclosed on the HSBC Bank product application.

By signing below, you consent for H&R Block to use and disclose your tax return information as described above. You also acknowledge that you have read the H&R Block Privacy Policy provided by your H&R Block office, and the HSBC TFS and HSBC Bank privacy policy.

Client's Signature _____  Date _____
Name (print): _____

Spouse's Signature _____  Date _____
Name (print): _____
(If "Married Filing Jointly")

**IMPORTANT DISCLOSURE:** H&R Block may purchase an interest in refund anticipation loans made to its clients by HSBC Bank.

COMP Consent 09/05

Miles vs. Southeast Unloading
0057