**Send a friend to H&R Block. We'll thank you both with cash!**
**$10 for you. $20 to your friend!***

Easy- to- follow instructions:

1. This offer is valid between 2/8/2006    - 4/17/2006
2. Give one of the forms below to a friend and make copies to refer more friends.*
3. Have your friend fill out the form and bring it to a participating H&R Block office when they have their taxes prepared.
4. We'll send you a check for each new client you refer.*

To view the status of your rebate, logon to hrblock.com/goto/referRebate.html

Thanks for choosing H&R Block and referring your friends.

Sincerely, WINDSOR MCKNIGHT



DEFENDANT'S
EXHIBIT

29-Miles

Reward
Yourself
and Your
Friends!

Terms and Conditions: * Offer valid for new H&R Block clients referred to a participating H&R Block office in the United States when they purchase tax preparation services from and file a Federal tax return with H&R Block between 1/1/06 and 4/17/06. Cannot be redeemed by a referred client who filed taxes with H&R Block either prior to or on the same day as the referring party. Limit of five paid referrals per referring party and one referral per paid Federal return. A new client is a person who did not use H&R Block office services to prepare their prior year tax return. Amended returns are ineligible for this offer. Referral certificate must be presented to H&R Block prior to completion of initial tax preparation interview. H&R Block associates are not eligible for this offer. H&R Block is not responsible for lost, late or undelivered responses. This offer may not be combined with any other gift or referral offer. Allow approximately 8 weeks for delivery of check.

---

## Have your taxes prepared by H&R Block.

**As a new client you'll get $20!**  Your friend who gave you this form will get **$10!***

To redeem this offer, visit a participating H&R Block office between
2/8/2006    and 4/17/2006

FILL IN THE INFORMATION BELOW. (Please Print)

$20 to:

| Last Name | First | MI |
|---|---|---|
| | | |

Address

| City | State | Zip Code |
|---|---|---|

To view the status of your rebate, logon to hrblock.com/goto/referRebate.html

**H&R BLOCK**

To make an appointment call the office below. For other
H&R Block locations call 1- 800- HRBLOCK or visit hrblock.com.

WINDSOR MCKNIGHT
NORMANDALE SHOPPING CENTER
MONTGOMERY
AL 36111
(334) 288-8402

$10 to:

ANTHONY R MILES
413 PLANTERS RD
MONTGOMERY, AL
36109

For office use:
15013543043096
Client ID

Terms and Conditions: * Offer valid for new H&R Block clients referred to a participating H&R Block office in the United States when they purchase tax preparation services from and file a Federal tax return with H&R Block between 1/1/06 and 4/17/06. Cannot be redeemed by a referred client who filed taxes with H&R Block either prior to or on the same day as the referring party. Limit of five paid referrals per referring party and one referral per paid Federal return. A new client is a person who did not use H&R Block office services to prepare their prior year tax return. Amended returns are ineligible for this offer. Referral certificate must be presented to H&R Block prior to completion of initial tax preparation interview. H&R Block associates are not eligible for this offer. H&R Block is not responsible for lost, late or undelivered responses. This offer may not be combined with any other gift or referral offer. Allow approximately 8 weeks for delivery of check.

---

## Have your taxes prepared by H&R Block.

**As a new client you'll get $20!**  Your friend who gave you this form will get **$10!***

To redeem this offer, visit a participating H&R Block office between
2/8/2006    and 4/17/2006

FILL IN THE INFORMATION BELOW. (Please Print)

$20 to:

| Last Name | First | MI |
|---|---|---|
| | | |

Address

| City | State | Zip Code |
|---|---|---|

To view the status of your rebate, logon to hrblock.com/goto/referRebate.html

**H&R BLOCK**

To make an appointment call the office below. For other
H&R Block locations call 1- 800- HRBLOCK or visit hrblock.com.

WINDSOR MCKNIGHT
NORMANDALE SHOPPING CENTER
MONTGOMERY
AL 36111
(334) 288-8402

$10 to:

ANTHONY R MILES
413 PLANTERS RD
MONTGOMERY, AL
36109

For office use:
15013543043096
Client ID

Terms and Conditions: * Offer valid for new H&R Block clients referred to a participating H&R Block office in the United States when they purchase tax preparation services from and file a Federal tax return with H&R Block between 1/1/06 and 4/17/06. Cannot be redeemed by a referred client who filed taxes with H&R Block either prior to or on the same day as the referring party. Limit of five paid referrals per referring party and one referral per paid Federal return. A new client is a person who did not use H&R Block office services to prepare their prior year tax return. Amended returns are ineligible for this offer. Referral certificate must be presented to H&R Block prior to completion of initial tax preparation interview. H&R Block associates are not eligible for this offer. H&R Block is not responsible for lost, late or undelivered responses. This offer may not be combined with any other gift or referral offer. Allow approximately 8 weeks for delivery of check.

---





| Prepared For: | Prepared By: | For Year- round Service: |
|---|---|---|
| Anthony R. Miles | Windsor Mcknight | H&R BLOCK |
| | HANDRBLOCKEASTERNENTERPRISESI | Colonial Shoppes Bellwood |
| Date Prepared: | Normandale Shopping Center | Montgomery, Al 36117- 0000 |
| | Montgomery, Al 36111- 0000 | (334)272- 1113 |
| 02/07/2006 | (334)288- 8402 | |

**Next Year's Appointment - We look forward to seeing you next year on Date:_____ Time: _____**

## Today's Savings

| | | |
|---|---|---|
| * | By ensuring that you qualified for a $2,318 earned income credit this year, we helped you save: | $2,318.00 |
| * | Claiming the Child Tax Credit for you this year helped you reduce your federal taxes by: | $416.00 |
| * | In simple terms, the Marginal Tax Rate is the tax rate that you pay on your last dollar of taxable income. It is the highest federal tax bracket that affects your tax calculation. The Effective Tax Rate is the percentage of your total income that you paid in taxes. For 2005, your Marginal Tax Rate is 10% and your Effective Tax Rate is 0%. | |

Total Savings. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,734.00

## Filing, Refund and Balance Due Information

| Tax Return | efile | Refund / (Balance Due) | Payment Information | | Delivery |
|---|---|---|---|---|---|
| Federal | Yes | $2,887.00 | Refund<br>H&R Block Fees<br>Bank Fees<br>Net Amount | $2,887.00<br>($220.00)<br>($99.95)<br>$2,567.05 | The Refund Anticipation Loan (RAL) direct deposit will be available in about 1 - 2 days** for the estimated amount of $2,567.05.* |
| Alabama | Yes | $127.00 | Refund    $127.00 | | Alabama will direct deposit your refund in the amount of $127.00. |

\* If you are approved, your loan will be subject to all the terms, conditions, and authorizations (including offsets of prior amounts) in your RAL Application.
\*\* Additional processing by your bank may delay availability of funds by 1- 3 business days or more when receiving a direct deposit.





**H&R Block**

# ADVANTAGE
## Opportunities and Advice

- **Plan to keep more of your refund next year:**
  A Refund Anticipation Loan (RAL) is fast and easy but it's also expensive because the lending bank charges you for this service. And even if you deposit a RAL check at your own bank you may have to wait a few days for funds to be available due to bank policies. Next year why not file your return electronically and choose IRS direct deposit instead of a RAL? That way you will avoid RAL fees and get the full amount of your refund deposited into your bank account in approximately 8-15 days. The payoff: More of your refund stays in your own pocket.

- **Insure your kid(s):**
  Your kid(s) may be eligible for low-cost or free health care in Alabama even if you work full time. The costs are different depending on the state and your family's income, but frequently the charges are minimal. The State Children's Health Insurance Programs (SCHIP) are very popular so find out if you're eligible as soon as possible! For national information, call 1-877-KIDSNOW (1-877-543-7669). To find out more about ALL Kids, call 1-888-373-5437 or visit www.adph.org/allkids/.

- **Get your fair share!**
  The government uses tax dollars to fund programs that can assist you with free or discounted foods, prescription drugs, job placement, housing, health care and more. Ask your tax professional for a brochure about these programs. Or visit www.firstgov.gov on the Internet to determine your eligibility for many of the programs. If you're age 55 or over you may also find helpful information at www.benefitscheckup.com.

- **The Roth IRA: Save smart for education and retirement.**
  You may want to use a Roth IRA (Individual Retirement Arrangement) to save for your child's education expenses as well as your retirement. When you withdraw amounts that do not exceed your contributions, they are neither taxed nor subject to penalty. If you withdraw more than you originally contributed, you'll pay taxes on the earnings portion, but still no penalty if you use the funds to pay for qualified education expenses.

- **Use your refund all year:**
  If you receive a large tax refund, you may want to consider depositing your refund into a savings account. If your car breaks down, your child gets sick, or you're short at the end of the month, you can use your refund to cover these unexpected expenses throughout the year. Visit your local bank, credit union or financial institution for more information about opening a savings account.

- **Insurance may save you from disaster:**
  You can't always plan for extra medical bills, the loss of income due to injury, the loss of your car in an accident, or the damage to your home from a storm. But you can reduce the hardship these unexpected events might bring by buying auto, medical, short-term disability or home insurance as protection. Be sure to shop around for the right coverage and price for insurance. To find out what type of insurance may be right for you, contact your state's Department of Insurance.

Mortgage services offered through H&R Block Mortgage Corporation, an indirect wholly owned subsidiary of H&R Block, Inc. Because of this relationship, this referral may provide H&R Block a financial or other benefit. You are NOT required to obtain a mortgage loan from H&R Block Mortgage. OTHER LENDERS ARE AVAILABLE AND YOU SHOULD SHOP FOR THE BEST PRICES, SERVICES AND INTEREST RATES. If you obtain a loan from H&R Block Mortgage, you will be charged interest and fees in accordance with the mortgage loan documents and, depending on your qualification, market conditions, loan program and state restrictions, you will be charged between 0% and 6% of the loan amount for discount points, and $200 to $695 for underwriting fees, and/or up to $695 for application and/or commitment fees. Not all programs are available in all areas. Program restrictions apply. H&R Block Mortgage Corporation is licensed or exempt from licensing to conduct business in all states. H&R Block Mortgage Corporation Underwriting Guidelines apply. Loans not made on properties in New Mexico and West Virginia. ©Copyright 2005. All rights reserved. Information accurate as of: 09/12/2005.

This H&R Block Advantage document provides suggestions that may help you improve your tax and financial situation. Its contents should be considered in conjunction with information you receive from other sources that are familiar with your specific circumstances. H&R Block Financial Advisors, Inc., a subsidiary of H&R Block Inc., offers investment services and securities products. H&R Block Financial Advisors, Inc. is a dually-registered investment advisor and broker-dealer and a member of NYSE/SIPC. Tax services offered through subsidiaries of H&R Block Services Inc. Mortgage services offered through H&R Block Mortgage Inc. H&R Block Inc., H&R Block Services Inc. and H&R Block Mortgage Inc. are not registered broker-dealers.





## 2005 Tax Return Summary

### Federal Year over Year Comparison

| INCOME | Year 2005 | Year 2004 | Change($) |
|---|---|---|---|
| Wages, salaries, tips | $11,902 | $25,667 | ($13,765) |
| Unemployment compensation | $4,598 | $0 | $4,598 |
| Other income | $0 | $9,470 | ($9,470) |
| Total income | $16,500 | $35,137 | ($18,637) |

| ADJUSTED GROSS INCOME | | | |
|---|---|---|---|
| Total income less total adjustments | $16,500 | $35,137 | ($18,637) |

| TAXABLE INCOME | | | |
|---|---|---|---|
| Standard deductions | $7,300 | $7,150 | $150 |
| Exemptions | $6,400 | $6,200 | $200 |
| Taxable income | $2,800 | $14,783 | ($11,983) |

| TAX COMPUTATION | | | |
|---|---|---|---|
| Income tax | $281 | $1,706 | ($1,425) |
| Tax before credits | $281 | $1,706 | ($1,425) |

| CREDITS | | | |
|---|---|---|---|
| Child tax credit | $281 | $1,000 | ($719) |
| Total credits | $281 | $1,000 | ($719) |
| Tax after credits | $0 | $706 | ($706) |

| OTHER TAXES | | | |
|---|---|---|---|
| Total tax | $0 | $706 | ($706) |

| PAYMENTS | | | |
|---|---|---|---|
| Federal withholding | $434 | $1,851 | ($1,417) |
| Earned income credit | $2,318 | $0 | $2,318 |
| Additional child tax credit | $135 | $0 | $135 |
| Total payments | $2,887 | $1,851 | $1,036 |

| REFUND | | | |
|---|---|---|---|
| Overpayment | $2,887 | $1,145 | $1,742 |
| Refund due | $2,887 | $1,145 | $1,742 |

| OTHER COMPUTATIONS | | | |
|---|---|---|---|
| Alternative minimum taxable income | $16,500 | $33,437 | ($16,937) |
| Total tax preferences and adjustments | $0 | $12,454 | ($12,454) |
| Marginal tax bracket | 10% | 15% | |
| Filing status | Head of Household | Head of Household | |

**An H&R Block Tax Professional is available year-round to provide you with information about these opportunities. For more information about tax, mortgage and financial services call 1-800-HRBLOCK or visit hrblock.com.**

This H&R Block Advantage document provides suggestions that may help you improve your tax and financial situation. Its contents should be considered in conjunction with information you receive from other sources that are familiar with your specific circumstances. H&R Block Financial Advisors, Inc., a subsidiary of H&R Block Inc. offers investment services and securities products. H&R Block Financial Advisors, Inc. is a dually-registered investment advisor and broker-dealer and a member of NYSE/SIPC. Tax services offered through subsidiaries of H&R Block Services Inc. Mortgage services offered through H&R Block Mortgage Inc. H&R Block Inc., H&R Block Services Inc. and H&R Block Mortgage Inc. are not registered broker-dealers.





## Today's Services

---

**Tax Preparation**
*    Total Tax Preparation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $216.00

**Additional Services**
*    Peace of Mind. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $29.00
*    (Please remember to contact us within 60 days should you receive a letter from the IRS regarding this return.)

**H&R Block Service Fees**
*    (Less Coupon) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $25.00
*    Total H&R Block Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $220.00

**Bank Fees**
*    Finance Charge. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $75.00
*    Refund Account Fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $24.95
*    Total Bank Fees. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $99.95

**Total Fees Owed** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $319.95

**Prior Client Preferred Discount.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $20.66

**Net Amount**
*    Direct Deposit. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $2,567.05

---

## Additional Notes:

An H&R Block Tax Professional is available year-round to provide you with information about these opportunities. For more information about tax, mortgage and financial services call 1-800-HRBLOCK or visit hrblock.com.

This H&R Block Advantage document provides suggestions that may help you improve your tax and financial situation. Its contents should be considered in conjunction with information you receive from other sources that are familiar with your specific circumstances. H&R Block Financial Advisors, Inc., a subsidiary of H&R Block Inc. offers investment services and securities products. H&R Block Financial Advisors, Inc. is a dually-registered investment advisor and broker-dealer and a member of NYSE/SIPC. Tax services offered through subsidiaries of H&R Block Services Inc. Mortgage services offered through H&R Block Mortgage Inc. H&R Block Inc., H&R Block Services Inc. and H&R Block Mortgage Inc. are not registered broker-dealers.

# H&R Block
# ADVANTAGE



Your Personal Action Plan

## Track Your Money: Budget

Budgeting helps you set and achieve your goals and track where you spend your money. By following a budget, you'll better understand your spending habits to make sure you're spending money carefully. To help you get started, we've provided the following steps, plus a budget worksheet on the next page.

**Step 1** ### Define Your Goals
Short-Term Example - 1) Pay bills on time each month. 2) Save for a down payment on a car.

Your Short-Term Goals: _____

_____

Long-Term Example - 1) Purchase my own home. 2) Retire by age 62.

Your Long-Term Goals: _____

_____

**Step 2** ### Track Your Expenses
Use the budget planner on the following page to get started, or set up your own budget sheet.

**Step 3** ### Reduce High-Interest Debt
For little or no cost, many organizations help people consolidate their debts into one monthly payment, reduce interest and get out of debt faster. For more information, contact the National Foundation for Credit Counseling at 1-800-388-2227 or visit www.nfcc.org.

### Save a Little Each Month
Build an emergency savings account to help you pay for unexpected bills or make it through to your next paycheck.

Benefits of Savings Accounts
- **Low cost.** You can open an account at a bank or credit union, usually with a deposit of $50.
- **Easy access.** Money in a savings account is easy to withdraw when you need it. You withdraw your money by using checks, ATMs or a debit card.
- **Safer.** By depositing your emergency savings into an account, you'll safeguard your money against theft or loss.
- **Earn money.** If you earn interest on your account, you'll add more money to your savings.

How to Start Saving
- **Open an account.** Ask your financial institution if you can direct deposit a small portion of your paycheck into a savings account. Or stop in at a local bank in your neighborhood and deposit cash.
- **Use your tax refund.** This could be your chance to get a head start and be ready when those unplanned expenses occur.

**An H&R Block Tax Professional is available year-round to provide you with information about these opportunities.**

**For more information about tax, mortgage and financial services, call 1-800-HRBLOCK or visit hrblock.com.**

This H&R Block Advantage document provides suggestions that may help you improve your tax and financial situation. Its contents should be considered in conjunction with information you receive from other sources that are familiar with your specific circumstances. H&R Block Financial Advisors, Inc., a subsidiary of H&R Block Inc. offers investment services and securities products. H&R Block Financial Advisors, Inc. is a dually-registered investment advisor and broker-dealer and a member of NYSE/SIPC. Tax services offered through subsidiaries of H&R Block Services Inc. Mortgage services offered through H&R Block Mortgage Inc. H&R Block Inc., H&R Block Services Inc. and H&R Block Mortgage Inc. are not registered broker-dealers.

# H&R Block
# ADVANTAGE



Your Personal Action Plan

## Monthly Budgeting Worksheet

### Income

Monthly Net Wages (after taxes)
Other Income
Total Income

Your **net wages** is how much you've earned after your employer takes out taxes and other payroll deductions.

**Other income** could include interest income or alimony.

### Fixed Expenses

Rent
Renter's Insurance
Gas - Natural
Water
Electric
Cable
Phone
Cell Phone
Car Insurance
Car Payment
Gas - Car
Other

**Fixed expenses** are paid each month. However, the amount you pay may differ from month to month.

### Flexible Expenses

Groceries
Credit Card 1
Credit Card 2
Entertainment
Prescriptions
Dining Out
Laundry
Pocket Money
Total Expenses (Fixed & Flexible)

**Flexible expenses** are hard to anticipate sometimes. Estimate, on average, how much you spend on these items a month.

Total Income
Total Expenses
Extra or Shortage

To find out what you have left over at the end of the month, subtract your total expenses from your total income.

### Savings

If you have money left over, consider saving it for emergencies.

An H&R Block Tax Professional is available year-round to provide you with information about these opportunities.

For more information about tax, mortgage and financial services, call 1-800-HRBLOCK or visit hrblock.com.

This H&R Block Advantage document provides suggestions that may help you improve your tax and financial situation. Its contents should be considered in conjunction with information you receive from other sources that are familiar with your specific circumstances. H&R Block Financial Advisors, Inc., a subsidiary of H&R Block Inc. offers investment services and securities products. H&R Block Financial Advisors, Inc. is a dually-registered investment advisor and broker-dealer and a member of NYSE/SIPC. Tax services offered through subsidiaries of H&R Block Services Inc. Mortgage services offered through H&R Block Mortgage Inc. H&R Block Inc., H&R Block Services Inc. and H&R Block Mortgage Inc. are not registered broker-dealers.

Action Plan (2005)                    FDADVAN-2V 1.0
Form Software Copyright 1996 - 2005 H&R Block Tax Services, Inc.

| Form **8879** | | **IRS e-file Signature Authorization** | | OMB No. 1545-0074 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | ▶ Do not send to the IRS. This is not a tax return.<br>▶ Keep this form for your records. See instructions. | | **2005** |

Declaration Control Number (DCN) ▶ 00-633827-      -6

| Taxpayer's name | Social security number |
|---|---|
| ANTHONY R MILES | ███████████ |
| Spouse's name | Spouse's social security number |

**Part I    Tax Return Information - Tax Year Ending December 31, 2005 (Whole Dollars Only)**

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 38; Form 1040A, line 22; Form 1040EZ, line 4) | 1 | 16,500. |
| 2 | Total tax (Form 1040, line 63; Form 1040A, line 38; Form 1040EZ, line 10) | 2 | 0. |
| 3 | Federal income tax withheld (Form 1040, line 64; Form 1040A, line 39; Form 1040EZ, line 7) | 3 | 434. |
| 4 | Refund (Form 1040, line 73a; Form 1040A, line 45a; Form 1040EZ, line 11a) | 4 | 2,887. |
| 5 | Amount you owe (Form 1040, line 75; Form 1040A, line 47; Form 1040EZ, line 12) | 5 | |

**Part II    Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)**

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2005, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) an indication of any refund offset, (c) the reason for any delay in processing the return or refund, and (d) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my Federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. I further understand that this authorization may apply to future Federal tax payments that I direct to be debited through the Electronic Federal Tax Payment System (EFTPS). In order for me to initiate future payments, I request that the IRS send me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquires and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

| [X] I authorize | HR BLOCK | to enter my PIN | 15519 | as my signature |
|---|---|---|---|---|
| | ERO firm name | | do not enter all zeros | |

on my tax year 2005 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2005 electronically filed income tax return. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶ COPY ONLY                    Date ▶ 02/07/2006

**Spouse's PIN: check one box only**

| [ ] I authorize | | to enter my PIN | | as my signature |
|---|---|---|---|---|
| | ERO firm name | | do not enter all zeros | |

on my tax year 2005 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2005 electronically filed income tax return. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ▶ COPY ONLY                    Date ▶

## Practitioner PIN Method Returns Only - continue below

**Part III    Certification and Authentication - Practitioner PIN Method Only**

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit PIN.

| 63382720465 |
|---|
| do not enter all zeros |

I certify that the above numeric entry is my PIN, which is my signature on the tax year 2005 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and Publication 1345, Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns.

ERO's signature ▶                    Date ▶ 02/07/2006

### ERO Must Retain This Form - See Instructions
### Do Not Submit This Form To the IRS Unless Requested To Do So

KBA  For Privacy Act and Paperwork Reduction Act Notice, see page 2 of form.                    Form **8879** (2005)

8879(D) (2005)                    FD8879D-1V 1.0
Form Software Copyright 1996 - 2005 H&R Block Tax Services, Inc.

Miles vs. Southeast Unloading
0065

Name: ANTHONY R MILES                                             SSN: 092-6C-5519

## IRS Direct Deposit Information

| | |
|---|---|
| Routing Transit Number (RTN) | 071002053 |
| Depositor Account Number (DAN) | 10877980092605519 |
| Type of Account | CHECKING |

## Client Direct Deposit Information

| | |
|---|---|
| Routing Transit Number (RTN) | 263177903 |
| Depositor Account Number (DAN) | 3990000290278 |
| Type of Account | CHECKING |

DO NOT

FILE

**Declaration Control Number (DCN)**

`0 0` - `6 3 3 8 2 7` - `□ □ □ □ □` - `6`

FORM
**AL8453**

ALABAMA DEPARTMENT OF REVENUE

## Individual Income Tax Declaration for Electronic Filing

**For the year January 1 - December 31, 2005**

**2005**

**Label**
Use Alabama label. Otherwise, please type or print.

L A B E L   H E R E

Your first name and initial: **ANTHONY R MILES**    Last name

If a joint return, spouse's first name and initial    Last name

Home address (number and street). If a P. O. Box, see instructions.: **413 PLANTERS RD**    Apt. no.

City, town or post office, state, and ZIP code: **MONTGOMERY AL 36109**

Your social security number

Spouse's soc. sec. no. if joint return

Telephone number (optional): **334-271-2554**

FN (For official use only)

### Part I

**Tax Return Information**

(Whole dollars only.)

| | | | |
|---|---|---|---|
| 1 | Alabama taxable income (Form 40, line 17) | 1 | 5,658 |
| 2 | Total tax liability (Form 40, line 22) | 2 | 243 |
| 3 | Total payments (Form 40, line 26) | 3 | 370 |
| 4 | Refund (Form 40, line 33) | 4 | 127 |
| 5 | Amount you owe (Form 40, line 27) | 5 | 0 |

### Part II

**Direct Deposit**

1  Routing number: `263177903`

2  Account number: `3990000290278`

3  Type of account: [X] Checking   [ ] Savings

### Part III

**Declaration of Taxpayer**

(Sign only after Part I is completed.)

Under penalties of perjury, I declare that I have compared the information contained on my return with the information I have provided to my electronic return originator and that the amounts described in Part I above agree with the amounts shown on the corresponding lines of my 2005 Alabama individual income tax return. To the best of my knowledge and belief this return, including any accompanying schedules and statements, is true, correct, and complete. Also, I hereby authorize the Alabama Department of Revenue to disclose to my ERO described below, any information concerning the disbursement of the refund requested or any problems encountered in the processing of my return.

[X] I authorize a representative of the Department of Revenue to discuss my return and attachments with my preparer.

**Sign Here** ►

Your signature    Date    Spouse's signature. If a joint return, BOTH must sign.    Date

### Part IV

**Declaration of Electronic Return Originator (ERO) and Paid Preparer**

(See instructions.)

I declare that I have reviewed the above taxpayer's Alabama individual income tax return and that the entries on this form are complete and correctly represented based on all information of which I have any knowledge. I also declare that I have followed all other requirements described in IRS PUB. 1345, Revenue Procedures for Electronic Filing of Individual Income Tax Returns (Tax Year 2005), and the Alabama Handbook for Electronic Filers of Individual Income Tax Returns (Tax Year 2005). If I am also the paid preparer, under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete.

**ERO's Use Only**

ERO's signature    Date **02/07/2006**    Check if also paid preparer [X]    Preparer's SSN or PTIN

Firm's name (or yours if self-employed) and address ► **H AND R BLOCK EASTERN ENTERPRISES IN**
**NORMANDALE SHOPPING CENTER**
**MONTGOMERY, AL**

E.I. No. **43-1862224**

ZIP Code **36111-**

**Paid Preparer's Use Only**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete.

Preparer's signature ►    Date    Check if self-employed [ ]    Preparer's SSN or PTIN

Firm's name (or yours if self-employed) and address ►

E.I. No.

ZIP Code

AL29

## DO NOT MAIL TO ALABAMA DEPT. OF REVENUE

Form AL8453 2005

8453(D) (2005)
Form Software Copyright 1996 - 2005 H&R Block Tax Services, Inc.

AL8453D- 1V 1.18

Miles vs. Southeast Unloading
0067

Form **1040A**

Department of the Treasury - Internal Revenue Service
**U.S. Individual Income Tax Return**    (99)    **2005**    IRS Use Only - Do not write or staple in this space.

OMB No. 1545-0074

**Label**
(See page 18.)

ANTHONY R MILES
413 PLANTERS RD
MONTGOMERY, AL 36109

Use the
IRS label.
Otherwise,
please print
or type.

**Your social security number**

████████

**Spouse's social security number**

**You must enter**
▲ your SSN(s) above. ▲

Checking a box below will not
change your tax or refund.

**Presidential
Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 18)  ► ☐ You  ☐ Spouse

**Filing
status**

Check only
one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here. ►
4 ☒ Head of household (with qualifying person). (See page 19.)
If the qualifying person is a child but not your dependent, enter this
child's name here. ►
5 ☐ Qualifying widow(er) with dependent child (see page 19)

**Exemptions**

6a ☒  **Yourself.** If someone can claim you as a dependent, **do not check**
box 6a.

b ☐  Spouse

c  Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qual. child for child tax cr. (see pg 21) |
|---|---|---|---|
| BRITTANY POWELL | 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 | DAUGHTER | ☒ |
| | | | |
| | | | |

If more than six
dependents,
see page 21.

Boxes
checked on
6a and 6b    **1**

No. of children
on 6c who:
• lived with
you    **1**
• did not live
with you due
to divorce or
separation
(see page 22)

Dependents
on 6c not
entered above

Add numbers
on lines
above ►    **2**

d  Total number of exemptions claimed.

**Income**

Attach
Form(s) W-2
here. Also
attach
Form(s)
1099-R if tax
was withheld.

If you did not
get a W-2, see
page 24.

Enclose, but do
not attach, any
payment.

7  Wages, salaries, tips, etc. Attach Form(s) W-2.    7    **11,902.**

8a  Taxable interest. Attach Schedule 1 if required.    8a

b  Tax-exempt interest. Do not include on line 8a.    8b

9a  Ordinary dividends. Attach Schedule 1 if required.    9a

b  Qualified dividends (see page 25).    9b

10  Capital gain distributions (see page 25).    10

11a  IRA
distributions.    11a    11b  Taxable amount
(see page 25).    11b

12a  Pensions and
annuities.    12a    12b  Taxable amount
(see page 26).    12b

13  Unemployment compensation & Alaska Permanent Fund dividends.    13    **4,598.**

14a  Social security
benefits.    14a    14b  Taxable amount
(see page 28).    14b

15  Add lines 7 through 14b (far right column). This is your **total income.** ►    15    **16,500.**

**Adjusted
gross
income**

16  Educator expenses (see page 28).    16

17  IRA deduction (see page 28).    17

18  Student loan interest deduction (see page 31).    18

19  Tuition and fees deduction (see page 32).    19

20  Add lines 16 through 19. These are your **total adjustments.**    20

21  Subtract line 20 from line 15. This is your **adjusted gross income.** ►    21    **16,500.**

KBA    For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 58.    Form 1040A (2005)

Miles vs. Southeast Unloading
0068

Form 1040A (2005)  ANTHONY R MILES ▮▮▮▮▮▮▮  Page 2

| | | | |
|---|---|---|---|
| **Tax, credits, and payments** | 22 Enter the amount from line 21 (adjusted gross income). | 22 | 16,500. |

23a Check if:  ☐ **You** were born before January 2, 1941,  ☐ Blind  Total boxes
☐ **Spouse** was born before January 2, 1941,  ☐ Blind  checked ► 23a ☐

b If you are married filing separately and your spouse itemizes
deductions, see page 32 and check here  ► 23b ☐

**Standard Deduction for —**
● People who checked any box on line 23a or 23b or who can be claimed as a dependent, see page 32.
● All others:
Single or Married filing separately, $5,000
Married filing jointly or Qualifying widow(er), $10,000
Head of household, $7,300

| 24 | Enter your standard deduction (see left margin). | 24 | 7,300. |
|---|---|---|---|
| 25 | Subtract line 24 from line 22. If line 24 is more than line 22, enter -0-. | 25 | 9,200. |
| 26 | If line 22 is $109,475 or you provided housing to a person displaced by Hurricane Katrina, see page 33. Otherwise, multiply $3,200 by the total number of exemptions claimed on line 6d. | 26 | 6,400. |
| 27 | Subtract line 26 from line 25. If line 26 is more than line 25, enter -0-. This is your **taxable income**. ► | 27 | 2,800. |
| 28 | **Tax**, including any alternative minimum tax (see page 34). | 28 | 281. |
| 29 | Credit for child and dependent care expenses. Attach Schedule 2. | 29 | |
| 30 | Credit for the elderly or the disabled. Attach Schedule 3. | 30 | |
| 31 | Education credits. Attach Form 8863. | 31 | |
| 32 | Retirement savings contributions credit. Attach Form 8880. | 32 | |
| 33 | Child tax credit (see page 38). Attach Form 8901 if required. | 33 | 281. |
| 34 | Adoption credit. Attach Form 8839. | 34 | |
| 35 | Add lines 29 through 34. These are your total credits. | 35 | 281. |
| 36 | Subtract line 35 from line 28. If line 35 is more than line 28, enter -0-. | 36 | 0. |
| 37 | Advance earned income credit payments from Form(s) W-2. | 37 | |
| 38 | Add lines 36 and 37. This is your **total tax**. ► | 38 | 0. |
| 39 | Federal income tax withheld from Forms W-2 and 1099. | 39 | 434. |
| 40 | 2005 estimated tax payments and amount applied from 2004 return. | 40 | |

**If you have a qualifying child, attach Schedule EIC.**

| 41a | Earned income credit (EIC). | 41a | 2,318. |
|---|---|---|---|
| b | Nontaxable combat pay election. | 41b | |
| 42 | Additional child tax credit. Attach Form 8812. | 42 | 135. |
| 43 | Add lines 39, 40, 41a, and 42. These are your total payments. ► | 43 | 2,887. |

**Refund**

| 44 | If line 43 is more than line 38, subtract line 38 from line 43. This is the amount you overpaid. | 44 | 2,887. |
|---|---|---|---|
| 45a | Amount of line 44 you want refunded to you. ► | 45a | 2,887. |

**Direct deposit?** See page 53 and fill in 45b, 45c, and 45d.

► b Routing number  071002053  ► c Type: ☒ Checking  ☐ Savings

► d Account number  10877980092605519

| 46 | Amount of line 44 you want applied to your 2006 estimated tax. | 46 | |
|---|---|---|---|

**Amount you owe**

| 47 | Amount you owe. Subtract line 43 from line 38. For details on how to pay, see page 54. ► | 47 | |
|---|---|---|---|
| 48 | Estimated tax penalty (see page 54). | 48 | |

**Third party designee**
Do you want to allow another person to discuss this return with the IRS (see page 55)?  ☒ Yes. Complete the following.  ☐ No
Designee's name ► HR BLOCK  Phone no. ►(334) 272-1113  Personal ID number (PIN) ► 01280

**Sign here**
Joint return? See page 18.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Your signature  For Info Only-Do not file  Date  Your occupation MATERIAL HANDLE  Daytime phone number

Spouse's signature. If a joint return, both must sign.  For Info Only-Do not file  Date  Spouse's occupation

**Paid preparer's use only**
Preparer's signature ►  Date 2/7/2006  Check if self-employed ☐  Preparer's SSN or PTIN P00048053
Firm's name (or yours if self-employed), address, and ZIP code  H AND R BLOCK EASTERN ENTERPRISES  EIN 43-1862224
MONTGOMERY, AL 36111  Phone no. (334) 288-8402

Form 1040A (2005)

1040A (2005)  FD1040A-2V 1.18
Form Software Copyright 1996 - 2005 H&R Block Tax Services, Inc.

**SCHEDULE EIC**
(Form 1040A or 1040)

Department of the Treasury
Internal Revenue Service  (99)

# Earned Income Credit
### Qualifying Child Information

*Complete and attach to Form 1040A or 1040
only if you have a qualifying child.*



OMB No. 1545-0074

**2005**

Attachment
Sequence No. **43**

Name(s) shown on return
ANTHONY R MILES

Your social security number

**Before you begin:** See the instructions for Form 1040A, lines 41a and 41b, or Form 1040, lines 66a and 66b, to make sure that **(a)** you can take the EIC and **(b)** you have a qualifying child.



- If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See back of schedule for details.
- It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.
- Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card. Otherwise, at the time we process your return, we may reduce or disallow your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 1-800-772-1213.

## Qualifying Child Information

| | | Child 1 | Child 2 |
|---|---|---|---|
| **1** | **Child's name** If you have more than two qualifying children, you only have to list two to get the maximum credit. | First name  Last name  BRITTANY  POWELL | First name  Last name |
| **2** | **Child's SSN** The child must have an SSN as defined on page 44 of the Form 1040A instructions or page 48 of the Form 1040 instructions unless the child was born and died in 2005. If your child was born and died in 2005 and did not have an SSN, enter "Died" on this line and attach a copy of the child's birth certificate. | ▪▪▪▪▪ 9 | |
| **3** | **Child's year of birth** | Year 1992 If born after 1986, skip lines 4a and 4b; go to line 5. | Year _____ If born after 1986, skip lines 4a and 4b; go to line 5. |
| **4** | **If the child was born before 1987 -** | | |
| **a** | Was the child under age 24 at the end of 2005 and a student? | ☐ Yes. Go to line 5.  ☐ No. Continue | ☐ Yes. Go to line 5.  ☐ No. Continue |
| **b** | Was the child permanently and totally disabled during any part of 2005? | ☐ Yes. Continue  ☐ No. The child is not a qualifying child. | ☐ Yes. Continue  ☐ No. The child is not a qualifying child. |
| **5** | **Child's relationship to you** (for example, son, daughter, grandchild, niece, nephew, foster child, etc.) | DAUGHTER | |
| **6** | **Number of months child lived with you in the United States during 2005** <br> • If the child lived with you for more than half of 2005 but less than 7 months, enter "7". <br> • If the child was born or died in 2005 and your home was the child's home for the entire time he or she was alive during 2005, enter "12". | 12 months Do not enter more than 12 months. | _____ months Do not enter more than 12 months. |

**TIP** You may also be able to take the additional child tax credit if your child **(a)** was under age 17 at the end of 2005, and **(b)** is a U.S. citizen or resident alien. For more details, see the instructions for line 42 of Form 1040A or line 68 of Form 1040.

KBA  For Paperwork Reduction Act Notice, see Form 1040A or 1040 instructions.

Schedule EIC (Form 1040A or 1040) 2005

1040-Sch EIC (2005)    FDEIC-1V 1.31
Form Software Copyright 1996 - 2005 H&R Block Tax Services, Inc.

Miles vs. Southeast Unloading
0070

| Form **8812** | **Additional Child Tax Credit** | | OMB No. 1545-1620 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | Complete and attach to Form 1040 or Form 1040A. | 1040<br>1040A<br>8812 | **2005**<br>Attachment Sequence No. **47** |

| Name(s) shown on return | Your social security number |
|---|---|
| ANTHONY R MILES | ▮▮▮▮ |

**Part I** All Filers

| | | | |
|---|---|---|---|
| 1 | Enter the amount from line 1 of your Child Tax Credit Worksheet on page 42 of the Form 1040 instructions or page 39 of the Form 1040A instructions. If you used Pub. 972, enter the amount from line 8 of the worksheet on page 4 of the publication | 1 | 1,000. |
| 2 | Enter the amount from Form 1040, line 52, or Form 1040A, line 33 | 2 | 281. |
| 3 | Subtract line 2 from line 1. If zero, **stop**; you cannot take this credit | 3 | 719. |
| 4 a | Earned income (see the instructions on page 2). If your main home was in the Hurricane Katrina disaster area on August 25, 2005, and you are electing to use your 2004 earned income, check here ▶ ☐ | 4a | 11,902. |
| b | Nontaxable combat pay (see instructions on page 2) . . . . . . . . . . . . . . . | 4b | |
| 5 | Is the amount on line 4a more than $11,000?<br>☐ **No.** Leave line 5 blank and enter -0- on line 6.<br>☒ **Yes.** Subtract $11,000 from the amount on line 4a. Enter the result | 5 | 902. |
| 6 | Multiply the amount on line 5 by 15% (.15) and enter the result<br>**Next.** Do you have three or more qualifying children?<br>☒ **No.** If line 6 is zero, **stop**; you cannot take this credit. Otherwise, skip Part II and enter the smaller of line 3 or line 6 on line 13.<br>☐ **Yes.** If line 6 is equal to or more than line 3, skip Part II and enter the amount from line 3 on line 13. Otherwise, go to line 7. | 6 | 135. |

**Part II** Certain Filers Who Have Three or More Qualifying Children

| | | | |
|---|---|---|---|
| 7 | Withheld social security and Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If you worked for a railroad, see the instructions on page 2 | 7 | |
| 8 | 1040 filers: Enter the total of the amounts from Form 1040, lines 27 and 59, plus any uncollected social security and Medicare or tier 1 RRTA taxes included on line 63.<br>1040A filers: Enter -0-. | 8 | |
| 9 | Add lines 7 and 8 | 9 | |
| 10 | 1040 filers: Enter the total of the amounts from Form 1040, lines 66a and 67.<br>1040A filers: Enter the total of the amount from Form 1040A, line 41a, plus any excess social security and tier 1 RRTA taxes withheld that you entered to the left of line 43 (see instructions on page 2). | 10 | |
| 11 | Subtract line 10 from line 9. If zero or less, enter -0- | 11 | |
| 12 | Enter the **larger** of line 6 or line 11<br>**Next,** enter the smaller of line 3 or line 12 on line 13. | 12 | |

**Part III** Additional Child Tax Credit

| | | | |
|---|---|---|---|
| 13 | This is your additional child tax credit | 13 | 135. |

Enter this amount on
Form 1040, line 68, or
Form 1040A, line 42. ◀

KBA    For Paperwork Reduction Act Notice, see page 2 of form.
8812 (2005)        FD8812-1V 1.13
Form Software Copyright 1996 - 2005 H&R Block Tax Services, Inc.

Form 8812 (2005)

Miles vs. Southeast Unloading.
0071

Form 1045A (2005) ANTHONY R MILES

## Schedule A - NOL (see page 5 of the instructions)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Enter the amount from your 2005 Form 1040, line 41. Estates and trusts, enter taxable income increased by the total of the charitable deduction, income distribution deduction, and exemption amount | | | 1 | 9,200 |
| 2 | Nonbusiness capital losses before limitation. Enter as a positive number | | 2 | | |
| 3 | Nonbusiness capital gains (without regard to any section 1202 exclusion) | | 3 | | |
| 4 | If line 2 is more than line 3, enter the difference; otherwise, enter - 0- | | 4 | 0 | |
| 5 | If line 3 is more than line 2, enter the difference; otherwise, enter - 0- | 5 | | 0 | |
| 6 | Nonbusiness deductions (see page 5 of the instructions) | | 6 | 7,300 | |
| 7 | Nonbusiness income other than capital gains (see page 5 of the instructions) | 7 | | | |
| 8 | Add lines 5 and 7 | | 8 | | |
| 9 | If line 6 is more than line 8, enter the difference; otherwise, enter - 0- | | | 9 | 7,300 |
| 10 | If line 8 is more than line 6, enter the difference; otherwise, enter - 0- . But do not enter more than line 5 | 10 | | 0 | |
| 11 | Business capital losses before limitation. Enter as a positive number | | 11 | | |
| 12 | Business capital gains (without regard to any section 1202 exclusion) | 12 | | | |
| 13 | Add lines 10 and 12 | | 13 | | |
| 14 | Subtract line 13 from line 11. If zero or less, enter - 0- | | 14 | 0 | |
| 15 | Add lines 4 and 14 | | 15 | 0 | |
| 16 | Enter the loss, if any, from line 16 of Schedule D (Form 1040). (Estates and trusts, enter the loss, if any, from line 15, column (3), of Schedule D (Form 1041).) Enter as a positive number. If you do not have a loss on that line (and do not have a section 1202 exclusion), skip lines 16 through 21 and enter on line 22 the amount from line 15 | | 16 | | |
| 17 | Section 1202 exclusion. Enter as a positive number | | | 17 | |
| 18 | Subtract line 17 from line 16. If zero or less, enter - 0- | | 18 | 0 | |
| 19 | Enter the loss, if any, from line 21 of Schedule D (Form 1040). (Estates and trusts, enter the loss, if any, from line 16 of Schedule D (Form 1041).) Enter as a positive number | | 19 | | |
| 20 | If line 18 is more than line 19, enter the difference; otherwise, enter - 0- | | 20 | 0 | |
| 21 | If line 19 is more than line 18, enter the difference; otherwise, enter - 0- | | | 21 | 0 |
| 22 | Subtract line 20 from line 15. If zero or less, enter - 0- | | | 22 | 0 |
| 23 | NOL deduction for losses from other years. Enter as a positive number | | | 23 | |
| 24 | NOL. Combine lines 1, 9, 17, 21, 22, and 23. If the result is less than zero, enter it here and on page 1, line 1a. If the result is zero or more, you **do not** have an NOL | | | 24 | 0 |

KBA                                                                                          Form **1045A** (2005)



Miles vs. Southeast Unloading
0072

## ELECTION TO WAIVE NET OPERATING LOSS CARRYBACK

Name(s) ANTHONY R MILES _____     SSN or EIN ████████████

I elect under section 172(j) of the Internal Revenue Code to waive the carryback period for the net operating loss
sustained in tax year _____ , as indicated below.

☐   All net operating losses sustained during the year.

☐   Losses to which the 5- year carryback applies.

☐   Losses to which the 3- year carryback applies.

☐   Losses to which the 2- year carryback applies.

Taxpayer's Signature _____

Spouse's Signature (if a joint return) _____

Date _____

**Note.** Once made this election cannot be changed. The election must be attached to your tax return for the year of the
loss and your return must be filed on or before the due date (plus extensions).

## ELECTION TO TREAT FARM LOSS AS NOT A FARM LOSS

X   I elect to treat the farming loss as if it were not a farming loss.

Taxpayer's Signature _____

Spouse's Signature (if a joint return) _____

Date _____

*Miles vs. Southeast Unloading*
0073

**FORM 40** — Alabama **Individual Income Tax Return** **2005**
RESIDENTS AND PART-YEAR RESIDENTS

For the year Jan. 1 - Dec. 31, 2005, or other tax yr: Beginning:          Ending:

Your social security number • 092605519        Spouse's SSN if joint return

Your first name • ANTHONY   Initial • R   Last name • MILES

Spouse's first name   Initial   Last name

Present home address (number and street or P.O. Box number) • 413 PLANTERS RD

City, town or post office • MONTGOMERY    State AL   ZIP code 36109

USE BLACK INK TO COMPLETE RETURN

**Filing Status and Exemptions** Ck only 1 box.

1 •   $1,500 Single
2 •   $3,000 MFJ return (even if only one spouse had income)
3 •   $1,500 Married filing separate return. Complete line 5 with spouse's name and SSN.
4 • X  $3,000 Head of family (with qualifying person). Complete line 5.

5. Name • BRITTANY POWELL
Soc. Sec. No. • 420398559
Relationship • DAUGHTER

| | | A - Alabama tax withheld | B - Income |
|---|---|---|---|
| 6 Wages, salaries, tips, etc. (list each employer and address separately): | | | |
| a SEE ATTACHMENT | 6a • 370 00 | 6a • 11,902 00 | |
| b | 6b • 00 | 6b • 00 | |
| c | 6c • 00 | 6c • 00 | |
| d | 6d • 00 | 6d • 00 | |

**Income and Adjustments**

7 Interest and dividend income (also attach Schedule B if over $1,500) ......... 7 • 0 00
8 Other income (from page 2, Part I, line 9) .......... 8 • 0 00
9 Total income. Add amounts in the income column for line 6a through line 8 ... 9 • 11,902 00
10 Total adjustments to income (from page 2, Part II, line 6) ....... 10 • 0 00
11 Adjusted gross income. Subtract line 10 from line 9 .......... 11 • 11,902 00

**Deductions** You Must Attach pg 2 of Fed Form 1040, Fed. Form 1040A, Fed Form 1040NR, or pg 1 of 1040EZ, if claiming a deduction on line 13.

12 Check box a, if you itemize deductions, and enter amt from Sch A, line 26.
Check box b, if you do not itemize deductions, & enter standard deduction. Box a or b MUST be checked
a •   Itemized Deductions   b • X Standard Deduction ... 12 • 2,944 00
13 Federal tax deduction (see instructions)
DO NOT ENTER THE FED TAX WITHHELD FROM YOUR FORM W-2(S) ... 13 • 00
14 Personal exemption (from line 1, 2, 3, or 4) .......... 14 • 3,000 00
15 Dependent exemption (from page 2, Part III, line 2) ....... 15 • 300 00
16 Total deductions. Add lines 12, 13, 14, and 15 ......... 16 • 6,244 00
17 Taxable income. Subtract line 16 from line 11 .......... 17 • 5,658 00
18 Income Tax due. Enter amount from tax table or check if from • Form NOL-85A ... 18 • 243 00

**Tax** STAPLE Form(s) W-2, W-2G, 1099 and/or 40V here.

19 Less credits from: • Schedule CR and/or • Schedule OC ......... 19 • 00
20a Net tax due Alabama. Subtract line 19 from line 18 ........ 20a • 243 00
b Consumer Use Tax (use worksheet on page 10) ......... 20b • 0 00
21 You may make a voluntary contribution to any a Alabama Democratic Party $1 $2 X none ... 21a • 0 00
of the following: AL Election Campaign Fund b Alabama Republican Party $1 $2 X none ... 21b • 0 00
or the Neighbors Helping Neighbors Fund. c Neighbors Helping Neighbors $ ... 21c • 0 00
22 Total tax liability and voluntary contribution. Add lines 20a, 20b, 21a, 21b, and 21c ... 22 • 243 00

**Payments**

23 Alabama income tax withheld (from Forms W-2, W-2G, and/or 1099) ... 23 • 370 00
24 Amount paid with extension (attach Form 4868A) ......... 24 • 00
25 2005 estimated tax payments (see instructions on page 11) ...... 25 • 00
26 Total payments. Add lines 23 through 25 .......... 26 • 370 00

**AMOUNT YOU OWE**

27 If line 22 is larger than line 26, subtract line 26 from line 22, and enter AMOUNT YOU OWE ... 27 • 00
Place payment, along with Form 40V, loose in the mailing envelope (FORM 40V MUST ACCOMPANY PAYMENT.)
28 Estimated tax penalty. Also include on line 27 (see instructions page 11) ... 28 • 00

**OVERPAID**

29 If line 26 is larger than line 22, subtract line 22 from line 26, and enter amount OVERPAID ... 29 • 127 00
30 Amount of line 29 to be applied to your 2006 estimated tax ..... 30 • 00

31 You may donate all or part of your overpayment. (Enter $1, $5, $10, $25, none, or other amount in the appropriate boxes.)

| Donation Check-offs | | | | |
|---|---|---|---|---|
| a Senior Services Trust Fund | • 00 | f AL Indian Children's Scholarship Fund | 00 | |
| b AL Arts Development Fund | • 00 | g Penny Trust Fund | 00 | |
| c AL Nongame Wildlife Fund | • 00 | h Foster Care Trust Fund | 00 | |
| d Child Abuse Trust Fund | • 00 | i Mental Health | 00 | |
| e AL Veterans Program | • 00 | j AL Breast & Cervical Cancer Prog | 00 | |
| | | k AL 4-H Club | • 00 | |

32 Total. Add line 30 and lines 31a, b, c, d, e, f, g, h, i, j, and k ... 32 • 0 00

**REFUND**

33 REFUNDED TO YOU. (CAUTION: You must sign this return on page 2.)
Subtract line 32 from line 29. For Direct Deposit check here • and complete Part V, Page 2 ... 33 • 127 00

**PLEASE**
- Verify your social security number
- Recheck your math
- Sign return on page 2
- Include W-2 form(s)

AL29

Form 40 (2005)   ANTHONY R MILES                                                092605519        Page 2

**PART I**

| | | | | |
|---|---|---|---|---|
| | 1 | Alimony received | 1 | 00 |
| | 2 | Business income or (loss) (attach Federal Schedule C or C- EZ) | 2 | 00 |
| | 3 | Gain or (loss) from sale of Real Estate, Stocks, Bonds, etc. (attach Schedule D) | 3 | 00 |
| **Other** | 4a | Total IRA distributions | 4a | | 4b Taxable amount (see instructions) | 4b | 00 |
| **Income** | 5a | Total pensions and annuities | 5a | | 5b Taxable amount (see instructions) | 5b | 00 |
| (see page 13) | 6 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | 6 | 00 |
| | 7 | Farm income or (loss) (attach Federal Schedule F) | 7 | 00 |
| | 8 | Other income (state nature and source - see instructions) _____ | 8 | 00 |
| | 9 | **Total other income.** Add lines 1 through 8. Enter here and also on page 1, line 8 | 9 | 0 00 |

**PART II**

| | | | | |
|---|---|---|---|---|
| | 1a | Your IRA deduction | 1a | 00 |
| | 1b | Spouse's IRA deduction | 1b | 00 |
| | 2 | Payments to a Keogh retirement plan and self- employment SEP deduction | 2 | 00 |
| **Adjust-** | 3 | Penalty on early withdrawal of savings | 3 | 00 |
| **ments** | 4 | Alimony paid. Recipient's last name _____ SSN _____ | | |
| **to Income** | | Address _____ City _____ State ____ ZIP ____ | 4 | 00 |
| (see page 16) | 5 | Adoption expenses | 5 | 00 |
| | 6 | Moving Expenses (Attach Federal Form 3903) to City _____ State ____ ZIP ____ | 6 | 00 |
| | 7 | Self- employed health insurance deduction | 7 | 00 |
| | 8 | **Total adjustments.** Add lines 1 through 7. Enter here and also on page 1, line 10 | 8 | 0 00 |

**PART III**

1a Dependents:

| (1) First name | Last name | (2) Dependent's social security number. | (3) Dependent's relationship to you. | (4) Did you provide more than one- half dependent's support? |
|---|---|---|---|---|
| **Dependents** BRITTANY | POWELL | 420398559 | DAUGHTER | Y |
| Do not include yourself or your spouse | | | | |
| (see page 9) | | | | |

b Total number of dependents claimed above   | 1 |

2 Amount allowed. (Multiply $300 by the total number of dependents claimed on line 1b.) | 2 | 300 00 |

**PART IV**

1 Residency    [X] Full Year   If you were a part- year resident of Alabama during 2005, indicate your period of residence:
Check only one box   [ ] Part Year   From _____ 2005 through _____ 2005. Total months ____

**General**   2 Did you file an Alabama income tax return for the year 2004? [X] Yes [ ] No

**Information**   3 If no, state reason.

4 Give name & address of present employer(s). Yours   NONE
     Your Spouse's _____

**All Tax-**   5 Enter the Federal Adjusted Gross Income • $ 16,500 and Federal Taxable Income • $ 2,800 as reported on

**payers Must**   your 2005 Federal Individual Income Tax Return.

**Complete**   6 Do you have income which is reported on your Fed rtn, but not reported on your AL rtn (other than your state tax refund)? [X] Yes [ ] No

**This Section.**   If yes, enter source(s) and amount(s) below: (other than state income tax refund)

Source   UNEMPLOYMENT COMPENSATION   Amount • 4,598 00

Source _____   Amount • 00

**PART V**   For Direct Deposit of your refund, complete 1, 2, and 3 below. (See Page 17 of instructions to see if you qualify.)

**Direct**   1 Routing Number: _____   2 Type: [ ] Checking [ ] Savings

**Deposit**   3 Account Number: _____

**Sign Here**   [X] I authorize a representative of the Department of Revenue to discuss my return and attachments with my preparer.

**In Black Ink**   Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Daytime telephone number | Your occupation |
|---|---|---|---|
| For Information Only | | 334- 271- 2554 | MATERIAL HANDL |
| Spouse's signature (if joint return, BOTH must sign) | Date | Daytime telephone number | Spouse's occupation |
| For Information Only | | | |

**Paid**

| Preparer's signature | Date 02/07/2006 | Check if self- employed [ ] | Preparer's SSN or PTIN |
|---|---|---|---|
| **Preparer's** Firm's name (or yours if self- employed) and address | H AND R BLOCK EASTE | Daytime telephone no. 334- 288- 8402 | E.I. No. 43- 1862224 |
| **Use Only** | NORMANDALE SHOPPING CEN MONTGOMERY AL | | ZIP Code 36111 |

If an addressed envelope came with your return, please use it and follow the instructions on the envelope. If you do not have one, mail your return to one of the addresses below.

| | If you are not making a payment, mail your return to: | If you are making a payment, mail your return and payment to: |
|---|---|---|
| **WHERE TO** | Alabama Department of Revenue | Alabama Department of Revenue |
| **FILE** | P.O. Box 154 | P.O. Box 2401 |
| **FORM 40** | Montgomery, AL 36135- 0001 | Montgomery, AL 36140- 0001 |

Mail only your 2005 Form 40 to one of the above addresses. Prior year returns, amended returns, and all other correspondence should be mailed to Alabama Department of Revenue, P.O. Box 327464, Montgomery, AL 36132- 7464.

AL29

40 (2005)                                          AL40- 2V1.17
Form Software Copyright 1996 - 2005 H&R Block Tax Services, Inc.

Miles vs. Southeast Unloading
0075

**SCHEDULE A (FORM 40)**

**ALABAMA DEPARTMENT OF REVENUE**
# Schedule A - Itemized Deductions
ATTACH TO FORM 40 - SEE INSTRUCTIONS FOR SCHEDULE A

**2005**

Name(s) as shown on Form 40
ANTHONY R MILES

Your social security number

The itemized deductions you may claim for the year 2005 are similar to the itemized deductions claimed on your Federal return, however, the amounts may differ. Please see instructions before completing this schedule. **PART-YEAR RESIDENTS:** A resident of Alabama for only a part of the year should list below only those deductions actually paid while a resident of Alabama.

**Medical and Dental Expenses (See page 19)**

CAUTION: Do not include expenses reimbursed or paid by others.

| | | | | |
|---|---|---|---|---|
| 1 | Medical and dental expenses | 1 | | 00 |
| 2 | Enter amount from Form 40, line 11 . . . 2 _____ 00 | | | |
| 3 | Multiply the amount on line 2 by 4% (.04). Enter the result | 3 | | 00 |
| 4 | Subtract line 3 from line 1. Enter the result. If zero or less, enter -0- | | 4 • | 0 00 |

**Taxes You Paid (See page 20)**

| | | | | |
|---|---|---|---|---|
| 5 | Real estate taxes | 5 | | 00 |
| 6 | FICA Tax (Soc Sec and Medicare) and Federal Self-Employment Tax | 6 | 910 00 | |
| 7 | Railroad Retirement (Tier 1 only) | 7 | | 00 |
| 8 | Other taxes. (List-include personal property taxes.) ▶ PERSONAL PROPERTY    100 | 8 | 100 00 | |
| 9 | Add the amounts on lines 5 through 8. Enter the total here | | 9 • | 1,010 00 |

**Interest You Paid (See page 20)**

NOTE: Personal interest is not deductible.

| | | | | |
|---|---|---|---|---|
| 10a | Home mortgage interest and points reported to you on Fed Form 1098 | 10a | | 00 |
| b | Home mortgage interest not reported to you on Federal Form 1098. (If paid to an individual, show that person's name and address.) ▶ | 10b | | 00 |
| 11 | Points not reported to you on Form 1098 | 11 | | 00 |
| 12 | Investment interest. (Attach Form 4952A) | 12 | | 00 |
| 13 | Add the amounts on lines 10a through 12. Enter the total here | | 13 • | 0 00 |

**Gifts to Charity (See page 20)**

CAUTION: If you made a charitable contribution and received a benefit in return, see page 20.

| | | | | |
|---|---|---|---|---|
| 14 | Contributions by cash or check | 14 | 1,200 00 | |
| 15 | Other than cash or check. (You MUST att Fed Fm 8283 if over $500.) | 15 | 500 00 | |
| 16 | Carryover from prior year | 16 | | 00 |
| 17 | Add the amounts on lines 14 through 16. Enter the total here | | 17 • | 1,700 00 |

**Casualty and Theft Loss (Attach Fm 4684)**

| | | | | |
|---|---|---|---|---|
| 18a | Enter the amount from Federal Form 4684, line 16 (See page 21) | 18a | | 00 |
| b | Enter 10% of your Adjusted Gross Income (Form 40, line 11) | 18b | | 00 |
| c | Subtract line 18b from line 18a. If zero or less, enter -0- | | 18c • | 0 00 |

**Job Expenses and Most Other Miscellaneous Deductions (See page 21)**

| | | | | |
|---|---|---|---|---|
| 19 | Unreimbursed employee expenses - job travel, union dues, job education, etc. (You MUST attach Federal Form 2106 if required. See inst.) | 19 | | 00 |
| 20 | Other expenses (investment, tax preparation, safe deposit box, etc.). List type & amount. ▶ TAX PREPARATION FEE    472 | 20 | 472 00 | |
| 21 | Add the amounts on lines 19 and 20. Enter the total | 21 | 472 00 | |
| 22 | Multiply the amt on Form 40, line 11 by 2% (.02). Enter the result here | 22 | 238 00 | |
| 23 | Subtract line 22 from line 21. Enter the result. If zero or less, enter -0- | | 23 • | 234 00 |

**Other Miscellaneous Deductions**

| | | | | |
|---|---|---|---|---|
| 24 | Other (from list on page 22 of instructions). List type and amount. ▶ | | 24 • | 00 |

**Qualified Long-Term Care Ins. Premiums**

CAUTION: Do not include medical premiums.

| | | | | |
|---|---|---|---|---|
| 25 | Enter amount here | | 25 • | 00 |

**Total Itemized Deductions**

| | | | | |
|---|---|---|---|---|
| 26 | Add the amounts on lines 4, 9, 13, 17, 18c, 23, 24, and 25. Enter the total here. Then enter on Form 40, page 1, line 12 | | 26 • | 2,944 00 |

Schedule A (Form 40) 2005

AL29

Miles vs. Southeast Unloading
0076

Supporting Schedules                                    2005

Name: ANTHONY R MILES                          SSN: ████████

---

AL Form 40, Page 1
Income and Adjustments - Wages, salaries, tips, etc.

| Employer and Address | AL Tax Withheld | Income |
|---|---|---|
| LABOR READY TACOMA | 5 | 153 |
| INSTRUMENT TECH IRVINGTON | 17 | 550 |
| STAFFING SOLUTIONS S KNOXVILLE | 191 | 5,349 |
| SATELITES UNLIMITED BIRMINGHAM | 57 | 2,425 |
| LABOR FINDERS LAKE WORTH | 100 | 3,425 |
| Total | 370 | 11,902 |

Miles vs. Southeast Unloading
0077



| Client Name | Client SSN |
|---|---|
| ANTHONY R MILES | 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 |

# Peace of Mind® Extended Service Plan

The Peace of Mind® Extended Service Plan (the "Plan") offered by H&R Block ("Block") is available only at participating Block offices at the time your return is completed, but no later than October 31 of the year of the return due date. The Plan is separate from, and in addition to, Block's Standard Guarantee that pays penalty and interest resulting from an error in tax preparation.

The Plan is effective when paid for and signed by you and, cannot be transferred by you to others. Subject to the exceptions noted below, the Plan provides you with the following benefits with respect to the individual federal and any individual state or local returns prepared and paid for on the date of this agreement.

If your return is audited, Block will provide you with a qualified person (but not an attorney) to represent you before the tax authority should such tax authority question the accuracy of your return.

**If you owe additional taxes** as a result of an error in tax preparation and the error is discovered by you, your representative or a tax authority, during the period of 3 years from the filing deadlines for such returns, not including extensions, Block will pay you for such taxes up to a cumulative total of $5,000 for all such returns. Such 3 year limitation applies to your federal and state returns, including returns for those states in which the open period to review returns is greater than 3 years. In some cases, the correction of a specific error will involve changes on multiple returns, including State or Local tax returns, which may result in an overpayment on one return and a balance due on another. In such cases, the overpayment and balance due will be netted in determining the amount Block will pay for additional taxes owed as a result of correction of the error. Block assumes no responsibility for payment of additional taxes to a tax authority. You are responsible for providing payment of additional taxes to the tax authority.

Before such payment, you must:
  (a) notify Block of any government notice regarding such taxes within 60 days from the date of such notice;
  (b) promptly provide Block with copies of such notices and other documents relating to or substantiating such additional taxes;
  (c) provide Block with reasonable notice of and allow Block to attend an audit with you or as your representative with Power of Attorney;
  (d) allow Block at its sole discretion and expense, to challenge the determination that additional taxes and penalties and interest are owed; and
  (e) provide Block with your receipt as proof of your purchase of the Plan.

You may be required to include such payment as income on your return in an amount that will be indicated on any Form 1099 you receive from Block. Block is not responsible for the payment of any taxes you may owe on such income.

The Plan applies only to filed and accepted original individual resident tax returns prepared by Block for the year of the return and for which the balance due has been paid. You represent to us that you have reviewed the items on your return and that items or issues on such returns have not been, or are not currently, under examination by tax authorities as of the date of purchase indicated on your receipt that specifies the total purchase price for the Plan and which is incorporated herein.

The Plan does not apply to:
  (a) amended returns; 1040-NR;
  (b) non-individual returns such as employment (including taxes assessed on Form 4137 for income other than allocated tips), corporate, state and local small business, occupation tax, partnership, trust, estate, and gift tax returns;
  (c) any returns used to file for tax credits or rebates such as property tax, homestead or renters credits that are not filed in conjunction with a federal, state or local return;
  (d) the calculation of estimated tax payment vouchers, additional taxes owed as a result of an erroneous refund of your estimated tax payments by the IRS or a State or Local taxing authority;
  (e) any return for which, as of the date of such purchase, you have knowledge of additional taxes owed;
  (f) any return for which you have received on or before the date of such purchase any notification from any tax authority of examination or audit;
  (g) returns for which errors have been identified by Block prior to an assessment of additional taxes by tax authorities and can be corrected by Block within 30 days from Block's preparation of the return;
  (h) any return relating to previous years;

POM- Extended (2005)               FDPOMEX- 1V 1.0                              Miles vs. Southeast Unloading
Form Software Copyright 1996 - 2005 H&R Block Tax Services, Inc.                                    0078

ANTHONY R MILES

## Peace of Mind® Extended Service Plan

   (i) additional taxes, penalties and interest that are assessed as the result of (i) incorrect, incomplete, false or misleading information that you have given to Block in connection with its preparation of a return; (ii) the government's inability to obtain from you sufficient records to support deductions, credits and other items on your return; (iii) your failure to timely pay the taxes as shown to be due on your return; and (iv) additional taxes assessed as the result of your desire to take a position on your return that challenges current IRS or judicial tax law guidelines or interpretation. In the event you receive a refund of any assessment that Block has paid you under the Plan, you must reimburse Block for the amount of such refund; and

   (j) assessments of additional taxes that occur after 3 years from the filing deadline for the return, not including extensions.


**Arbitration**

By signing below, you agree that any and all claims, disputes or controversies between you and Block (as defined below) arising out of or relating to this Plan (including, but not limited to, this document, any advertisements, promotions, or oral or written statements relating to the Plan, or the validity, enforceability or scope of this arbitration provision, including, but not limited to the issue whether any particular claim or dispute must be submitted to arbitration), whether in contract, tort or otherwise (collectively, the Claim), shall be resolved, upon the election of you or Block, by binding arbitration administered by either the American Arbitration Association (AAA) or the National Arbitration Forum (NAF) in accordance with the rules of such administrator at the time the demand is filed. The AAA rules may be accessed at www.adr.org. or by writing to AAA at 335 Madison Avenue, New York, NY 10017. The NAF rules may be accessed at www.arbforum.com or by writing to NAF, P. O. Box 50191, Minneapolis, MN 55405. In the event that a rule conflicts with this arbitration provision, this arbitration provision will govern. You have the right to select one of these arbitration administrators. Block agrees not to invoke its right to arbitrate an individual Claim you bring in small claims court or an equivalent court, so long as the Claim is pending only in that court. This arbitration provision will not apply to any claims relating to the Plan the subject matter of which is currently being asserted in any certified class action lawsuit pending against Block as of December 1, 2004. As used in this arbitration provision, the term Block shall mean H&R Block Tax Services, Inc., its parents, wholly or majority- owned subsidiaries, affiliates and the franchisees of any of them, and each of their officers, directors, agents and employees.

A neutral arbitrator shall be appointed as provided in the rules and must be a practicing attorney with more than ten years experience in tax law. The arbitration will take place in the federal judicial district in which you live. The arbitrator may award all remedies permitted by applicable substantive law, including, but not limited to, compensatory, statutory, and punitive damages, injunctive and other equitable relief and attorneys' fees and costs. No class actions or private attorney general actions in court or in arbitration, or joinder or consolidation of claims with other persons in court or in arbitration, are permitted without the written consent of the parties hereto.

You will pay the first $50 of the filing fee. At your request, Block will pay the remainder of the filing fee and any administrative or hearing fees charged by the arbitration administrator, up to a maximum of $1500. If you are required to pay additional fees to the administrator, Block will consider in good faith a request by you to pay all or part of the additional fees; provided, however, that Block shall not be obligated to pay any additional fees unless the arbitrator grants you an award. If the arbitrator issues an award in Block's favor, you will not be required to reimburse Block for any fees Block has previously paid to the administrator. Except as may be required by law, neither a party nor the arbitrator may disclose the existence, content or results of any arbitration hereunder without the prior written consent of the parties.

The parties acknowledge that this Plan evidences a transaction involving or affecting interstate commerce, and this arbitration provision is governed only by the Federal Arbitration Act (FAA), Title 9 of the United States Code. The arbitrator shall apply substantive law consistent with the FAA, and not any state law concerning arbitration. The arbitrator's award shall be final and not subject to appeal, except as permitted by the FAA. If any portion of this arbitration provision is deemed invalid or unenforceable, it will not invalidate the remaining portions of this arbitration provision. This arbitration provision shall only apply to this Plan and will not apply to Peace of Mind programs that you may have purchased in prior years and will not apply to prior relationships between the parties in prior years.

YOU UNDERSTAND THAT YOU HAVE THE RIGHT TO LITIGATE CLAIMS IN COURT BEFORE A JUDGE OR JURY. BY SIGNING BELOW, HOWEVER, YOU AGREE TO KNOWINGLY AND VOLUNTARILY WAIVE YOUR RIGHTS TO LITIGATE SUCH CLAIMS IN COURT BEFORE A JUDGE OR JURY AND AGREE TO RESOLVE ANY CLAIMS PURSUANT TO THE ARBITRATION PROVISION IN THIS PLAN. BY AGREEING TO THE ARBITRATION PROVISION IN THIS PLAN, YOU AGREE THAT YOU WILL HAVE NO RIGHT TO PARTICIPATE AS A REPRESENTATIVE OR MEMBER OF ANY CLASS OF CLAIMANTS PERTAINING TO ANY CLAIM SUBJECT TO ARBITRATION.

ANTHONY R MILES                                                    ████████████

## Peace of Mind® Extended Service Plan

### Satisfaction
If for any reason you are not satisfied with the terms of this Plan and want to rescind this Plan, you may obtain a full refund of the fee you paid for the Plan provided that within seven (7) days from the date of purchase you contact the district manager of the H&R Block office where your tax return was prepared and provide at that office the receipt for such payment.

### Claim Process - Frequently Asked Questions:
**I received an inquiry from a tax authority. How do I file a claim?**
Take your tax authority notice and any related documents to your local H&R Block office. Your local H&R Block office will file a claim with the Peace of Mind Claims Department. The claim will be reviewed and processed. If the claim is approved, you will receive a check. If the claim is not approved, you will receive a letter explaining the reason for the denial.

**How long will it take to process my claim?**
It usually takes 4 - 6 weeks to reach a claim determination.

**What else do I need to know?**
Federal law states that if your tax liability is paid by someone else, the amount of that payment becomes taxable income to you. Therefore, you will need to include your Peace of Mind payment on your tax return next year. If the payment is $600 or more you will receive form 1099- MISC from H&R Block next year.

**What about penalty and interest payments?**
Payment of any penalty and interest assessed on the additional tax due may be processed separately under the conditions of H&R Block's Standard Guarantee and paid by your local office.

**Who do I contact if I have more questions?**
You should contact the H&R Block office where your claim was originally filed.

You can also speak to a client service representative by calling 1- 800- HRBLOCK.

You can find additional information on our web site: www.hrblock.com/goto/peaceofmind.

**What if my claim is denied?**
You may dispute the denial by calling 1- 800- HRBlock, or by submitting an email via hrblock.com, and clicking on customer support and requesting a second review. Your claim will usually be reviewed within 2 - 5 days. You will receive the final determination in writing. For New Hampshire Residents: In the event you do not receive satisfaction under this contract, you may contact the New Hampshire Insurance Department, Consumer Division, which provides oversight for consumer guaranty contracts, at 21 South Fruit Street, Suite 14, Concord NH 03301 or 603- 271- 2261.

Client's Name(s):  ANTHONY R MILES _____


Extended Service Plan Accepted.   X ___    Extended Service Plan Declined.  _____


Client's Signature: ___ **Signature on file** _____    Date: _____

Spouse Signature: ___ **Signature on file** _____    Date: _____


Tax Professional Signature: _____    Date: _____

POM Regular (2005)

POM- Extended (2005)          FDPOMEX- 3V 1.0
Form Software Copyright 1996 - 2005 H&R Block Tax Services, Inc.

Miles vs. Southeast Unloading
0080                                page 3 of 3

ANTHONY R MILES

# USAGE AND DISCLOSURE OF TAX RETURN INFORMATION
## Within H&R Block

Privacy protection is fundamental to the way H&R Block conducts business. We honor all applicable privacy regulations, and we further strive to operate our business in a manner that justifies your choice of H&R Block products and services

As explained to you by your tax professional, H&R Block may be able to identify opportunities that can help you reach your financial goals now and in the future. In order to do this, we would like to use the information you provide to us in connection with tax preparation (including name, address, telephone, and other tax return information such as your Social Security number) within our family of companies.

By signing this form, you are providing us with your written consent for H&R Block to: (i) use your tax return information to identify products and services within the H&R Block family of companies that may benefit you; and (ii) disclose your tax return information to H&R Block affiliated companies who may contact you to provide information about the financial products and services that may be available through them, including mortgages*, investments and investment planning++, insurance products** and banking services+++.

H&R Block and its affiliates will not use or disclose your tax return information for any other purpose in connection with this consent, except as required or permitted by law. If you later feel the services we offer are not of value to you, you may call 1-877-723-5458 to limit receiving further information.

By signing below, you consent for H&R Block and its affiliates to use and disclose your tax return information as described above. You also acknowledge that you have received and read the H&R Block Privacy Policy, and the Affiliated Business Disclosures below.

Client's signature    **Signature on file**      Date _____

Telephone Number: (334) 271-2554

Client's name (print) _____

Spouse's signature    **Signature on file**      Date _____

Spouse's name (print) _____

### AFFILIATED BUSINESS DISCLOSURES

H&R Block Services, Inc. and its tax preparation subsidiaries (collectively, "H&R Block") may refer certain information about you to H&R Block Financial Advisors, Inc., H&R Block Mortgage Corporation, Option One Mortgage Corporation, H&R Block Bank and any other affiliates. Tax professionals may receive a referral fee or ongoing compensation as a result of referrals related to this consent.

* H&R Block Mortgage and Option One are indirect wholly owned subsidiaries of H&R Block, Inc. Because of this relationship, this referral may provide H&R Block, Inc. a financial or other benefit. You are NOT required to obtain a mortgage loan from H&R Block Mortgage and/or Option One. OTHER LENDERS ARE AVAILABLE, AND YOU SHOULD SHOP FOR THE BEST PRICES, SERVICES AND INTEREST RATES. If you obtain a loan from H&R Block Mortgage and/or Option One, you will be charged interest and fees in accordance with the mortgage loan documents and, depending on your qualification, market conditions, loan program and state restrictions, you will be charged between 0% and 6% of the loan amount for discount points, and $200 to $695 for underwriting fees, and/or up to $695 for application and/or commitment fees.

++Investment services and securities products offered through H&R Block Financial Advisors, Inc., a registered broker-dealer and member NYSE, SIPC. H&R Block Financial Advisors, Inc. is a registered investment advisor. H&R Block, Inc. and H&R Block Services, Inc. are not registered broker/dealers or registered investment advisors.

**Insurance services offered through H&R Block Financial Advisors, Inc. and H&R Block Insurance Services, Inc. (not available in all states). You are not obligated to do business with these H&R Block affiliates. Other broker/dealers, insurance companies and insurance agencies are available. You should shop for the best prices and services to meet your investment and insurance needs.

+++Banking services to be offered through H&R Block Bank upon grant of its charter. H&R Block Bank will be a Federal Savings Bank, Member FDIC, Equal Housing Lender. No information will be shared with the H&R Block Bank until its charter is obtained.

COMP Consent 9/05

Miles vs. Southeast Unloading
0081

# INFORMATION, IDENTIFICATION AND INSTRUCTIONS IN CONNECTION WITH APPLICATION FOR A REFUND ANTICIPATION LOAN AND A REFUND DEPOSIT ACCOUNT

System Protected by U.S. Patent Nos. 4,890,228, 5,193,057, and 5,963,921

## 1. INFORMATION

**Name of Applicant**
ANTHONY R MILES

First _____ M.I. _____ Last _____ Maiden

413 PLANTE, MONTGOMERY, AL 36109
Home Address

413 PLANTE, MONTGOMERY, AL 36109
Mailing Address

Social Security/Taxpayer Identification # ▮▮▮▮▮

Date of Birth _____

Home Phone # (334) 271-2554 (Required)

Work Phone # _____ (Required, if employed)

Residence: [ ] Own [X] Rent [ ] Other

Checking Account: [X] Yes [ ] No

Savings Account: [X] Yes [ ] No

**Name of Joint Applicant or Joint Filer**

First _____ M.I. _____ Last _____ Maiden

Home Address _____

Mailing Address _____

Social Security/Taxpayer Identification # _____

Date of Birth _____

Home Phone # _____ (Required, if different)

Work Phone # _____ (Required, if employed)

Residence: [ ] Own [ ] Rent [ ] Other

Checking Account: [ ] Yes [ ] No

Savings Account: [ · ] Yes [ ] No

## 2. IDENTIFICATION

The following unexpired identification ("ID") has been provided:

**For photo ID of Applicant:**
Type of ID DRIVERS LICENSE

ID Number, if any 6779519

Place of Issuance AL

Date of Issuance, if any 04/28/2005    Expiration Date, if any 04/17/2009

Additional Information _____

**For photo ID of Joint Applicant or Joint Filer:**
Type of ID _____

ID Number, if any _____

Place of Issuance _____

Date of Issuance, if any _____    Expiration Date, if any _____

Additional Information _____

**For Second ID of Applicant, if required:**
Type of ID _____

ID Number, if any _____

Place of Issuance _____

Date of Issuance, if any _____    Expiration Date, if any _____

Additional Information _____

**For second ID of Joint Applicant or Joint Filer, if required:**
Type of ID _____

ID Number, if any _____

Place of Issuance _____

Date of Issuance, if any _____    Expiration Date, if any _____

Additional Information _____

## 3. PAYMENT INSTRUCTIONS

A. For an Instant RAL, please provide the loan proceeds by check.

B. For a Classic RAL, please provide the loan proceeds by check, unless the boxes below are completed, in which case the loan proceeds should be provided via direct deposit into my [ ] Savings Account [X] Checking Account [ ] H&R Block Card Account.
The account number into which HSBC Bank USA, National Association ("HSBC") is authorized to direct the loan proceeds is
3990000290278 _____. The routing transit number (RTN) of the financial institution that provides this account,
which is required to complete the direct deposit of the loan proceeds, is 263177903

C. If the tax refund is greater than the amount of the RAL, please provide the proceeds of the excess refund by the same method chosen in subsection B, unless the boxes below are completed, in which case the proceeds should be provided by direct deposit into the following account with H&R Block:
[ ] IRA Account [ ] H&R Block Financial Advisors account [ ] Express Savings Account.

D. Notwithstanding any request above to receive proceeds by direct deposit, if the application for a RAL is approved (1) in an amount smaller than the amount specified in the Total of Payments section in the Loan Agreement and Disclosure Statement, or (2) with an itemization different than the Itemization of Amount Financed set forth in the Loan Agreement and Disclosure Statement, the RAL and any excess refund will be provided by check.

By signing below I confirm that the information set forth herein is true and correct. If I sign below as an Applicant or a Joint Applicant, I am indicating that I fully understand that I am applying for a loan. If I sign below as a Joint Filer I am indicating that I fully understand that I will not be personally responsible for any loan provided to the Applicant but that I agree that the Applicant may rely on our joint tax refund in applying for a loan.

Signature on file
_____
Applicant Signature                  Date

Signature on file
_____
Joint Filer's Signature (if any)      Date

Signature on file
_____
Joint Applicant Signature (if any)    Date

Signature on file
_____
Witness

Toll-Free Customer Service Number 1-800-524-0628.

RAL Loan App (2005)          FDLOANAP- 1V 1.0
Form Software Copyright 1996 - 2005 H&R Block Tax Services, Inc.

ANTHONY R MILES

## LOAN AGREEMENT AND DISCLOSURE STATEMENT

In this Loan Agreement and Disclosure Statement ("Agreement"), "RAL" means a Refund Anticipation Loan, "Refund Account" means a Refund Deposit Account, "HSBC" means HSBC Bank USA, National Association, "I", "me" and "my" means each person who has applied to HSBC for a RAL. "H&R Block" means each of H&R Block, Inc., and each of its parents, affiliates and subsidiaries (and franchisees thereof).

The following Truth in Lending Act ("TILA") disclosures are based on a RAL in the amount specified in item 10 of the Itemization of Amount Financed. I will receive a replacement TILA Disclosure Statement if I am approved for a RAL in a different amount. In addition, I may receive a duplicate copy of this TILA Disclosure Statement if I am approved for a RAL in the amount on which this disclosure is based, and the RAL is disbursed to me by check.

### Truth in Lending Act Disclosure Statement

| | | |
|---|---|---|
| 1. | Amount Financed (the amount of credit provided to me or on my behalf) . . . . . . . . . . . . . . . . . . . . . . . | $  2,812.00 (e) |
| 2. | FINANCE CHARGE (the dollar amount the credit will cost me) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $  75.00 (e) |
| 3. | Total of Payments (the amount I will have paid after I have made all payments as scheduled) . . . . . . . . . | $  2,887.00 (e) |
| 4. | ANNUAL PERCENTAGE RATE (the cost of my credit as a yearly rate) . . . . . . . . . . . . . . . . . . . . . . . . | 88.500% (e) |

"e" = estimate                                                                              If line is left blank, amount is "0"

Creditor: My creditor is HSBC Bank USA, National Association.
Demand Feature: My loan will be repayable on demand or when the anticipated tax refund is electronically deposited in my Refund Account, whichever is earlier.
Payment Schedule: HSBC estimates that the Total of Payments set forth above will be due in a single payment approximately 12 days from the date of this Agreement.
Security Interest: I am providing HSBC with a security interest in my tax refund payment by the IRS, in all funds deposited in the Refund Account, and in that Refund Account.
Late Charge: A late charge equal to 1.5% of the unpaid Total of Payments may be imposed on the date that is 34 days or more after payment of my loan is demanded, and on or around the same date of each succeeding month (or if there is no such date, the last day of the month).
Prepayment: If I pay off early, I will not be entitled to a refund of part or all of the Finance Charge.
Contract Reference: Refer to the Application and the accompanying Loan Agreement for additional information about nonpayment, default, any right to accelerate the maturity of the obligation, and any prepayment rebates or penalties.
Required Deposit: The Annual Percentage Rate does not take into account my required deposit.

| Itemization of Amount Financed | | |
|---|---|---|
| 1. Amount paid directly to me by check . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0.00 (e) |
| 2. Amount paid directly to me by direct deposit or debit card . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 2,567.05 (e) |
| 3. Amount paid for my Refund Account Fee to HSBC . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 24.95 |
| 4. Amount paid for tax preparation to H&R Block . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 191.00 |
| 5. Amount paid for prior year items owed to H&R Block . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0.00 |
| 6. Amount paid for Express Filer Fee to H&R Block . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0.00 |
| 7. Amount paid for Peace of Mind to H&R Block . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 29.00 |
| 8. Amount Financed (Items 1+2+3+4+5+6+7) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 2,812.00 (e) |
| 9. Prepaid FINANCE CHARGE (RAL Fee to HSBC) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 75.00 (e) |
| 10. Total RAL (Items 8+9) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 2,887.00 (e) |

"e" = estimate                                                                              If line is left blank, amount is "0"

### Loan Agreement

1. Obligation on RAL.
(a) I am obligated, on the date I sign this Agreement, to accept a RAL if HSBC approves my Application, unless HSBC approves me for a smaller RAL than the amount set forth in the Total of Payments section in the TILA Disclosure Statement above. If I am approved for a smaller RAL, I will be provided with a replacement TILA Disclosure Statement and I will be obligated to accept the smaller RAL if I accept the RAL proceeds check. My loan will begin, and HSBC will earn the finance charge, when I am approved for the RAL and the proceeds check or stored value card is made available or a transfer is initiated to my bank account.
(b) I may cancel my RAL transaction, or my obligation to accept a RAL, for up to 48 hours after I become obligated to accept the RAL. To do so, I must return to HSBC or the office where I received my RAL proceeds check any check I have received (or cash in the amount of the RAL proceeds check if I have cashed the check or received a transfer to my bank account), and comply with other requirements set by HSBC. I understand that, if I use my right to cancel, my finance charge and Refund Account Fee will be refunded to me, and HSBC will provide me with any tax refund only after HSBC receives the refund from the IRS.
2. Security Interest. If I receive a RAL, I grant HSBC a security interest in the property described in the TILA Disclosure Statement as collateral for my obligations to repay the RAL and perform my other obligations under the Application and this Agreement.
3. Deductions. My Prepaid Finance Charge, Refund Account Fee, fees for the completion and system administration of my income tax return by H&R Block, and prior year debt owed to H&R Block shall be deducted from the proceeds of my RAL.
4. Other Charges. (a) I agree to pay a returned check charge of $19 if any check or automatic debit is not honored. (b) I agree to pay a late charge as described in the TILA Disclosure Statement if I do not repay my loan when due. (c) In the event that I pay my account by telephone, I agree to pay a $10 fee for each such payment. HSBC reserves the right to change such fee from time to time. I may call Customer Service for a current fee schedule. (d) I also agree to pay any attorney's fees and collection agency costs incurred by HSBC or its affiliates to collect any delinquent RAL as permitted by law.
5. Instant RAL. If I receive an Instant RAL, and if the electronic filing of my return is rejected by the Internal Revenue Service ("IRS"), I authorize my H&R Block to insert my Refund Account number at HSBC, together with HSBC's routing transit number, on my signed paper returns, and mail them to the IRS.
6. Application of Payments. Each payment I make on the RAL will be applied in any order determined by HSBC.
BY SIGNING BELOW, I AGREE TO THE TERMS OF THIS LOAN AGREEMENT, AND TO THE APPLICATION, WHICH INCLUDES AN ARBITRATION CLAUSE WHICH MAY SUBSTANTIALLY LIMIT MY RIGHTS IN THE EVENT OF A DISPUTE. I ALSO ACKNOWLEDGE RECEIVING A COMPLETED COPY OF THIS LOAN AGREEMENT AND DISCLOSURE STATEMENT.

CAUTION: IT IS IMPORTANT THAT YOU THOROUGHLY READ THIS CONTRACT BEFORE YOU SIGN IT.
NOTICE TO CUSTOMER
(a) DO NOT SIGN THIS IF IT CONTAINS ANY BLANK SPACES.
(b) YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN.
(c) YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE DUE UNDER THIS AGREEMENT AND YOU MAY BE ENTITLED TO A PARTIAL REFUND OF THE FINANCE CHARGE.

Date: _____     **Signature on file** (seal)          **Signature on file** (seal)
                          Signature of Applicant                 Signature of Joint Applicant