

DEFENDANT'S
EXHIBIT

30 - Miles

TELL US HOW WE DID AND ENTER FOR A CHANGE TO

**WIN $25,000**
1-800-263-7194

We value your input. Please call to complete a short survey regarding your experience at H&R Block.

Scale
9 8 7 6 5 4 3 2 1 0

Thank you for placing your confidence in H&R Block.



# H&R BLOCK ®

Miles vs. Southeast Unloading
0019

send a friend
**cash** *
we'll send
Ask your tax professional
or look inside for details.
*At participating offices

**last name** _Miles_  **first** _Anthony_  **phone** _(334) 322- 309_

Tell us how we did and enter for

a chance to win $25,000!

See reverse for details.

Miles vs. Southeast Unloading
0020

102309

Form **1040**
Department of the Treasury - Internal Revenue Service
**U.S. Individual Income Tax Return** (99)    IRS Use Only - Do not write or staple in this space.

**Label**

For the year Jan. 1–Dec. 31, 2004, or other tax year beginning ____, 2004, and ending ____, 20__    OMB No. 1545-0074

Use the IRS label. Otherwise, please print or type.

ANTHONY R MILES
413 PLANTERS RD
MONTGOMERY, AL 36109

Your social security number ████

Spouse's social security number

▲ **Important!** ▲
You must enter your SSN(s) above.

**Presidential Election Campaign** ▶ Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶  You: Yes [ ] No [X]   Spouse: Yes [ ] No [ ]

**Filing Status**
Check only one box.
1 [ ] Single
2 [ ] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above & full name below.
4 [X] Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (see page 17)

**Exemptions**
6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a
b [ ] Spouse

Boxes checked on 6a and 6b: 1
No. of children on 6c who: lived with you: 1

c Dependents:
| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) if qual. child for child tax cr. |
|---|---|---|---|
| BRITTANY POWELL | ████ | DAUGHTER | [X] |

If more than four dependents, see page 18.

• did not live with you due to divorce or separation
Dependents on 6c not entered above
Add numbers on lines above ▶ 2

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 ........ 7   25,667.
8a Taxable interest. Attach Schedule B if required ........ 8a
b Tax-exempt interest. Do not include on line 8a ... 8b
9a Ordinary dividends. Attach Schedule B if required ...... 9a
b Qualified dividends (see page 20) ... 9b
10 Taxable refunds, credits, or offsets of state and local income taxes (see page 20) . 10
11 Alimony received ........ 11

If you did not get a W-2, see page 19.

12 Business income or (loss). Attach Schedule C or C-EZ .. 12
13 Capital gain/(loss). Attach Sch D if required check here [ ] . 13
14 Other gains or (losses). Attach Form 4797 ...... 14
15a IRA distributions 15a   b Taxable amt 15b
16a Pensions and annuities 16a   b Taxable amt 16b
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . 17

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

18 Farm income or (loss). Attach Schedule F ...... 18
19 Unemployment compensation ...... 19
20a Social security benefits 20a   b Taxable amt 20b
21 Other income. List type and amount (see page 24) ... 21
22 Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ 22   25,667.

**Adjusted Gross Income**

23 Educator expenses (see page 26) .. 23
24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ 24
25 IRA deduction (see page 26) .. 25
26 Student loan interest deduction (see page 28) .. 26
27 Tuition and fees deduction (see page 29) .. 27
28 Health savings account deduction. Attach Form 8889 .. 28
29 Moving expenses. Attach Form 3903 .. 29
30 One-half of self-employment tax. Attach Schedule SE .. 30
31 Self-employed health insurance deduction (see page 30) .. 31
32 Self-employed SEP, SIMPLE, and qualified plans .. 32
33 Penalty on early withdrawal of savings .. 33
34a Alimony paid  b Recipient's SSN ▶ 34a
35 Add lines 23 through 34a ...... 35
36 Subtract line 35 from line 22. This is your adjusted gross income ▶ 36   25,667.

KBA   For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 75.    Form 1040 (2004)

1040 (2004)   FD1040-1V 1.25
Form Software Copyright 1996 - 2005 H&R Block Tax Services, Inc.

Miles vs. Southeast Unloading
0021

Form 1040 (2004)  ANTHONY R MILES                                                                Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 37 | Amount from line 36 (adjusted gross income) | 37 | 25,667. |

| Line | Description | | Amount |
|---|---|---|---|
| 37 | Amount from line 36 (adjusted gross income) | 37 | 25,667. |
| 38a | Check { You were born before January 2, 1940, ☐ Blind. Spouse was born before January 2, 1940, ☐ Blind. } Total boxes checked ▶ 38a | | |
| b | If your spouse itemizes on a separate return or you were a dual-status alien, see pg 31 & check here ▶ 38b | | |
| 39 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 39 | 13,337. |
| 40 | Subtract line 39 from line 37 | 40 | 12,330. |
| 41 | If line 37 is $107,025 or less, multiply $3,100 by the total number of exemptions claimed on line 6d. If line 37 is over $107,025, see the worksheet on page 33 | 41 | 6,200. |
| 42 | Taxable income. Subtract line 41 from line 40. If line 41 is more than line 40, enter -0- | 42 | 6,130. |
| 43 | Tax. Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 43 | 613. |
| 44 | Alternative minimum tax (see page 35). Attach Form 6251 | 44 | |
| 45 | Add lines 43 and 44 ▶ | 45 | 613. |
| 46 | Foreign tax credit. Attach Form 1116 if required | 46 | |
| 47 | Credit for child and dependent care expenses. Attach Form 2441 | 47 | |
| 48 | Credit for the elderly or the disabled. Attach Schedule R | 48 | |
| 49 | Education credits. Attach Form 8863 | 49 | |
| 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | |
| 51 | Child tax credit (see page 37) | 51 | 613. |
| 52 | Adoption credit. Attach Form 8839 | 52 | |
| 53 | Credits from: a ☐ Form 8396 b ☐ Form 8859 | 53 | |
| 54 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Specify | 54 | |
| 55 | Add lines 46 through 54. These are your total credits | 55 | 613. |
| 56 | Subtract line 55 from line 45. If line 55 is more than line 45, enter -0- ▶ | 56 | 0. |

**Standard Deduction for —**
• People who checked any box on line 38a or 38b or who can be claimed as a dependent, see page 31.
• All others:
Single or Married filing separately, $4,850
Married filing jointly or Qualifying widow(er), $9,700
Head of household, $7,150

**Other Taxes**

| Line | Description | | Amount |
|---|---|---|---|
| 57 | Self-employment tax. Attach Schedule SE | 57 | |
| 58 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 58 | |
| 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| 60 | Advance earned income credit payments from Form(s) W-2 | 60 | |
| 61 | Household employment taxes. Attach Schedule H | 61 | |
| 62 | Add lines 56 through 61. This is your total tax ▶ | 62 | 0. |

**Payments**
If you have a qualifying child, attach Schedule EIC.

| Line | Description | | Amount |
|---|---|---|---|
| 63 | Federal income tax withheld from Forms W-2 and 1099 | 63 | 1,851. |
| 64 | 2004 estimated tax payments & amount applied from 2003 return | 64 | |
| 65a | Earned income credit (EIC) | 65a | 745. |
| b | Nontaxable combat pay election ▶ 65b | | |
| 66 | Excess social security and tier 1 RRTA tax withheld (see page 54) | 66 | |
| 67 | Additional child tax credit. Attach Form 8812 | 67 | 387. |
| 68 | Amount paid with request for extension to file (see page 54) | 68 | |
| 69 | Other payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 69 | |
| 70 | Add lns 63, 64, 65a, & 66 through 69. These are your total payments ▶ | 70 | 2,983. |

**Refund**
Direct deposit? See page 54 and fill in 72b, 72c, and 72d.

| Line | Description | | Amount |
|---|---|---|---|
| 71 | If line 70 is more than line 62, subtract line 62 from line 70. This is the amount you overpaid | 71 | 2,983. |
| 72a | Amount of line 71 you want refunded to you | 72a | 2,983. |
| b | Routing number 071002053 ▶ c Type: ☒ Checking ☐ Savings | | |
| d | Account number 10877981092605519 | | |
| 73 | Amount of line 71 you want applied to your 2005 estimated tax ▶ 73 | | |

**Amount You Owe**

| Line | Description | | Amount |
|---|---|---|---|
| 74 | Amount you owe. Subtract line 70 from line 62. For details on how to pay, see page 55 ▶ | 74 | |
| 75 | Estimated tax penalty (see page 55) | 75 | |

**Third Party Designee**
Do you want to allow another person to discuss this return with the IRS (see page 56)? ☒ Yes. Complete the following. ☐ No

Designee's name ▶ HR BLOCK    Phone no. ▶ (334) 272-1141    Personal ID number (PIN) ▶ 01280

**Sign Here**
Joint return? See page 17. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature: For Info Only-Do not file    Date    Your occupation: MATERIAL HANDLE    Daytime phone number

Spouse's signature. If a joint return, both must sign. For Info Only-Do not file    Date    Spouse's occupation

**Paid Preparer's Use Only**

Preparer's signature    Date 3/23/2005    Check if self-employed ☐    Preparer's SSN or PTIN P00048053

Firm's name (or yours if self-employed), address, and ZIP code ▶ H R BLOCK  MONTGOMERY, AL 36111    EIN 43-1862224    Phone no. (334) 288-8402

1040 (2004)    FD1040-2V 1.25    Form 1040 (2004)
Form Software Copyright 1996 - 2005 H&R Block Tax Services, Inc.

Miles vs. Southeast Unloading
0022

**SCHEDULE A**
**(Form 1040)**
Department of the Treasury
Internal Revenue Service    (99)

OMB No. 1545-0074

# Schedule A - Itemized Deductions

▶ Attach to Form 1040.  ▶ See Instructions for Schedule A (Form 1040).

Attachment
Sequence No. **07**

Name(s) shown on Form 1040

ANTHONY R MILES

Your social security number

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | |
| | 1 | Medical and dental expenses (see page A-2) | 1 | 2,420. |
| | | SEE ATTACHMENT | | |
| | 2 | Enter amount from Form 1040, line 37  [2]  25,667. | | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | 1,925. |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | **4** | 495. |
| **Taxes You Paid** | 5 | State and local (check only one box): | | |
| | | a [X] Income taxes, or | 5 | 1,005. |
| | | b [ ] General sales taxes (see page A-2) | | |
| | 6 | Real estate taxes (see page A-3) | 6 | |
| (See page A-2.) | 7 | Personal property taxes | 7 | 100. |
| | 8 | Other taxes. List type and amount ▶ | 8 | |
| | 9 | Add lines 5 through 8 | **9** | 1,105. |
| **Interest You Paid** | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | |
| (See page A-3.) | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-4 and show that person's name, identifying no., and address ▶ | | |
| **Note.** Personal interest is not deductible. | | | 11 | |
| | 12 | Points not reported to you on Form 1098. See page A-4 for special rules | 12 | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-4.) | 13 | |
| | 14 | Add lines 10 through 13 | **14** | |
| **Gifts to Charity** | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4. | | |
| | | CASH CONTRIBUTIONS        500. | 15 | 500. |
| If you made a gift and got a benefit for it, see page A-4. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You must attach Form 8283 if over $500. | 16 | 500. |
| | 17 | Carryover from prior year | 17 | |
| | 18 | Add lines 15 through 17 | **18** | 1,000. |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 | Unreimbursed employee expenses - job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See page A-6.) ▶ | | |
| | | FORM 2106        11,250. | 20 | 11,250. |
| (See page A-5.) | 21 | Tax preparation fees | 21 | |
| | 22 | Other expenses - investment, safe deposit box, etc. List type and amount ▶ | | |
| | | | 22 | |
| | 23 | Add lines 20 through 22 | 23 | 11,250. |
| | 24 | Enter amount from Form 1040, line 37  [24]  25,667. | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | 513. |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | **26** | 10,737. |
| **Other Miscellaneous Deductions** | 27 | Other - from list on page A-6. List type and amount ▶ | 27 | |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 37, over $142,700 (over $71,350 if married filing separately)? | | |
| | | [X] No.  Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 39.   ▶ | 28 | 13,337. |
| | | [ ] Yes. Your deduction may be limited. See page A-6 for the amount to enter. | | |

KBA   For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule A (Form 1040) 2004

1040-Sch A (2004)
Form Software Copyright 1996 - 2005 H&R Block Tax Services, Inc.

FDA-1V 1.9

# SCHEDULE EIC
(Form 1040A or 1040)

Department of the Treasury
Internal Revenue Service

# Earned Income Credit
Qualifying Child Information

Complete and attach to Form 1040A or 1040
only if you have a qualifying child.

OMB No. 1545-0074

Attachment
Sequence No. **43**

Name(s) shown on return
ANTHONY R MILES

Your social security number
██████████

**Before you begin:** See the instructions for Form 1040A, lines 41a and 41b, or Form 1040, lines 65a and 65b, to make sure that **(a)** you can take the EIC and **(b)** you have a qualifying child.

- If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See page 2 of schedule for details.
- It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.
- Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card. Otherwise, at the time we process your return, we may reduce or disallow your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 1-800-772-1213.

## Qualifying Child Information

| | | Child 1 | Child 2 |
|---|---|---|---|
| **1** | **Child's name** If you have more than two qualifying children, you only have to list two to get the maximum credit. | First name / Last name<br>BRITTANY<br>POWELL | First name / Last name |
| **2** | **Child's SSN** The child must have an SSN as defined on page 42 of the Form 1040A instructions or page 44 of the Form 1040 instructions unless the child was born and died in 2004. If your child was born and died in 2004 and did not have an SSN, enter "Died" on this line and attach a copy of the child's birth certificate. | 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 | |
| **3** | **Child's year of birth** | Year 1992 If born after 1985, skip lines 4a and 4b; go to line 5. | Year ____ If born after 1985, skip lines 4a and 4b; go to line 5. |
| **4** | **If the child was born before 1986 -** | | |
| **a** | Was the child under age 24 at the end of 2004 and a student? | ☐ Yes. Go to line 5. ☐ No. Continue | ☐ Yes. Go to line 5. ☐ No. Continue |
| **b** | Was the child permanently and totally disabled during any part of 2004? | ☐ Yes. Continue ☐ No. The child is not a qualifying child. | ☐ Yes. Continue ☐ No. The child is not a qualifying child. |
| **5** | **Child's relationship to you** (for example, son, daughter, grandchild, niece, nephew, foster child, etc.) | DAUGHTER | |
| **6** | **Number of months child lived with you in the United States during 2004** <ul><li>If the child lived with you for more than half of 2004 but less than 7 months, enter "7".</li><li>If the child was born or died in 2004 and your home was the child's home for the entire time he or she was alive during 2004, enter "12".</li></ul> | 12 months Do not enter more than 12 months. | ____ months Do not enter more than 12 months. |

You may also be able to take the additional child tax credit if your child **(a)** was under age 17 at the end of 2004, **(b)** is claimed as your dependent on line 6c of Form 1040A or Form 1040, **and (c)** is a U.S. citizen or resident alien. For more details, see the instructions for line 42 of Form 1040A or line 67 of Form 1040.

KBA    For Paperwork Reduction Act Notice, see Form 1040A or 1040 instructions.

Schedule EIC (Form 1040A or 1040) 2004

1040-Sch EIC (2004)       FDEIC-1V 1.31
Form Software Copyright 1996 - 2005 H&R Block Tax Services, Inc.

Miles vs. Southeast Unloading
0024

Form **8862**

(Rev. December 2004)

Department of the Treasury
Internal Revenue Service

## Information To Claim Earned Income Credit
## After Disallowance

▶ Attach to your tax return.    ▶ See separate instructions.

OMB No. 1545-1619

Attachment
Sequence No. **43A**

Name(s) shown on return
ANTHONY R MILES

Your social security number

**Before you begin:**

✓ See your tax return instructions or Pub. 596, Earned Income Credit (EIC), for the year which you are filing this form to make sure you can take the earned income credit (EIC) **and** to find out who is a qualifying child.

✓ If you have a qualifying child, complete **Schedule EIC** before you fill in this form.

✓ **Do not** file this form if, for a year after 2001, you are taking the EIC without a qualifying child **and** the only reason your EIC was reduced or disallowed in the earlier year was because it was determined that a child listed on Schedule EIC was not your qualifying child.

✓ **Do not** use this form for a year prior to 2002. Instead, use the November 2000 revision of Form 8862.

| Part I | All Filers |
|---|---|

1  Enter the year for which you are filing this form (for example, 2004) . . . . . . . . ▶ 2004

2  If the **only** reason your EIC was reduced or disallowed in the earlier year was because you incorrectly reported your earned income or investment income, check "Yes." Otherwise check "No" . . . . ▶ ☐ Yes ☒ No
   **Caution.** If you checked "Yes," **stop. Do not** fill in the rest of this form. But you must attach it to your tax return to take the EIC. If you checked "No," continue.

3  Could you (or your spouse if filing jointly) be claimed as a qualifying child of another person for the year shown on line 1? . . . . . . . . . . . . . . . . . . . . ▶ ☐ Yes ☒ No
   **Caution.** If you checked "Yes," **stop.** You cannot take the EIC. If you checked "No," continue.

| Part II | Filers Without a Qualifying Child |
|---|---|

4  Enter the **number of days** during the year shown on line 1 that you lived in the United States . . . ▶ ☐

   **Caution.** If you entered less than 183 (184 if the year on line 1 is 2004), **stop.** You cannot take the EIC. See the instructions.

5  If married filing a joint return, enter the **number of days** during the year shown on line 1 that your spouse lived in the United States . . . . . . . . . . . . . . . . . . ▶ ☐

   **Caution.** If you entered less than 183 (184 if the year on line 1 is 2004), **stop.** You cannot take the EIC. See the instructions.

| Part III | Filers With a Qualifying Child or Children |
|---|---|

   **Note.** Child 1 and Child 2 are the same children you listed as Child 1 and Child 2 on Schedule EIC for the year shown on line 1 above.

6  Enter the **number of days** each child lived with you in the United States during the year shown on line 1 above.
   **a** Child 1 ▶ 366   **b** Child 2 ▶
   **Caution.** If you entered less than 183 for either child (184 if the year on line 1 is 2004), you cannot take the EIC based on that child, unless the special rule for a child who was born or died during the year shown on line 1 applies. See the instructions.

7  If your child was born or died during the year shown on line 1, enter the month and day the child was born and/or died. Otherwise, skip this line.
   **a** Child 1 ▶ (1) Month and day of birth (MM/DD) ▶      (2) Month and day of death (MM/DD) ▶
   **b** Child 2 ▶ (1) Month and day of birth (MM/DD) ▶      (2) Month and day of death (MM/DD) ▶

8  Enter the address where you and the child lived together during the year shown on line 1. If you lived with the child at more than one address during the year, attach a list of the addresses where you lived:
   **a** Child 1 ▶ Number and street  413 PLANTERS
      City or town, state, and ZIP code  MONTGOMERY AL 36109
   **b** Child 2 ▶ If same as shown for child 1, check this box ▶ ☐ . Otherwise, enter below:
      Number and street
      City or town, state, and ZIP code

9  Did any other person (except your spouse, if filing jointly, and your dependents under age 19) live with child 1 or child 2 for more than half the year shown in line 1?. . . . . . . . ▶ ☐ Yes ☒ No
   If "Yes," enter that person's name and relationship to the child below. If more than one other person lived with the child for more than half the year, attach a list of each person's name and relationship to the child:
   **a** Other person living with child 1:   Name
      Relationship to child 1
   **b** Other person living with child 2:   If same as shown for child 1, check this box ▶ ☐ .Otherwise, enter below:
      Name
      Relationship to child 2

   **Caution.** The IRS may ask you to provide additional information to verify your eligibility to claim the EIC.

KBA  **For Paperwork Reduction Act Notice, see separate instructions.**            Form **8862** (Rev. 12-2004)

8862 (2004)          FD8862- 1V 1.14
Form Software Copyright 1996 - 2005 H&R Block Tax Services, Inc.

| Form **8812** | | **Additional Child Tax Credit** | | OMB No. 1545-1620 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | Complete and attach to Form 1040 or Form 1040A. | | Attachment Sequence No. **47** |

| Name(s) shown on return | Your social security number |
|---|---|
| ANTHONY R MILES | ▮▮▮▮▮▮▮▮▮ |

### Part I    All Filers

| | | | |
|---|---|---|---|
| 1 | Enter the amount from line 1 of your Child Tax Credit Worksheet on page 38 of the Form 1040 instructions or page 37 of the Form 1040A instructions. If you used Pub. 972, enter the amount from line 8 of the worksheet on page 4 of the publication | **1** | 1,000. |
| 2 | Enter the amount from Form 1040, line 51, or Form 1040A, line 33 | **2** | 613. |
| 3 | Subtract line 2 from line 1. If zero, **stop**; you cannot take this credit | **3** | 387. |

| | | | | |
|---|---|---|---|---|
| 4 a | Enter your total taxable earned income. See the instructions on page 2 | **4a** | 25,667. | |
| b | Nontaxable combat pay included on line 4a | **4b** | | |
| 5 | Is the amount on line 4a more than $10,750? | | | |
| | ☐ **No.** Leave line 5 blank and enter -0- on line 6. | | | |
| | ☒ **Yes.** Subtract $10,750 from the amount on line 4a. Enter the result | **5** | 14,917. | |
| 6 | Multiply the amount on line 5 by 15% (.15) and enter the result | | **6** | 2,238. |

**Next.** Do you have three or more qualifying children?

☒ **No.** If line 6 is zero, **stop**; you cannot take this credit. Otherwise, skip Part II and enter the smaller of line 3 or line 6 on line 13.

☐ **Yes.** If line 6 is equal to or more than line 3, skip Part II and enter the amount from line 3 on line 13. Otherwise, go to line 7.

### Part II    Certain Filers Who Have Three or More Qualifying Children

| | | | |
|---|---|---|---|
| 7 | Enter the total of the withheld social security and Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If you worked for a railroad, see the instructions on page 2 | **7** | |
| 8 | 1040 filers: Enter the total of the amounts from Form 1040, lines 30 and 58, plus any uncollected social security and Medicare or tier 1 RRTA taxes included on line 62. | **8** | |
| | 1040A filers: Enter -0-. | | |
| 9 | Add lines 7 and 8 | **9** | |
| 10 | 1040 filers: Enter the total of the amounts from Form 1040, lines 65a and 66. | **10** | |
| | 1040A filers: Enter the total of the amount from Form 1040A, line 41a, plus any excess social security and tier 1 RRTA taxes withheld that you entered to the left of line 43 (see the instructions on page 2). | | |
| 11 | Subtract line 10 from line 9. If zero or less, enter -0- | **11** | |
| 12 | Enter the larger of line 6 or line 11 here | **12** | |

**Next,** enter the **smaller** of line 3 or line 12 on line 13.

### Part III    Your Additional Child Tax Credit

| | | | |
|---|---|---|---|
| 13 | This is your additional child tax credit | **13** | 387. |

Enter this amount on Form 1040, line 67, or Form 1040A, line 42.

---

KBA    For Paperwork Reduction Act Notice, see page 2 of form.                    Form **8812** (2004)

Form **2106- EZ**

**Unreimbursed Employee Business Expenses**

OMB No. 1545- 1441

Department of the Treasury
Internal Revenue Service (99)

▶ Attach to Form 1040.

Attachment
Sequence No. **54A**

| Your name | Occupation in which you incurred expenses | Social security number |
|---|---|---|
| ANTHONY R MILES | MATERIAL HANDLER | ▬ |

**You May Use This Form Only if All of the Following Apply.**

- You are an employee deducting ordinary and necessary expenses attributable to your job. An ordinary expense is one that is common and accepted in your field of trade, business, or profession. A necessary expense is one that is helpful and appropriate for your business. An expense does not have to be required to be considered necessary.
- You **do not** get reimbursed by your employer for any expenses (amounts your employer included in box 1 of your Form W- 2 are not considered reimbursements).
- If you are claiming vehicle expense, you are using the standard mileage rate for 2004.

**Caution:** You can use the standard mileage rate for 2004 **only if: (a)** you owned the vehicle and used the standard mileage rate for the first year you placed the vehicle in service or **(b)** you leased the vehicle and used the standard mileage rate for the portion of the lease period after 1997.

**Part I  Figure Your Expenses**

| | | | |
|---|---|---|---|
| 1 | Vehicle expense using the standard mileage rate. Complete Part II and multiply line 8a by 37.5¢ (.375) | 1 | 11,250. |
| 2 | Parking fees, tolls, and transportation, including train, bus, etc., that **did not** involve overnight travel or commuting to and from work | 2 | |
| 3 | Travel expense while away from home overnight, including lodging, airplane, car rental, etc. **Do not** include meals and entertainment | 3 | |
| 4 | Business expenses not included on lines 1 through 3. **Do not** include meals and entertainment | 4 | |
| 5 | Meals and entertainment expenses: $ _____ x 50% (.50) (Employees subject to Department of Transportation (DOT) hours of service limits: Multiply meal expenses incurred while away from home on business by 70% (.70) instead of 50%. For details, see instructions.) | 5 | |
| 6 | Total expenses. Add lines 1 through 5. Enter here and on line 20 of Schedule A (Form 1040). (Armed Forces reservists, fee- basis state or local government officials, qualified performing artists, and individuals with disabilities: See the instructions for special rules on where to enter this amount.) | 6 | 11,250. |

**Part II  Information on Your Vehicle. Complete this part only if you are claiming vehicle expense on line 1.**

7   When did you place your vehicle in service for business use? (month, day, year) ▶ 01/01/2004

8   Of the total number of miles you drove your vehicle during 2004, enter the number of miles you used your vehicle for:

a  Business 30000   b Commuting ____   c Other 1000

| | | |
|---|---|---|
| 9 | Do you (or your spouse) have another vehicle available for personal use? | [X] Yes  [ ] No |
| 10 | Was your vehicle available for personal use during off- duty hours? | [X] Yes  [ ] No |
| 11a | Do you have evidence to support your deduction? | [X] Yes  [ ] No |
| b | If "Yes," is the evidence written? | [X] Yes  [ ] No |

KBA  For Paperwork Reduction Act Notice, see page 4.

Form **2106- EZ** (2004)

2106EZ (2004)
Form Software Copyright 1996 - 2005 H&R Block Tax Services, Inc.

FD2106EZ- 1V 1.9

Miles vs. Southeast Unloading
0027

```
                    Supporting Schedules                          2004
Name: ANTHONY R MILES                        SSN: ██████████
-----------------------------------------------------------------------
 chedule A
Line 1 - Medical Expenses
Description                                                    Amount
-----------------------------------------------------------------------
MEDICAL CO PAYS                                                  750
PRESCRIPTION DRUGS                                              960
EYE GLASSES                                                     500
MEDICAL MILES -       1500                                      210
                                                             --------
       Total                                                 2,420


Schedule A
Line 16 - Gifts by Other Than Cash or Check
Description                                                    Amount
-----------------------------------------------------------------------
NON CASH CONTRIBUTIONS                                          500
                                                             --------
       Total                                                   500
```



| FORM 40 | Alabama Individual Income Tax Return<br>RESIDENTS AND PART-YEAR RESIDENTS | 2004 |
|---|---|---|

For the year Jan. 1 - Dec. 31, 2004 or other tax yr:   FN (For official use only)

Beginning:        Ending:

Your social security number **092605519**   Spouse's SSN if joint return

Your first name and initial (if joint return, also give spouse's first name and initial)   Last name
**ANTHONY R MILES**

Present home address (number and street or P.O. Box number)
**413 PLANTERS RD**

City, town or post office, state, and ZIP code
**MONTGOMERY AL 36109**

**Filing Status and Exemptions** Check only 1 box
1 $1,500 Single
2 $3,000 MFJ return even if only one spouse had income
3 $1,500 Married filing separate return. Complete line 5 with spouse's name and SSN
4 X $3,000 Head of family (with qualifying person). See pg 7 of inst.) Complete line 5.

5 Name **BRITTANY POWELL**
Soc. Sec. No. **420398559**
Relationship **DAUGHTER**

**Income and Adjustments**

| | | | A- Alabama tax withheld | B- Income |
|---|---|---|---|---|
| 6 Wages, salaries, tips, etc. | | | | |
| 6a SOUTHEAST UNLOADING   YULEE | 6a | 1,005 00 | 6a | 25,667 00 |
| 6b | 6b | 00 | 6b | 00 |
| 6c | 6c | 00 | 6c | 00 |
| 6d | 6d | 00 | 6d | 00 |
| 7 Interest and dividend income | 7 | | | 0 00 |
| 8 Other income | 8 | | | 0 00 |
| 9 Total income | 9 | | | 25,667 00 |
| 10 Total adjustments to income | 10 | | | 0 00 |
| 11 Adjusted gross income | 11 | | | 25,667 00 |

**Deductions**
12 Itemize a X / Standard b | 12 | 15,193 00
13 Federal tax liability deduction | 13 | 0 00
14 Personal exemption | 14 | 3,000 00
15 Dependent exemption | 15 | 300 00
16 Total deductions | 16 | 18,493 00

**Tax**
17 Taxable income | 17 | 7,174 00
18 Income Tax due | 18 | 318 00
19 Less credits from | 19 | 0 00
20a Net tax due Alabama | 20a | 318 00
20b Consumer Use Tax | 20b | 0 00
21 voluntary contributions a-c | 21a 0 00 | 21b 0 00 | 21c 0 00
22 Total tax liability and voluntary contribution | 22 | 318 00

**Payments**
23 Alabama income tax withheld | 23 | 1,005 00
24 Amount paid with extension | 24 | 00
25 2004 estimated tax payments | 25 | 00
26 Total payments | 26 | 1,005 00

**AMOUNT YOU OWE**
27 | 27 | .00
28 Estimated tax penalty | 28 | 00

**OVERPAID**
29 | 29 | 687.00
30 Amount to 2005 estimated tax | 30 | 00

**Donation Check-offs**
31 various funds, all 00

32 Total | 32 | 0 00

**REFUND**
33 REFUNDED TO YOU | 33 | 687.00

AL29

Form 40 (2004)   ANTHONY R MILES                                           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  Page 2

## PART I — Other Income (see page 13)

| | | | |
|---|---|---|---|
| 1 | Alimony received | 1 | 00 |
| 2 | Business income or (loss) (attach Federal Schedule C or C-EZ) | 2 | 00 |
| 3 | Gain or (loss) from sale of Real Estate, Stocks, Bonds, etc. (attach Schedule D) | 3 | 00 |
| 4a | Total IRA distributions  4a ____ 00  4b Taxable amount (see instructions) | 4b | 00 |
| 5a | Total pensions and annuities  5a ____ 00  5b Taxable amount (see instructions) | 5b | 00 |
| 6 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | 6 | 00 |
| 7 | Farm income or (loss) (attach Federal Schedule F) | 7 | 00 |
| 8 | Other income (state nature and source - see instructions) | 8 | 00 |
| 9 | Total other income. Add lines 1 through 8. Enter here and also on page 1, line 8 | 9 | 0 00 |

## PART II — Adjustments to Income (see page 16)

| | | | |
|---|---|---|---|
| 1a | Your IRA deduction | 1a | 00 |
| b | Spouse's IRA deduction | 1b | 00 |
| 2 | Payments to a Keogh retirement plan and self-employment SEP deduction | 2 | 00 |
| 3 | Penalty on early withdrawal of savings | 3 | 00 |
| 4 | Alimony paid. Recipient's last name ____ SSN ____  Address ____ City ____ State ____ ZIP ____ | 4 | 00 |
| 5 | Adoption expenses | 5 | 00 |
| 6 | Moving Expenses (Attach Federal Form 3903) to City ____ State ____ ZIP ____ | 6 | 00 |
| 7 | Self-employed health insurance deduction | 7 | 00 |
| 8 | Total adjustments. Add lines 1 through 7. Enter here and also on page 1, line 10 | 8 | 0 00 |

## PART III — Dependents

Do not include yourself or your spouse (see page 9)

| 1a Dependents: (1) First name  Last name | (2) Dependent's social security number. | (3) Dependent's relationship to you. | (4) Did you provide more than one-half dependent's support? |
|---|---|---|---|
| BRITTANY POWELL | 420398559 | DAUGHTER | Y |

b Total number of dependents claimed above ............................................. 1

2 Amount allowed. (Multiply $300 by the total number of dependents claimed on line 1b.)
Enter amount here and on page 1, line 15 ............ 2  300 00

## PART IV — General Information (All Taxpayers Must Complete This Section.)

1 Residency  [X] Full Year  If you were a part-year resident of Alabama during 2004, indicate your period of residence:
Check only one box  [ ] Part Year  From ____ 2004 through ____ 2004. Total months ____
2 Did you file an Alabama income tax return for the year 2003? [X] Yes [ ] No
3 If no, state reason. ____
4 Give name & address of present employer(s). Yours NONE
Your Spouse's ____
5 Enter the Federal Adjusted Gross Income $ 25,667 and Federal Taxable Income $ 6,130 as reported on your 2004 Federal Individual Income Tax Return.
6 Do you have income which is reported on your Fed rtn, but not reported on your AL rtn (other than your state tax refund)? [ ] Yes [X] No
If yes, enter source(s) and amount(s) below: (other than state income tax refund)
Source ____ Amount ____ 00
Source ____ Amount ____ 00

## PART V — Direct Deposit

For Direct Deposit of your refund, complete 1, 2, and 3 below. (See Page 17 of instructions to see if you qualify.)
1 Routing Number: ____  2 Type: [ ] Checking [ ] Savings
3 Account Number: ____

## Sign Here

[X] I authorize a representative of the Department of Revenue to discuss my return and attachments with my preparer.
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Keep a copy of this return for your records.

| Your signature | Date | Daytime telephone number | Your occupation |
|---|---|---|---|
| For Information Only | | (334) 271-2554 | MATERIAL HANDL |
| Spouse's signature (if joint return, BOTH must sign)  For Information Only | Date | Daytime telephone number | Spouse's occupation |

## Paid Preparer's Use Only

| Preparer's signature | Date 03/23/2005 | Check if self-employed | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address | H R BLOCK  NORMANDALE SHOPPING CEN MONTGOMERY AL | Daytime phone no. (334) 288-8402 | E.I. No. 43-1862224  ZIP Code 36111- |

If an addressed envelope came with your return, please use it and follow the instructions on the envelope. If you do not have one, mail your return to one of the addresses below.

WHERE TO FILE FORM 40

AL29

If you are not making a payment, mail your return to:
Alabama Department of Revenue
P.O. Box 154
Montgomery, AL 36135-0001

If you are making a payment, mail your return, Form 40V, and payment to:
Alabama Department of Revenue
P.O. Box 2401
Montgomery, AL 36140-0001

Mail only your 2004 Form 40 to one of the above addresses. Prior year returns, amended returns, and all other correspondence should be mailed to Alabama Department of Revenue, P.O. Box 327464, Montgomery, AL 36132-7464.

40 (2004)   AL40-2V 1.17
Form Software Copyright 1996 - 2005 H&R Block Tax Services, Inc.

Miles vs. Southeast Unloading
0030

| SCHEDULE | ALABAMA DEPARTMENT OF REVENUE | 2004 |
|---|---|---|
| **A** (FORM 40) | **Schedule A - Itemized Deductions** ATTACH TO FORM 40 - SEE INSTRUCTIONS FOR SCHEDULE A | |

| Name(s) as shown on Form 40 | Your social security number |
|---|---|
| ANTHONY R MILES | ███████ |

The itemized deductions you may claim for the year 2004 are similar to the itemized deductions claimed on your Federal return, however, the amounts may differ. Please see instructions before completing this schedule. **PART - YEAR RESIDENTS:** A resident of Alabama for only a part of the year should list below only those deductions actually paid while a resident of Alabama.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** (See page 19) | | CAUTION: Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses | 1 | 2,420 00 | | |
| | 2 | Enter amount from Form 40, line 11 | 2 | 25,667 00 | | |
| | 3 | Multiply the amount on line 2 by 4% (.04). Enter the result | 3 | 1,027 00 | | |
| | 4 | Subtract line 3 from line 1. Enter the result. If zero or less, enter -0- ▶ | | | 4 | 1,393 00 |
| **Taxes You Paid** (See page 20) | 5 | Real estate taxes | 5 | 00 | | |
| | 6 | FICA Tax (Soc Sec and Medicare) and Federal Self- Employment Tax | 6 | 1,963 00 | | |
| | 7 | Railroad Retirement (Tier 1 only) | 7 | 00 | | |
| | 8 | Other taxes. (List- include personal property taxes.) ▶ PERSONAL PROPERTY     100 | 8 | 100 00 | | |
| | 9 | Add the amounts on lines 5 through 8. Enter the total here ▶ | | | 9 | 2,063 00 |
| **Interest You Paid** (See page 20) NOTE: Personal interest is not deductible. | 10a | Home mortgage interest and points reported to you on Fed Form 1098. | 10a | 00 | | |
| | b | Home mortgage interest not reported to you on Federal Form 1098. (If paid to an individual, show that person's name and address.) ▶ | 10b | 00 | | |
| | 11 | Points not reported to you on Form 1098 | 11 | 00 | | |
| | 12 | Investment interest. (Attach Form 4952A) | 12 | 00 | | |
| | 13 | Add the amounts on lines 10a through 12. Enter the total here ▶ | | | 13 | 0 00 |
| **Gifts to Charity** (See page 20) | | CAUTION: If you made a charitable contribution and received a benefit in return, see page 20. | | | | |
| | 14 | Contributions by cash or check | 14 | 500 00 | | |
| | 15 | Other than cash or check. (You MUST attach Fed Fm 8283 if over $500.) | 15 | 500 00 | | |
| | 16 | Carryover from prior year | 16 | 00 | | |
| | 17 | Add the amounts on lines 14 through 16. Enter the total here ▶ | | | 17 | 1,000 00 |
| **Casualty and Theft Loss** (Attach Fm 4684) | 18a | Enter the amount from Federal Form 4684, line 16 (See page 21) | 18a | 00 | | |
| | b | Enter 10% of your Adjusted Gross Income (Form 40, line 11) | 18b | 00 | | |
| | c | Subtract line 18b from line 18a. If zero or less, enter -0- ▶ | | | 18c | 0 00 |
| **Job Expenses and Most Other Miscellaneous Deductions** (See page 21) | 19 | Unreimbursed employee expenses- job travel, union dues, job education, etc. (You MUST attach Federal Form 2106 if required. See inst.) ▶ FROM FORM 2106     11,250 | 19 | 11,250 00 | | |
| | 20 | Other expenses (investment, tax preparation, safe deposit box, etc.). List type & amount. ▶ | 20 | 00 | | |
| | 21 | Add the amounts on lines 19 and 20. Enter the total | 21 | 11,250 00 | | |
| | 22 | Multiply the amount on Form 40, line 11 by 2% (.02). Enter the result here. | 22 | 513 00 | | |
| | 23 | Subtract line 22 from line 21. Enter the result. If zero or less, enter -0- ▶ | | | 23 | 10,737 00 |
| **Other Miscellaneous Deductions** | 24 | Other (from list on page 22 of instructions). List type and amount. ▶ | | | 24 | 00 |
| **Qualified Long-Term Care Ins. Premiums** | | CAUTION: Do not include medical premiums. | | | | |
| | 25 | Enter amount here ▶ | | | 25 | 00 |
| **Total Itemized Deductions** | 26 | Add the amounts on lines 4, 9, 13, 17, 18c, 23, 24, and 25. Enter the total here. Then enter on Form 40, page 1, line 12 ▶ | | | 26 | 15,193 00 |

Schedule A (Form 40) 2004

AL29

| Client Name | Client SSN |
|---|---|
| ANTHONY R MILES | ███████ |

# Peace of Mind Extended Service Plan
## Hassle Free Service

The Peace of Mind Extended Service Plan (the "Plan") offered by H&R Block ("Block") is available only at participating Block offices at the time your return is completed, but no later than October 31 of the year of the return due date. The Plan is separate from, and in addition to, the standard Block Guarantee that pays penalty and interest resulting from an error in tax preparation.

The Plan is effective when paid for and signed by you and, subject to the exceptions noted below, provides you with the following benefits with respect to the individual federal and any individual state or local returns prepared and paid for on the date of this agreement:

If your return is audited, Block will provide you with a qualified person (but not an attorney) to represent you before the tax authority should such tax authority question the accuracy of your return.

**If you owe additional taxes** as a result of an error in tax preparation and the error is discovered by you, your representative or a tax authority, during the period of 3 years from the filing deadlines for such returns, not including extensions, Block will pay you for such taxes up to a cumulative total of $5,000 for all such returns. Block assumes no responsibility for payment of additional taxes to a tax authority. You are responsible for providing payment of additional taxes to the tax authority.

**Before such payment, you must:**
- (a) notify Block of any government notice regarding such taxes within 30 days from the date of such notice;
- (b) promptly provide Block with copies of such notices and other documents relating to or substantiating such additional taxes;
- (c) provide Block with reasonable notice of and allow Block to attend an audit with you or as your representative with Power of Attorney;
- (d) allow Block at its sole discretion and expense, to challenge the determination that additional taxes and penalties and interest are owed;
- (e) provide Block with your receipt as proof of your purchase of the Plan; and

You may be required to include such payment as income on your return in an amount that will be indicated on any Form 1099 you receive from Block. Block is not responsible for payment of any taxes you may owe on such income.

The Plan applies only to filed and accepted original individual resident tax returns prepared by Block for the year of the return and for which the balance due has been paid. You represent to us that you have reviewed the items on your return and that such items or issues on such returns have not been, or are not currently, under examination by tax authorities as of the date of purchase indicated on your receipt.

**The Plan does not apply to:**
- (a) amended returns; 1040-NR;
- (b) non-individual returns such as employment (including taxes assessed on Form 4137 for income other than allocated tips), corporate, state and local small business, partnership, trust, estate, and gift tax returns;
- (c) any returns used to file for tax credits or rebates such as property tax, homestead or renters credits that are not filed in conjunction with a federal, state or local return;
- (d) the calculation of estimated tax payment vouchers;
- (e) any return for which, as of the date of such purchase, you have knowledge of additional taxes owed;
- (f) any return for which you have received on or before the date of such purchase any notification from any tax authority of examination or audit;
- (g) returns for which errors have been identified by Block prior to an assessment of additional taxes by tax authorities and can be corrected by Block within 30 days from Block's preparation of the return;
- (h) any return relating to previous years;
- (i) additional taxes, penalties and interest that are assessed as the result of (i) incorrect, incomplete or misleading information that you have given to Block in connection with its preparation of a return; (ii) the government's inability to obtain from you sufficient records to support deductions, credits and other items on your return; (iii) your failure to timely pay the taxes as shown to be due on your return; and (iv) additional taxes assessed as the result of your desire to take a position on your return that challenges current IRS or judicial tax law guidelines or interpretation. In the event you receive a refund of any assessment that Block has paid you under the Plan, you must reimburse Block for the amount of such refund; and
- (j) assessments of additional taxes that occur 3 years from the filing deadline for the return, (or 4 years for the following state or territory tax assessments only: AZ, CA, CO, KY, LA, MI, MN, MT, NM, OH, TN, WI and PR) not including extensions.

ANTHONY R MILES

## Peace of Mind Extended Service Plan
Hassle Free Service

### Arbitration

By signing below, you agree that any and all claims, disputes or controversies between you and Block (as defined below) arising out of or relating to this Plan (including, but not limited to, this document, any advertisements, promotions, or oral or written statements relating to the Plan, or the validity, enforceability or scope of this arbitration provision, including, but not limited to the issue whether any particular claim or dispute must be submitted to arbitration), whether in contract, tort or otherwise (collectively, the "Claim"), shall be resolved, upon the election of you or Block, by binding arbitration administered by either the American Arbitration Association ("AAA") or the National Arbitration Forum ("NAF") in accordance with the rules of such administrator at the time the demand is filed. The AAA rules may be accessed at www.adr.org. or by writing to AAA at 335 Madison Avenue, New York, NY 10017. The NAF rules may be accessed at www.arbforum.com or by writing to NAF, P.O. Box 50191, Minneapolis, MN 55405. In the event that a rule conflicts with this arbitration provision, this arbitration provision will govern. You have the right to select one of these arbitration administrators. Block agrees not to invoke its right to arbitrate an individual Claim you bring in small claims court or an equivalent court, so long as the Claim is pending only in that court. This arbitration provision will not apply to any claims relating to the Plan the subject matter of which is currently being asserted in any certified class action lawsuit pending against Block as of December 1, 2004. As used in this arbitration provision, the term "Block" shall mean H&R Block Tax Services, Inc., its parents, wholly or majority-owned subsidiaries, affiliates and the franchisees of any of them, and each of their officers, directors, agents and employees.

A neutral arbitrator shall be appointed as provided in the rules and must be a practicing attorney with more than ten years experience in tax law. The arbitration will take place in the federal judicial district in which you live. The arbitrator may award all remedies permitted by applicable substantive law, including, but not limited to, compensatory, statutory, and punitive damages, injunctive and other equitable relief and attorneys' fees and costs. No class actions or private attorney general actions in court or in arbitration, or joinder or consolidation of claims with other persons in court or in arbitration, are permitted without the written consent of the parties hereto.

You will pay the first $50 of the filing fee. At your request, Block will pay the remainder of the filing fee and any administrative or hearing fees charged by the arbitration administrator, up to a maximum of $1500. If you are required to pay additional fees to the administrator, Block will consider in good faith a request by you to pay all or part of the additional fees; provided, however, that Block shall not be obligated to pay any additional fees unless the arbitrator grants you an award. If the arbitrator issues an award in Block's favor, you will not be required to reimburse Block for any fees Block has previously paid to the administrator. Except as may be required by law, neither a party nor the arbitrator may disclose the existence, content or results of any arbitration hereunder without the prior written consent of the parties.

The parties acknowledge that this Plan evidences a transaction involving or affecting interstate commerce, and this arbitration provision is governed only by the Federal Arbitration Act ("FAA"), Title 9 of the United States Code. The arbitrator shall apply substantive law consistent with the FAA, and not any state law concerning arbitration. The arbitrator's award shall be final and not subject to appeal, except as permitted by the FAA. If any portion of this arbitration provision is deemed invalid or unenforceable, it will not invalidate the remaining portions of this arbitration provision. This arbitration provision shall only apply to this Plan and will not apply to Peace of Mind programs that you may have purchased in prior years and will not apply to prior relationships between the parties in prior years.

YOU UNDERSTAND THAT YOU HAVE THE RIGHT TO LITIGATE CLAIMS IN COURT BEFORE A JUDGE OR JURY. BY SIGNING BELOW, HOWEVER, YOU AGREE TO KNOWINGLY AND VOLUNTARILY WAIVE YOUR RIGHTS TO LITIGATE SUCH CLAIMS IN COURT BEFORE A JUDGE OR JURY AND AGREE TO RESOLVE ANY CLAIMS PURSUANT TO THE ARBITRATION PROVISION IN THIS PLAN. BY AGREEING TO THE ARBITRATION PROVISION IN THIS PLAN, YOU AGREE THAT YOU WILL HAVE NO RIGHT TO PARTICIPATE AS A REPRESENTATIVE OR MEMBER OF ANY CLASS OF CLAIMANTS PERTAINING TO ANY CLAIM SUBJECT TO ARBITRATION.

You have the right to reject this arbitration provision. To reject this arbitration provision, you must send Block, c/o POM Department, 4400 Main Street, Kansas City, Missouri 64111, a signed writing ("Rejection Notice") that is received within thirty (30) days after the date you sign this document. The Rejection Notice must identify the transaction involved, must include your name, address and social security number and must be signed by all persons signing the tax return covered by this Plan (including spouse, if applicable, but not including the H&R Block tax return preparer). You may send the Rejection Notice in any manner you see fit, as long as it is received at the specified address at the specified time. No other methods can be used to reject the arbitration provision. If the Rejection Notice is sent on your behalf by a third party, such third party must include evidence of his or her authority to submit the Rejection Notice. If you reject this arbitration provision, Block will not rescind this Plan on the basis of that rejection.

ANTHONY R MILES

# Peace of Mind Extended Service Plan
Hassle Free Service

## Satisfaction
If for any reason you are not satisfied with the terms of this Plan and want to rescind this Plan, you may obtain a full refund of the fee you paid for the Plan provided that within seven (7) days from the date of purchase you contact the district manager of the H&R Block office where your tax return was prepared and provide at that office the receipt for such payment.

## Claim Process - Frequently Asked Questions:
I received an inquiry from a tax authority. How do I file a claim?

Take your tax authority notice and any related documents to your local H&R Block office. Your local H&R Block office will make a copy of your return and all related documentation and send the claim to the Peace of Mind Claims Administration Department at H&R Block corporate offices in Kansas City, Missouri.

The claim will be reviewed and processed. If the claim is approved, you will receive an approval letter and a check from H&R Block. If the claim is not approved, you will receive a letter explaining the reason for the denial.

## How long will it take to process my claim?
Once your claim has reached H&R Block's corporate offices, it usually takes 4 - 6 weeks to receive a claim determination.

## What else do I need to know?
Federal law states that if your tax liability is paid by someone else, the amount of that payment becomes taxable income to you. Therefore, you will need to include your Peace of Mind payment on line 21 of your tax return next year. If the payment is $600 or more you will receive form 1099-MISC from H&R Block next year.

## What about penalty and interest payments?
Payment of any penalty and interest assessed on the additional tax due will be processed separately under the conditions of H&R Block's Standard Guarantee and paid by the district office.

## Who do I contact if I have more questions?
You should contact the H&R Block office where your return was originally prepared first.

You can also speak to a client service representative by calling 1-800-HRBLOCK.

You can find additional information on our web site: www.hrblock.com/goto/peaceofmind.

## What if my claim is denied?
You may dispute the denial by calling 1-800-HRBlock, or by submitting an email via hrblock.com, and clicking on customer support and requesting a second review.

Your claim will usually be reviewed within 2 - 5 days. You will receive the final determination through a phone call from an H&R Block representative and H&R Block will send you a written confirmation.

Client's Name(s): ANTHONY R MILES _____

Accept Extended Service Plan?   [X] Yes    [ ] No

Client's Signature: _____          Date: _____

Spouse Signature: _____          Date: _____

Tax Professional Signature: _____          Date: _____

POM Regular (2004)

POM-Extended (2004)              FDPOMEX-3V 1.0
Form Software Copyright 1996 - 2005 H&R Block Tax Services, Inc.

Miles vs. Southeast Unloading
0034

# INFORMATION, IDENTIFICATION AND INSTRUCTIONS IN CONNECTION WITH
# APPLICATION FOR A REFUND ANTICIPATION CHECK AND A REFUND ACCOUNT
### System Protected by U.S. Patent Nos. 4,890,228, 5,193,057, and 5,963,921

## 1. INFORMATION

Applicant's Name

ANTHONY R MILES

| First | M.I. | Last | Maiden |
|---|---|---|---|

Home Address
413 PLANTE, MONTGOMERY, AL 36109

Mailing Address
413 PLANTE, MONTGOMERY, AL 36109

Social Security/Taxpayer Identification #: 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

Date of Birth: 06/22/1962

Home Phone #: (334) 271-2554 (Required)

Work Phone #: _____ (Required, if employed)

Residence:  ☐ Own  ☒ Rent  ☐ Other

Checking Account:  ☒ Yes  ☐ No

Savings Account:  ☒ Yes  ☐ No

Joint Applicant - Spouse (if joint return)

| First | M.I. | Last | Maiden |
|---|---|---|---|

Home Address

Mailing Address

Social Security/Taxpayer Identification #: _____

Date of Birth: _____

Home Phone #: _____ (Required, if different)

Work Phone #: _____ (Required, if employed)

Residence:  ☐ Own  ☐ Rent  ☐ Other

Checking Account:  ☐ Yes  ☐ No

Savings Account:  ☐ Yes  ☐ No

## 2. IDENTIFICATION

The following unexpired identification ("ID") has been provided:

**For Applicant's photo ID, complete the following:**

Type of ID DRIVERS LICENSE

ID Number, if any 6779519

Place of Issuance AL

Date of Issuance, if any 04/19/2001

Expiration Date, if any 04/19/2005

Additional Information _____

**For Applicant's second ID, complete the following, if required:**

Type of ID _____

ID Number, if any _____

Place of Issuance _____

Date of Issuance, if any _____

Expiration Date, if any _____

Additional Information _____

**For Joint Applicant's photo ID, complete the following:**

Type of ID _____

ID Number, if any _____

Place of Issuance _____

Date of Issuance, if any _____

Expiration Date, if any _____

Additional Information _____

**For Joint Applicant's second ID, complete the following, if required:**

Type of ID _____

ID Number, if any _____

Place of Issuance _____

Date of Issuance, if any _____

Expiration Date, if any _____

Additional Information _____

## 3. PAYMENT INSTRUCTIONS

If I receive a RAC or if my refund is greater than the amount of my RAC, I would like to receive the proceeds of my RAC or excess refund by check, unless the boxes below are completed, in which case I choose to receive my funds via direct deposit into my ☐ Savings Account ☐ Checking Account ☐ IRA Account ☐ HRBFA Account. My account number into which I authorize HSBC Bank USA, National Association ("HSBC") to direct my funds is

_____

The routing transit number (RTN) of the financial institution where my account resides, which is required for my funds to be accurately deposited into my account listed above, is _____

By signing below I am indicating that I confirm the information set forth herein is true and correct.

| | | |
|---|---|---|
| (Applicant - Primary Taxpayer Signature) | Date | (Joint Applicant - Spouse Signature, If Joint Return) | Date |

Witness _____

HSBC Toll-Free Customer Service Number 1-800-524-0628.

RAC Loan App (2004)            FDRACAP-1V 1.0
Form Software Copyright 1996 - 2005 H&R Block Tax Services, Inc.

Miles vs. Southeast Unloading
0035

## Retirement Savings Short-Term Tax Benefit Comparison

Name: ANTHONY R MILES    SSN: ■■■■■■■■

|              | 2004 | 2005 |
|--------------|------|------|
| 401(k), et. al. | 0 | 0 |
| IRA | 300 | 300 |

### 2004

|                    | No contributions | 401(k) | Traditional IRA | Roth IRA |
|--------------------|------------------|--------|-----------------|----------|
| AGI                | 25,667           | 25,667 | 25,367          | 25,667   |
| Saver's Credit     | 0                | 0      | 30              | 30       |
| Net Tax            | 0                | 0      | 0               | 0        |
| Refundable Credits | 1,132            | 1,132  | 1,192           | 1,162    |
| Net Savings        | 0                | 0      | 60              | 30       |

### 2005

|                    | No contributions | 401(k) | Traditional IRA | Roth IRA |
|--------------------|------------------|--------|-----------------|----------|
| AGI                | 25,667           | 25,667 | 25,367          | 25,667   |
| Saver's Credit     |                  | 0      | 30              | 30       |
| Net Tax            | 0                | 0      | 0               | 0        |
| Refundable Credits | 1,152            | 1,152  | 1,212           | 1,182    |
| Net Savings        | 0                | 0      | 60              | 30       |

The calculations on this worksheet show short-term tax savings for 2004 and 2005, taking into consideration the Saver's Credit, changes to EIC and the refundable Child Tax Credit, and changes in tax liability before credits.

Long-term savings and financial considerations are not reflected. These considerations include employer matching, the benefits of tax-free distributions, and the types of investments available in different plans.

CONFIDENTIAL CLIENT INFORMATIO    DO NOT COPY OR REMOVE FROM OFFICE

**04**

**ANTHONY R MILES**

413 PLANTERS RD
MONTGOMERY, AL 36109

Office Number: 01354
Payment Status: BK/WH

Home Phone: 334-271-2554

| | | |
|---|---|---|
| SSN: | Professional No/Name: 320465/W MCKNIGHT | Return Prep Fee: 267.00 |
| TP: ███████ | Preparation Date: 1/25/2005 | Sys Admin Fee: |
| Spouse: | Source: Prior Tax Return | State Elf Fee: |
| DOB: | FED ELF Return Type: RAC - Check | Other Fee(s): 27.00* |
| TP: 6/22/1962 | FED ELF Firm Type: HRB Prepared | Coupon: |
| Spouse: | ST ELF Return Type: DOR Check | Sales Tax: |
| Filing Status: H/H | ST ELF Firm Type: HRB Prepared | TOTAL FEES: 294.00 |
| | Receipt Number: 664205   FP: 1 | Fees to be withheld: 294.00 |
| | | Company Regular |

*Includes: Peace of Mind - 2004 ($27.00)

=================== RAL/RAC CHECK PICK UP VERIFICATION ========================

CHECK TYPE: RAC                                                     WITNESS
CHECK NO:      CHECK AMOUNT:    DATE:      CLIENT SIGNATURE:        INITIAL:
First Check

_____  _____  _____  _____  _____

Second Check

_____  _____  _____  _____  _____

============================ DEPENDENTS =======================================

| Name | Birth Date | SSN | Relationship | Months |
|---|---|---|---|---|
| BRITTANY POWELL | 6/13/1992 | 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 | DAUGHTER | 12 |

======================= FORM W-2 INFORMATION ==================================

|  |  |  |  | Federal | | Social Security | | Medicare | | State | | Local |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Source | EIN | T S | Type | Wages | W/H | Wages | W/H | Wages | W/H | ST | Wages | W/H | W/H |
| SOUTHEAST UNL | 593746670 | T R | | 25667 | 1851 | 25667 | 1591 | 25667 | 372 | AL | 25667 | 1005 | 0 |

========================= GENERAL INFORMATION =================================

| Entity | Firm Type | Adjusted Gross Income (AGI) | Taxable Income | Tax Liability | Total Payments | Amount Overpaid | Amount of Refund | Balance Due with Return |
|---|---|---|---|---|---|---|---|---|
| FEDERAL | 1 | 25,667 | 6,130 | 0 | 2,983 | 2,983 | 2,983 | 0 |
| AL | 1 | 25,667 | 7,174 | 318 | 1,005 | 687 | 687 | 0 |

Miles vs. Southeast Unloading
0037

Office. 354
Page 2

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

ANTHONY R MILES

============================================== ADDITIONAL INFORMATION ==============================================
Federal software version: 3.05.011                State software version (AL): 1.05.004
============================================== BROCHURES AVAILABLE ==============================================
your client can get additional information from these brochures. Please check the ones that you provided.

FORM NUMBER
104255B

BROCHURE NAME
_Saving Fundamentals

COPY ONLY

DO NOT FILE

Miles vs. Southeast Unloading
0038