# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

**ANTHONY MILES**,

      Plaintiff,

                                  CASE NO.   2:05 cv 922-VPM

vs.

**SOUTHEAST UNLOADING, LLC**
**and IVEY CRUMP, JR.,**

      Defendants.

_____/

## AFFIDAVIT OF CHRIS SPENCE

Before me, the undersigned authority, personally appeared Chris Spence, who being by me first duly sworn, deposes and says:

1.      I am the Chief Operations Officer for Southeast Unloading, LLC ("Southeast Unloading" or the "Company"). I have been employed with Southeast Unloading for 12 years and am authorized by Southeast Unloading to execute this Affidavit. The facts stated in this Affidavit are true of my personal knowledge, and I could and would competently testify thereto if called upon to do so.

2.      Southeast Unloading is a third party warehousing service company that provides a full range of services to its customers at various warehouses throughout the Southeast.

3.      Southeast Unloading employs approximately 210 people.

4.      Anthony Miles ("Miles"), a former employee, filed a charge of discrimination against Southeast Unloading, which is dated November 24, 2004, and is attached as Exhibit "A."

5.      When a truck driver who has employed the unloading services of the Company leaves the warehouse, he is asked to provide his Southeast Unloading receipt as he exits the facility to ensure the proper Company receipt was provided.

6.      A select group of employees is authorized to solicit drivers, price trucks, collect money from drivers, and issue receipts.  A list of those authorized during the relevant time period is attached as Exhibit "B."  Miles was not one of the authorized employees.

7.      During the time frame in question, Southeast Unloading used pre-printed receipts with the Company name on them that were issued to the truck drivers from a single receipt book. None of the carbon copies of the receipts in Southeast Unloading's receipt books bear Miles' signature.

8.      Southeast Unloading suspected that Arlene Barker was stealing money but the Company lacked sufficient evidence and, therefore, did not terminate her employment. However, her record keeping was ambiguous and sloppy; therefore, she was demoted and removed from a supervisory role.

9.      Southeast Unloading maintains wage summaries, which reflect the number of hours worked by non-exempt employees, and a breakdown of what they were paid, including any overtime paid.  The wage summaries indicating the compensation Miles received during September and October 2004 are attached as Exhibit "C."

10.     In 2004, the Department of Labor ("DOL") investigated the method by which the Company was paying its employees.  Following the DOL investigation, which included interviews with employees, the Company made some changes to the manner in which it was compensating its employees.

2

11.     Southeast Unloading pays its workers on a piece rate basis. However, as a result of the DOL investigation, the Company tracked the number of hours worked by its employees and using the number of hours worked along with the piece rate amount to calculate a "regular rate" of pay. By calculating the "regular rate," Southeast Unloading is able to ensure that it is meeting the minimum wage requirements of the FLSA. In instances where employees work over forty (40) hours in a workweek, the Company uses the "regular rate" to determine the overtime rate and pays its employees overtime compensation, accordingly.

FURTHER AFFIANT SAYETH NOT.

_____
Chris Spence

Subscribed and Sworn to
before me this 24 day
of October, 2006.

_____
Notary Public

# 4125605_v1

LUCY SMITH
MY COMMISSION # DD 281398
EXPIRES: January 30, 2008
Bonded Thru Notary Public Underwriters

4

**EXHIBIT A**

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form | ☐ FEPA<br>☒ EEOC | 130-2005-00785 |
| | | and EEOC |

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| **Mr. Anthony R. Miles** | **(334) 271-2554** | 06-22-1962 |

| Street Address | City, State and ZIP Code |
|---|---|
| **413 Planters Road Montgomery, AL 36109** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **SOUTHEAST PALLETT** | **101 - 200** | **(334) 280-3155** |

| Street Address | City, State and ZIP Code |
|---|---|
| **8065 Mobile Hwy, Montgomery, AL 36108** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.) | Earliest: 10-25-2004    Latest: 11-01-2004<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the above-named employer on November 26, 2001, as a material handler. In July 2003, a management official gave me permission to assist/solicit drivers who were unloading merchandise at the facility. I was suspended on October 25, 2004, pending an investigation into allegations by management that I was soliciting truck drivers without authorization, which I deny. I was discharged on November 1, 2004.

Ivey Crump, White Operation Manager, told me that I was being discharged for unauthorized solicitation of a drive, which I deny.

I believe that I was discriminated against because of my race, Black and my sex, male, which is in violation of Title VII of the Civil Rights Act of 1964, as amended. A White female and I functioned in the same capacity, however, she was not discharged.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Nov 24, 2004        *[signature]*<br>Date                Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

**EXHIBIT B**

| Name | Race | Gender |
|------|------|--------|
| Grocery | | |
| Barker,Arlene | Caucascian | Female |
| Berry,Davaris | African-American | Male |
| Burdett,Chris | Caucascian | Male |
| Davis Julius | African-American | Male |
| Desmet,Keith | Caucascian | Male |
| Hirneisen,Ken | Caucascian | Male |
| Keeble,Blake | African-American | Male |
| Murphy,Anthony | Caucascian | Male |
| Poole,Terrence | African-American | Male |
| Snipe, Jermaine | African-American | Male |
| Young,Danny | Caucascian | Male |
| Pregno, Scott | Caucascian | Male |
| Perishable | | |
| Barnett,David | Caucascian | Male |
| Bell,Terrence | African-American | Male |
| Butts, Raymond | Caucascian | Male |
| Byrd,Stanley | African-American | Male |
| Cope,Thomas | Caucascian | Male |
| Davenport, Aaron | African-American | Male |
| Edwards,Jamie | Caucascian | Male |
| Geminhardt,Wayne | Caucascian | Male |
| Hamilton,Levar | African-American | Male |
| Ivey,Carl | Caucascian | Male |
| McDonald,Tomie | African-American | Male |
| Piazza, Jeff | Caucascian | Male |
| Senn,Ashley | Caucascian | Male |

There have been occasions for the following individuals to write a Southeast Unloading receipt with the approv
of management.

| Blue,Griffin | African-American | Male |
|------|------|--------|
| Dobbins,Robert | African-American | Male |
| Edwards,Jennifer | African-American | Female |
| Smith,Calvin | African-American | Male |
| Stallworth, Cynthia | African-American | Female |
| Taylor,Charles | African-American | Male |

**EXHIBIT C**

**Southeast Unloading**
85528 Winona Bayview Rd
Yulee, FL 32097

**UNLOAD SUMMARY Week 1**

| Period | 9/2/04 | 9/8/04 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Emp # | Grocery | Hours | Special Pay | Total | Holiday | Pay Rate | Unid and Spec pay | 1/2 time | O T PAY | Gross Amount | DAMAGE |
| | 48 | | 15.75 | | 962 | 80 | 44¾ | $ | 423.28 | $0.00 | $0.00 | $503.28 | $8.00 |

## Southeast Unloading
85528 Winona Bayview Rd
Yulee, FL 32097
*UNLOAD SUMMARY FOR BOTH WEEKS*

| Period | 9/9/04 | thru | 9/15/04 |
| --- | --- | --- | --- |

| Employee | # | Wk 1 | Wk 2 | Tot | DAMAGE |
| --- | --- | --- | --- | --- | --- |
| A. MILES | 46 | $503.28 | $401.28 | $904.56 | $0.00 |

SEUL 0106

**Southeast Unloading**
85528 Winona Bayview Rd
Yulee, FL 32097
UNLOAD SUMMARY Week 2

| Pay Period | 9/9/04 | thru | 9/15/04 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Emp # | Perishable | Grocery | Hours | SPECIAL | Total | Holiday | Pay Rate | Unloding pay | 1/2 time | O.T PAY | GROSS | Damage | | |
| A. MILES | 46 | $912.00 | | 35.25 | $0.00 | $912.00 | 0 44¾ | $ 401.28 | $0.00 | $0.00 | $401.28 | $0.00 | | | |

SEUL 0108

| A. MILES | | 7.5 | 6.25 | 2.75 | | 9.5 | | 9.25 | 35.25 |
|----------|--|-----|------|------|--|-----|--|------|-------|

SEUL 0109

| A. MILES | | | | 4.5 | 5.25 | 6 | | 15.75 |
|----------|--|--|--|-----|------|---|--|-------|

SEUL 0110

**Southeast Unloading**
85528 Winona Bayview Rd
Yulee, FL 32097
*UNLOAD SUMMARY Week 1*

| Period | 9/16/04 | thru | 9/22/04 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| loyee Name | Emp # | Perishable | Grocery | Hours | Special Pay | Total | Holiday | Pay Rate | Unld and Spec pay | 1/2 time | O T PAY | Gross Amount | DAMAGE |
| CERY | | | | | | | | | | | | | |
| | 48 | $1,091.00 | | 43.25 | | $1,091.00 | $0.00 | 44% | $480.04 | $5.55 | $18.04 | $498.08 | $0.00 |

SEUL 0115

**Southeast Unloading**
85528 Windmill Bayview Rd
Yulee, FL 32097

*UNLOAD SUMMARY FOR BOTH WEEKS*

| Period | 9/23/04 | thru | 9/29/04 |
|--------|---------|------|---------|

Grocery

| Employee | Hours | Reg Pay | Spec Pay | O T Pay | Holiday | Tt | | DAMAGE |
|----------|-------|---------|----------|---------|---------|-----|---|--------|
| A. MILES | 46 | 75.75 | $1,104.84 | $0.00 | $18.04 | $0.00 | $1,122.88 | $0.00 |

### Southeast Unloading
85528 Winona Bay/New Rd.
Yulee, FL 32097

#### UNLOAD SUMMARY Week 2

| Pay Period | 9/23/04 | thru | 9/29/04 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Emp # | Perishable | Grocery | Hours | SPECIAL | Total | Holiday | Pay Rate | Unlding pay | 1/2 time | O T PAY | GROSS | Damage |
| | 46 | $1,420.00 | | 32.5 | $0.00 | $1,420.00 | 0 | 44% | $ 624.80 | $0.00 | $0.00 | $624.80 | $0.00 |

SEUL 0112

| A. MILES | 1.25 | 6 | | | 8.5 | 7 | 9.75 | 32.5 |
|----------|------|---|---|---|-----|---|------|------|

SEUL 0113

SEUL 0114

| A. MILES | | | 8.75 | 8.75 | | 7.25 | 8 | 10.5 | 43.25 |
|---|---|---|---|---|---|---|---|---|---|

### Southeast Unloading

85528 Winona Bayview Rd

Yulee, FL 32097

*UNLOAD SUMMARY FOR BOTH WEEKS*

Period     9/30/04    thru    10/13/04

Perishable

| Employee | # | Hours | Reg Pay | Spec Pay | O.T Pay | Holiday | Ttl | DAMAGE |
|---|---|---|---|---|---|---|---|---|
| A. MILES | 46 | 69.75 | $1,087.46 | $0.00 | $0.00 | $0.00 | $1,087.46 | $0.00 |

SEUL 0116

**Southeast Unloading**
85028 Winona Bayview Rd
Yulee, FL 32097

*UNLOAD SUMMARY Week 1*

| Period | 9/30/04 | thru | 10/6/04 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Emp # | Perishable | Grocery | Hours | Special Pay | Total | Holiday | Pay Rate | Unld and Spec pay | 1/2 time | O T PAY | Gross Amount | DAMAGE |
| GROCERY | | | | | | | | | | | | |
| ILES | 46 | $1,404.00 | | 38.5 | | $1,404.00 | $0.00 | 44% | $617.76 | $0.00 | $0.00 | $617.76 | $0.00 |

SEUL 0117

**Southeast Unloading**
85528 Winona Bayview Rd
Yulee, FL 32097

**UNLOAD SUMMARY Week 2**

| Period | 10/7/04 | thru | 10/13/04 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| loyee Name | Emp # | Perishable | Grocery | Hours | SPECIAL | Total | Holiday | Pay Rate | Unldng pay | 1/2 time | O T PAY | GROSS | Damage |
| CERY | | | | | | | | | | | | | |
| ES | 46 | $1,067.50 | | 30.25 | $0.00 | $1,067.50 | 0 | 44% | $ 469.70 | $0.00 | $0.00 | $469.70 | $0.00 |

| A. MILES | 11.5 | | | | 7 | | 11.75 | 30.25 |
|---|---|---|---|---|---|---|---|---|

SEUL 0119

| A. MILES | 9.5 | 8.75 | | 10.25 | | 11 | 39.5 |
|----------|-----|------|--|-------|--|----|------|

SEUL 0120

Southeast Unloading
85528 Winona Bayview Rd
Yulee, FL 32097
*UNLOAD SUMMARY FOR BOTH WEEKS*

Period    10/14/04    thru    10/27/04

Grocery

DAMAGE

| A. MILES | 46 | 62.00 | $850.30 | $0.00 | $0.00 | $0.00 | $850.30 | $0.00 | TAKE INSURANCE | MAX MCWICK |

SEUL 0121

*DAILY HOURS*

| A. MILES | | 6 | 8.5 | | 8 | 12 | 34.5 |
|---|---|---|---|---|---|---|---|

SEUL 0122



| A. MILES | | 9 | 8.5 | 5 | | 5 | | | 27.5 |
|---|---|---|---|---|---|---|---|---|---|

DAILY HOURS

SEUL 0123