**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 27, 2006

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Miles v. Southeast Unloading LLC et al

**Case Number:** 2:05cv00922-WKW

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents previously attached to include signatures.**

**The correct PDF documents are attached to this notice for your review. Reference is made to document # 19 filed on October 26, 2006.**