**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

ANTHONY MILES,

        Plaintiff,

v.                                                                    CASE NO.  2:05-cv-922-WKW

SOUTHEAST UNLOADING LLC,
and IVEY CRUMP, JR.,

        Defendants.

_____/

**SOUTHEAST UNLOADING LLC, AND IVEY CRUMP, JR.'S,
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56, Federal Rules of Civil Procedure, Defendants, Southeast Unloading LLC, ("Southeast Unloading" or the "Company") and Ivey Crump, Jr. ("Crump, Jr."), move for summary judgment in their favor as to the claims made against them by Plaintiff, Anthony Miles ("Miles" or "Plaintiff").  Specifically, Miles alleges claims against Southeast Unloading and Crump, Jr., pursuant to 42 U.S.C. § 1981, and the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 ("FLSA").  In addition, Plaintiff has alleged that Southeast Unloading has discriminated against him based on his race in violation of Title VII of the Civil Rights Act of 1964 ("Title VII").

Southeast Unloading and Crump, Jr., deny Plaintiff's allegations and ask the Court to grant summary judgment on Miles' claims because there are no genuine issues of material fact and the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavit, make clear that Southeast Unloading and Crump, Jr., have not, as a matter of law, discriminated against Plaintiff with respect to his race, have properly compensated Miles for all

hours worked, including wait time and overtime, and that the Company has not, as a matter of

law, retaliated against him.  Defendants submit Southeast Unloading LLC, and Ivery Crump,

Jr.'s, Memorandum of Law in Support of Motion for Summary Judgment, filed herewith.


Respectfully submitted,

**HOLLAND & KNIGHT LLP**

Mark G. Alexander, Esquire
Florida Bar No. 434078
mark.alexander@hklaw.com
Kelly L.  DeGance, Esquire
Florida Bar No. 0606022
kelly.degance@hklaw.com
Jonathan E. O'Connell
Florida Bar No. 0016841
jonathan.oconnell@hklaw.com
50 N. Laura Street, #3900
Jacksonville, FL  32202
(904) 353-2000
(904) 358-1872 (Facsimile)


**MAYNARD, COOPER & GALE, P.C.**
Warren B. Lightfoot, Jr.
1901 Sixth Avenue, North
Suite 2400, AmSouth/Harbert Plaza
Birmingham, AL 35203
Direct Dial: 205-254-1085
Fax: 205-254-1999


*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on **October 26, 2006** I electronically filed the foregoing Motion for Summary Judgment with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to the following:  Lee D. Winston, Winston Cooks, LLC, 319 7th Street North, Birmingham, Alabama  35203.

**HOLLAND & KNIGHT LLP**

Mark G. Alexander, Esquire
Florida Bar No. 434078
mark.alexander@hklaw.com
Kelly L. DeGance, Esquire
Florida Bar No. 0606022
kelly.degance@hklaw.com
Jonathan E. O'Connell
Florida Bar No. 0016841
jonathan.oconnell@hklaw.com
50 N. Laura Street, #3900
Jacksonville, FL  32202
(904) 353-2000
(904) 358-1872 (Facsimile)

**MAYNARD, COOPER & GALE, P.C.**

Warren B. Lightfoot, Jr.
1901 Sixth Avenue, North
Suite 2400, AmSouth/Harbert Plaza
Birmingham, AL 35203
Direct Dial: 205-254-1085
Fax: 205-254-1999

*Attorneys for Defendants*

# 4136312_v1