**IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **ANTHONY MILES,** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| vs. ) | **CIVIL ACTION NUMBER:2:05-0922-WKW** |
| ) | **JURY DEMAND** |
| ) | |
| **SOUTHEAST UNLOADING LLC** | |
| **IVEY CRUMP, Jr.** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO SUMMARY JUDGMENT**

Comes now, Anthony Miles, by and through counsel, and requests an extension of time to respond to Defendants Southeast Unloadling LLC and Ivey Crump, Jr's Motion for Summary Judgment. Miles requests up to and including December 19, 2006 to file a response. As grounds for this motion, the plaintiff states as follows:

1. Under the Court's scheduling order any summary judgment response is due by November 20, 2006.

2. Counsel is scheduled to take the defendants' depositions the week of November 28, 2006. Due to scheduling conflicts, the parties were unable to arrange for earlier deposition dates. The parties have cooperated in the scheduling of other witnesses' depositions.

3. The court reporting agency needs ten business days to prepare the transcripts.

4. Defendants' counsel has been contacted and does not object to an extension of time up to

December 19, 2006 to respond to summary judgment. Defendants' counsel requested that the reply date be January 12, 2007 due to the holidays and other travel commitments.

**Wherefore premises considered**, counsel requests that the summary judgment response due date be changed to December 19, 2006 and any reply due by January 12, 2007.

    Respectfully submitted,

    s/Lee Winston
    Counsel for Plaintiff

OF COUNSEL:
WNSTON COOKS, LLC
The Penick Building
319-17th Street North
Birmingham, AL 35203
Tel: (205)502-0940
Fax: (205)251-0231

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by via the electronic filing system on:

Warren Lightfoot, Jr.
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
Birmingham, AL 35203-1945

Kelly L. DeGance
Holland and Knight LLP
50 N. Laura Street #3900
Jacksonville, FL. 32202

    s/ Lee D. Winston
    Of Counsel