IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY MILES, )<br>)<br>  Plaintiffs, )<br>)<br>v. )<br>)<br>SOUTHEAST UNLOADING LLC, )<br>and IVEY CRUMP, JR., )<br>)<br>  Defendants. ) | CASE NO. 2:05-cv-922-WKW |

## **ORDER**

Upon consideration of the plaintiff's Motion for Extension of Time to Respond to Summary Judgment (Doc. # 23), it is ORDERED that the motion is GRANTED. The deadline for plaintiff's response is extended from November 20, 2006, to **December 19, 2006.** The deadline for defendants' reply is extended from November 27, 2006, to **January 12, 2007.**

DONE this the 16th day of November, 2006.

　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE