**IN THE UNITED DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **ANTHONY MILES,** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| vs. | )    CIVIL ACTION NUMBER:2:05-0922-WKW |
| | ) |
| **SOUTHEAST UNLOADING LLC** | |
| **IVEY CRUMP, Jr.** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

**NOTICE CONCERNING SETTLEMENT CONFERENCE**

Comes now, Anthony Miles, by and through counsel, and states pursuant to paragraph 3 of the scheduling order entered in this matter, the parties met to discuss settlement.    No settlement was reached.  At this juncture, the parties do not believe mediation would be helpful.

> Respectfully submitted,
>
> s/Lee Winston
> Counsel for Plaintiff

OF COUNSEL:
WNSTON COOKS, LLC
The Penick Building
319-17th Street North
Birmingham, AL 35203
Tel:  (205)502-0940
Fax: (205)251-0231

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing has been served by via the electronic filing system on:

Warren Lightfoot, Jr.
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
Birmingham, AL 35203-1945

Kelly L. DeGance
Holland and Knight LLP
50 N. Laura Street #3900
Jacksonville, FL. 32202

                                                  s/ Lee D. Winston
                                                  Of Counsel