IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY MILES, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-922-WKW |
| | ) |
| SOUTHEAST UNLOADING LLC, | ) |
| and IVEY CRUMP, JR., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon oral notice that the parties have settled the instant action, it is ORDERED that, in light of the plaintiff's Fair Labor Standards Act claim, they shall file a joint motion for approval of the settlement **on or before January 5, 2007.**

DONE this 20th day of December, 2006.

                                     /s/ W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE