# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

ANTHONY MILES,

        Plaintiff,

v.                                  CASE NO. 2:05-cv-922-WKW

SOUTHEAST UNLOADING LLC,
and IVEY CRUMP, JR.,

        Defendants.
_____/

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND REQUEST FOR ENTRY OF FINAL ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Anthony Miles and Defendants, Southeast Unloading LLC and Ivey Crump, Jr., (collectively the "Parties"), by and through their respective undersigned counsel, hereby move for approval of the attached Settlement Agreement and Release (the "Settlement Agreement") and for a final order of dismissal with prejudice of Plaintiff's action, and state:

    1.    Plaintiff filed the instant action alleging violations by Defendants of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 1981, and the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 ("FLSA").

    2.    Defendants have denied the allegations in Plaintiff's Complaint and maintain that Plaintiff was paid in accordance with all applicable laws and that the Defendants have not discriminated or retaliated against Plaintiff in any way.

    3.    To avoid the costs and the uncertainty of litigation, the Parties have negotiated a Settlement Agreement in this matter. The sum of money that the Company has agreed to pay Miles in settlement of the lawsuit exceeds the amount he claims he is owed in overtime wages. Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350 (11th Cir. 1982), claims for

back wages arising under the FLSA may be settled or compromised only with the approval of the Court or the Secretary of Labor. Accordingly, the Parties request that the Court approve the Settlement Agreement negotiated and entered into by the Parties.

4.  As part of the settlement reached between the Parties, Plaintiff has agreed to the dismissal of this action with prejudice upon approval by the Court of the Settlement Agreement negotiated and entered into by the Parties. A copy of the Settlement Agreement negotiated and entered into by the Parties is attached as **Exhibit "A."**

5.  The Parties stipulate that the settlement reached between them represents a "fair and reasonable" resolution of Plaintiff's FLSA claims against Defendants. The Parties further stipulate to the dismissal with prejudice of this action upon approval by the Court of the Settlement Agreement negotiated and entered into by the Parties.

**WHEREFORE**, the Parties respectfully request that this Court enter an Order approving the Settlement Agreement negotiated and entered into by the Parties and dismissing, with prejudice, the claims made by Plaintiff against Defendants in this action, and award such other relief as is just and proper under the circumstances.

RESPECTFULLY SUBMITTED, this ____ day of December, 2006.

**HOLLAND & KNIGHT LLP**

By: /s/ Mark G. Alexander
Mark G. Alexander
Florida Bar No. 434078
Kelly L. DeGance
Florida Bar No. 0606022
50 North Laura Street, Suite 3900
Jacksonville, Florida 32202
Telephone: (904) 353-2000
Facsimile: (904) 358-1872

**MAYNARD, COOPER & GALE, P.C.**

Warren B. Lightfoot, Jr.
1901 Sixth Avenue, North
Suite 2400, AmSouth/Harbert Plaza
Birmingham, AL 35203
Direct Dial: 205-254-1085
Fax: 205-254-1999

*Attorneys for Defendants*

**WINSTON COOKS, LLC**

By: /s/ Lee D. Winston
Lee D. Winston
319 7th Street North
Birmingham, Alabama 35203
Telephone: (205) 502-0940
Facsimile: (205) 251-0231

*Attorney for Plaintiff*

# 4255857_v1