IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY MILES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   **CIVIL ACTION NO.** |
| SOUTHEAST UNLOADING LLC, | )   **2:05-CV-922-M** |
| IVEY CRUMP, JR., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

### DEFENDANTS' MOTION TO PLACE DOCUMENTS UNDER SEAL

Defendants Southeast Unloading, LLC and Ivey Crump, Jr. move this Court to seal the Settlement Agreement filed in this Court as an Attachment to the parties' Joint Motion For Approval of Settlement Agreement and Request for Entry of Final Order of Dismissal With Prejudice, which was filed on January 2, 2007. As grounds for this Motion, Defendants state that the parties have agreed for the Settlement Agreement to be confidential, other than to be reviewed by the Court for approval relating to the settlement of the Fair Labor Standards Act claim.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that this Court seal the Settlement Agreement which was filed with the Court on January 2, 2007.

*/s/ Warren B. Lightfoot, Jr.*
_____
Warren B. Lightfoot, Jr.
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North, Suite 2400
Birmingham, Alabama 35203
(205) 254-1000

                                **Of Counsel**
Kelly DeGance, Esq.
Holland & Knight, LLP
50 North Laura Street, Suite 3900
Jacksonville, FL  32202
(904) 353-2000

*Attorneys for Defendant Southeast Unloading, LLC and Ivey Crump, Jr.*

## CERTIFICATE OF SERVICE

     I hereby certify that on January 4, 2007 a copy of the foregoing pleading has been furnished via U.S. Mail and filed electronically with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to the following:

Lee D. Winston
Winston Cooks, L.L.C.
319 17th Street North
Birmingham, AL 35203


                                  */s/ Warren B. Lightfoot, Jr.*
                                  OF COUNSEL