IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY MILES, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SOUTHEAST UNLOADING LLC, )<br>and IVEY CRUMP, JR., )<br>)<br>Defendants. ) | CASE NO. 2:05-cv-922-WKW |

## **ORDER**

Upon consideration of the defendants' Motion to Place Documents Under Seal (Doc. # 28), it is ORDERED that the motion is GRANTED. The clerk of the court is DIRECTED to file and docket the Settlement Agreement (Doc. # 27-2) UNDER SEAL.

DONE this 18th day of January, 2007.

    /s/   W. Keith Watkins
UNITED STATES DISTRICT JUDGE