IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY MILES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-922-WKW |
| | ) | |
| SOUTHEAST UNLOADING LLC, | ) | |
| and IVEY CRUMP, JR., | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings and orders of the Court, it is ORDERED and

ADJUDGED that all claims are hereby dismissed with prejudice.  The parties are to bear their own

costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final

judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 19th day of January, 2007.

            /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE